IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 92-2062-M1/A |
| STATE OF TENNESSEE, et al., | ) ) ) | |
| Defendants. | ) ) | |
| PEOPLE FIRST OF TENNESSEE, PARENT-GUARDIAN ASSOCIATION OF ARLINGTON DEVELOPMENTAL CENTER, | ) ) ) ) | |
| Intervenors. | ) | |

ORDER SETTING COMMENT AND/OR MOTION SCHEDULE

The Court has received and reviewed the report of the Monitor entitled "Heightened Acuity Levels and Nurse Staffing Issues at ADC" filed on November 8, 2000. The report has been submitted for comment by the parties.

By this order, the Court establishes a comment and/or motion period. The United States, People First of Tennessee, and the Parent Guardian Association should submit their comments and/or motions arising out of the November 8, 2000 report within 14 days of the entry of this order.

The State of Tennessee should submit its comments, including any objections to the report, within 14 days of this order.

The State of Tennessee shall have 14 days from the filing of any motions within which to respond to said motions.  Any party wishing an evidentiary hearing should so indicate on the style of its materials submitted within the established time table.

IT IS SO ORDERED THIS 15 DAY OF November 2000.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1408 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on November 16, 2000 to the parties listed.

---

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
Civil Division
426 Fifth Avenue North
2nd Floor
Nashville, TN 38243

Leo Maurice Bearman
BAKER DONELSON BEARMAN & CALDWELL
First Tennessee Bank
165 Madison Avenue
20th floor
Memphis, TN 38103

Jonathan P. Lakey
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Andrea Picciotti-Bayer
UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Divisio
Special Litigation Section
P.O. Box 66400
Washington, DC 20035

David R. Rocah
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
601 D Street, NW
Washington, DC 20004

Aileen M. Bell
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
601 D Street, NW
P.O. Box 66400
Washington, DC 20004

Linda R. O'Neall
2425 Millcreek Ct.
Suite 2
Tallahassee, FL 32308

Thomas R. Prewitt
ARMSTRONG ALLEN PREWITT GENTRY JOHNSTON & HOLMES
Brinkley Plaza
80 Monroe Avenue
Ste. 700
Memphis, TN 38103

Earle J. Schwarz
WARING COX
Morgan Keegan Tower
50 N. Front Street
Ste. 1300
Memphis, TN 38103

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
Parkway Towers
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Roger Manus
LAW OFFICE OF ROGER MANUS
401 Oberlin Rd.
Ste. 230
Raleigh, NC 27605

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Diane C. Spears
MERRILL & MULLINS
Morgan Keegan Tower
50 N. Front St.
Ste. 1075
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT