IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 92-2062-D/A |
| STATE OF TENNESSEE, et al., | ) ) ) | |
| Defendants, | ) ) | |
| PEOPLE FIRST OF TENNESSEE, and PARENT-GUARDIAN ASSOCIATION OF ARLINGTON DEVELOPMENTAL CENTER, | ) ) ) ) | |
| Intervenors. | ) | |

ORDER

On April 29, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in March 2005. According to this invoice, the Monitor incurred fees and expenses in the amount of $83,135.40 in March 2005. This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendant, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court. All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

Tennessee.  Any money not spent by the Monitor shall be credited to Defendant.

IT IS SO ORDERED this 31 day of May, 2005.

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,        NO. 92-2062 M1 / A
    Defendants.

INVOICE FOR MARCH 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of March 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**        **$83,135.40**

SUBMITTED BY:

*[signature: Nancy K. Ray]*

Nancy K. Ray, Ed.D.
President

Date: April 29, 2005

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

April 5, 2005

INVOICE FOR MARCH 2005

PROFESSIONAL STAFF HOURS
| | |
|---|---:|
| Ray, N. 215 hours @ $125 | 26,875.00 |
| Bulgaro, P. 8.50 hours @ $150 | 1,275.00 |
| Coleman, V. 172 hours @ $70 | 12,040.00 |
| Truesdale, L. 150 hours @ $50 | 7,500.00 |

SUPPORT STAFF HOURS
| | |
|---|---:|
| Dowd, C. 184 hours @ $50 | 9,200.00 |
| Farstad, E. 112 hours @ $40 | 4,480.00 |
| Morris, K. 164.50 hours @ $50 | 8,225.00 |
| Williams, S. 144.25 hours @ $40 | 5,770.00 |

STAFF TRAVEL
| | |
|---|---:|
| Ray (2/28-3/02/05) | 699.31 |
| Ray (3/7-10/05) | 1,644.83 |
| Ray (3/15-18/05) | 1,219.59 |
| Coleman (March 2005) | 660.25 |
| Morris (3/15-18/05) | 877.47 |
| Truesdale (3/21-24/05) | 916.08 |
| Williams (3/15-18/05) | 627.97 |

CONSULTANT TRAVEL
| | |
|---|---:|
| Ouimet (3/21-23/05) | 458.52 |

PHONE
| | |
|---|---:|
| Verizon Wireless and AT&T | 237.20 |

POSTAGE
| | |
|---|---:|
| FedEx and US Postal Service | 223.50 |

PRINTING
| | |
|---|---:|
| Inhouse Printing | 205.68 |

**Total**                                                                 $83,135.40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1999 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable Bernice Donald
US DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1999 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable Bernice Donald
US DISTRICT COURT