IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  92-2062-D/A |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| PEOPLE FIRST OF TENNESSEE, and ) | |
| PARENT-GUARDIAN ASSOCIATION OF ) | |
| ARLINGTON DEVELOPMENTAL CENTER, ) | |
| ) | |
| Intervenors. ) | |

ORDER

On March 11, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in February 2005. According to this invoice, the Monitor incurred fees and expenses in the amount of $67,423.18 in February 2005. This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendant, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court. All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-6-05

2000

Tennessee.  Any money not spent by the Monitor shall be credited to Defendant.

IT IS SO ORDERED this  31  day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,          NO. 92-2062 M1 / A
    Defendants.

INVOICE FOR FEBRUARY 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of February 2005.

**Payable to
NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**      **$67,423.18**

SUBMITTED BY:

*/s/ Nancy K. Ray/*

Nancy K. Ray, Ed.D.                              Date: March 11, 2005
President

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

March 11, 2005

INVOICE FOR THE MONTH OF FEBRUARY 2005

| | |
|---|---:|
| **PROFESSIONAL STAFF HOURS** | |
| Ray, N. 137 hours @ $125 | 17,125.00 |
| Bulgaro, P. 23 hours @ $150 | 3,450.00 |
| Coleman, V. 136 hours @ $70 | 9,520.00 |
| Truesdale, L. 148 hours @ $50 | 7,400.00 |
| **SUPPORT STAFF HOURS** | |
| Clawar, K. 60 hours @ $50 | 3,000.00 |
| Dowd, C. 152 hours @ $50 | 7,600.00 |
| Morris, K. 149.50 hours @ $50 | 7,475.00 |
| Williams, S. 100.50 hours @ $40 | 4,020.00 |
| **STAFF TRAVEL** | |
| Coleman (February 2005) | 539.13 |
| Truesdale (2/7-10/05) | 896.98 |
| Truesdale (2/22-24/05) | 710.35 |
| **CONSULTANT HOURS** | |
| Hawes (1/11-2/15/05) | 4,200.00 |
| **PHONE** | |
| Verizon Wireless and AT&T | 234.81 |
| **POSTAGE** | |
| FedEx and US Postal Service | 158.55 |
| **PRINTING** | |
| Camelot Legal Copy and Inhouse Copy | 1,093.36 |
| **Total** | **$67,423.18** |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2000 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT