UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN 22 AM 9: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 92-2062 D/P |
| v. ) | |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| PEOPLE FIRST OF TENNESSEE ) | |
| on behalf of its members, ) | |
| ) | |
| PARENT-GUARDIAN ASSOCIATION ) | |
| OF ARLINGTON DEVELOPMENTAL ) | |
| CENTER, ) | |
| ) | |
| Intervenors. ) | |
| ) | |

## ORDER CONTINUING HEARING ON PGA'S TRO MOTION

The Court has received and reviewed the joint motion of the Plaintiff the United States of America, Defendants the State of Tennessee, et al., Intervenors People First of Tennessee, et al., and Intervenor Parent Guardian Association of Arlington Developmental Center ("PGA" and collectively with the other parties the "Parties") to continue the hearing on the Motion for Temporary Restraining Order (the "TRO Motion"), which is set to recommence on July 25, 2005. In their motion, the Parties state that they seek this continuance for three primary reasons: first, the parties remain committed to exploring the possibility of resolving these issues through a settlement that can be agreed to by all of the parties, including PGA, the movant for the temporary restraining order and other relief; second, on June 2, 2005, the Sixth Circuit heard

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-22-05

2004

argument of two appeals that will directly impact the Motion and each of the Parties believe that it makes sense for the Court and the litigants to delay expending their resources and the valuable resources of this Court for a lengthy hearing until these appeals are decided; and, third, a task force organized by the State of Tennessee to develop a three-year community plan in west Tennessee, including development of appropriate provider capacity for residential and ancillary services in the community, will not complete its planning efforts until August 2005, and the task force's planning may be helpful to the resolution of the TRO Motion. The Parties ask this Court to continue the hearing and reset it for a date certain sometime after October 21, 2005. The Court finds that these reasons are well taken and that a continuance is appropriate.

For the reasons set forth in this Order, the Court hereby ORDERS the following:

1. The Hearing on the Motion for Temporary Restraining Order, which was set for July 25, 2005, is hereby continued; and,

2. The Hearing on the Motion for Temporary Restraining Order will be reset for a date certain some date after October 21, 2005.

IT IS SO ORDERED this 21 day of June 2005.

BERNICE B. DONALD
U.S. DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2004 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT