IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11  PM 1: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiffs,

    v.

STATE OF TENNESSEE, ET AL.,
    Defendants, and

PEOPLE FIRST OF TENNESSEE, ET AL,
    Intervenors,

NO.: 92-2062-D/A

PARENT-GUARDIAN ASSOCIATIONS
OF ARLINGTON DEVELOPMENTAL
CENTER,
    Intervenors.

ORDER EXTENDING TIME TO ANSWER PEOPLE FIRST MOTION
FOR MANDATORY PRELIMINARY AND PERMANENT INJUNCTION
ON BEHALF OF CLASS MEMBER SONDRA H.

Now on this day there comes on for consideration the joint motion of West

Tennessee Parent-Guardian Association (PGA), the United States of America and State

of Tennessee for extension of time to file their responses to the Motion of People First of

Tennessee for Mandatory Preliminary and Permanent Injunction on Behalf of Class

Member Sondra H.  There appearing to be no objection to the motion and good cause

being shown, the Court finds that the motion for extension of time should be granted and

that PGA, United States of America, and the State of Tennessee shall have to and

including July 26, 2005 to file their responses.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-13-05



IT IS SO ORDERED this _8th_ day of July, 2005.

BERNICE B. DONALD
U.S. DISTIRCT COURT

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2025 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable Bernice Donald
US DISTRICT COURT