IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, ET AL., | ) | NO.: 92-2062-D/A |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| PEOPLE FIRST OF TENNESSEE, | ) | |
| | ) | |
| Intervenors, | ) | |
| | ) | |
| PARENT-GUARDIAN ASSOCIATION OF ARLINGTON DEVELOPMENTAL CENTER, | ) | |
| | ) | |
| Intervenors. | ) | |

**ORDER DENYING AS MOOT MOTION FOR DISBURSEMENT OF FINE MONIES**
(dkt. # 1987)

Before the Court is the motion of Intervenor People First of Tennessee ("People First") to disburse fine monies to West Tennessee Family Solutions ("WTFS"). The parties to the action filed a subsequent joint motion seeking the disbursement of fine monies to WTFS, on which the Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/15/05

has ruled. Accordingly, the Court denies as moot People First's motion.

**IT IS SO ORDERED** this  14  day of July, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2027 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Bernice Donald
US DISTRICT COURT