IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  92-2062-D/A |
| ) | |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| PEOPLE FIRST OF TENNESSEE, and ) | |
| PARENT-GUARDIAN ASSOCIATION OF ) | |
| ARLINGTON DEVELOPMENTAL CENTER, ) | |
| ) | |
| Intervenors. ) | |

---

ORDER

---

On June 28, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in May 2005. According to this invoice, the Monitor incurred fees and expenses in the amount of $83,482.88 in May 2005. This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendant, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court. All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on

2029

Tennessee.  Any money not spent by the Monitor shall be credited to Defendant.

IT IS SO ORDERED this 19th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,        NO. 92-2062 M1 / A
    Defendants.

INVOICE FOR MAY 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of May 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**      **$83,482.88**

SUBMITTED BY:

*/s/ Nancy K. Ray/*
Nancy K. Ray, Ed.D.
President

Date:  June 28, 2005

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

June 14, 2005

INVOICE FOR THE MONTH OF MAY 2005

| | |
|---|---:|
| **PROFESSIONAL STAFF HOURS** | |
| Ray, N. 181 hours @ $125 | 22,625.00 |
| Coleman, V. 160 hours @ $70 | 11,200.00 |
| Truesdale, L. 131.50 hours @ $50 | 6,575.00 |
| | |
| **SUPPORT STAFF HOURS** | |
| Dowd, C. 142.50 hours @ $50 | 7,125.00 |
| Farstad, E. 172 hours @ $40 | 6,880.00 |
| Morris, K. 146 hours @ $50 | 7,300.00 |
| Williams, S. 50.50 hours @ $40 | 2,020.00 |
| | |
| **STAFF TRAVEL** | |
| Ray (5/4-7/05) | 1,184.26 |
| Ray (5/13-14/05) | 887.29 |
| Ray (5/17-20/05) | 1,240.03 |
| Coleman (May 2005) | 532.45 |
| Truesdale (5/7-11/05) | 860.88 |
| Farstad (5/7-11/05) | 714.32 |
| Williams (5/9-12/05) | 1,075.37 |
| | |
| **CONSULTANT HOURS** | |
| Maxon (05/17-25/05) | 6,875.00 |
| Langkau (5/16-22/05) | 2,000.00 |
| Langkau (5/30/05) | 1,250.00 |
| | |
| **CONSULTANT TRAVEL** | |
| Maxon (5/17-20/05) | 1,017.58 |
| Ouimet (5/7-10/05) | 587.63 |
| | |
| **PHONE** | |
| Verizon Wireless and AT&T | 230.82 |
| | |
| **POSTAGE** | |
| Mailboxes, FedEx, and US Postal Service | 974.18 |
| | |
| **PRINTING** | |
| Inhouse Printing | 243.72 |
| | |
| **DOCUMENT DESTRUCTION** | |
| 3N Document Destruction, Inc. | 84.35 |
| | |
| **Total** | **$83,482.88** |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2029 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

S. Russell Headrick  
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis  
165 Madison Ave.  
Ste. 2000  
Memphis, TN 38103  

Jack W. Derryberry  
WARD DERRYBERRY & THOMPSON  
404 James Robertson Parkway  
Ste. 1720  
Nashville, TN 37219  

Earle J. Schwarz  
GLANKLER BROWN, PLLC  
One Commerce Square  
Suite 1700  
Memphis, TN 38103  

Todd Schneider  
U.S. DEPARTMENT OF JUSTICE  
950 Pennsylvania Ave., N.W.  
Special Litigation Section  
Washington, DC 20530  

Nicole Porter  
U.S. DEPARTMENT OF JUSTICE  
950 Pennsylvania Ave., N.W.  
Special Litigation Section  
Washington, DC 20530  

Thomas R. Prewitt  
ARMSTRONG ALLEN, PLLC  
80 Monroe Avenue  
Ste. 700  
Memphis, TN 38103--246  

Financial Unit  
FINANCIAL UNIT  
167 N. Main St.  
Room 242  
Memphis, TN 38103  

Edward G. Connette  
LESESNE & CONNETTE  
1001 Elizabeth Avenue  
Ste. 1-D  
Charlotte, NC 28204

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT