FILED BY _____ D.C.

05 AUG 24 PM 4: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )          No.   92-2062-D/A
                                   )
STATE OF TENNESSEE, et al.,        )
                                   )
     Defendants.                   )
                                   )
PEOPLE FIRST OF TENNESSEE,         )
PARENT-GUARDIAN ASSOCIATION OF     )
ARLINGTON DEVELOPMENTAL CENTER,    )
                                   )
     Intervenors.                  )

---

ORDER

---

On July, 20, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in June 2005  According to this invoice, the Monitor incurred fees and expenses of $108,113.92 in June 2005.  This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendants, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court.  All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

Tennessee.  Any money not spent by the Monitor shall be credited to Defendants.

IT IS SO ORDERED THIS *24* DAY OF AUGUST, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

July 20, 2005

Honorable Bernice Donald
U.S. District Court
Federal Building
167 North Main Street, Suite 951, 9th Floor
Memphis, TN 38103

Dear Judge Donald;

  Enclosed please find the Monitor's invoice for June 2005. The Remedial Order requires that the Monitor submit original invoices to the Court, with a copy to Defendants and provide Defendants fifteen days after receipt to submit any comment to the Court.

  I have simultaneously sent this invoice (FedEx 2 day) to Dianne Dycus of the Attorney General's Office.

  If you have any questions regarding this invoice, I will be happy to respond.

Respectfully,

Nancy K. Ray, Ed.D.
Monitor for the Remedial Order
*United States v. State of Tennessee et. al.*
*(Arlington Developmental Center)*

Enclosure

cc: D. Dycus

*Nancy K. Ray, Ed.D.*
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,          NO. 92-2062 M1 / A
     Defendants.

INVOICE FOR JUNE 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of June 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**       **$108,113.92**

SUBMITTED BY:

Nancy K. Ray, Ed.D.
President

Date:  July 20, 2005

*NANCY RAY, PH.D*
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

July, 15, 2005

INVOICE FOR THE MONTH OF JUNE 2005

PROFESSIONAL STAFF HOURS
Ray, N. 180 hours @ $125                          22,500.00
Bulgaro, P. 6.5 hours @ $150                          975.00
Coleman, V. 176 hours @ $70                       12,320.00
Truesdale, L. 168 hours @ $50                       8,400.00

SUPPORT STAFF HOURS
Dowd, C. 131 hours @ $50                            6,550.00
Farstad, E. 175 hours @ $40                         7,000.00
Morris, K. 169 hours @ $50                          8,450.00
Williams, S. 44.25 hours @ $40                      1,770.00

STAFF TRAVEL
Ray (6/14-17/05)                                    1,316.43
Coleman (June 2005)                                   725.05
Farstad (6/8-10/05)                                   557.02
Morris (6/8-10/05)                                    557.02
Truesdale (6/20-23/05)                              1,058.27
Williams (6/20-23/05)                                 859.74

CONSULTANT HOURS
Hargrove (6/3-7/05)                                 8,575.00
Langkau (6/11-20/05)                                2,500.00
Langkau (6/26/05)                                   1,250.00
Maxon (6/14-18/05)                                  4,125.00
Ouimet (4/24/05 - 6/13/05)                          9,100.00
Ouimet (6/2/05 - 6/20/05)                           5,250.00

CONSULTANT TRAVEL
Hargrove (6/3-7/05)                                 1,206.79
Maxon (6/14-17/05)                                  1,044.58
Ouimet (6/8-10/05)                                    763.24

PHONE
Verizon Wireless and AT&T                             236.07

POSTAGE
Fed Ex and US Postal Service                          676.11

PRINTING
Camelot Legal Copy and Inhouse Printing               348.60


**Total**                                        $108,113.92

**Nancy K. Ray**
**Court Monitor for the Remedial Order**
**Court Log**
**June 2005**

| | | | |
|---|---|---|---|
| 1-Jun | Wed | 8.00 | Conference call (extended) with C. Miller, M. Gervais regarding nurse case manager services; final review and transmittal letter for MOSAIC 2005 Community Status Review; Final declaration regarding Sondra H.; Phone call to L. Barbee, ISC for class member MF regarding his access to nursing services and family complaint; Review of selected abuse and neglect investigations; WTFS 2005 Community Status Review; TN mail and e-mail |
| 2-Jun | Thu | 5.00 | Meeting with staff persons regarding tabulations of family satisfaction survey for community homes; Review of community abuse and neglect investigations involving class members; Review of pending Agreement of the Parties and proposals for revision; TN mail and e-mail |
| 3-Jun | Fri | 5.00 | Final proofing of WTFS 2005 Community Status Review and draft transmittal letter |
| 4-Jun | Sat | 0.00 | |
| 5-Jun | Sun | 2.00 | Review and revision of BIOS 2005 Community Status Review (start) |
| 6-Jun | Mon | 8.00 | Phone call from V. Coleman regarding concerns at Easter Seals noted during this past weekend; Phone call from P. Hargrove regarding medication error at Easter Seals involving LF; Phone call to Mrs. Young, SA's guardian regarding her complaints regarding Easter Seals; Phone call from J. Lakey regarding a possible request of JC's placement in a nursing home; Correspondence with D. Payne regarding faulty State investigations; Correspondence with the Parties related to JC's nursing home placement; Conference call with the Parties related to pending Agreement; TN mail and e-mail |
| 7-Jun | Tue | 8.00 | Phone call with Debbie Payne regarding protection from harm issues and underreporting of incidents; Phone call from Karen Woulfe (Easter Seals) regarding problems identified during the agency's 2005 CSR; Phone call with G. Pruitt regarding late investigation reports and DMc (MOSAIC) case; Phone call with Gaye Hansen, Community Services Network, regarding various class member' health status (RK, DK, JC, TS, MF, JS); Work on BIOS 2005 Community Status Report; Staff meeting to discuss June and July 2005 schedule and early planning for annual ADC Review; Phone call with MS's mother regarding services at ADC; TN mail and e-mail |
| 8-Jun | Wed | 8.00 | Continued work on BIOS 2005 Community Status Review Report; Review of medical evaluations of class members who are medically fragile and slated for community transitions; Meeting with P. Bulgaro to discuss status of rate issues and appropriate next steps in addressing issues at ADC and service access issues in the community; Phone call with GJ regarding his dissatisfaction with his residential provider. TN mail and e-mail |
| 9-Jun | Thu | 8.00 | BIOS 2005 Community Status Review Report; Work on template for compliance chart for new agreement among the Parties; Phone call extended with C. McMorran regarding BIOS and class members JC and MA; Phone call from Mr. Hall regarding his son JH and the satisfaction survey, as well as his concerns about medical guardianship; TN mail and e-mail |

| | | | |
|---|---|---|---|
| 10-Jun | Fri | 8.00 | Conference call with MOSAIC Corporate Team (extended); Phone call from Mrs. Donnee regarding services for her daughter (non-class) and poor assistance from the State; Follow-up phone call to Mr. Hughes parent of JH regarding his success in arranging community services for JH; Phone call from Mr. Soulousous, guardian for JG, regarding his pending transition to a community home; Correspondence work of "Other" Orders compliance chart for Parties' agreement; Phone call from G. Jones regarding his concerns; TN mail and e-mail |
| 11-Jun | Sat | 4.00 | Draft transmittal letter for BIOS 2005 Community Status Report; Review of records for Guardian 2005 Community Status Review |
| 12-Jun | Sun | 4.00 | Review of records for VOA 2005 Community Status Review |
| 13-Jun | Mon | 8.00 | Phone call extended from V. Thayer regarding assault on his son at ADC; Phone call with N. Staples (Assistant Superintendent of ADC) and Steve Norris regarding the same incident and its investigation; Request from documents regarding Davy Crockett incidents at ADC; Staff meeting to review status of community reviews and to schedule ADC reviews; Conference call with BIOS officials regarding draft of the agency's Community Status Review; TN mail and e-mail |
| 14-Jun | Tue | 8.00 | (Travel to Memphis), 2005 Guardian Community Status Review (SH), phone call from V. Thayer guardian of ADC class member VT regarding recent assault on his son; Phone call to M. Brewer regarding her complaints about services for her daughter MB and her recent serious injuries; Phone call extended from DOJ Counsel regarding settlement discussions with the Parties; TN e-mail |
| 15-Jun | Wed | 8.00 | 2005 Guardian Community Status Review (LS); Meeting with Larry Durbin related to community provider concerns and barriers to provider development; Phone call from S. Norris regarding Parties Meeting and concerns at ADC regarding assault on class member VT; Documentation of 2005 Guardian CSR for SH; TN e-mail |
| 16-Jun | Thu | 8.00 | 2005 Community Status Review for GM; Site visit to ADC to review class members VT and MB in response to guardians' complaints; Meeting at ADC with DMRS officials, ADC superintendent, and Mr. Thayer regarding poor handling of VT's assault incident; Phone call to M. Brewer regarding investigation of her concerns related to her daughter MB; Phone call with W. Connette regarding upcoming Parties' meeting; TN e-mail |
| 17-Jun | Fri | 8.00 | Parties Meeting; Phone call from Sarah Edwards (DMRS) regarding class member's (DR) disenrollment from the Self Determination Project; Documentation of 2005 Guardian CSR for LS; Review of State's Quality Management Committee Minutes for East, Middle, and West TN (Travel from Memphis to Albany) |
| 18-Jun | Sat | 2.00 | Review of TN mail and SJCS 2005 Community Status Review findings |
| 19-Jun | Sun | 6.00 | Begin draft of SJCS 2005 Community Status Review report; Documentation of 2005 VOA Community Status Review for GM; Initial analysis of Community Plan for the Parties; TN e-mail |
| 20-Jun | Mon | 8.00 | Phone call to D. Langkau regarding nursing consult reviews of ADC class members; Phone call to P. Nichols regarding Parties Meeting; Review of recently received DMRS investigations; TN e-mail |
| 21-Jun | Tue | 8.00 | Draft of Guardian 2005 Community Status Review; Analysis of Community Plan for the Parties; TN e-mail |
| 22-Jun | Wed | 2.00 | TN e-mail |
| 23-Jun | Thu | 2.00 | TN e-mail |
| 24-Jun | Fri | 4.00 | Analysis of Community Plan for the Parties; TN e-mail |
| 25-Jun | Sat | 4.00 | Analysis of the Community Plan per the request of the Parties; Review of transition documents pertaining to two medically challenged ADC residents (TT and TC); Review of death summary for BP an ADC resident prepared by the Monitor's nurse consultant; TN e-mail |

| | | | |
|---|---|---|---|
| 26-Jun | Sun | 4.00 | Review of comments and documents submitted by BIOS in response to draft of the agency's 2005 CSR report |
| 27-Jun | Mon | 8.00 | Phone call from Leon Owens regarding abuse allegation at ADC and actions taken; Phone call from Candi McMorran regarding transition of JC to a nursing home; Review of State draft documents revising procedures for handling serious incidents at ADC (Comments prepared and sent to State officials); Phone call from A. Heart of VOA regarding a class member (DMc) who had been in research drug study at ADC and his PCP's desire to withdraw the class member from the study, as well as agency's progress on its medical residence homes; Phone call from D. Loche (DMRS) regarding State's disapproval of requested housing subsidy for DJ; Phone call from J. Geissler (DOJ) regarding motion for JC to have a short term nursing home placement pending the development of an appropriate community home; Phone call with Gaye Hansen CSN on various class member issues; Meeting with staff members on BIOS 2005 CSR report; TN mail and e-mail |
| 28-Jun | Tue | 8.00 | Staff meeting (focus on completion of 2005 CSR review and upcoming ADC 2005 review); Phone calls with CSN and DMRS regarding JC; Correspondence to Judge Donald regarding motion for JC's temporary placement in a nursing home; Phone call with Todd Schneider (DOJ) regarding pending motions involving ADC class members SH and JC; Final revisions to BIOs 2005 CSR report and cover letter; Phone call from Tangela Watkins (DMRS) regarding community transitions for DJ and AS, EJ, and GC; Continued work on Community Plan per Parties' request; TN mail and e-mail |
| 29-Jun | Wed | 8.00 | Preparation for ADC review July 12 - 14, 2005; Continued analysis of Community Plan per the request of the Parties; Phone call from Ruth Roberts regarding nursing conference; Phone call from GJ regarding complaints about his staffing; TN mail and e-mail |
| 30-Jun | Thu | 8.00 | Guardian 2005 CSR report; Conference call with Alan Bullard and Candi McMorran regarding BIOS; Meeting with E. Farstad (staff) on ADC hospitalization data study; Phone call with Dr. Hayes regarding research studies at ADC; Phone call with B. Brown, advocate for CH, regarding problems with his housing subsidy |
| **Total** | | **180.00** | **@ $125 = $22,500.00** |

*Patrick J. Bulgaro*
*June 2005*
*Tennessee Court Hours*

| | | |
|---|---|---|
| June 1 | | |
| June 2 | | |
| June 3 | | |
| June 4 | | |
| June 5 | 2.50 | Review and analysis of material for planning for meeting of the parties. |
| June 6 | | |
| June 7 | | |
| June 8 | 2.00 | Meeting with Dr. Ray to discuss  status of rate issues and appropriate next steps in addressing issues at ADC and service access issues in the community. |
| June 9 | | |
| June 10 | | |
| June 11 | | |
| June 12 | | |
| June 13 | | |
| June 14 | | |
| June 15 | | |
| June 16 | 2.00 | Review of medical summaries prepared by Darlene Langkau |
| June 17 | | |
| June 18 | | |
| June 19 | | |
| June 20 | | |
| June 21 | | |
| June 22 | | |
| June 23 | | |
| June 24 | | |
| June 25 | | |
| June 26 | | |
| June 27 | | |
| June 28 | | |
| June 29 | | |
| June 30 | | |
| **Total** | 6.50 | @ $150.00 = $975.00 |

