UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -9 AM 8:10

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF TENNESSEE, et al., ) <br> ) <br> Defendants, and ) <br> ) <br> PEOPLE FIRST OF TENNESSEE, et al., ) <br> ) <br> and ) <br> ) <br> PARENT-GUARDIAN ASSOCIATION ) <br> OF ARLINGTON DEVELOPMENTAL ) <br> CENTER, ) <br> ) <br> Intervenors. ) <br> ) | Civil Action No.: 92 2062 D/P |

## ORDER APPROVING TEMPORARY ADMISSION OF ANGELA H. TO ADC

Before the Court is Defendants' motion for an order approving the temporary admission of Angela H. to Arlington Developmental Center. The motion is unopposed. For the reasons stated in the motion and as it is unopposed, the Court finds that the motion should be GRANTED;

The State is hereby ORDERED and permitted to place Angela H. at ADC while it develops an appropriate residential community placement. This temporary admission should not exceed one hundred and fifty days from the date of Angela H.'s placement at ADC, during which

This document entered on the docket sheet in compliance with Rule 58 and. 79(a), FRCP on _____

2049

time the State is directed to develop an appropriate community placement to meet Angela H.'s needs. During the period of time that Angela H. resides at ADC, the State will provide monthly reports to the Court Monitor and the parties regarding her status, including the status of the development of her community placement and her transition to the community.

IT IS SO ORDERED this __8__ day of September, 2005.

*[signature]*
BERNICE B. DONALD
U.S. DISTRICT COURT JUDGE

DATE September 8, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2049 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Honorable Bernice Donald
US DISTRICT COURT