*Vickey V. Coleman*
*Senior Associate*
*June 2005*

### *Tennessee Court Hours*

| | | |
|---|---|---|
| June 1 | 8.00 | Traveled to ADC to review records on Willow. Read email. |
| June 2 | 8.00 | Reviewed documents and completed tools in preparation for Easter Seals reviews. Attempted contact with Mrs. Young (Sparkie's mother)/left message. |
| June 3 | 8.00 | Traveled to Jackson to meet nurse consultant P. Hargrove to conduct 2005 CSR visit of Sparkie A. (Easter Seals).  Telephone contact with Easter Seals management to discuss visits.  Cleaned up tool and re-reviewed informaion on Donald E. |
| June 4 | 8.00 | Traveled to Jackson to meet nurse consultant P. Hargrove to conduct 2005 CSR visit of Donald E. (Easter Seals).  Cleaned up tool and re-reviewed informaion on Larry F.. |
| June 5 | 8.00 | Traveled to Jackson to meet nurse consultant P. Hargrove to conduct 2005 CSR visit of Larry F. (Easter Seals.) Re-reviewed documents on Marilyn H. (St. Johns). |
| June 6 | 8.00 | Traveled to Memphis to meet nurse consultant P. Hargrove to conduct 2005 CSR visit of Marilyn H. (St. Johns).  Telephone conference with Dr. Ray to discuss Easter Seals. Also, met to discuss reviews. Read email. |
| June 7 | 8.00 | Participated in Monitor's staff meeting to discuss status of CSR visits and upcoming ADC reviews.  Completed PRRT on Sparkie A. (Easter Seals) and submitted to reviewer 1.  Read email. |
| June 8 | 8.00 | Traveled to ADC  interview staff on various units and visit day services program.. |
| June 9 | 0.00 | **OFF WORK** |
| June 10 | 0.00 | **OFF WORK** |
| June 11 | | |
| June 12 | | |
| June 13 | 8.00 | Completed PRRT on Donald E. and Larry F. (Easter Seals) and submitted to reviewer 1. Read email. |
| June 14 | 8.00 | Reviewed all documents and completed tools on sample for 2005 CSR visit of VOA. Telephone conference with L. Truesdale to discuss VOA review schedule. Read email. |
| June 15 | 8.00 | Reviewed ADC incident report queries.  Reviewed information on V. Thayer in preparation for visit to ADC.  Read email. |
| June 16 | 8.00 | Traveled to ADC to conduct log review and interview regarding incident with Vernon T. (DC3).  Attended meeting with V. Thayer's father, Dr.Ray, ADC management and other DMRS representatives to discuss incident. |
| June 17 | 8.00 | Traveled to Memphis to participate in Task Force Meeting. Also, traveled to Cordova to attend the ACE banquet. |
| June 18 | | |
| June 19 | | |
| June 20 | 8..00 | Reviewed PRRT of G. Myers (VOA). Traveled to Memphis to meet L. Truesdale and S. Dowd to conduct 2005 CSR visit of O'L. Mc. (VOA).  Re-reviewed Kathy N. and Richard B.'s information in preparation for visits. Read email. |
| June 21 | 8.00 | Traveled to Memphis to meet L. Truesdale and S. Dowd to conduct 2005 CSR visits of KN and RB (VOA).  Met with reviewers to discuss findings.  Re-reviewed information of Donnie C. (VOA). |
| June 22 | 8.00 | Traveled to Memphis to meet L. Truesdale and S. Dowd to conduct 2005 CSR visit of Donnie C. (VOA).  Cleaned up review tools.  Read email. |
| June 23 | 8.00 | Traveled to Jackson to attend DMRS Providers' Meeting. Read email. |

| June 24 | 8.00 | Completed PRRTs on Donnie C. and Richard B. and submitted to reviewer 2. Read email. |
| June 25 | | |
| June 26 | | |
| June 27 | 8.00 | Reviewed PRRTs on Kathy N and Olinda Mc. Completed PRRTs on Kathy N. and Olinda Mc for reviewer 1. Read email. |
| June 28 | 8.00 | Participated via phone in Monitor's staff meeting to discuss 2005 CSR visits and upcoming ADC visits. Traveled to ADC to attend DMRS Hearing on new Rate Structure. |
| June 29 | 8.00 | Typed entire notes from Rate Structure Hearing and submitted to office. Began reviewing documents and completing tools in preparation for MHDS 2005 CSR visits. Read email. |
| June 30 | 8.00 | Completed review of MHDS documents. Reviewed ADC final investigation cases. Read email. |
| **Total** | **176.00** | **@ $70.00 = $12,320.00** |

*Lynn M. Truesdale*
*Research Associate*
*June 2005*

### *Tennessee Court Hours*

| | | |
|---|---|---|
| June 1 | 8.00 | Phone call with MC regarding MGH's transition; Phone call to L. Guy and N. Staples regarding MGH's transition; Phone call with CSN regarding skin assessment for DM; Discussed MGH transition issues with N. Ray; Reviewed summary report of BG; Completed schedule for VOA reviews and Guardian reviews and submitted to C. Dowd for calls; Phone call to A. Tosh regarding updated guardian/conservator lists for class members; Reviewed tn e-mail; Reviewed DM's final Transition Plan; Phone call with MM's ISC |
| June 2 | 8.00 | Reviewed BIOS draft report along with combined PRRTs and added additional comments to the report; Sorted through BP's death file and requested additional documents from S. Johnson Jones; Reviewed TN mail; Printed transition info. for Guardian CSR; Reviewed WTFS draft report; Reviewed DM submittal; Sent e-mail to |
| June 3 | 8.00 | Reviewed Community Investigations and sent e-mail to N. Ray regarding one investigation; Located and faxed confirmation to VVC and Easter Seals; Sent review schedules to VVC for VOA and printed and submitted schedules to CMD; Reviewed Community Investigation Reports and sent e-mail to N. Ray |
| June 4 | 0.00 | Saturday |
| June 5 | 0.00 | Sunday |
| June 6 | 8.00 | Sent e-mails to C. McMorran and L. Guy regarding transition status; Sent e-mail to L. Guy regarding issue with DM's Transition Plan; Reviewed several Community Investigation Reports and entered data into database; Sent e-mail to N. Ray about my concernswith one investigation reviewed; Reviewed list of reports still not closed and called G. Pruitt regarding the status; Reviewed TN e-mail |
| June 7 | 8.00 | Prepared documents for the staff meeting (transition visit list, revised CSR schedule); Attended staff meeting; Reviewed Death Investigation Report of BG; Reviewed Remedial Order Exhibit list and dates reviews were conducted in preparation for the 2005 Remedial Order Exhibit Review schedule; Updated Transition Tracking Database from L. Guys e-mailed update; Reviewed Environmental Tools received by ADC Central Monitoring; Reviewed second draft BIOS report (first 6 sections) |
| June 8 | 8.00 | Gathered reviewer 1 and 2 documents for the VOA Community Status Review (CSN Weekly Updates, extra packets for the second reviewer 2, requested more current ISPs); Sorted Community Investigations and entered information from the West TN Investigation Log into Abuse/Neglect data base; Reviewed Community Investigations and entered findings into neglect data base |
| June 9 | 8.00 | Reviewed BIOS draft report along with combined PRRTs, reviewed CSN weekly reports for past year, highlighted medication administration issues; Added additional comments to the BIOS report; Reviewed TN mail; Phone calls to ISCs for OM and KN for current ISPs; Reviewed Community Abuse and Neglect investigation reports and entered data and comments into database |
| June 10 | 8.00 | Sent e-mail to S. Jones regarding ISP effective dates; Reviewed Community Abuse and Neglect investigation reports and entered database; Searched and printed directions for four VOA reviews; Reviewed James G.'s final transition submittal for consistency and accuracy; Reviewed Dr. Hayes report on DC; Printed and copied ISPs for VOA reviews; Sorted, formatted, and printed 2004 Community Investigation Log for NKR's review |

| June 11 | 0.00 | Saturday |
|---|---|---|
| June 12 | 0.00 | Sunday |
| June 13 | 8.00 | Reviewed final BIOS report in preparation for conference call; Phone call with T. Watkins regarding AS and DJ's transition; Sent e-mail to S. Johnson Jones requesting ISPs for several class members (OS, CT, TC, AB, MA, LP); Participated in conference call with N. Ray, J. Holman and BIOS staff, E. Farstad (extended); E-mailed L. Anderson in regards to Open Arms case and recommendation follow-ups; Made air reservations for July TN trip; Sent requested information to S. Youngblood and J. Holman (MM CSN Contact Notes, MA CSN Risk Reports, and PRRT) |
| June 14 | 8.00 | Reviewed AOD Reports; Pulled together requested information for BIOS; Reviewed, revised, updated ADC Performance Review Rating Tool, ADC Environmental Too; Reviewed previous ADC samples and developed new Person Centered Review sample; Phone call with V. Coleman regarding schedules and reviews; E-mail to S. Dowd regarding VOA schedule |
| June 15 | 8.00 | Reviewed Community Abuse/Neglect investigation reports and entered data/comments into data base; Sent e-mail to S. Johnson Jones regarding document request for DC; Reviewed TN e-mail; Reviewed Community Status Review materials (Individual Support Plan, CSN reports, notes, ISC notes) for OM and took notes in preparation for review |
| June 16 | 8.00 | Reviewed Community Investigations and entered data/comments into Abuse/Neglect database; Sent e-mail to N. Ray regarding concerns/questions of several investigation cases; Reviewed Community Status Review materials (Individual Support Plan, CSN reports, notes, ISC notes) for KN and took notes in preparation for review |
| June 17 | 8.00 | Reviewed Community Status Review materials (Individual Support Plan, CSN reports, notes, ISC notes) for RB and took notes in preparation for review; Reviewed Community Investigation Log 2004 for "types" of substantiated reports; Reviewed Community Abuse and Neglect 2005 reports and entered comments/data |
| June 18 | 0.00 | Saturday |
| June 19 | 0.00 | Sunday |
| June 20 | 8.00 | Traveled from Albany to Memphis; Reviewed documents for the upcoming reviews and took notes; Conducted the Community Status Review at OM's home (VOA) in reviewer 2 areas (home environment and safety, personal care and dress, neighborhood and yard, meals, transportation) |
| June 21 | 8.00 | Conducted the Community Status Reviews at two class members homes (KN and RB) at two different homes (both VOA) in reviewer 2 areas (home environment and safety, personal care and dress, neighborhood and yard, meals, transportation) ; Discussed review findings with V. Coleman and S. Dowd; Ensured all hand written tools were completed |
| June 22 | 8.00 | Conducted the Community Status Reviews at DC's home in reviewer 2 areas (home environment and safety, personal care and dress, neighborhood and yard, meals, transportation); Ensured handwritten tools/comments were complete; Reviewed TN e-mail |
| June 23 | 8.00 | Traveled from Memphis to Albany; Reviewed tools and listed all-around issues and possible scores for the homes reviewed; Typed Performance Review Rating Tool findings for KN in reviewer 2 areas (home environment and safety, personal care and dress, neighborhood and yard, meals, transportation) |
| June 24 | 8.00 | Reviewed TN e-mail; Reviewed reviewer findings for OM and DC and tools and typed my Performance Review Rating Tool findings  in reviewer 2 areas for OM and DC (home environment and safety, personal care and dress, neighborhood and yard, meals, transportation) |
| June 25 | 0.00 | Saturday |

June 26   0.00   Sunday

June 27   8.00   Reviewed information/feedback submitted by BIOS and logged in their documentation into a chart and developed comments for each document submittal (this required reviewing the details in the PRRTs, the draft BIOS report,  BIOS comments, and BIOS documentation); Meeting with N. Ray and Erin F. regarding the BIOS draft report; Reviewed community transition information for AS and DJ

June 28   8.00   Prepared documents for the staff meeting (transition visit list, revised CSR schedule, exhibit list, etc.); Attended/participated in staff meeting to discuss TN review schedules and status of CSR reports; Prepared and submitted MHDS schedule to C. Dowd for provider phone call; Called VOA to notify them of our transition visit to DM's home; Completed Performance Review Rating Tool findings for RB in reviewer 2 sections; Sent e-mail requesting documents for the ADC review to Central Monitoring; Reviewed TN e-mail

June 29   0.00   OFF

June 30   8.00   Re-Reviewed BIOS report and made final comments; Reviewed ADC Reportable Incidents and selected new/revised ADC sample; Developed list of August-December TN reviews/activities to be completed; Reviewed TN mail; Reviewed Community Abuse and Neglect Investigation Reports and entered the data

**Total**   **168.00**   **@$50.00 = $8,400.00**

**Colleen M Dowd**
**Office Administrator**
**June 2005**
**Tennessee Court Hours**

| | | |
|---|---|---|
| June 1 | 8.00 | TN email; Finalized mailing of the first nine Provider CSR reports to the Parties; Continued with finalizing the Mosaic CSR report and emailed copy to LaBarbara Houston (Executive Director); Began preparation of May Court Invoice; Proofed a Declaration of Nancy Ray regarding class member Sondra H. and mailed to Woody Connette; Resent Community Surveys to Randall Morford and Vickey Wallace (Guardians); Entered bills; Tracked incoming Community Surveys; |
| June 2 | 8.00 | TN email; Began preparation of the ADC Survey to Guardians; Staff timesheets; Called Times Union re: error in billing; Made Monitor's revisions and proofed WTFS CSR report; Tracked incoming Community Surveys; |
| June 3 | 7.00 | TN email; Completed the ADC Survey mailing; Tracked incoming Community surveys; Processed Expense Vouchers; Paid bills; Payroll; spoke with Maureen Reynolds (Key Bank) re: our LOC; Spoke with Pat Bulgaro re: hi availability for 6/6 conference call with the Parties; |
| June 4 | 3.00 | Continued work on ADC Guardian Survey mailing; |
| June 5 | 0.00 | Weekend |
| June 6 | 8.00 | TN email; Finalized the ADC Guardian Survey mailing; Made revisions to WTFS CSR report; Prepared mailing of the Mosaic CSR report; Entered/paid bills; Prepared documents for Guardian, VOA and the State regarding their upcoming CSR; Faxed US Airlines to request airline receipt for Monitor's May 17th trip to Memphis; Prepared Monitor's expense voucher for May 17-20th trip; Made Kelly Morris's revisions to WTFS CSR report; Emailed Paul Landers the draft WTFS CSR report; Printed up requested reports for John Driessan (accountant) for end of year; |
| June 7 | 8.00 | TN email; Staff Meeting; Began formatting of Critical Compliance Report; Emailed CSR template to Cheryl Ouimet (consultant); Completed fiscal reports needed for John Driessan (accountant); Tracked Community Guardian Surveys; Downloaded CSN notes for VOA and Guardian and copied those pertinent to upcoming review; Revised CSR schedule for Guardian and notified Harold Sloves and the State; Revised Monitor's travel calendar; Updated office calendar; |
| June 8 | 8.00 | TN email; Continued formatting of the Critical Compliance Report; Began formatting and made Monitor's revisions to BIOS CSR report; Logged in TN email; Prepared envelopes for mailing of WTFS CSR report; |
| June 9 | 6.00 | TN email; Downloaded and copied ISC notes for upcoming Guardian CSR; Made calls to VOA, the State, and ISCs notifying them of VOA's upcoming CSR and requesting documents needed; Resent Community Surveys to two Guardians with corrected addresses; Copied three class member files of Medical Record Summaries with recommendations pertinent to Community transitions for Pat Bulgaro to review; Entered bills; Logged in TN mail; Completed Insurance request information form for Vickey Coleman; Prepared WTFS CSR report for mailing; |
| June 10 | 8.00 | TN email; Met with John Driessan (accountant) re: end of year financials; Logged in TN mail; Made formatting and revisions to BIOS CSR report; Prepared FedEx to Darcey Donehey from the Monitor; Downloaded and copied ISC notes for Guardian and VOA CSR review; Reconciled bank accounts; FedEx'd materials for CSR VOA Review to Vickey Coleman; |
| June 11 | 0.00 | Weekend |
| June 12 | 0.00 | Weekend |
| June 13 | 8.00 | TN email; Coordinated a conference call with the Monitor and Eddie Miller/Joe Holman (BIOS); Prepared ADC Survey for conservator Katie Huggins;  Processed expense vouchers; Staff timesheets; Checked Monitor and Bonnie Maxon (consultant) on flights to Memphis for 6/14 trip; Spoke with ADP re:  the revised New Hire Reporting Requirements as of July 1, 2005; Entered bills; Revised Monitor's travel calendar; |
| June 14 | 8.00 | TN email; Processed expense vouchers; Made travel arrangements for Lynn Truesdale; Began preparation of May Court Invoice; Made hotel reservations for Vickey Coleman for the annual Staff Retreat in Albany; Staff timesheets; Redacted class members names in the MOSAIC CSR report; |

| | | |
|---|---|---|
| June 15 | 8.00 | TN email; Reorganized supply cabinets; Ordered Postal and FedEx supplies; Finalized BIOS tml and reread CSR report; Set up additional QB accounts for Darlene Langkau (consultant) ; Redacted names in WTFS CSR report; Prepared binder of Docket listing and Tabbed Substantive Orders; Prepared envelopes for mailing of CSR reports for BIOS, Easter Seals, Guardian, St. Johns and MHDS; and VOA; Computer file maintenance; |
| June 16 | 8.00 | TN email; Emailed all providers to update phone directory; Revised and printed phone directory for staff; Cleaned out files for end of fiscal year; Prepared templates for Court Logs for Monitor; Reconfirmed travel arrangements for Shauna Williams and Lynn Truesdale's 6/20 trips to Memphis; Spoke with Hertz re: two free day car rentals for Lynn on 6/20 trip; Updated travel information for all staff and consultants; |
| June 17 | 8.00 | TN email; Payroll; Finalized May Court Invoice; Changed phone message for earlier closure of office; Continued cleaning out files for end of year; Spoke with Bethlehem Chamber of Commerce re: open enrollment and changes to insurance for Lynn Truesdale; Searched and printed required employment poster USERRA for display in office; Paid bills; Staff timesheets; Updated office calendar; Emailed Darlene Langkau (consultant) re: July 12 trip to ADC and information needed to set up travel; Electronic file maintenance; |
| June 18 | 0.00 | Weekend |
| June 19 | 0.00 | Weekend |
| June 20 | 0.00 | Personal Time |
| June 21 | 0.00 | Personal Time |
| June 22 | 1.50 | Opened mail, Met with Ben (Solutions By Design) to set up scanner and general computer maintenance; |
| June 23 | 0.00 | Personal Time |
| June 24 | 0.00 | Personal Time |
| June 25 | 0.00 | Weekend |
| June 26 | 0.00 | Weekend |
| June 27 | 8.00 | TN email; Entered and paid bills; Payroll; Processed expense vouchers; Met with Monitor to review end of year numbers; |
| June 28 | 8.00 | TN email; Staff Meeting; Met with John Driessan (accountant) for close of fiscal year; Copying of Quality Review Tools for staff; Spoke with Shauna Williams and Darlene Langkau re: schedule availability for upcoming ADC Review; Made travel arrangements for the Monitor and Darlene Langkau (consultant); Made calls to: Madison Haywood, DMRS, and ISCs to inform them of the CSR schedule and document request for Madison Haywood; Staff Meeting; Prepared mailing of documents to Vickey Coleman; Copied ISC notes for CSR of Madison Haywood for the reviewers; |
| June 29 | 9.50 | TN email; Payroll; Banking; Fed Ex'd Court Invoice to the State and Judge Donald; Staff timesheets; Updated office calendar and Monitor's travel calendar; Processed expense vouchers; Finalized Bios report and prepared for mailing; Ordered reprints of Performance Expectation for Providers for BIOS training from Camelot Legal Copy; Prepared mailing of documents for upcoming ADC review to Darlene Langkau (consultant); Made Monitor's revisions to BIOS report and proofed; |
| June 30 | 0.00 | Personal Time |
| **Total** | **131.00** | **@ $50.00 = $6,550.00** |

**Erin Farstad**
**Research Associate**
**June 2005**
**Tennessee Court Hours**

| | | |
|---|---|---|
| June 1 | 8.00 | Entered Community Incident Reports for 5/14/05; filed mail; researched laptop computers for office and travel use;  Entered completed Family/Conservator Satisfaction Surveys into database;  Reviewed BIOS incident management policy and added summary to Incident Review, Reporting and Follow-up document. |
| June 2 | 8.00 | Entered AOD report into database for 5/31/05;  Printed combined Bios PRRT for L. Truesdale;  Finished summarizing Bios Incident Management Meeting Minutes and Policy;  Entered Family/Guardian survey results into database; Entered Family/Guardian survey comments into database;  Entered PCRTs into database for WTFS;  Entered PRRT into database for EJ;  Summarized Spectrum's incident reporting and policy; Reviewed 2005 CSR for BIOS. |
| June 3 | 8.00 | Entered AOD report into database for 6/1/05; Entered Family/Guardian surveys and comments into database; Read over St. John's materials for 2005 CSR next week; Filed mail. |
| June 4 | 0.00 | Weekend |
| June 5 | 0.00 | Weekend |
| June 6 | 8.00 | Emailed S. Johnson-Jones requesting monthly census data for ADC from 1/01 to present; Reviewed St. John's files for upcoming CSR; Entered AOD report for 6/4/05. |
| June 7 | 8.00 | Attended staff meeting; updated hospitalizations and worked on analyzing data; researched laptop computers for office use; entered family/guardian survey results and comments into database;  reviewed RD's ISP for 2005 CSR. |
| June 8 | 8.00 | Travel to Tennessee; Conduct 2005 CSR of DC's home; Review materials for review of DO's |
| June 9 | 8.00 | Conduct review of DO's home; review materials for RD; finish tools for DC. |
| June 10 | 8.00 | Conduct review of RD's home; complete review tools for DO and RD. |
| June 11 | 0.00 | Weekend |
| June 12 | 0.00 | Weekend |
| June 13 | 8.00 | Entered AOD report for 6/8/05; entered family/conservator satisfaction surveys and comments into database;  Attended conference call with N. Ray, L. Truesdale, S. Youngblood, A. Higgs, J. Holman, and E. Miller regarding results of 2005 CSR for BIOS;  Updated combined Bios PRRT for 2005 CSR;  Updated 2005 CSR PRRT summary worksheet. |
| June 14 | 8.00 | Entered AOD report for 6/10/05; Entered family/conservator satisfaction surveys and comments; Filed mail;  Entered Community Incident Reports for 5/21-6/3;  Entered 2005 CSR Home Staff Interviews for St. John's; Completed PRRT for DC. |
| June 15 | 8.00 | Completed PRRT for DO;  Completed PRRT for RD; filed mail; Spoke with J. Holman and S. Youngblood regarding BIOS report. |
| June 16 | 8.00 | Entered Service Denials for May 2005; trended Service Denials for May 2005; filed mail. |
| June 17 | 7.00 | Combined Guardian PRRT for SH with Reviewer 1 and 2 information and e-mailed results to N. Ray and B. Maxon; Combined PRRTs for St. John's and printed for N. Ray; Made a list of Guardians/Conservators who have not returned Guardian/Conservator Satisfaction Survey; continued trending Service Denial information. |
| June 18 | 0.00 | Weekend |
| June 19 | 0.00 | Weekend |
| June 20 | 8.00 | Combined and printed Guardian PRRTs; Updated, combined and printed St. John's PRRTs; Entered PCRTs for SH, GM, and LS into 2005 CSR database; Entered PRRTs for GM, SH, LS, DC, RD, and DO. |

June 21   8.00   Entered Community and ADC Incident reports into 2005 database;  Entered ADC Family/Conservator Satisfaction Surveys into database.

June 22   8.00   Entered ADC Incident Reports for May 2005;  Entered Home Staff Interview Tools for GM, SH and LS for 2005 CSR; Sent e-mails to SMW, VVC and CO requesting completed review tools from 2005 CSR;  Entered ADC Family/Guardian Survey Comments.

June 23   8.00   Filed mail; Read over MB's requested information, including: ISP, ISP Addenda, Assessments, Reviews, Evaluations, Plans and Notes; Entered ADC Family/Guardian survey and comments into database.

June 24   8.00   Entered ADC Family/Guardian Satisfaction Survey results and comments into database; Worked on Hospitalizations charts for ADC residents 1/01-5/05.

June 25   0.00   Weekend

June 26   0.00   Weekend

June 27   8.00   Entered PCRTs for GW, EJ, and PH; Entered Home Staff Interview Tool for MG; Entered AOD report for 6/26/05; Entered results and comments for ADC and Community Satisfactions Surveys;  Entered PCRTs for PA, SG, KL, and MM; Combined Easter Seals PRRTs for SA, DE, LF and sent to P. Hargrove and V. Coleman; Worked on addressing issues on BIOS Report with L. Truesdale and N. Ray.

June 28   8.00   Entered AOD report for 6/27/05; Attended staff meeting; Entered Community Incident Reports for June 2005; Combined VOA PRRTs for DC, OM, and GM; Entered missing PRRT information for BIOS; Entered PCRTs for DC, RD, and DO; Added RB to Combined PRRT for VOA; Revised 2005 CSR for BIOS according to comments made by NKR at meeting on 6/27/05.

June 29   8.00   Entered Home Staff Interview tools for DC, KN, OM, and RB; Entered PRRTs for RB, DC, OM, and MH; Made new charts for hospitalizations file; Discussed validity and usefulness of all Hospitalizations charts with N. Ray; Filed mail.

June 30   8.00   Entered AOD report for 6/28/05; Entered Community/ADC satisfaction survey results and comments into database; Formatted 2005 CSR combined PRRTs for VOA; Worked on formatting charts for Hospitalizations; Added KN's PRRT results to 2005 CSR PRRT Summary; Read over 2005 CSR for BIOS.

**Total   175.00   @ $40 =$7,000.00**

*Kelly A. Morris*
*Research Associate*
*June 2005*

### *Tennessee Court Hours*

| | | |
|---|---|---|
| June 1 | 8.00 | Logged in Tennessee correspondence; updated end of the month class member count database to reflect moves during May; updated guardian address database; reviewed and edited the Mosaic Community Status Review Report; set up database for guardian survey comments; compiled Investigation information, CSN Weekly Status Update information, and Crisis Management Reports in preparation for Community Status Reviews of Guardian |
| June 2 | 8.00 | Logged in Tennessee correspondence; compiled Investigation information, CSN Weekly Status Update information, and Crisis Management Reports in preparation for Community Status Reviews of VOA; spoke with conservator of class member regarding concerns; updated ADC Hospitalization database |
| June 3 | 8.00 | Reviewed Clinical Death Summaries of class members DB, CN, and SP; logged in Tennessee correspondence; reviewed the June issue of the Arlington Tabloid; organized materials for next week's reviews of St. John's |
| June 4 | 0.00 | |
| June 5 | 0.00 | |
| June 6 | 8.00 | Reviewed and edited the WTFS Community Status Review report; logged in Tennessee correspondence; spoke with E. Farstad regarding conducting reviews of St. John's; began reviewing materials for review of DC and taking notes on tools |
| June 7 | 8.00 | Attended staff meeting; logged in Tennessee correspondence; continued reviewing materials for review of DC and taking notes on tools |
| June 8 | 8.00 | Flew from Albany to Nashville; drove to Jackson; conducted review of the St. John's home of DC; reviewed materials for review of RD and taking notes on tools |
| June 9 | 8.00 | Reviewed notes in preparation for review; conducted review of St. John's class member DO; reviewed and further documented on tools for DC and DO; discussed reviews with C. Ouimet and E. Farstad |
| June 10 | 8.00 | Reviewed notes in preparation for review; conducted review of St. John's class member RD; reviewed and further documented tools; discussed review with C. Ouimet and E. Farstad; drove from Jackson to Nashville; flew to Albany |
| June 11 | 0.00 | |
| June 12 | 0.00 | |
| June 13 | 5.00 | Put together, organized, and created cover sheets for medical record documents for BP for nurse consultant; reviewed Tennessee e-mail correspondence for past few days; logged in Tennessee correspondence for past few days |
| June 14 | 8.00 | Reviewed nurse consultant write-up of review of TT's medical files; logged in Tennessee correspondence; reviewed comments made by parents on the Monitor's Office satisfaction survey; began write-up on PRRT of review of DC; general office filing; updated guardian addresses; updated databases to reflect transitions from ADC to community homes |
| June 15 | 8.00 | Completed write-up on PRRT of review of DC; logged in Tennessee correspondence; updated ADC Hospitalization database; completed write-up on PRRT of review of DO |
| June 16 | 8.00 | Logged in Tennessee correspondence; completed write-up on PRRT of review of RD; spoke with ADC class member guardian regarding satisfaction survey and concerns he has regarding funding |
| June 17 | 4.00 | Logged in Tennessee correspondence; reviewed Easter Seal's spring newsletter; updated guardian address database and sent out surveys to updated addresses |
| June 18 | 0.00 | |
| June 19 | 0.00 | |

| June 20 | 8.00 | Downloaded NKR Associates e-mail correspondence; logged in Tennessee correspondence; entered Community Guardian Satisfaction Survey results and comments into databases; updated ADC Hospitalization database |
|---|---|---|
| June 21 | 8.00 | Logged in Tennessee correspondence; set up ADC Guardian Satisfaction Survey results and comments databases; entered Community Guardian Satisfaction Survey results and comments into databases; downloaded NKR Associates e-mail correspondence; updated ADC and community guardian addresses and phone numbers |
| June 22 | 8.00 | Downloaded NKR Associates e-mail correspondence; logged in Tennessee correspondence; contacted ISCs to request updated ISPs; organized the medical records of Deborah Cooper and created cover sheets for each section for nurse consultant |
| June 23 | 8.00 | Downloaded NKR Associates e-mail correspondence; logged in Tennessee correspondence; created charts of CSN Weekly Status Updates for Madison Haywood clients being reviewed; printed out and copied materials for review |
| June 24 | 8.00 | Downloaded NKR Associates e-mail correspondence; logged in Tennessee correspondence; contacted provider agencies to obtain current guardian addresses; created summary charts of investigations and Crisis Management Reports for Madison Haywood for Community Status Reviews |
| June 25 | 0.00 | |
| June 26 | 0.00 | |
| June 27 | 8.00 | Logged in Tennessee correspondence; spoke with ComCare conservator K. Huggins about satisfaction surveys; contacted B. Sartain to obtain current conservator addresses and updated them in database; updated ADC Hospitalization database |
| June 28 | 8.00 | Attended staff meeting; logged in Tennessee correspondence; updated class member databases to reflect those reviewed for the 2005 CSR; filled in Community Participation sections of Person Centered Tools for St. John's individuals |
| June 29 | 8.00 | Logged in Tennessee correspondence; began creating chart for post-transition review of Dean McCall; thinned completed CSR folders of unnecessary materials; rearranged and organized files |
| June 30 | 8.00 | Performed back-up of server; downloaded NKR Associates e-mail; logged in Tennessee correspondence; created new labels for files; reviewed, edited, and conducted mailing of the Bios Community Status Review report; updated class member databases to reflect transitions; updated ADC Hospitalization database |
| **Total** | **169.00** | **@$50.00 = $8,450.00** |

*Shannon M. Williams*
*Assistant Research Associate*
*June 2005*

*Tennessee Court Hours*

| | | |
|---|---|---|
| June 1 | 0.00 | |
| June 2 | 0.00 | |
| June 3 | 0.00 | |
| June 4 | 0.00 | |
| June 5 | 0.00 | |
| June 6 | 0.00 | |
| June 7 | 0.00 | |
| June 8 | 0.00 | |
| June 9 | 0.00 | |
| June 10 | 0.00 | |
| June 11 | 0.00 | |
| June 12 | 0.00 | |
| June 13 | 0.00 | |
| June 14 | 0.00 | |
| June 15 | 0.00 | |
| June 16 | 2.00 | Pre-review of RBr for upcoming CSR 2005 trip; |
| June 17 | 1.25 | Pre-review of DC for upcoming CSR 2005 trip; |
| June 18 | 0.00 | |
| June 19 | 0.00 | |
| June 20 | 8.00 | Travel from ROC to MEM; Pre-review of OM for CSR 2005; Called into office re: CMD out of office; Review of CSR 2005 OM; |
| June 21 | 8.00 | Review of CSR 2005 KN; Review of CSR 2005 RBr; |
| June 22 | 8.00 | Review of CSR 2005 DC; Completion of hand tools for DC; |
| June 23 | 8.00 | Travel from MEM to ROC; Completion of hand tools for KN, RBr, and OM; |
| June 24 | 5.00 | Read NKR's email of GM'sPRRT; Phoned VVC and LMT re: CP sections of review; Completed OM's PRRT; Emailed to LMT; Completed DC's PRRT; Emailed to VVC; Updated court time log; |
| June 25 | 1.50 | Received email from VVC of RBr's PRRT; Completed RBr's PRRT and emailed to LMT; |
| June 26 | 0.00 | |
| June 27 | 0.00 | |
| June 28 | 0.00 | |
| June 29 | 2.50 | Received KN's tool from VVC; Completed KN's PRRT; Emailed KN's PRRT to EF; |
| June 30 | 0.00 | |
| **Total** | **44.25** | @ $40.00 = $1,770.00 |

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
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

EXPENSES 6/14-17/05

**PURPOSE:**

JUNE 14 – (Travel to Memphis), 2005 Guardian Community Status Review (SH); Phone call from V. Thayer (guardian of ADC class member VT) regarding recent assault on his son; Phone call to M. Brewer regarding her complaints about services for her daughter MB and her recent serious injuries; Phone call extended from DOJ Counsel regarding settlement discussions with the Parties; TN e-mail

JUNE 15 – 2005 Guardian Community Status Review (LS); Meeting with Larry Durbin related to community provider concerns and barriers to provider development; Phone call from S. Norris regarding Parties Meeting and concerns at ADC regarding assault on class member VT; Documentation of 2005 Guardian CSR for SH; TN e-mail

JUNE 16 - 2005 Community Status Review for GM; Site visit to ADC to review class members VT and MB in response to guardians' complaints; Meeting at ADC with DMRS officials, ADC superintendent, and Mr. Thayer regarding poor handling of VT's assault incident; Phone call to M. Brewer regarding investigation of her concerns related to her daughter MB; Phone call with W. Connette regarding upcoming Parties' meeting; TN e-mail

JUNE 17 - Parties Meeting; Phone call from Sarah Edwards (DMRS) regarding class member's (DR) disenrollment from the Self Determination Project; Documentation of 2005 Guardian CSR for LS; Review of State's Quality Management Committee Minutes for East, Middle, and West TN (Travel from Memphis to Albany)

**EXPENSES:**

| | | |
|---|---|---|
| ❑ | US Airlines (Albany-Memphis-Albany, 6/14-17/05) | $ 663.80[1] |
| ❑ | Hilton (Memphis, 6/14-17 /05) | $ 278.28 |
| ❑ | Hertz (Memphis, 6/14-17`/05) | $ 206.35 |
| ❑ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$ 1316.43** |

*NKR*

---

[1] Flight changed to accommodate June 17, 2005 Parties meeting. Ticket price includes $100 change fee.

**Subj:** **Reissue Ticket Confirmation**
**Date:** 5/31/2005 2:43:08 PM Eastern Standard Time
**From:** tickets@usairways.com
**Reply-to:** TKTWEB@usairways.com
**To:** NKRASSOCIATES@AOL.COM



US Airways -> reissue confirmation

## Thank you for using US Airways.

- Boarding passes and government issued photo identification are required at airport security checkpoints
- For domestic U.S. travel, print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin
- View recommended Check-in times for your departure at www.usairways.com/travel/airport

### Confirmation Code (Record Locator): IDSIXT

| Itinerary | Date | Flight | Compartment | Seats |
|---|---|---|---|---|
| **8:05A** Depart Albany, NY (ALB) **10:06A** Arrive Charlotte, NC (CLT) | Jun 14 | US Airways **1041** | Coach | 12F |
| **10:55A** Depart Charlotte, NC (CLT) **11:30A** Arrive Memphis-Int'l, TN (MEM) | Jun 14 | US Airways **1065** | Coach | 10A |
| **5:35P** Depart Memphis-Int'l, TN (MEM) **8:14P** Arrive Charlotte, NC (CLT) | Jun 17 | US Airways Express **2958** operated by MESA AIRLINES | Coach | 07A |
| **9:20P** Depart Charlotte, NC (CLT) **11:21P** Arrive Albany, NY (ALB) | Jun 17 | US Airways **1248** | Coach | 06C |

Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | |
|---|---|---|---|---|---|
| RAY/NANCY | US 2050440 | 0372190901341 | $494.88 | $68.92 | $563.80 |
| | | | | New Itinerary | $563.80 |
| | | | | Change Fee(s) | $100.00 |
| | | | | **Total** | **$563.80** |
| | | | | Original Ticket Credit | ($563.80) |
| | | | | **Amount Due** | **$100.00** |

**Payment Information**
USD$100.00 has been billed to: Bank of America xxxxxxxxxxxx1888 - Exp. 09/05

**Ticket Restrictions**
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

**Changes in Travel Plans**
- Penalties and/or an additional charges may apply
- Tickets are non transferable and valid for one year from date of ticket issuance
- To retain the value of a non-refundable ticket, flights must be cancelled on/before the ticketed travel date
- Ticket changes may be made online
- For additional information please view US Airways Terms of Transportation

**Documentation For International Travel**
- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place. Passengers are responsible for compliance with all government travel requirements. View specific documentation requirements on the U.S. Department of State Website: www.travel.state.gov/travel_warnings.html.

## Hilton
### Memphis

939 Ridge Lake Boulevard · Memphis, TN 38120
Phone (901) 684-6664 · Fax (901) 762-7496
Reservations
www.hilton.com or 1 800 HILTONS

RAY, NANCY
NKR AND ASSOC INC
318 DELAWARE AVE
DELMAR, NY 120541911
US

N K R ASSOCIATES

509/K1
06/14/05  5:18PM
06/17/05

1/0
80.00

RATE PLAN        L-K4

HH# 613871854 DIAMOND
AL:  US  #2050440
BONUS AL:        CAR:

Confirmation Number : 3212984119

06/17/05      PAGE      1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 06/14/05 | GUEST ROOM | AUDIT | 408600 | $80.00 | | |
| 06/14/05 | STATE TAX | AUDIT | 408600 | $7.40 | | |
| 06/14/05 | COUNTY TAX | AUDIT | 408600 | $4.00 | | |
| 06/14/05 | CITY TAX | AUDIT | 408600 | $1.36 | | |
| 06/15/05 | GUEST ROOM | AUDIT | 409831 | $80.00 | | |
| 06/15/05 | STATE TAX | AUDIT | 409831 | $7.40 | | |
| 06/15/05 | COUNTY TAX | AUDIT | 409831 | $4.00 | | |
| 06/15/05 | CITY TAX | AUDIT | 409831 | $1.36 | | |
| 06/16/05 | GUEST ROOM | AUDIT | 410836 | $80.00 | | |
| 06/16/05 | STATE TAX | AUDIT | 410836 | $7.40 | | |
| 06/16/05 | COUNTY TAX | AUDIT | 410836 | $4.00 | | |
| 06/16/05 | CITY TAX | AUDIT | 410836 | $1.36 | | |
| | WILL BE SETTLED TO VS ***********1888 | | | | | $278.28 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.
To check your earnings for this stay or any other stay at more than 2,700
hotels worldwide visit www.hiltonhhonors.com*

*Thank you for choosing Hilton! Please visit us at hilton.com to view our
best available Net Direct rates, plan a special vacation getaway or select a
convenient location for your next business trip.*

| DATE OF CHARGE | FOLIO NO./CHECK NO.  113258  A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any
questions about your account.*

```
              MEMPHIS INT'L A/P
RENTAL RECORD:           588854065
NANCY RAY
COMPLETED BY:                3079
RENTED:  MEMPHIS INT'L A/P
RENTAL:    06/14/05    12:24
RETURN:    06/17/05    13:02
MILES IN: 05334  OUT: 05163
MILES DRIVEN:   171
PLAN IN/OUT: SIDR   /SIDR
CLS: C


  3 DAYS        46.99   140.97
DISCOUNT  5%             7.05
SUBTOTAL              133.92ff
CONCESSION FEE RECOVERY  16.49
FF SURCHARGE            1.50
FUEL PURCHASE OPTION   36.34
TX 14.250% ON  148.81  21.20
NET DUE              206.35
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXXXXXX
FF# US 2050440
FF MILES AWARDED   154

  Thank you for renting from
       Hertz
```

**Vickey V. Coleman**
**835 Oak View Loop**
**Bolivar, TN 38008-3881**
**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**

**Expenses for Month of June 2005**

## EXPENSES

- Mileage Reimbursement for the month of June 2005          $495.00

- Per diem @ $25.00 x9 days for June 2005                         $225.00

- Postage for 2005 CSR tools                                                $5.05

**TOTAL**                                                                              **$725.05**

Vickey Coleman



**Vickey V. Coleman**

**835 Oakview Loop**

**Bolivar, TN  38008-3881**

**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**

| Date | Destination | Mileage |
|---|---|---|
| 6/1/2005 | Home/Office to ADC* | 102 |
| 6/3/2005 | Home/Office to Jackson | 76 |
| 6/4/2005 | Home/Office to Jackson | 76 |
| 6/5/2005 | Home/Office to Jackson | 76 |
| 6/6/2005 | Home/Office to Memphis* | 118 |
| 6/8/2005 | Home/Office to ADC* | 102 |
| 6/16/2005 | Home/Office to ADC* | 102 |
| 6/17/2005 | Home/Office to Memphis & Cordova* | 127 |
| 6/20/2005 | Home/Office to Memphis* | 118 |
| 6/21/2005 | Home/Office to Memphis* | 118 |
| 6/22/2005 | Home/Office to Memphis* | 118 |
| 6/23/2005 | Home/Office to Jackson | 85 |
| 6/28/2005 | Home/Office to ADC* | 102 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total Mileage** | 1320 |
| | **Total Reimbursement @ 37.5 cents/mile** | $495.00 |

*Postage to
Mail 2005CSR
review Tools

Vicky Coleman*

```
              BO    AR MPO
          BOLI'      Tennessee
                  J89998
                 30508-0098
06/23/2005    .1)658-3231    02:54:31 PM

        ---- Sales Receipt ----
Product        Sale    Unit      Fin  l
Description     Qty    Price     Pri ce

DELMAR NY 12054 Priority          $5.05
Mail
                                ========
           Issue PVI:            $5.05


Total:                           $5.05

Paid by:
Cash                     $5.05


Bill#:  1000200246311
Clerk:  02

 — All sales final on stamps and postage. —
     Refunds for guaranteed services only.
        Thank you for your business.
             Customer Copy
```

*Vicky Coleman*

**Erin Farstad**
**Research Assistant**
918 Randall Road
Niskayuna, NY 12309
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

EXPENSES 6/8/05 – 6/10/05

PURPOSE:

JUNE 8 – (Travel to Nashville); Conduct 2005 CSR for DC

JUNE 9 – Conduct 2005 CSR for DO; Completed PRRT tool for DC

JUNE 10 – Conduct 2005 CSR for RD; Completed PRRT tool for DO; Travel to Albany

EXPENSES:

| | | |
|---|---|---|
| ❑ | US Airways [Albany-Nashville-Albany (6/8 – 6/10/05)] | $ 304.80 |
| ❑ | Country Inn & Suites, Jackson (6/8 – 6/10/05) | $ 126.22 |
| ❑ | Per Diem (3 days @ $42/day) | $ 126.00 |
| | **TOTAL** | **$ 557.02** |

*NKR*

Yahoo! Mail - eprincesa@yahoo.com
Page 1 of 2

Case 2:92-cv-02062-JPM-tmp   Document 2042   Filed 08/24/05   Page 30 of 82   PageID 9739

# YAHOO! MAIL ®

Print - Close Window

**Date:** Thu, 19 May 2005 11:58:16 -0700 (PDT)

**From:** tickets@usairways.com

**To:** EPRINCESA@YAHOO.COM

**Subject:** US Airways Ticket Confirmation

# US AIRWAYS

usairways.com -> confirmation

**Thank you for using usairways.com.**



US AIRWAYS *Club* One-Day Pass 50% off. Only $25. Click Here.

- Boarding passes are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin

**Confirmation Code: JBVPDW**                    usairways.com

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| **8:05A** Depart Albany, NY (ALB) **10:06A** Arrive Charlotte, NC (CLT) | Jun 8 | US Airways **1041** | V | 13D |
| **11:15A** Depart Charlotte, NC (CLT) **11:37A** Arrive Nashville, TN (BNA) | Jun 8 | US Airways **941** | V | 04E |
| **6:00P** Depart Nashville, TN (BNA) **8:11P** Arrive Charlotte, NC (CLT) | Jun 10 | US Airways **207** | V | 04E |
| **9:20P** Depart Charlotte, NC (CLT) **11:21P** Arrive Albany, NY (ALB) | Jun 10 | US Airways **1248** | V | 09D |

**Ticket Information**

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Itinerary Total |
|---|---|---|---|---|---|
| FARSTAD/ERIN | US F847H56 | 0372177733994 | 251.16 | 53.64 | 304.80 |

**Payment Information**
USD304.80 has been billed to:   xxxxxxxxxxxx6394 - Exp. 05/07

*Erin Farstad*

**Ticket Restrictions**
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

**Changes in Travel Plans**

- Ticket changes may be made online
- Penalties and/or an additional charge may apply
- Tickets are non transferable and valid for one year from date of ticket issuance
- // To retain the value of a non-refundable ticket, flights must be cancelled on/before the ticketed

**Kelly A. Morris**
Research Associate
4 Farnsworth Dr., Apt. 4
Slingerlands, NY 12159
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

Expenses for 6/8/05 – 6/10/05

**Purpose:** To conduct Community Status Reviews of the supports and services of St. John's class members DO, DC, and RD

**Expenses:**

- US Airways Albany to Nashville (6/8/05) to Albany (6/10/05)       $304.80

- Lodging: Country Inn & Suites, Jackson (6/8 – 10/05)       $126.22

- Per Diem @ $42/day X 3 days       $126.00

**TOTAL**       $557.02

Yahoo! Mail - kellyam707@yahoo.com                                    Page 1 of 2

Case 2:92-cv-02062-JPM-tmp    Document 2042    Filed 08/24/05    Page 33 of 82    PageID 9742

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Date:** | Thu, 19 May 2005 11:50:46 -0700 (PDT) |
| **From:** | tickets@usairways.com |
| **To:** | KELLYAM707@YAHOO.COM |
| **Subject:** | US Airways Ticket Confirmation |

# US AIRWAYS

usairways.com -> confirmation

**Thank you for using usairways.com.**



- Boarding passes are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight.
  **Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin

## Confirmation Code: **KAPUVP**                                    usairways

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:05A Depart Albany, NY (ALB)<br>10:06A Arrive Charlotte, NC (CLT) | Jun 8 | US Airways **1041** | V | 13C |
| 11:15A Depart Charlotte, NC (CLT)<br>11:37A Arrive Nashville, TN (BNA) | Jun 8 | US Airways **941** | V | 04B |
| 6:00P Depart Nashville, TN (BNA)<br>8:11P Arrive Charlotte, NC (CLT) | Jun 10 | US Airways **207** | V | 04B |
| 9:20P Depart Charlotte, NC (CLT)<br>11:21P Arrive Albany, NY (ALB) | Jun 10 | US Airways **1248** | V | 09C |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Itinerary Total |
|---|---|---|---|---|---|
| MORRIS/KELLY | US 4V442B4 | 0372177733906 | 251.16 | 53.64 | 304.80 |

### Payment Information
USD304.80 has been billed to:   xxxxxxxxxxxx3482  -  Exp. 05/06

### Ticket Restrictions
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

## Changes in Travel Plans

- Ticket <u>changes</u> may be made online
- Penalties and/or an additional charge may apply
- Tickets are non transferable and valid for one year from date of ticket issuance
- // To retain the value of a <u>non-refundable ticket</u>, flights must be cancelled on/before the ticketed

EsOP:10H10U

COUNTRY INN & SUITES
1935 EMPORIUM DRIVE
JACKSON, TENN. 38305
731-668-0077

KELLY MORRIS                          Room: 206
318 DELEWARE AVE                      Rate: 55.00
DELMAR NY 12054                      Adults: 1
                                     Folio: 66731
Gold points #:                      Arrival: 06/08/05
                                  Departure: 06/10/05

| DATE | ROOM | DESCRIPTION | COMMENT | AMOUNT |
|------|------|-------------|---------|--------|
| 06/08 | 206 | ROOM CHARGE | AUTO POSTING | 55.00 |
| 06/08 | 206 | TAX-STATE 9.75% | AUTO POSTING | 5.36 |
| 06/08 | 206 | TAX-OCCP 5% | AUTO POSTING | 2.75 |
| 06/09 | 206 | ROOM CHARGE | AUTO POSTING | 55.00 |
| 06/09 | 206 | TAX-STATE 9.75% | AUTO POSTING | 5.36 |
| 06/09 | 206 | TAX-OCCP 5% | AUTO POSTING | 2.75 |
| 06/10 | 206 | VI - PAYMENT | ***************3482 | 126.22- |

Total Due: $.00

Charged to: VI **************3482 05/06

Guest Signature _____

** Thank you for staying at Country Inn & Suites **

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*362 Goode St.*
*Burnt Hills, NY 12027*
*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*

### Expenses for Week of June 20-23, 2005

**Purpose: Conducted four-class member (KN, DC, OM, RB) Community Status Reviews for one provider agency (VOA).**

**Expenses**

| | | |
|---|---|---|
| ☐ | US Airways-round trip Albany, Memphis, Albany | $ 543.80 |
| ☐ | Lodging: Hampton Inn, Memphis (6/20-6/23/05) | $ 250.44 |
| ☐ | Hertz Rental Car (6/20-6/23/05) | $   96.03 |
| ☐ | Per Diem (4 days @ $42/day) | $ 168.00 |

**TOTAL**                                              **$ 1058.27**

**Thank you for using usairways.com.**

Boarding passes are required at airport security checkpoints

Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight.

**Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin

| Confirmation Code: BIAVPP | | | | |
|---|---|---|---|---|
| 8:05A Depart Albany, NY (ALB)<br>10:06A Arrive Charlotte, NC (CLT) | Jun 20 | US Airways **1041** | H | 11C |
| 10:55A Depart Charlotte, NC (CLT)<br>11:30A Arrive Memphis-Int'l, TN (MEM) | Jun 20 | US Airways **1065** | H | 10C |
| 12:15P Depart Memphis-Int'l, TN (MEM)<br>2:50P Arrive Charlotte, NC (CLT) | Jun 23 | US Airways **584** | H | 10C |
| 3:35P Depart Charlotte, NC (CLT)<br>5:36P Arrive Albany, NY (ALB) | Jun 23 | US Airways Express **2202**<br>operated by PSA AIRLINES | H | 12C |

**Ticket Information**

| | | | | | |
|---|---|---|---|---|---|
| TRUESDALE/LYNN   US 9D662N4 | 0372177509147 | 476.28 | | 67.52 | 543.80 |

USD543.80 has been billed to:   xxxxxxxxxxxx5346 - Exp. 01/07

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

*Hampton*

| | name address | |
|---|---|---|
| TRUESDALE, LYNN | room number: | 214/SXBL |
| 362 GOODE ST | arrival date: | 06/20/0512:43PM |
| BURNT HILLS, NY 12027 | departure date: | 06/23/05 |
| US | adult/child: | 1/0 |
| | room rate: | $70.00 |

RATE PLAN         L T3X
HH# 614173286 SILVER
AL     US #9D852M4
BONUS AL          QAR

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. * In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

Confirmation: 82935484

06/23/05        PAGE        1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 06/20/05 | 689762 | GUEST ROOM | $70.00 |
| 06/20/05 | 689762 | STATE SALES TAX | $6.48 |
| 06/20/05 | 689762 | CITY LODGING TAX | $3.50 |
| 06/20/05 | 689762 | COUNTY LODGING TAX | $3.50 |
| 06/21/05 | 689986 | GUEST ROOM | $70.00 |
| 06/21/05 | 689986 | STATE SALES TAX | $6.48 |
| 06/21/05 | 689986 | CITY LODGING TAX | $3.50 |
| 06/21/05 | 689986 | COUNTY LODGING TAX | $3.50 |
| 06/22/05 | 690219 | GUEST ROOM | $70.00 |
| 06/22/05 | 690219 | STATE SALES TAX | $6.48 |
| 06/22/05 | 690219 | CITY LODGING TAX | $3.50 |
| 06/22/05 | 690219 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ***********5346 | $250.44 |

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 175415   A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member     X | **total** amount     0.00 | |

    

**thanks.**

```
              MEMPHIS INT'L A/P
RENTAL RECORD:            59423775
LYNN TRUESDALE
COMPLETED BY:             7355
RENTED: MEMPHIS INT'L A/P
RENTAL:   06/20/05    12:31
RETURN:   06/23/05    10:53
MILES IN: 05556  OUT: 05407
MILES DRIVEN:   149
PLAN IN/OUT: STDR   /STDR
CLS: C

   3 DAYS          49.99   149.97
PROMO 036713                99.98
DISCOUNT  5%                 2.50
SUBTOTAL                    47.49
CONCESSION FEE RECOVERY      4.75
FUEL PURCHASE OPTION        36.34
TX 14.250% ON     52.24      7.45
NET DUE                     96.03
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX546
```

Thank you for renting from

# Hertz

**Shauna M. Williams**
**Research Assistant to the Monitor for the Remedial Order**
51 East Avenue
Fairport, NY 14450
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

EXPENSES FOR 6/20 - 23/05

**PURPOSE:**

June 20 – Travel from Rochester to Memphis for CSR 2005; Pre-review of OM materials; Review of OM

June 21 – Review of KN; Review of RBr

June 22 – Review of DC

June 23 – Travel from Memphis to Rochester; Completion of PRRT hand tools for KN, RBr, and OM

**EXPENSES:**

| | | |
|---|---|---|
| ❏ | US Airlines (Rochester-Memphis-Rochester  6/20 - 23/05) | $ 399.30 [1] |
| ❏ | Hampton Inn Suites (Memphis 6/20 - 23/05) | $ 250.44 |
| ❏ | Airport Parking (Rochester 6/20 - 23/05) | $ 42.00 |
| ❏ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$ 859.74** |

*Shauna M Williams*

---

[1] Ticket price includes $100 change fee.  Current ticket was purchased with "exchanged" ticket for a 6/21/05 Memphis trip. Original trip was cancelled due to Court Monitor's travel adjustments for a Parties Meeting held on 6/17/05 .



*Hampton*

| | name | | |
|---|---|---|---|
| | address | | |

WILLIAMS, SHAUNA
2 EAST AVE

FAIRPORT, NY 14430
US

room number: 318/KXTE
arrival date: 06/20/05 12:44PM
departure date: 06/23/05
adult/child:
room rate: 70
$70.00

RATE PLAN    L-T3X
HH# 887826485 BLUE
AL:        US #8D170V2
BONUS AL        CAR

Confirmation: 86837703

06/23/06    PAGE

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. " I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account." In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 06/20/05 | 689790 | GUEST ROOM | $70.00 |
| 06/20/05 | 689790 | STATE SALES TAX | $6.48 |
| 06/20/05 | 689790 | CITY LODGING TAX | $3.50 |
| 06/20/05 | 689790 | COUNTY LODGING TAX | $3.50 |
| 06/21/05 | 690017 | GUEST ROOM | $70.00 |
| 06/21/05 | 690017 | STATE SALES TAX | $6.48 |
| 06/21/05 | 690017 | CITY LODGING TAX | $3.50 |
| 06/21/05 | 690017 | COUNTY LODGING TAX | $3.50 |
| 06/22/05 | 690250 | GUEST ROOM | $70.00 |
| 06/22/05 | 690250 | STATE SALES TAX | $6.48 |
| 06/22/05 | 690250 | CITY LODGING TAX | $3.50 |
| 06/22/05 | 690250 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ************1084 | $250.44 |

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 175991    A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| signature of card member | | total amount | |
| x *SMWilliams* 6/23/05 | | | 0.00 |

  

The Hilton Family    Hilton    Hampton    Hilton Garden Inn

thanks.

Thank You For Parking At The
Greater Rochester International Airport
On Airport Parking Facilities.


Rcpt# 97596
06/23/05 17:44   L# 4 A# 34   Txn#185507
06/20/05 06:31 In   06/23/05 17:44 Out
Tkt# 417469
FEE 5 LT        $   42.00
Total Fee       $   42.00
CASH PAID       $   42.00-
Cash Tender     $   42.00
Change Due      $    0.00
* * * * * * * * * * * * * * * * *
Ask us about a ZOOM Lane Pass!
It is FAST and CONVENIENT!
Contact us at 292-4900 or visit us at
amparking.com
* * * * * * * * * * * * * * * * *

8mWilliams 6|23|05

## REVIEWER 1: SERVICE INVOICE

Paul Hargrove
9617 Balsa Drive
Shreveport, LA 71115
Telephone: (318) 797-6457

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

Service Period: June 3-7, 2005

| | |
|---|---|
| Person-Centered and Home Review for SA, <u>Easter Seals</u> | 2.5 days |

–   ISP and Other Document Pre-Site Visit Review (.5 day)
–   On-Site Review (06.03.05) (1.0 day)
–   Instrument Completion and Entry in Database (1.0 day)

| | |
|---|---|
| Person-Centered and Home Review for LF, <u>Easter Seals</u> | 2.5 days |

–   ISP and Other Document Pre-Site Visit Review (.5 day)
–   On-Site Review (06.04.05) (1.0 day)
–   Instrument Completion and Entry in Database (1.0 day)

| | |
|---|---|
| Person-Centered and Home Review for DE, <u>Easter Seals</u> | 2.5 days |

–   ISP and Other Document Pre-Site Visit Review (.5 day)
–   On-Site Review (06.05.05) (1.0 day)
–   Instrument Completion and Entry in Database (1.0 day)

| | |
|---|---|
| Person-Centered and Home Review for MH, <u>St. John's</u> | 2.5 days |

–   ISP and Other Document Pre-Site Visit Review (.5 day)
–   On-Site Review (06.06.05) (1.0 day)
–   Instrument Completion and Entry in Database (1.0 day)

| | |
|---|---|
| Draft Narrative Report for <u>Easter Seals</u> | 2.25 days |

**TOTAL (12.25 days @ $ 700.00 day)**      **$8,575.00**

**Darlene Langkau RN**
9 Lawmar Lane, Burnt Hills, New York 12027
399-3180
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

6/11/05 – 6/20/05

PURPOSE: Completed Medical Record Summary Review with recommendations
pertinent to Community Transition for:

☐  TT                                    $1,250.00

☐  BP                                    $1,250.00

**TOTAL**          **$2500.00**

SIGNATURE _Darlene Langkau RN_  DATE: _6/20/05_

**Darlene Langkau RN**
9 Lawmar Lane, Burnt Hills, New York 12027
399-3180
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

6/26/05

PURPOSE: Completed Medical Record Summary Review with recommendations
pertinent to Community Transition for:

☐  TC                                                    $1,250.00

**TOTAL**        **$1250.00**

SIGNATURE *Darlene Langkau RN*  DATE: 6/26/05

BONITA A. MAXON
110 E. SHORE DR
PETERSBURG, NY 12138/518-658-2873
086365495
INVOICE FOR SERVICES JUNE 14-18, 2005

Person-Centered and Home Review for LS, <u>Guardian</u>                    2.5 days

- ISP and Other Document Pre-Site Visit Review (.5 day)
- On-Site Review *[June 14, 2005]* (1.0 day)
- Instrument Completion and Entry in Database (1.0 day)

Person-Centered and Home Review for SH, <u>Guardian</u>                    2.5 days

- ISP and Other Document Pre-Site Visit Review (.5 day)
- On-Site Review *[June 15, 2005]* (1.0 day)
- Instrument Completion and Entry in Database (1.0 day)

Person-Centered and Home Review for GM, <u>VOA</u>                    2.5 days

ISP and Other Document Pre-Site Visit Review (.5day)
On-Site Review *[June 16, 2005]* (1.0 day)
- Instrument Completion and Entry in Database (1.0 day)

**TOTAL (7.5 days @ $550.00 day)**                    **$4125.00**

Signature ___Bonita a. Maxon___ June 18, 2005

### Reviewer I: Service Invoice

Cheryl A. Ouimet, MSW
8322 Wycombe Lane
Raleigh, NC 27615
SS#: 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
SERVICE PERIOD
[April 24, 2005 – June 13, 2005]

▫ Person-Centered and Home Review for MM, <u>BIOS</u>          2.5 days
 - ISP and Other Document Pre-Site Visit Review (.5 day)
 - On-Site Review [5/7/05] (1.0 day)
 - Instrument Completion (1.0 day)

▫ Person-Centered and Home Review for KL, <u>BIOS</u>          2.5 days
 - ISP and Other Document Pre-Site Visit Review (.5 day)
 - On-Site Review [5/8/05] (1.0 day)
 - Instrument Completion (1.0 day)

▫ Person-Centered and Home Review for PA, <u>BIOS</u>          2.5 days
 - ISP and Other Document Pre-Site Visit Review (.5 day)
 - On-Site Review [5/9/05] (1.0 day)
 - Instrument Completion (1.0 day)

▫ Person-Centered and Home Review for SG, <u>BIOS</u>          2.5 days
 - ISP and Other Document Pre-Site Visit Review (.5 day)
 - On-Site Review [5/10/05] (1.0 day)
 - Instrument Completion (1.0 day)

▪ Draft narrative report and edits for BIOS                    3.0 days


**TOTAL (13 days @ $700.00 day) = $9,100.00**

Signature _Cheryl A. Ouimet_          Date _6/15/05_

**Reviewer I:  Service Invoice**

Cheryl A. Ouimet, MSW
8322 Wycombe Lane
Raleigh, NC 27615
SS#:  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
SERVICE PERIOD
[June 2, 2005 – June 20, 2005]

❑  Person-Centered and Home Review for DC, <u>St. John's</u>          2.5 days
   - ISP and Other Document Pre-Site Visit Review (.5 day)
   - On-Site Review [6/8/05] (1.0 day)
   - Instrument Completion (1.0 day)

❑  Person-Centered and Home Review for DO, <u>St. John's</u>          2.5 days
   - ISP and Other Document Pre-Site Visit Review (.5 day)
   - On-Site Review [6/9/05] (1.0 day)
   - Instrument Completion (1.0 day)

❑  Person-Centered and Home Review for RD, <u>St. John's</u>          2.5 days
   - ISP and Other Document Pre-Site Visit Review (.5 day)
   - On-Site Review [6/10/05] (1.0 day)
   - Instrument Completion (1.0 day)


**TOTAL (7.5 days @ $700.00 day) = $5,250.00**


Signature _Cheryl A Ouimet_          Date _6/27/05_

## EXPENSE INVOICE

Paul Hargrove
9617 Balsa Drive
Shreveport, LA 71115
Telephone: (318) 797-6457

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

Expenses for June 3-7, 2005

**Purpose:** Person-Centered and Home Review for four class members

**Expenses:**

| | | |
|---|---|---|
| • | Northwest Airlines (Shreveport-Memphis-Shreveport) (6/3/05) | $351.90 |
| • | Holiday Inn - Jackson (6/3/05 - 6/5/05) @ $65/day | $195.00 |
| | plus state sales & county lodging tax @ 14.75% | $ 28.77 |
| | Hampton Inn & Suites - Bartlett (6/6/05) @ $80/day | $ 80.00 |
| | plus city, state & lodging tax @ 19.25% | $ 15.40 |
| • | Per Diem (5 days @ $42/day) | $210.00 |
| • | Hertz Rental Car (6/3/05 - 6/7/05) | $325.72 |
| | **TOTAL** | $1206.79 |



| Home | Worldwide Sites | KLM |

Reservations Center    Travel Tools    Promotions & Products    WorldPer

Instructions    Flights    Award Travel    Hotels    Cars    Vacation Packages    My |

## Summary

**June 3, 2005**
**Depart:** Shreveport(SHV)
**Arrive:** Memphis (MEM)

**June 7, 2005**
**Depart:** Memphis(MEM)
**Arrive:** Shreveport (SHV)

**1 Adult:** $312.56

**Taxes/Fees:** $39.34

**Total Cost:** $351.90

Book a Car Rental
for this Trip

**Northwest WorldClubs®**
Enroll today and earn up
to 5,000 Bonus Miles

## Purchase Confirmation

Legend : Destination Guide : Maps : Reservations Help : Talk to

**Paul Hargrove**
WorldPerks Member

Thank you! Your reservation is confirmed.

Print a copy of this page for your records. For your convenience, a purchase confirmation will
automatically be emailed to you.

Pre-purchase seating selections were successful. To view or change your seating selections, cli
here.

Memphis 6/3/05                                                             🖨 Print Versi

**Northwest Airlines Confirmation Number:** 7WVRN5
**Itinerary number:** 106783071

| | |
|---|---|
| **Total Trip Cost:** | **$351.90** |
| **Traveler(s):** | **Frequent Flyer Details:** |
| Paul Hargrove | Northwest WorldPerks  100702635176 |

### Departing Flight(s)

| Friday, June 3, 2005<br>Northwest Airlines Flight #3555 | **depart** | 6:35am<br>morning | **Shreveport Regiona<br>Airport (SHV)**<br>Shreveport |
|---|---|---|---|
| operated by<br>MESABA AVIATION JET SERV/NW AIRLINK | **arrive** | 7:43am<br>morning | **Memphis Internatio<br>Airport (MEM)**<br>Memphis |
| | | | Seat(s): Not Assigne<br>Meal: none<br>On Time: N/A<br>Cabin: Economy<br>Equipment: Avro RJ&<br>Avroliner (AR8)<br>Duration: 1hr 8min<br>Approximate Distanc<br>284 miles |
| | | | Total Duration: 1hr 8<br>Total Distance: 284 r |

### Returning Flight(s)

| Tuesday, June 7, 2005<br>Northwest Airlines Flight #3552 | **depart** | 7:15pm<br>evening | **Memphis Internatio<br>Airport (MEM)**<br>Memphis |
|---|---|---|---|
| operated by<br>MESABA AVIATION JET SERV/NW AIRLINK | **arrive** | 8:32pm<br>evening | **Shreveport Regiona<br>Airport (SHV)**<br>Shreveport |
| | | | Seat(s): Not Assigne |



www.holiday-inn.com

**Paul Hargrove**
**318 Delaware**
**Delmar, NY  12054**
**US**

| | |
|---|---|
| Membership No. | PC   193852021 |
| A/R Number | |
| Group Code | |
| Folio/Invoice No. | 50352 |

| | | | |
|---|---|---|---|
| Room No. | **429** | Page No. | 1 of 1 |
| Arrival | 06-03-05 | Cashier No. | 14 |
| Departure | 06-06-05 | User ID | JWARMATH |

**www.holiday-inn.com/jacksontn**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-03-05 | *Accommodation | 65.00 | |
| 06-03-05 | State Sales Tax | 6.34 | |
| 06-03-05 | County Lodging Tax | 3.25 | |
| 06-04-05 | *Accommodation | 65.00 | |
| 06-04-05 | State Sales Tax | 6.34 | |
| 06-04-05 | County Lodging Tax | 3.25 | |
| 06-05-05 | *Accommodation | 65.00 | |
| 06-05-05 | State Sales Tax | 6.34 | |
| 06-05-05 | County Lodging Tax | 3.25 | |

Thank you for staying at Holiday Inn - Jackson, TN.  Qualifying points for this stay will automatically be credited to your account.  To make additional reserva

| | | |
|---|---|---|
| **Total** | 223.77 | 0.00 |
| **Balance** | 223.77 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn**
**541 Carriage House Drive**
**Jackson, TN 38305**
**Telephone: (731) 668-6000  Fax: (731) 668-9516**

*Hampton*

| | name address | room number: | 504/KXTE |
| --- | --- | --- | --- |
| HARGROVE, PAUL | | arrival date: | 06/06/05 9:53AM |
| UNKNOWN | | departure date: | 06/07/05 |
| MEMPHIS, TN 38125 | | adult/child: | 1/0 |
| US | | room rate: | $85.00 |

| | RATE PLAN | L-T3X |
| --- | --- | --- |
| | HH# | |
| | AL: | |
| | BONUS AL: | CAR: |

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account.* In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

Confirmation: 81786572

06/07/05     PAGE     1

| date | reference | description | amount |
| --- | --- | --- | --- |
| 06/06/05 | 686580 | GUEST ROOM | $85.00 |
| 06/06/05 | 686580 | STATE TAX | $7.86 |
| 06/06/05 | 686580 | CITY TAX | $4.25 |
| 06/06/05 | 686580 | LODGING TAX | $4.25 |
| | | WILL BE SETTLED TO VS ************3741 | $101.36 |

| account no. | date of charge | folio/check no. |
| --- | --- | --- |
| card member name | authorization 176213 | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member   X | **total** amount | 0.00 |

The Hilton Family   Hilton   Jameson   Hampton   Hilton Garden Inn

**thanks.**

```
              MEMPHIS INT'L A/P
RENTAL RECORD:              581935760
PAUL HARGROVE
COMPLETED BY:                   4881
RENTED: MEMPHIS INT'L A/P
RENTAL:  06/03/05   09:50
RETURN:  06/07/05   17:40
MILES IN: 06597  OUT: 06262
MILES DRIVEN:   335
PLAN IN/OUT: TELE   /TELE
CLS: C


  3 DAYS        22.99    68.97
  2 EX DAYS     34.49    68.98
DISCOUNT 10%             13.80
SUBTOTAL               124.15
CONCESSION FEE RECOVERY  18.40
LDW    $18.05/DAY        90.25
LIS    $11.95/DAY        59.75
TX 14.250% ON  232.80    33.17
NET DUE                325.72
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXXX3741

     Thank you for renting from
        Hertz
```

**Bonita Maxon**
**110 East Shore Dr.**
**Petersburg, NY 12138**
**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**

Expenses for Week of June 14-17, 2005

**Purpose:**

•Community Status Review of three class members.

**Expenses:**

•US Airways: Albany, NY-Memphis, TN- Albany, NY (6/14-6/17/05)      $ 563.80

•Lodging: Hilton-Memphis, TN (6/14/-6/17/05)                        $ 278.28

•Parking: Albany Park and Fly  (6/14-6/17/05)                       $ 34.50

•Per Diem @ ($42/day) X 4 days                                      $ 168.00

**TOTAL**                                                           **$  1044.58**

Signature: _Bonita A. Maxon_          Date: _June 18 2005_

*Alb to Memphis   6/14 - 6/17/05*

*Bon*
*Bonita A. Maxon*

**Thank you for using usairways.com.**

- Boarding passes are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight.
  **Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin

## Confirmation Code:  BROONY

| | | | | |
|---|---|---|---|---|
| 8:05A Depart Albany, NY (ALB)<br>10:06A Arrive Charlotte, NC (CLT) | Jun 14 | US Airways **1041** | H | 12E |
| 10:55A Depart Charlotte, NC (CLT)<br>11:30A Arrive Memphis-Int'l, TN (MEM) | Jun 14 | US Airways **1065** | H | 10B |
| 12:15P Depart Memphis-Int'l, TN (MEM)<br>2:50P Arrive Charlotte, NC (CLT) | Jun 17 | US Airways **584** | H | 10B |
| 3:35P Depart Charlotte, NC (CLT)<br>5:36P Arrive Albany, NY (ALB) | Jun 17 | US Airways Express **2202**<br>operated by PSA AIRLINES | H | 12C |

### Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| MAXON/BONITA | US 68F1P68 | 0372177686621 | 494.88 | 68.92 | 563.80 |

USD563.80 has been billed to:   xxxxxxxxxxxx2321  -  Exp.  09/05

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

# Hilton
Memphis

939 Ridge Lake Boulevard • Memphis, TN 38120
Phone (901) 684-6664 • Fax (901) 762-7496
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
|---|

MAXON, BONITA
110 E SHORE DR

PETERSBURG, NY 121381813
US

| | |
|---|---|
| Room | 408/D2 |
| Arrival Date | 06/14/05  5:17PM |
| Departure Date | 06/17/05 |
| Adult/Child | 1/0 |
| Room Rate | 80.00 |

RATE PLAN        L-K4

HH#  220656217 SILVER
AL:  US  #68F1P68
BONUS AL:           CAR:

CONFIRMATION NUMBER : 3216325126

06/17/05     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 06/14/05 | EXT-#408 L 881-4265 0062 20:52 | LINTR | 408207 | $0.75 | | |
| 06/14/05 | GUEST ROOM | AUDIT | 408589 | $80.00 | | |
| 06/14/05 | STATE TAX | AUDIT | 408589 | $7.40 | | |
| 06/14/05 | COUNTY TAX | AUDIT | 408589 | $4.00 | | |
| 06/14/05 | CITY TAX | AUDIT | 408589 | $1.36 | | |
| 06/15/05 | EXT-#408 L 881-4265 0084 18:19 | LINTR | 409363 | $0.75 | | |
| 06/15/05 | EXT-#408 L 881-4265 0032 21:39 | LINTR | 409464 | $0.75 | | |
| 06/15/05 | GUEST ROOM | AUDIT | 409815 | $80.00 | | |
| 06/15/05 | STATE TAX | AUDIT | 409815 | $7.40 | | |
| 06/15/05 | COUNTY TAX | AUDIT | 409815 | $4.00 | | |
| 06/15/05 | CITY TAX | AUDIT | 409815 | $1.36 | | |
| 06/16/05 | EXT-#408 L 213-5800 0001 07:57 | LINTR | 410116 | $0.75 | | |
| 06/16/05 | EXT-#408 L 881-4265 0078 14:39 | LINTR | 410450 | $0.75 | | |
| 06/16/05 | GUEST ROOM | AUDIT | 410825 | $80.00 | | |
| 06/16/05 | STATE TAX | AUDIT | 410825 | $7.40 | | |
| 06/16/05 | COUNTY TAX | AUDIT | 410825 | $4.00 | | |
| 06/16/05 | CITY TAX | AUDIT | 410825 | $1.36 | | |
| 06/17/05 | EXT-#408 L 881-4265 0035 08:50 | LINTR | 411124 | $0.75 | | |
| 06/17/05 | EXT-#408 L 881-4265 0010 09:32 | LINTR | 411130 | $0.75 | | |
| 06/17/05 | MISCELLANEOUS ALLOWANCE | BNB | 411135 | | $4.50 | |
| 06/17/05 | CASH | BNB | 411136 | | $0.75 | |

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| | | | 113259  A |

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|

| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES |
|---|---|---|
| | | TAXES |
| | | TIPS & MISC. |
| | | TOTAL AMOUNT |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

F O L I O

The Hilton Family         

Con't - 6/14 - 6/17/05
Bonita A. Maxon
Bam

## Hilton
**Memphis**

939 Ridge Lake Boulevard • Memphis, TN 38120
Phone (901) 684-6664 • Fax (901) 762-7496
Reservations
www.hilton.com or 1 800 HILTONS

| Name & Address |
| --- |

MAXON, BONITA
110 E SHORE DR

PETERSBURG, NY 121381813
US

Room              408/D2
Arrival Date      06/14/05  5:17PM
Departure Date    06/17/05

Adult/Child       1/0
Room Rate         80.00

RATE PLAN         L-K4

HH#  220656217 SILVER
AL:  US  #68F1P68
BONUS AL:              CAR:

CONFIRMATION NUMBER : 3216325126

06/17/05      PAGE      2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | BALANCE | | | | | $278.28 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.
To check your earnings for this stay or any other stay at more than 2,700
hotels worldwide visit www.hiltonhhonors.com*

*Thank you for choosing Hilton! Please visit us at hilton.com to view our best
available Net Direct rates, plan a special vacation getaway or select a
convenient location for your next business trip.*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. | |
| --- | --- | --- | --- | --- |
| | | | 113259  A | |
| CARD MEMBER NAME | | AUTHORIZATION | | INITIAL |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | | |
| | | TAXES | | |
| | | TIPS & MISC. | | |
| | | TOTAL AMOUNT | | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

**PAYMENT DUE UPON RECEIPT**

F
O
L
I
O

        

*Parking*
*6/14 - 6/17/05*
*Barn*
*Bonita A. Maxon*

Summary of Services

APM, Inc.
Latham
264 Wolf Road
Latham, NY 12110
(518) 869-8200

Cashier: AMYF

06/14/2005    06:07
06/17/2005    18:04
Ticket Number: 0000065410
Name: MAXON

Parking/Shuttle:        34.38
- Discount:              3.50
+ Parking Tax:           0.62
+ Tran Surcharge:        3.00
       Total:           34.50

Tendered:        34.50

Change:           0.00

Payment Type: Discover

XXXXXXXXXXXX2321

_____
            Signature


FOR OUR WEB SPECIALS
PLEASE VISIT US AT
WWW.ALBANYPARKANDFLY.COM

**Cheryl A. Ouimet, MSW**
**8322 Wycombe Lane**
**Raleigh, NC 27615**
**SS#: 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**

**Expenses for June 8 - June 10, 2005**

**Purpose:** Community Status Review 2005 for three class members

**Expenses:**

| | | |
|---|---|---|
| ❑ | US Airways (Raleigh-Nashville-Raleigh) | $257.30 |
| | Rental Car (Hertz 3 days) | $220.72 |
| | Gas | $ 15.00 |
| ❑ | Lodging Country Inn & Suites, Jackson (2 days @ $63.11) | $126.22 |
| ❑ | Airport Parking fee (3 days @ $6/day) | $ 18.00 |
| ❑ | Per Diem (3 days @ $42/day) | $126.00 |

**TOTAL**                                    **$763.24**

Signature _Cheryl A. Ouimet_      Date _6/13/05_

usairways.com -> confirmation

imap://cheryl.ouimet@cms.ncmail.net:143/fetch%3EUID%3E/IN...

Case 2:92-cv-02062-JPM-tmp  Document 2042  Filed 08/24/05  Page 60 of 82  PageID 9769

**Subject:** US Airways Ticket Confirmation
**From:** tickets@usairways.com
**Date:** Fri, 20 May 2005 10:14:28 -0700 (PDT)
**To:** CHERYL.OUIMET@NCMAIL.NET

# U·S AIRWAYS

usairways.com -> confirmation

## Thank you for using usairways.com.



- Boarding passes are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** More at www.usairways.com/flightcheckin

### Confirmation Code: **KJXGXW**     usairways

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 7:20A Depart Raleigh/Durham-Int'l, NC (RDU)<br>8:10A Arrive Charlotte, NC (CLT) | Jun 8 | US Airways **1053** | S | 19A |
| 9:45A Depart Charlotte, NC (CLT)<br>10:09A Arrive Nashville, TN (BNA) | Jun 8 | US Airways **921** | S | 15A |
| 6:00P Depart Nashville, TN (BNA)<br>8:11P Arrive Charlotte, NC (CLT) | Jun 10 | US Airways **207** | H | 18A |
| 9:00P Depart Charlotte, NC (CLT)<br>9:50P Arrive Raleigh/Durham-Int'l, NC (RDU) | Jun 10 | US Airways **1433** | H | 18A |

#### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Itinerary Total |
|---|---|---|---|---|---|
| OUIMET/CHERYL | US P01Y418 | 0372177747566 | 205.58 | 51.72 | 257.30 |

#### Payment Information
USD257.30 has been billed to: xxxxxxxxxxxx1428 - Exp. 01/06

#### Ticket Restrictions
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

*Cheryl A. Ouimet*
*6/13/05*

### Changes in Travel Plans

- Ticket changes may be made online
- Penalties and/or an additional charge may apply
- Tickets are non transferable and valid for one year from date of ticket issuance
- To retain the value of a non-refundable ticket, flights must be cancelled on/before the ticketed travel date
- For additional information please view US Airways Terms of Transportation

### Documentation For International Travel

CSR June 8-10, 2005

Car Rental

```
       NASHVILLE INT'L A/P
RENTAL RECORD:        585078863
CHERYL OUIMET
COMPLETED BY:             8642
RENTED: NASHVILLE INT'L A/P
RENTAL:    06/08/05    10:23
RETURN:    06/10/05    15:59
MILES IN: 18514  OUT: 18079
MILES DRIVEN:  435
PLAN IN/OUT: 0502A  /0502A
CLS: C

  3 DAYS        61.50    184.50
DISCOUNT 20%             36.90
SUBTOTAL                147.60
CONCESSION FEE RECOVERY  16.98
FUEL PURCHASE OPTION     35.98
TX 12.250% ON   164.58   20.16
NET DUE                 220.72
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX1428

   Thank you for renting from
       Hertz
```

Charge A. Ouimet
6/13/05

**CHERYL OUIMET**
VEHICLE NO. 01498 /6732382     #01 EST

### ESTIMATE OF CHARGES
RENTED: 06/08/05 10:23 @ NASHVILLE INT'L A/P
RETURN: 06/10/05 16:00 @ NASHVILLE INT'L A/P

*Hertz*

|  |  |  |  |
|---|---|---|---|
| 3 @ $ 61.50 / DAY | WITH ALL MILES FREE | $ | 184.50 |
| SUBTOTAL 1 | | $ | 184.50 |
| DISCOUNT - R | 20 % | $ | 36.90 |
| SUBTOTAL 2 | | T$ | 147.60 |

**ADDITIONAL CHARGES**
FEES FOR ANY ADDITIONAL AUTHORIZED OPERATORS
NOT INCLUDED.                                    ****

**OPTIONAL SERVICES**
LDW       DECLINED
LIS       DECLINED
PAI, PEC  DECLINED
FPO       ACCEPTED                    $   35.98

**TAX / FEES**
CONCESSION FEE RECOVERY              T$   16.98
TAX  12.250 % ON TAXABLE TTL OF $  164.58    $   20.16

**TOTAL ESTIMATED CHARGE**              $  220.72

**THIS IS ONLY AN ESTIMATE.** It assumes that (1) you will rent and return
the identified vehicle at the times and places indicated, (2) if a mileage
charge applies, you will drive no more than the number of miles indicated
and (3) you will not incur any charges that either are listed above
opposite "*****" or cannot be calculated until return. If any of these
assumptions is incorrect, additional charges or charges at higher rates
may apply.
PLAN OUT: 0502A         RATE CLASS:  C
CC AUTH WOULD BE    $ 271.00
PRINTED: 06/08/05 10:25     PREPARED BY: 1719/TNNAS11

6|8 - 6|10 |05    CSR Review

GAs for Rental Car

```
         WELCOME  TO
      HORIZON #1002
```

```
Regu.              15.00
Prepay CARD        15.00
           Sub Total    15.00
                  Tax
     TOTAL       15.00
THANKS,COME AGAIN
```

Cheryl A. Ouimet
6/13/05

Cheryl A. Ouimet

6/13/05

*CSR Review - June*

*airport Parking 6/8-6/10/05*

PREFLIGHT AT RDU
9600 LUMLEY RD
MORRISVILLE, NC 27560
919/782-6230
WWW.PREFLIGHTPARKING.COM

**LANE: 01 CLERK: 1801**

DATE: 06/10/05      TIME: 11:03 PM
ACCT #: XXXXXXXXXXXX1428 EXP: 01/06
STORE ID: PSIA200302

CARD TYPE: VI
TRANS TYPE:      CREDIT PURCHASE
REF NUMBER:9870      AUTH #: 027975

**TOTAL:      $      18.00**

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

*Cheryl A. Ouimet*

*6/13/.5*

# TELEPHONE

| SERVICE | | BILLING DATE | AMOUNT |
|---|---|---|---|
| Verizon Wireless | Nancy K. Ray | June 12, 2005 | 100.06 |
| Verizon Wireless | Vickey Coleman | June 19, 2005 | 115.76 |
| AT&T | Family/Consumer Toll Free Phone # | June 16, 2005 | 20.25 |
| | | **Total** | **$236.07** |

**verizon**wireless

|  |  |  |
|---|---|---|
| Bill date | June 12, 2005 | Page 3 of 22 |
| Account number | 105409741 | |
| Invoice number | 3124615553 | |

# Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 518-265-3675  Nancy Ray | 3 | | 39.99 | .00 | .00 | 1.99 | 5.82 | 47.80 |
| 518-265-5392  Nancy Ray | 5 | | 20.00 | .00 | .00 | 1.02 | 3.49 | 24.51 |
| 518-265-9565  Nancy Ray | 7 | | 49.99 | .22 | .00 | 2.49 | 6.99 | 59.69 |
| 518-424-9335  Nancy Ray | 12 | | 20.00 | .12 | .00 | 1.02 | 3.49 | 24.63 |
| 518-441-5196  Nancy K. Ray | 18 | | 79.99 | 5.00 | .00 | 4.09 | 10.98 | 100.06 |
| **Total current charges** | | **$.00** | **$209.97** | **$5.34** | **$.00** | **$10.61** | **$30.77** | **$256.69** |

# Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-9565 Nancy Ray | P | 500 | 192 | 430 | 622 |
| 518-424-9335 Nancy Ray | S | | 175 | 426 | 601 |
| **Total usage** | | | **367** | **856** | **1223** |

*The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

# Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-3675 Nancy Ray | P | 400 | 20 | 58 | 78 |
| 518-265-5392 Nancy Ray | S | | 153 | 425 | 578 |
| **Total usage** | | | **173** | **483** | **656** |

*The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

# Charges for 518-265-3675

Nancy Ray

## Monthly Charges

| | |
|---|---|
| Current calling plan 06/13/05 - 07/12/05 | $39.99 |
| **Total monthly charges** | **$39.99** |

## Your Service Profile

Current calling plan:  America's Choice Family Share Primary 400 Anytime $39.99 0504
Monthly charge  $39.99
Monthly allowance minutes 400 general
Additional per minute charge $.45 peak, $.45 off-peak

Promotional details
Current:  >Beginning on 12/14/04: Natl IN network shared;unlimited night & weekend minutes;

**verizon**wireless

| | | |
|---|---|---|
| Bill date | June 19, 2005 | Page 3 of 10 |
| Account number | 910934847-00001 | |
| Invoice number | 1069665990 | |

# Charges for 731-234-2125

## Vickey Coleman

**Sign Up Now for Wireless AMBER Alerts**
Verizon Wireless customers with handsets capable of receiving text messages can now choose to receive Wireless AMBER Alerts(tm) which are free TXT messages with information about abducted children. Distributed in cooperation with the National Center for Missing & Exploited Children (NCMEC) and local law enforcement agencies, customers can opt-in by going to www.verizonwireless.com and choosing "send TXT Messages" from the Get It Now(r) drop-down menu, or by logging directly into www.vtext.com TXT Messaging site. After logging in, customers and employees go to the Alerts page and choose the "News and Tech" category, then click on the Wireless AMBER Alert banner. They will then be prompted to enter a zip code for the state or geographical area for which they want to receive Wireless AMBER Alerts.

**Ringback Tones**
Ringback Tones are a fun way to entertain the person calling you with music until you answer the phone. Choose from a selection of over 2,600 Ringback Tones and assign songs by Caller ID, Group ID and Time of Day. Ringback Tones subscription is only 99 cents per month + a one-time charge of $1.99 per Ringback Tone (good for 12 months per tone ). Callers will hear a brief Caller Greeting explaining that they will hear music prior to the call being answered. The Caller Greeting is set to "always on" at no cost. Go to www.verizonwireless.com/ringbacktones to sign up today or to modify the Caller Greeting or other  settings.

| Monthly Charges | | Your Service Profile | |
|---|---|---|---|
| Current calling plan 05/20/05 - 06/19/05 | $99.99 | Current calling plan: | America's Choice 2000 Anytime Unlim N&W & Unl IN Call $99.99 1y 5/04 Monthly charge  $99.99 Monthly allowance minutes 2000 general Additional per minute charge $.25 peak, $.25 off-peak |
| **Total monthly charges** | **$99.99** | Promotional details: Current: | >Beginning on 12/27/04: Unlimited night and weekend home airtime minutes per month |
| | | Enhanced services: | 3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, Basic Voice Mail, TXT MSG W Per MSG Charges, Caller ID, Detail Billing, Natl Enhanced Svc Access, Natl IN Calling-unlim, Americas Choice LD |
| | | Current feature(s): | Natl IN Calling-unlim Monthly allowance unlimited general |

## Usage Summary 731-234-2125
### Vickey Coleman

| In Your Home Area | Allowance | Peak Included | Billable | Off Peak Included | Billable | Total |
|---|---|---|---|---|---|---|
| **Current Usage** | | | | | | |
| Promotional Minutes | | 0 | 0 | 132 | 0 | Included |
| Monthly Minutes (05/20-06/19) | 2000 General | 561 | 0 | 0 | 0 | Included |
| IN-Calling (05/20-06/19) | Unlimited | 167 | 0 | 14 | 0 | Included |
| **Usage Totals** | | 728 | 0 | 146 | 0 | |
| **Total Current Airtime Usage** | | | 728 | | 146 | 874 |
| **Current Usage Charges** | | | $.00 | | $.00 | $.00 |
| **Total usage charges in your home area** | | | | | | $.00 |

| Account Number | Source Date | Payment Date | | NKR ASSOCS |
|---|---|---|---|---|
| 030 221 0469 001 | JUN 16, 2005 | JUL 11, 2005 | AT&T | 318 DELAWARE AVE FL 2<br>DELMAR NY 12054-1911 |

**Subaccount:  161 382 0145 111**

## AT&T All In One Service

## Call Detail

For Customer Care:  1 877 325-0445

| ITEM | DATE | TIME (hh:mm:ss) | DAY OF WEEK | PLACE | | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|

LONG DISTANCE SERVICE
BILLED NUMBER:   518 478-0982

TOLL-FREE NUMBER:     866 478-0982

STATE-TO-STATE CALLS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/17/05 | 10:08:10A | TUE | MEMPHIS | TN | 901 384-3668 | 3:00 | | 0.21 |
| 2 | 5/17/05 | 12:41:32P | TUE | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 3 | 5/17/05 | 3:47:36P | TUE | BOLIVAR | TN | 731 658-7119 | 3:00 | | 0.21 |
| 4 | 5/18/05 | 12:38:46P | WED | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 5 | 5/18/05 | 2:45:29P | WED | MEMPHIS | TN | 901 859-5384 | 1:00 | | 0.07 |
| 6 | 5/19/05 | 1:19:43P | THU | BOLIVAR | TN | 731 658-7119 | 17:00 | | 1.17 |
| 7 | 5/19/05 | 1:58:24P | THU | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 8 | 5/20/05 | 10:04:35A | FRI | MEMPHIS | TN | 901 859-5384 | 1:00 | | 0.07 |
| 9 | 5/20/05 | 2:07:14P | FRI | MEMPHIS | TN | 901 281-9128 | 3:00 | | 0.21 |
| 10 | 5/23/05 | 8:54:01A | MON | MEMPHIS | TN | 901 360-9085 | 2:00 | | 0.14 |
| 11 | 5/23/05 | 2:32:05P | MON | HUMBOLDT | TN | 731 784-0483 | 2:00 | | 0.14 |
| 12 | 5/24/05 | 8:59:24A | TUE | BOLIVAR | TN | 731 658-7119 | 4:00 | | 0.28 |
| 13 | 5/24/05 | 1:46:41P | TUE | EMERSON | IA | 712 824-9998 | 1:00 | | 0.07 |
| 14 | 5/24/05 | 3:22:52P | TUE | BOLIVAR | TN | 731 658-7119 | 2:00 | | 0.14 |
| 15 | 5/24/05 | 3:48:04P | TUE | BOLIVAR | TN | 731 658-7119 | 6:00 | | 0.41 |
| 16 | 5/25/05 | 3:52:18P | WED | MEMPHIS | TN | 901 859-5384 | 10:00 | | 0.69 |
| 17 | 5/26/05 | 9:02:50A | THU | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 18 | 5/26/05 | 10:17:53A | THU | BOLIVAR | TN | 731 658-7119 | 9:00 | | 0.62 |
| 19 | 5/26/05 | 10:34:40A | THU | BOLIVAR | TN | 731 658-7119 | 12:00 | | 0.83 |
| 20 | 5/26/05 | 2:29:23P | THU | BOLIVAR | TN | 731 658-7119 | 5:00 | | 0.35 |
| 21 | 5/27/05 | 2:47:30P | FRI | CAMDEN | TN | 731 584-7955 | 29:00 | | 2.00 |
| 22 | 5/31/05 | 10:40:35A | TUE | BOLIVAR | TN | 731 658-7119 | 6:00 | | 0.41 |
| 23 | 5/31/05 | 11:43:07A | TUE | MEMPHIS | TN | 901 775-3484 | 11:00 | | 0.76 |
| 24 | 5/31/05 | 1:05:14P | TUE | MEMPHIS | TN | 901 859-5384 | 3:00 | | 0.21 |
| 25 | 5/31/05 | 5:10:39P | TUE | MEMPHIS | TN | 901 757-8523 | 1:00 | | 0.07 |
| 26 | 6/01/05 | 10:34:42A | WED | MEMPHIS | TN | 901 757-8523 | 18:00 | | 1.24 |
| 27 | 6/01/05 | 10:53:43A | WED | BROWNSVL | TN | 731 432-9221 | 18:00 | | 1.24 |
| 28 | 6/03/05 | 10:16:12A | FRI | MEMPHIS | TN | 901 360-9085 | 1:00 | | 0.07 |
| 29 | 6/03/05 | 11:25:27A | FRI | MEMPHIS | TN | 901 859-5384 | 2:00 | | 0.14 |
| 30 | 6/07/05 | 9:01:32A | TUE | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 31 | 6/07/05 | 9:10:27A | TUE | MEMPHIS | TN | 901 360-9085 | 8:00 | | 0.55 |
| 32 | 6/07/05 | 9:40:44A | TUE | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 33 | 6/07/05 | 1:20:18P | TUE | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 34 | 6/07/05 | 3:35:54P | TUE | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 35 | 6/07/05 | 5:21:03P | TUE | MEMPHIS | TN | 901 324-1957 | 4:00 | | 0.28 |
| 36 | 6/09/05 | 9:29:36A | THU | BOLIVAR | TN | 731 658-7119 | 1:00 | | 0.07 |
| 37 | 6/09/05 | 10:03:50A | THU | TROY | TN | 731 536-5280 | 1:00 | | 0.07 |
| 38 | 6/09/05 | 12:18:40P | THU | MEMPHIS | TN | 901 785-5442 | 4:00 | | 0.28 |
| 39 | 6/09/05 | 2:21:04P | THU | MEMPHIS | TN | 901 946-5901 | 8:00 | | 0.55 |
| 40 | 6/09/05 | 4:01:48P | THU | SOMERVILLE | TN | 901 465-8129 | 21:00 | | 1.45 |
| 41 | 6/09/05 | 4:43:34P | THU | MEMPHIS | TN | 901 377-4871 | 1:00 | | 0.07 |
| 42 | 6/10/05 | 10:40:58A | FRI | MEMPHIS | TN | 901 682-6569 | 8:00 | | 0.55 |
| 43 | 6/10/05 | 1:25:53P | FRI | MEMPHIS | TN | 901 859-5384 | 8:00 | | 0.55 |
| 44 | 6/13/05 | 10:29:58A | MON | JACKSON | TN | 731 661-0469 | 4:00 | | 0.28 |
| 45 | 6/13/05 | 10:41:53A | MON | JACKSON | TN | 731 661-0931 | 6:00 | | 0.41 |
| 46 | 6/13/05 | 12:34:10P | MON | BOLIVAR | TN | 731 658-7119 | 27:00 | | 1.86 |
| 47 | 6/15/05 | 3:45:41P | WED | JACKSON | TN | 731 661-0469 | 1:00 | | 0.07 |
| 48 | 6/16/05 | 9:06:21A | THU | MEMPHIS | TN | 901 775-3484 | 2:00 | | 0.14 |
| 49 | 6/16/05 | 10:04:13A | THU | MEMPHIS | TN | 901 785-5442 | 2:00 | | 0.14 |
| 50 | 6/16/05 | 4:17:15P | THU | COLLIERVL | TN | 901 853-7800 | 9:00 | | 0.62 |

AT&T Call Information:
One-Piece Paid Up:
LCS-Calling Card Station Call
CCO-Operator Handled Card Call
PRS-Operator Handled Person Call
OOR-Operator Handled Station Call-Dial Rate
ORE-Operator Handled Person Call
OCP-Operator Handled Person Collect Call

P.O. BOX 17120
TUCSON, AZ 85731-7120

300000057  3 SP  0.830 00 AUTO  1 4 0986E 12054-1911 1 34    RALI1202

<pre>
..||.||.|..|.|.|.||.|.||..|.|||..|||.||.||.|.|.||.|.|
</pre>

NANCY RAY
C/O NKR AND ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

## June 12, 2005

Page 1 of 22

| Account number | 105409741 |
| Invoice number | 3124615553 |

**To Make A Payment**
Online:  verizonwireless.com (My Account)
Phone:  #PMT (#768) or #BAL (#225)
from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless,
P.O. Box 489,
Newark, NJ 07101-0489

**Contact Us**
Online:  verizonwireless.com
Phone:  *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless,
133 Calkins Road,
Rochester, NY 14623-4297

## Account summary

**Previous charges**

| Previous balance | $254.03 |
| Payment received 05/25 - Thank you | -254.03 |
| Balance forward | $.00 |

**Current charges**

| Monthly charges | 209.97 |
| Usage charges | 5.34 |
| Verizon Wireless surcharges and other charges and credits | 10.61 |
| Taxes, governmental surcharges and fees | 30.77 |
| **Total current charges** | **$256.69** |

**Total Amount Due by July 07, 2005**   **$256.69**

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*



## Verizon Wireless news

Your TXT Messaging rates are changing on August 1, 2005.
Please see reverse side for details.

Introducing New Unlimited TXT, PIX and FLIX Message Bundles.
These bundles allow you to send and receive UNLIMITED TXT, PIX and FLIX Messages to and from any Verizon Wireless customer.
Bundles start as low as $5 per month.

Count Reimburse For Nancy K Ray - $100.06
(518)441-5196



**verizon**wireless

P O BOX 105378
ATLANTA, GA 30348

10039643  2 MB  0.534 08 AUTO  T2 8 6R9E 12054-1911 1 84   N8CR1908

NKR AND ASSOCIATES INC.
VICKEY COLEMAN
NKR AND ASSOCIATES INC.
318 DELAWARE AVE
DELMAR NY 12054-1911

## Verizon Wireless news

Your TXT Messaging rates are changing on August 1, 2005.
Please see reverse side for details.

Introducing New Unlimited TXT, PIX and FLIX Message Bundles.
These bundles allow you to send and receive UNLIMITED TXT, PIX
and FLIX Messages to and from any Verizon Wireless customer.
Bundles start as low as $5 per month.

---

# June 19, 2005

**Account number**
916934947-00001
**Invoice number**
1069965990

**To Make A Payment**
Online:      verizonwireless.com (My Account)
Phone:       #PMT (#768) or #BAL (#225)
             from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless,
             PO Box 17464,
             Baltimore, MD  21297-1464

**Contact Us**
Online:      verizonwireless.com
Phone:       *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless,
             P O Box 105378,
             Atlanta, GA 30348

## Account summary
**Previous charges**

| | |
|---|---|
| Previous balance | $115.67 |
| Payment received 06/02 - Thank you | -115.67 |
| Balance forward | $.00 |

**Current charges**

| | |
|---|---|
| Monthly charges | 99.99 |
| Usage charges | .12 |
| Verizon Wireless surcharges and other charges and credits | 1.90 |
| Taxes, governmental surcharges and fees | 13.75 |
| **Total current charges** | **$115.76** |

**Total Amount Due by  July 14, 2005**          **$115.76**

*A late payment charge applies for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

# POSTAGE

FedEx 6/03/05 Invoice 3-859-96515          133.14

FedEx 6/10/05 Invoice 3-871-94485           13.13

FedEx 6/17/05 Invoice 3-883-99789           62.39

US Post Office  6/01/05                      62.45

US Post Office  6/14/05                     405.00

                                   **Total    $676.11**

Invoice Number: 3-859-96515
Invoice Date: Jun 03, 2005
Account Number: 2294-7884-2
Page: 3 of 4

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: May 27, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.
- Release signature on file.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 791086828092 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | Colleen Dowd | Paul Hargrove |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | 9617 Balsa Drive |
| Zone | 6 | 318 DELAWARE AVENUE | SHREVEPORT LA 71115 US |
| Packages | 1 | DELMAR NY 12054 US | |
| Weight | 5.0 lbs, 2.3 kgs | | |
| Delivered | May 28, 2005 10:27 | Transportation Charge | 42.00 |
| Svc Area | A1 | Saturday Delivery | 12.50 |
| Signed by | 3785346 | Residential Delivery | 2.00 |
| FedEx Use | 005342273/0001574/02 | Fuel Surcharge | 4.35 |
| | | Automation Bonus Discount | -4.20 |

|  |  |  |
|---|---|---|
| **Total Charge** | **USD $** | **56.65** |

---

**Dropped off: May 27, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.
- Release signature on file.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 791637090223 | **Sender** | **Recipient** |
| Service Type | FedEx Standard Overnight | Colleen Dowd | Vickey Coleman |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | 835 Oak View Loop |
| Zone | 6 | 318 DELAWARE AVENUE | BOLIVAR TN 38008 US |
| Packages | 1 | DELMAR NY 12054 US | |
| Weight | 5.0 lbs, 2.3 kgs | | |
| Delivered | May 31, 2005 09:48 | Transportation Charge | 36.25 |
| Svc Area | AA | Automation Bonus Discount | -3.63 |
| Signed by | N KR 3785346 | Fuel Surcharge | 3.75 |
| FedEx Use | 005342273/0001371/02 | Delivery Area Surcharge | 2.00 |
| | | Residential Delivery | 2.00 |

|  |  |  |
|---|---|---|
| **Total Charge** | **USD $** | **40.37** |





**Invoice Number:** 3-871-94485
Invoice Date: Jun 03, 2005
Account Number: 2294-7884-2
Page: 3 of 3

## FedEx Express Shipment Detail By Payor Type (Original)

| Dropped off: Jun 02, 2005 | Payer: Shipper | Reference: NO REFERENCE INFORMATION |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, O1 and RM service areas.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Release signature on file.

INET

| | | |
|---|---|---|
| Tracking ID | 791841211460 | |
| Service Type | FedEx 2Day | |
| Package Type | FedEx Box | |
| Zone | 2 | |
| Packages | 1 | |
| Weight | 5.0 lbs, 2.3 kgs | |
| Delivered | Jun 03, 2005  13:13 | |
| Svc Area | PM | |
| Signed by | 586735 | |
| FedEx Use | 005342273/0005980/02 | |

**Sender**
Colleen Dowd
NKR & ASSOCIATES, INC
318 DELAWARE AVENUE
DELMAR NY 12054 US

**Recipient**
Bonnie Maxon
110 East Shore Drive
PETERSBURG NY 12138 US

| | |
|---|---|
| Transportation Charge | 9.10 |
| Automation Bonus Discount | -0.91 |
| Delivery Area Surcharge | 2.00 |
| Residential Delivery | 2.00 |
| Fuel Surcharge | 0.94 |

| **Total Charge** | **USD $** | **13.13** |
|---|---|---|

| **Shipment Detail Subtotal** .................................................................................... | **USD $** | **13.13** |
|---|---|---|

11



# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Jun 10, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Release signature on file.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790049762370 | Colleen Dowd | Vickey Coleman | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | 835 Oak View Loop | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | BOLIVAR TN 38008 US | |
| Zone | 6 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Weight | 7.0 lbs, 3.2 kgs | Transportation Charge | | 42.75 |
| Delivered | Jun 13, 2005 14:48 | Automation Bonus Discount | | -4.28 |
| Svc Area | AA | Residential Delivery | | 2.00 |
| Signed by | N.KR 3785346 | Fuel Surcharge | | 4.42 |
| FedEx Use | 005342273/0001371/02 | Delivery Area Surcharge | | 2.00 |
| | | **Total Charge** | **USD $** | **48.89** |

---

**Dropped off: Jun 10, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 4

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791648008050 | Colleen Dowd | Darcey Donehey | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | US DOJ | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | US DOJ, PHB, Rm 5027C | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20530 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 15.45 |
| Delivered | Jun 13, 2005 08:51 | Automation Bonus Discount | | -1.55 |
| Svc Area | A2 | Fuel Surcharge | | 1.60 |
| Signed by | M.PARIS | **Total Charge** | **USD $** | **15.50** |
| FedEx Use | 005342273/0000222/_ | | | |

**Shipment Detail Subtotal** .................................................................. **USD $**      **62.39**

**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
DELMAR MPO
DELMAR, NY 12054-1905
06/01/05 01:08PM

```
Store  USPS          Trans   132
Wkstn  sys5003       Cashier KZD94K
Cashier's Name       LOIS
Stock Unit Id        WINLOIS
PO Phone Number      518-439-1933
USPS #               3500630054
```

```
 1. Priority Mail              5.05
    Destination:    38103
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     5.05
    Base Rate:      5.05
 2. Priority Mail              4.90
    Destination:    37219
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     4.90
    Base Rate:      4.90
 3. Priority Mail              4.90
    Destination:    28204
    Weight:         1 lb. 3.20 oz.
    Postage Type:   PVI
    Total Cost:     4.90
    Base Rate:      4.90
 4. Priority Mail              5.05
    Destination:    38119
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     5.05
    Base Rate:      5.05
 5. Priority Mail              5.05
    Destination:    72201
    Weight:         1 lb. 3.10 oz.
    Postage Type:   PVI
    Total Cost:     5.05
    Base Rate:      5.05
 6. Priority Mail              5.05
    Destination:    38103
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     5.05
    Base Rate:      5.05
 7. Priority Mail              4.55
    Destination:    20530
    Weight:         1 lb. 2.90 oz.
    Postage Type:   PVI
    Total Cost:     4.55
    Base
```

```
 8                             4.55
    Destination:    20530
    Weight:         1 lb. 2.90 oz.
    Postage Type:   PVI
    Total Cost:     4.55
    Base Rate:      4.55
 9. Priority Mail              4.55
    Destination:    20530
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     4.55
    Base Rate:      4.55
10. Priority Mail              3.95
    Destination:    19107
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     3.95
    Base Rate:      3.95
11. Priority Mail              5.05
    Destination:    38106
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     5.05
    Base Rate:      5.05
12. Priority Mail              4.90
    Destination:    37202
    Weight:         1 lb. 2.90 oz.
    Postage Type:   PVI
    Total Cost:     4.90
    Base Rate:      4.90
13. Priority Mail              4.90
    Destination:    37243
    Weight:         1 lb. 3.00 oz.
    Postage Type:   PVI
    Total Cost:     4.90
    Base Rate:      4.90

Subtotal                      62.45
Total                         62.45

VISA                          62.45

        <23-902800077-97>

VISA
ACCT. NUMBER       EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06   05
AUTH 003222   CREDIT TRANS # 833

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.


Number of Items Sold: 13

    HELP "FUND THE FIGHT" AGAINST
    BREAST CANCER. FOR EVERY SHEET
    OF BREAST CANCER STAMPS YOU BY,
    $1.60 IS DONATED TO RESEARCH.
```



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
         DELMAR MPO
   DELMAR, NY  12054-1905
      06/14/05 09:15AM

Store  USPS         Trans    18
Wkstn  sys5003      Cashier  X4MGYO
Cashier's Name      MATTHEW
Stock Unit Id       WINMATTHEW
PO Phone Number     518-439-1933
USPS #              3500630054

  1. 37c Flag PSA/100         37.00
  2. 37c Flag PSA/100         37.00
  3. 37c Flag PSA/100         37.00
  4. 23c GW PSA C1/100        23.00
  5. $1 Wisdom PSA            40.00
     40 @   1.00
  6. 3.85 Jefrsn Memrl       231.00
     60 @   3.85

Subtotal                    405.00
Total                       405.00


VISA                        405.00

       <23-902800077-97>
VISA
ACCT. NUMBER        EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06  00
AUTH 013860   CREDIT TRANS # 083

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.


Number of Items Sold: 104

    HELP "FUND THE FIGHT" AGAINST
    BREAST CANCER. FOR EVERY SHEET
   OF BREAST CANCER STAMPS YOU BY,
    $1.60 IS DONATED TO RESEARCH.
```

## PRINTING

Camelot Legal Copy Invoice JUN50957                          59.40
Community Criteria

In-house printing of 7230 copies @ .04 per copy              289.20

                                                       **Total**   **$348.60**

Camelot Consulting, Inc.

# Invoice

100 Fuller Rd.
Albany, NY 12205

| Date | Invoice # |
|------|-----------|
| 7/5/2005 | JUN50957 |

CAMELOT LEGAL COPY

| Bill To |
|---------|
| NKR & Associiates<br>318 Delaware Ave.<br>Delmar, NY 12054 |

| Ordered By |
|------------|
| Colleen<br>p-478-0982<br>f-478-0986 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Criteria Community | Net 30 | 8/4/2005 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 20 Criteria Books Produced | 20 | 55.00T |

Tax ID 16-1516198

| | |
|--|--|
| **Subtotal** | $55.00 |
| **Sales Tax  (8.0%)** | $4.40 |
| **Total** | $59.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $59.40 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |



753-4496
Please send FAX from this edge

## C o u n t e r

## S e r i a l   No:  H2400800970

| ■ T o t a l | 0 3 0 8 8 4 8 |
|---|---|

June 30, 2005    308848
May 31, 2005  −  301618
                 ─────────
                    7230
                  X .04
                 ─────────
                 $ 289.20

## P l e a s e   FAX   t o : 7 5 3 - 4 4 9 6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2042 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

S. Russell Headrick
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT