FILED BY _____ D.C.

05 OCT 26  AM 10: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
v.                             )
                               )      No.   92-2062-D/A
STATE OF TENNESSEE, et al.,    )
                               )
        Defendants.            )
                               )
PEOPLE FIRST OF TENNESSEE,     )
PARENT-GUARDIAN ASSOCIATION OF )
ARLINGTON DEVELOPMENTAL CENTER,)
                               )
        Intervenors.           )

---

ORDER

---

On October, 10, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in August 2005 According to this invoice, the Monitor incurred fees and expenses of $101,930.85 in August 2005.  This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendants, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court.  All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

2051

Tennessee.  Any money not spent by the Monitor shall be credited to Defendants.

IT IS SO ORDERED THIS 25 DAY OF October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

**NANCY K. RAY, ED.D.**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

October 10, 2005

Honorable Bernice Donald
U.S. District Court
Federal Building
167 North Main Street, Suite 951, 9th Floor
Memphis, TN 38103

Dear Judge Donald;

Enclosed please find the Monitor's invoice for August 2005.  The Remedial Order requires that the Monitor submit original invoices to the Court, with a copy to Defendants and provide Defendants fifteen days after receipt to submit any comment to the Court.

I have simultaneously sent this invoice (FedEx 2 day) to Dianne Dycus of the Attorney General's Office.

If you have any questions regarding this invoice, I will be happy to respond.

Respectfully,

Nancy K. Ray, Ed.D.
Monitor for the Remedial Order
*United States v. State of Tennessee et. al.*
*(Arlington Developmental Center)*

Enclosure

cc: D. Dycus

NANCY K. RAY, Ed.D.
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
     Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,          NO. 92-2062 M1 / A
     Defendants.

INVOICE FOR AUGUST 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of August 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**      **$101,930.85**

SUBMITTED BY:

Nancy K. Ray, Ed.D.          Date:  October 10, 2005
President

**NANCY K. RAY, ED.D.**
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

October 10, 2005

INVOICE FOR THE MONTH OF AUGUST 2005

PROFESSIONAL STAFF HOURS

| | |
|---|---:|
| Ray, N. 217 hours @ $125 | 27,125.00 |
| Bulgaro, P. 6 hours @ $150 | 900.00 |
| Coleman, V. 173 hours @ $70 | 12,110.00 |
| Truesdale, L. 104 hours @ $50 | 5,200.00 |

SUPPORT STAFF HOURS

| | |
|---|---:|
| Dowd, C. 176 hours @ $50 | 8,800.00 |
| Farstad, E. 152 hours @ $40 | 6,080.00 |
| Morris, K. 173.50 hours @ $50 | 8,675.00 |
| Williams, S. 68.50 hours @ $40 | 2,740.00 |

STAFF TRAVEL

| | |
|---|---:|
| Ray (8/8-11/05) | 1,487.32 |
| Ray (8/22-25/05) | 1,132.76 |
| Coleman (August 2005) | 631.13 |
| Truesdale (8/22-25/05) | 1,138.35 |
| Farstad (8/22-25/05) | 880.24 |
| Morris (8/8-11/05) | 1,258.24 |
| Morris (8/23-26/05) | 890.24 |
| Williams (8/8-11/05) | 921.60 |
| Williams (8/23-26/05) | 1,000.33 |

CONSULTANT HOURS

| | |
|---|---:|
| Hargrove (8/22-25/05) | 5,200.00 |
| Langkau (8/07/05) | 1,250.00 |
| Langkau (8/20-31/05) | 6,400.00 |
| Maxon (8/8-17/05) | 2,887.50 |

CONSULTANT TRAVEL

| | |
|---|---:|
| Hargrove (8/22-25/05) | 901.14 |
| Langkau (8/22-25/05) | 916.00 |
| Maxon (8/8-11/05) | 1,294.00 |

PHONE

| | |
|---|---:|
| Verizon Wireless and AT&T | 571.90 |

POSTAGE

| | |
|---|---:|
| Fed Ex and US Postal Service | 1,066.49 |

PRINTING

| | |
|---|---:|
| Mailboxes and Inhouse Printing | 361.94 |

MISCELLANEOUS

| | |
|---|---:|
| Camelot Office Supplies | 111.67 |

**Total**                                  $101,930.85

**Nancy K. Ray**
**Court Monitor for the Remedial Order**
**Court Log**
**August 2005**

Aug 1   Mon   8.00   Phone call from Tricia Kramer, guardian for Rose R., regarding respite stay; Phone call from Leon Owens regarding ADC campus consolidation and class member DJ and ML and TK; Phone call from Stephen Norris regarding the agenda for the Parties meeting on 8/9/05; Phone call from Rose Smith regarding nursing services for her son TS; Phone call from Caroline Jones regarding the closure of the Mark Twain 5 cottage on the ADC campus; Brief meeting with Pat Bulgaro related to update fiscal review of community services; Review of memos related to clinical and quality assurance activities on the ADC campus; TN mail (extensive) and e-mail.

Aug 2   Tue   8.00
Phone call to Anna Denton regarding her son John E.; Phone call from Peggy Davis regarding her sister BS changing providers; Phone with Steve Norris regarding waiver services and upcoming Parties meeting, phone call from J. Bratcher of St. Johns regarding recent psychiatric hospitalization of class member TW and nursing services for RB and LC; Correspondence to S. Norris regarding clothing establishment funds; Final revision to Satisfaction Survey Reports (ADC and Community); TN mail and e-mail

Aug 3   Wed   8.00   Write ups for ADC 2005 Person-Centered Reviews for ML and RH; Pre-review documents for ADC 2005 Person-Centered Reviews for RS, WM, and TW; Phone calls from several parents (C. Jones, Mrs. Hart, C. Cowans) and State officials regarding announced closure of Mark Twain 5 on the ADC Campus

Aug 4   Thu   8.00   Pre-review documents for ADC 2005 Person-Centered Reviews for TO; Phone call to Mr. Cooper regarding closure of Mark Twain 5;

Aug 5   Fri   8.00   Pre-review documents for ADC 2005 Person-Centered Reviews for JC; Phone call Mrs. Edmiston regarding services for her daughter DE; Transmittal letter for Madison Haywood Review; Staff meeting to review activities and schedule for upcoming ADC reviews; TN mail and e-mail

Aug 6   Sat   4.00   Review data summary for 2005 Community Status Review for Parties Meeting

Aug 7   Sun   4.00   Review provisions of various Settlement Agreements as submitted by the different Parties

Aug 8   Mon   8.00   (Travel from Albany to Memphis)  ADC Person-Centered Review for RS;  Meeting with S. Norris and L. Owens regarding consolidation plans for ADC Campus; TN e-mail

Aug 9   Tue   8.00   Meeting of the Parties; Write up of RS review;  Site visit to ADC (evening);  Meeting with Steve Norris regarding Settlement Agreement, Waiver Issues; and ICF-MR status and oversight; TN e-mail

Aug 10  Wed   8.00   ADC Person-Centered Reviews:  Finish ML, TO, SMc  Staff meeting in Memphis; TN e-mail

Aug 11  Thu   8.00   Write up ADC reviews for  TO; Summary of 2005 CSR  (Travel Memphis to Albany)

Aug 12  Fri   8.00   Review of comments on MHDS 2005 CSR and addressed needed revisions;  Review of TN mail

Aug 13  Sat   4.00   Write up for ADC reviews for ML and RS

Aug 14  Sun   4.00   Write up for ADC reviews for WM and SMc

Aug 15  Mon   8.00   Conference call extended with consultants in preparation for ADC Review; Correspondence to L. Owens to clarify ADC requirements for various aspects of active treatment services; Continued correspondence with State officials over problems with service denials; Phone call from Mrs. Johnson, guardian for MA, regarding her concern about broken furniture in MA's home, TN mail and e-mail

| | | | |
|---|---|---|---|
| Aug 16 | Tue | 8.00 | Phone call with P. Landers regarding WTFS' plans to expand services; Phone call from P. Davis guardian for BS regarding her concern that Spectrum had not paid her sister's staff persons; Phone call from J. Derryberry regarding Settlement Agreement discussions; ADC pre-review record review for Gary B; ADC PRRT final documentation for SMc; Phone call from Alan Bullard related to guardian complaints; Phone call with L. Truesdale to discuss scheduling and other issues related to community transitions; TN mail and e-mail |
| Aug 17 | Wed | 8.00 | Phone call with J. Holman (BIOS) related to complaint of guardians and one consumer (GJ); Phone call with Eddie Miller (BIOS) regarding corporate office commitment to improve services in TN; ADC pre-review of documents for VT, LY, and MK, phone call with S. Norris on various matters (extended); TN mail and e-mail |
| Aug 18 | Thu | 8.00 | Visit to residential provider Liberty in Amsterdam NY that is interested in expanding services to class members in TN;  Work on draft 2005 CSR report; TN mail and e-mail |
| Aug 19 | Fri | 8.00 | Work on draft 2005 CSR report;  Review and comments on draft State policy pertinent to DC discharges; TN e-mail. |
| Aug 20 | Sat | 4.00 | Comments to State officials related to nursing services and State's position |
| Aug 21 | Sun | 4.00 | Comments to State officials related to recommendations to reduce medical personnel at ADC |
| Aug 22 | Mon | 8.00 | (Travel to Memphis)  Audit of ADC (person-centered review for GB); Phone call from M. Brewer regarding a serious injury to her daughter MB at ADC; TN e-mail |
| Aug 23 | Tue | 8.00 | Audit of ADC (person-centered review for LY and MK); Phone call to Ms. Tompkins regarding DMRS subsidy for residential costs for her daughter SW;  Attended ISP meeting and met with guardian of MB regarding her complaint; TN e-mail |
| Aug 24 | Wed | 8.00 | Attend State Task Force on Long Term Service Plan for West TN;  Meeting with Candi McMorran to discuss changes in the Regional Office Transition Process; Phone call/discussion with P. Landers regarding prospective transition of EF;  TN e-mail |
| Aug 25 | Thu | 8.00 | (Travel to Albany);  Documentation (initial) of ADC Audit findings; Further review of State's draft plan for services development in West TN |
| Aug 26 | Fri | 8.00 | Phone call with S. Norris (extended) regarding service needs for individuals now at ADC;  Phone call from P. Pope regarding AH an individual with severe mental retardation who has been a resident at WMHI and is now a patient in the ICU at LeBonheur regarding ADC availability;  Correspondence with J. Bratcher at SJCS regarding SW and her financial situation; Draft transmittal letters for Judge Donald, the Parties, Parents and others regarding CSR 2005 Report;  TN mail and e-mail |
| Aug 27 | Sat | 4.00 | Documentation of ADC review findings (MK) |
| Aug 28 | Sun | 5.00 | Review and comments on DMRS policy related to potential discharge of individuals at State developmental centers who have been determined to be appropriate for community placement;  Re-draft of State Long Term Plan for Services |
| Aug 29 | Mon | 8.00 | Phone call from Dr. Choudri regarding DS and EF medical concerns;  Phone call from Carolyn Cowans (PGA) regarding families concerns over the closure of the Mark Twain 5 unit;  Phone call from P. Pope at Omni Vision requesting the admission of AH to Arlington DC; Call to C. McMorran at Regional Office regarding AH;  Review of TN Mail and E-Mail |
| Aug 30 | Tue | 8.00 | Correspondence with Parties regarding AH's possible application to ADC;  Transmittal letters for 2005 Community Status Report for Judge Donald, Parties, Parents, and others; Final revisions/review of Community Status Report |
| Aug 31 | Wed | 8.00 | Continue re-draft of the State Long-term plan for services; Documentation of ADC findings for GB; Phone call from S. Norris regarding ADC admission for AH |

**Total**      217.00  @ $125 = $27,125.00

*Patrick J. Bulgaro*
*August 2005*
*Tennessee Court Hours*

| | | |
|---|---|---|
| Aug 01 | 2.00 | Meeting with Dr. Ray to discuss methodology for updating report on the financing of community living homes in Tennessee. |
| Aug 02 | | |
| Aug 03 | | |
| Aug 04 | | |
| Aug 05 | | |
| Aug 06 | | |
| Aug 07 | | |
| Aug 08 | | |
| Aug 09 | | |
| Aug 10 | | |
| Aug 11 | | |
| Aug 12 | | |
| Aug 13 | | |
| Aug 14 | | |
| Aug 15 | | |
| Aug 16 | | |
| Aug 17 | | |
| Aug 18 | | |
| Aug 19 | 4.00 | Analysis of the following documents:  Final Draft Report of Survey Findings Arlington Developmental Center; Arlintgton monthly report; Monitor's Review of Service Denials for Class Members; Report on State's Commitments to Quality Improvements at ADC; and decision by US Court of Appeals, Sixth Circuit decision. |
| Aug 20 | | |
| Aug 21 | | |
| Aug 22 | | |
| Aug 23 | | |
| Aug 24 | | |
| Aug 25 | | |
| Aug 26 | | |
| Aug 27 | | |
| Aug 28 | | |
| Aug 29 | | |
| Aug 30 | | |
| Aug 31 | | |
| **Total** | 6.00 | @ $150 = $900.00 |

**Vickey D. Colemann**
**Senior Associate**
**August 2005**

### Tennessee Court Hours

| | | |
|---|---|---|
| Aug 1 | 8.00 | Telephone conference with Dr. Ray to update on various issues. Worked on PRRT of John T. (ADC/DB3) and submitted to Dr. Ray. Email to Julie Bratcher (St. John's) regarding Tony W. Read information on Tony W. and recent incident. Telephone contact with Shirley Jones, ADC to discuss upcoming ADC reviews. Edited interview of Shirley Jones and submitted. Read email |
| Aug 2 | 5.00 | Reviewed Jeff Spence interview report and telephone contact with ADC management, Shirley Jonesx2 and Jeff Spence to follow-up on issues for Dr. Ray. Reviewed in detail report of ADC June improvement report and report of assessment of ADC's phyical plant. Read email. |
| Aug 3 | 8.00 | Telephone conference with Dr. Ray to discuss ADC reviews and issues of Remedial Order case. Contacted Tony W. (St. John) home to schedule visit to follow-up on incident. Reviewed and edited Madison Haywood report and submitted to Office. Began reviewing records for upcoming ADC visits. |
| Aug 4 | 8.00 | Traveled to Memphis to conduct on-site follow-up to incident involving Tony W. (St. John's). Telephone conference with Dr. Ray to give verbal report of visit. Reviewed Dr. Ray's comments on my ADC PRRT and on her completed PRRT. Read email. |
| Aug 5 | 8.00 | Participated via telephone in Monitor's staff meeting to discuss upcoming ADC reviews, transitions, completion of other projects. Typed up findings from visit with Tony W. (St. John's) and submitted to Dr. Ray. Attempted contact with BIOS to discuss Granville C. transition. Continue to review documents in preparation for upcoming ADC visits. Read email. |
| Aug 6 | 0.00 | |
| Aug 7 | 0.00 | |
| Aug 8 | 8.00 | Prepared for reviews at ADC. Traveled to ADC to meet Dr. Ray and other reviews to began annual ADC reviews...Conducted person centered of Linda T. (Maple 4). Telephone conference with Dr. Ray to discuss activities of the day and upcoming Parties Meeting. |
| Aug 9 | 8.00 | Traveled to ADC to conduct person centered reviews of Randal C. (Spruce 1) and Emmett M. (Maple 1). Also conducted mealtime and day services observations. Cleaned up review tools. Read email. elaned ilecMemphis to conduct on-site follow-up to incident involving Tony W. (St. John's). Telephone conference with Dr. Ray to give verbal report of visit. Reviewed Dr. Ray's comments on my ADC PRRT and on her completed PRRT. Read email. |
| Aug 10 | 8.00 | Traveled to ADC to conduct person centered reviews of Harvey W. (DC3) and Mary B. (Spruce 4). Also conducted mealtime and worksite observations. Also, traveled to Memphis to meet Dr. Ray and review teams to discuss activities of the week/preliminary findings from reviews. Read email. |
| Aug 11 | 8.00 | Traveled to ADC to conduct person centered review of Judy K. (MT5). Met with Shirley Jones, CMU Director to obtain documents requested. Read email. |
| Aug 12 | 8.00 | Telephone conference extended with Dr. Ray to discuss the ADC reviews and upcoming schedule/assignments for all reviewers. Reviewed documents obtained on John T. (DB3) and revised his PRRT to reflect information from document review. Telephone conference again with Dr. Ray to discuss in detail the MHDS 2005 CSR report based on their response to draft report and reviewed their comments. Began typing PRRT on Judy K. (MT5). Read email. |
| Aug 13 | 0.00 | |
| Aug 14 | 0.00 | |
| Aug 15 | 8.00 | Completed PRRT on Judy K. (ADC/MT5). Telephone conference w/ Dr. Ray to discuss at risk class & outstanding items for upcoming ADC reviews. Reviewed documents for ADC Clinical Therapy Peer Reviews & other documents in preparation for conference calls with all ADC reviewers. Participated in teleconference with Dr. Ray, consultants & other staff persons to discuss ADC reviews/protocols. Began typing PRRT on Randall C. ADC/Spruce 1. Read email |

| Aug 16 | 8.00 | Telephone contact with representative ... individuals with MR at the facility. Telephone conference with Dr. Ray to discuss call with WMHI representative and ADC tools. Reviewed revised MHDS 2005 CSR report. Completed PRRT on Randall C. (ADC/SP1). Began typing PRRT on Emmett M. (Maple 1). Read email. |
| Aug 17 | 8.00 | Completed PRRT on Emmet M. (Maple 1) & completed PRRT on Linda T. (Maple 4). Reviewed PRRT completed by Dr. Ray. Reviewed documents for upcoming ADC visits. Read email. |
| Aug 18 | 8.00 | Submitted ADC PRRTs on Emmett M. and Linda T. Typed PRRT on Harvey W. (DC3) and on Mary B. (Spruce 4). Telephone contact with Mary Hamlett, Director of Resource & Human Development to discuss schedule for meeting w/ Dr. Ray & current services in TN. Read email. |
| Aug 19 | 0.00 | **OFF WORK** |
| Aug 20 | 0.00 | |
| Aug 21 | 0.00 | |
| Aug 22 | 8.00 | Reviewed ISP amendment on Ken L. Re-reviewed Carol W. (Spruce 3) information. Traveled to ADC to conduct person-centered review of Carol W. (Spruce 3). Read email. |
| Aug 23 | 8.00 | Traveled to ADC to conduct person centered reviews of Nicole C. (DC1) and Amy Bell (DC2). Re-reviewed documents on Dennis and Murry. |
| Aug 24 | 8.00 | Traveled to ADC to conduct person centered reviews of Dennis D. (DB2) and Murry M (DB4). Traveled to Memphis to meet with Dr. Ray and the review teams to discuss findings from ADC visits. Read email. |
| Aug 25 | 8.00 | Traveled to Jackson to attend West TN DMRS Providers' Meeting. Cleaned up review tools. Read email. |
| Aug 26 | 8.00 | Worked on PRRT of Carol W. (Spruce 3). Telephone conference with Dr. Ray to discuss Provider's Meeting and ADC reviews and write-ups. Telephone call to Ms.Carolyn Cowans, to follow-up issues for Dr. Ray and submitted information to Dr. Ray in writing. Read email. |
| Aug 27 | 0.00 | |
| Aug 28 | 0.00 | |
| Aug 29 | 8.00 | Worked on PRRT of Nicole C. (DC1). Began working on Amy B. (DC2) PRRT. Reviewed Mark K's PRRT completed by Dr. Ray. Read email. |
| Aug 30 | 8.00 | Completed PRRT on Amy B. (DC2) and submitted to office. Began working on Murry M. (DB4). Read email. |
| Aug 31 | 8.00 | Traveled to ADC to attend two meetings facilitated by Steve N. DMRS Commissioner to discuss the future of ADC with the parents. Telephone conference with Dr. Ray to discuss the meetings. Follow-up completed on issues from last week reviews. Read email. |
| **Total** | **173.00** | @ $70.00 = $12,110.00 |

*Lynn M. Truesdale*
*Research Associate*
*August 2005*

*Tennessee Court Hours*

| | | |
|---|---|---|
| August 1 | 0.00 | Off |
| August 2 | 0.00 | Off |
| August 3 | 0.00 | Off |
| August 4 | 0.00 | Off |
| August 5 | 0.00 | Off |
| August 6 | 0.00 | Saturday |
| August 7 | 0.00 | Sunday |
| August 8 | 0.00 | Off |
| August 9 | 0.00 | Off |
| August 10 | 0.00 | Off |
| August 11 | 0.00 | Off |
| August 12 | 0.00 | Off |
| August 13 | 0.00 | Saturday |
| August 14 | 0.00 | Sunday |
| August 15 | 8.00 | Reviewed TN e-mails from 8/1/05-present; Updated transition database from e-mail information reviewed; Downloaded several attachments/office files onto laptop; Reviewed information for ADC Review conference call; Participated in ADC Review conference call with N. Ray, V. Coleman, etc. |
| August 16 | 8.00 | Reviewed numerous Community Abuse and Neglect Investigation Reports (0502088, 0502095-0502098, 0506203-0507265); Sent e-mails to N. Ray regarding concerns for SP (BIOS) |
| August 17 | 8.00 | Entered reviewed Investigation Reports into Abuse and Neglect data base; Reviewed numerous Community Abuse and Neglect Investigation Reports (0503100-0504140) and sent e-mail to N. Ray regarding concerns for DW (lived at home) |
| August 18 | 8.00 | Reviewed numerous Community Abuse and Neglect Investigation Reports (0504140-0504145, 0505198) and entered the reviewed reports data into the Abuse and Neglect data base (0503100-0504145) |
| August 19 | 8.00 | Downloaded and printed several Performance Review Rating Tools received from NKR and VVC in preparation for ADC Review; Prepared directions for airport and other travel documents; Reviewed ISP's(GB, MK, RH, HW, RS, EM, AB, EC, SM) and took notes in preparation for the ADC Review; Reviewed Community Report Cards and Transition information to develop a list of needed visits and sent e-mail to N. Ray |
| August 20 | 0.00 | Saturday |
| August 21 | 0.00 | Sunday |

| August 22 | 8.00 | Traveled from CT to Memphis; Reviewed notes and documents in preparation for the ADC reviews (TO, RC, KY, MB, CB, MM); Conducted the ADC Environmental Review on Daniel Boone 2 and Daniel Boone 3 (class members GB, MK); Ensured notes were completed from review |
| August 23 | 8.00 | Conducted the ADC Environmental Review on several units/several class members (Davy Crocket 2 and 3, and Maple 3/ RH, HW, AB, EC, SM); Ensured all tools/comments were complete; Completed log book/incident review on Maple 3 |
| August 24 | 8.00 | Conducted the ADC Environmental Review on several units/several class members (Spruce 1 and Spruce 4, and Willow/ TO,RC, KY,MB,CB,MM); Ensured all tools/comments were complete; Conducted log book/incident reviews for Daniel Boone 3 |
| August 25 | 8.00 | Traveled from Memphis to CT; Reviewed and organized Environmental Review Tool notes and wrote notes by Performance Review Tool areas for Willow (CB) and Davy Crocket 2 (AB) review findings; Discussed TN work with N. Ray |
| August 26 | 8.00 | Reviewed TN e-mail from 8/22-presentReviewed flight options for September TN travel and phone calls with C. Dowd regarding travel and other administrative issues; E-mailed K. Morris Abuse and Neglect data base to download onto office share drive; Downloaded ADC Performance Review Rating Tools to thumb drive along with other needed files; Downloaded travel confirmations for September travel; Prepared expense voucher to submit; Reviewed notes and typed ADC Review findings into PRRT for ECo and SMc and submitted to office and P. Hargrove; Updated Court Hours Log; Reviewed Spruce 1 findings and started typing tool/findings |
| August 27 | 0.00 | Saturday |
| August 28 | 0.00 | Sunday |
| August 29 | 8.00 | Reviewed, organized, and typed findings into Performance Review Rating Tool for several class members/home units (TO, RC, KY, MB, CB/Spruce 1, Spruce 4, Willow) and submitted to E. Farstad for her findings; Reviewed TN mail |
| August 30 | 8.00 | Attempted to log onto TN share drive from laptop–phone call with C. Dowd regarding laptop; Reviewed, organized review findings and typed findings into Performance Review Rating Tool for several home units and class members (MK RH, HW, AB, MM) and submitted tools to E. Farstad for her findings |
| August 31 | 8.00 | Reviewed TN e-mail; Downloaded, printed, and reviewed DC's community transition plan; Sent e-mail to T. Watkins with a few additional question regarding DC's move and requested pre-move home inspection; Sent e-mail to N. Ray updating on DC's move; Downloaded and reviewed several ADC PRRT's with E. Farstad's additional comments and made a few revisions (MB, CB, RC, MM, TO, and KY); Completed PRRT with reviewer 2 comments for GB (DB2) and sent to E. Farstad for her comments; Entered Investigation Report data into data base (0502088, 0502095-0502098) |
| **Total** | **104.00** | @$50.00 = $5200.00 |

## Colleen M Dowd
### Office Administrator
### August 2005
### Tennessee Court Hours

| | | |
|---|---|---|
| Aug 1 | 8.00 | TN email; Faxed address and employment changes for Lynn Truesdale to ADP (payroll); Mailed copy of Parties correspondence re: Service Denials to Judge Donald; Formatted four memos from D. Langkau and V. Coleman (Interviews w/ Norma Lester, Shirley Johnson-Jones, Jeff Spence, and Olga Ramos); Payroll; Paid bills; |
| Aug 2 | 8.00 | TN email; Typed up notes for P. Bulgaro re: Follow-up Review of Financing Report; Continued finalization of four above memos; Entered/paid bills; Staff timesheets; Continued preparation of July Court Invoice; Made Monitor's revisions/formatted Madison Haywood CSR report; Copied ADC compliance report, ADC Physical Plant Report, and Service Denial Letter for P. Bulgaro; |
| Aug 3 | 8.00 | TN email; Proofed MHDS CSR report; Finalized ADC Survey Results report and Parties and Family/Guardian transmittals; Made meeting arrangements for the Monitor and Pat Bulgaro to meet with Steve Norris and others; Made meeting arrangements for the Monitor to meet with Mike Decker of Liberty (perspective Provider); |
| Aug 4 | 8.00 | TN email; Made Monitor's revisions to MHDS CSR report; Continued finalizing Community Survey And ADC Survey reports; Met with D Langkau (consultant) re: formatting issues, software compatibility w/ computers, and invoice process; Fed Ex'd ADC and Community Survey to Parties; |
| Aug 5 | 8.00 | TN email; Paid bills; Staff Meeting; Researched flights on other airline to find best rates for upcoming ADC review; Setup air profiles for staff and consultants on Continental airlines; Made air travel arrangements for the Monitor, Erin Farstad, Darlene Langkau (consultant), Shauna Williams, and Lynn Truesdale, Kelly Morris for 8/22/05 ADC Review; Copied survey results for above mailing; Spoke with Darlene Langkau, Vickey Coleman and Paul Hargrove to arrange a conference call with the Monitor for the week of 8/15/05; Updated Monitor's travel calendar; |
| Aug 6 | 0.00 | Weekend |
| Aug 7 | 0.00 | Weekend |
| Aug 8 | 8.00 | TN email; Spoke with Mail Boxes to arrange the printing of the ADC and Community Survey reports for the Guardians; Prepared mailing of same reports to the Residential Providers, ISC agencies and others; Entered/paid bills; Faxed CSR2005 report to Madison Haywood for comments; Edited Continental Air Profile for L. Truesdale;Made hotel and car rental reservations for the Monitor, E. Farstad, D.Langkau (consultant), S. Williams, and L. Truesdale, K. Morris for 8/22/05 ADC Review; Finalized conference call re:upcoming review and protocols with the Monitor, V. Coleman, P. Hargrove and D. Langkau (consultants); Cut and paste all Personal Funds issues found in the 2005 CSR into one report to be sent to Robin Atwood (TNCO) and Paula McHenry (the State); Updated travel information for all staff and consultants; |
| Aug 9 | 8.00 | TN email; Prepared travel envelopes for staff and emailed consultants with their itineraries, etc.; Prepared envelopes for mailing of Community and ADC Survey results to Guardians and Parents; Prepared remaining 7 CSR2005 reports for mailing to the Parties; Staff timesheets; Emailed report on Personal Funds issues found in the 2005 CSR to Robin Atwood (TNCO)  and Paula McHenry (State); Spoke with ADP re: error in Lynn Truesdale's 8/2 paycheck; Entered bills; Followed up with Rose Smith (Parent of Tim Smith) re: Nursing Services promised by the State and how that is working, Downloaded TN mail |
| Aug 10 | 8.00 | TN email; Completed above mailing to Parents and Guardians; Spoke with John Driessan re: SEP checks for staff; Reconciled checking and savings accounts; Prepared FedEx shipments of remaining seven Residential Provider reports to the Parties; Forwarded copy of Service Denial letter and report to Vickey Coleman; Made revisions to Darlene Langkau's 8/22 hotel reservations; Began preparation of Quality Tier certificates for Residential Provider agencies; Downloaded TN Mail; |

| Aug 11 | 8.00 | TN email; Finalized July Court Invoice; Logged TN mail into database; Ordered frames for Quality Tier Certificates; Boxed up 2005CSR backup data; Organized Darlene Langkau's Memos into electronic file, hardcopy files, and mail log; Payroll; Entered/paid bills; Prepared August Court Hour template for Pat Bulgaro (consultant); Confirmed 8/15 conference call with Paul Hargrove and Darlene Langkau; |
|---|---|---|
| Aug 12 | 8.00 | TN email; Continued preparation of CSR Provider Reports for publication; Banking; Fed Ex'd documents to Vickey Coleman and Paul Hargrove for upcoming 8/22 ADC Review; Processed expense vouchers; Set-up Sept 19-21 meetings for Monitor and P. Bulgaro w/ Steve Norris; Revised office travel calendar and the Monitor's travel calendar; Entered/paid bills; Prepared Monitor's 8/8/05 Expense Voucher; |
| Aug 13 | 0.00 | Weekend |
| Aug 14 | 0.00 | Weekend |
| Aug 15 | 8.00 | TN email; Met with Ben (Solutions By Design) re: maintenance of Server; Staff timesheets; Finalized MHDS CSR report and prepared for mailing to the agency and all; Faxed documents to Paul Hargrove and Vickey Coleman for conference call at 2:30 EST today; Entered/paid bills; Processed expense vouchers; Payroll; Updated FedEx directory; Made revisions to office phone directory and copied for office staff; |
| Aug 16 | 8.00 | TN email; Continued preparation of CSR Provider reports for publication; Requested copies of airline receipts from US Air for S. Williams; Made revisions to D. Langkau's Memo to the Monitor re Deborah C (class member); Researched files in storage shed that can be shredded; Entered bills; Confirmed Monitor's meeting with Mike Decker (Liberty Enterprises - possible Residential Provider) on Thursday; Prepared mailing of MHDS CSR report to the Parties; Redacted class members names from MHDS report for publication; |
| Aug 17 | 8.00 | TN email; Spoke with FedEx in regards to three packages to the Parties that have been lost in the mail; Downloaded numerous (21) updated class member ISPs into our electronic file; Made travel arrangements for the Monitor and Pat Bulgaro; Continued preparation of CSR Provider reports for publication; |
| Aug 18 | 8.00 | TN email; Finalized CSR Provider reports for publication and met with Camelot Legal Copy re: printing; Finalized Quality Tier Certificates for 11 Residential Provider Agencies; Processed expense vouchers & paid bills; Prepared travel envelopes for P. Bulgaro and Monitor's 9/19 trip to Nashville; Revised Monitor's travel calendar; Contacted ADP re: Registration # for Conneticut DOL; Tracked 3 lost Fed Ex shipments to Parties; Ordered Fed Ex supplies; Downloaded annual ISPs for 5 class members; Began preparation of report cards for CSR2005 aggregate report; |
| Aug 19 | 0.00 | Personal Day |
| Aug 20 | 0.00 | Weekend |
| Aug 21 | 0.00 | Weekend |
| Aug 22 | 8.00 | TN email; Spoke with Bonnie Maxon (consultant) re: Service Invoice for August 11; Revised Darlene Langkau's (consultant) Continental Air Profile; Continued preparation of Provider Agency Report Cards for CSR aggregate report; |
| Aug 23 | 8.00 | TN email; Entered bills; Spoke with Lynn Truesdale re: problems with laptop; Researched flights for Monitor's Sept. 7 trip to Nashville; Staff timesheets; Began proofing/formatting of CSR aggregate; |
| Aug 24 | 8.00 | TN email; Continued formatting of CSR aggregate report; Logged in TN mail; |
| Aug 25 | 8.00 | TN email; Framed Quality Tier Certificates for Residential Providers; Reviewed prototype of Residential Provider publication; Logged in TN mail; Payroll; Ordered supplies; Researched and input data (# of homes per Residential Provider serving class members) for Provider Report Cards ; Printed draft and assembled CSR aggregate for Monitor; Paid bills; Prepared Fiscal reports for the Monitor; |
| Aug 26 | 8.00 | TN email; Made travel arrangements (9/13-15) for L. Truesdale; Purged Community class member ISP electronic files; Processed expense vouchers; Logged in TN mail; |
| Aug 27 | 0.00 | Weekend |
| Aug 28 | 0.00 | Weekend |

Aug 29   8.00   TN email; Reconciled Visa Statement; Paid bills; Processed expense vouchers; Payroll; Began finalizing transmittals for CSR reports; Downloaded numerous ISP amendments for class members;

Aug 30   8.00   TN email; Prepared mailing labels for CSR2005 Provider Reports and Aggregate Report; Completed the finalization of transmittals for CSR Reports and prepared copies for mailing; Merged Community and ADC Guardian addresses for CSR report distribution;

Aug 31   8.00   TN email; Continued formatting of CSR aggregate report with Monitor's revisions; Began preparation of August Court Invoice; Continued preparation of labels and transmittals for CSR reports; Ordered supplies for CSR2005 report distribution; Updated office phone directory;

**Total**   **176.00**   **@ $50.00 = $8,800.00**

### Erin A. Farstad
### Research Associate
### August 2005
### Tennessee Court Hours

| | | |
|---|---|---|
| Aug 1 | 8.00 | Printed Quality Management report for CD; Updated DO's PCRT with information requested from C. Ouimet; Entered AOD report for 7/28/05; Updated RB's PCRT with information requested from V. Coleman; Printed an extra copy of Service Denial charts to be mailed to Judge Donald; Filed mail; Entered Community Incident Reports from 7/9-15/05; Worked on MB memo to N. Ray; Updated Community and ADC Guardian Satisfaction Survey results and comments; Emailed Incident Reports and AOD reports pertaining to TW to V. Coleman. |
| Aug 2 | 8.00 | Created a database for summary of PCRTs for the 2005 ADC Reviews; Entered RM's PCRT into the 2005 ADC Review database; Created a database for summary of PRRTs for the 2005 ADC Reviews; Entered RM's information into 2005 ADC PRRT database; Entered AOD report for 8/1/05. |
| Aug 3 | 8.00 | Created charts regarding 2005 Community Status Review results for N. Ray; Filed mail; Made files for ADC review. |
| Aug 4 | 8.00 | Revised charts for 2005 CSR; Filed mail; Entered information into Community Database made for Survey report; Entered Community Incident Reports for 7/16-29/05. |
| Aug 5 | 8.00 | Entered ADC Guardian Survey into database; Entered Community Incident Reports; Attended staff meeting; Worked on charts for 2005 CSR aggregate report. |
| Aug 6 | 0.00 | Weekend |
| Aug 7 | 0.00 | Weekend |
| Aug 8 | 8.00 | Filed mail; Prepared transition file for D. Langkau to review; Filled in 2005 CSR Sample information to be used in 2005 CSR Aggregate Report. |
| Aug 9 | 0.00 | Personal Time |
| Aug 10 | 0.00 | Personal Time |
| Aug 11 | 0.00 | Personal Time |
| Aug 12 | 0.00 | Personal Time |
| Aug 13 | 0.00 | Weekend |
| Aug 14 | 0.00 | Weekend |
| Aug 15 | 8.00 | Entered Community Incident Reports; Entered AOD reports; Printed ISPs for 2005 ADC Review; Filed mail; Attended conference call with N. Ray, K. Morris, L. Truesdale, D. Langkau, P. Hargrove, and V. Coleman. |
| Aug 16 | 8.00 | Filed mail; Prepared Reviewer 2 folders for 2005 ADC review next week; Revised data for 2005 CSR Aggregate Report; Read ISPs for upcoming ADC review. |
| Aug 17 | 8.00 | Entered AOD report for 8/16/05; Read ISPs for upcoming ADC review; updated data analysis for 2005 CSR Aggregate report. |
| Aug 18 | 8.00 | Read materials for upcoming ADC review. |
| Aug 19 | 8.00 | Filed mail; Entered ADC Incident Reports for July 2005; Entered Community Incident Reports for August 2005; finished reading materials for upcoming ADC review. |
| Aug 20 | 0.00 | Weekend |
| Aug 21 | 0.00 | Weekend |
| Aug 22 | 8.00 | Travel to Memphis; Conduct Environmental Review at ADC of the Daniel Boone    2 and 3 units; Conduct Person Centered Reviews of GB and MK. |

| Aug 23 | 8.00 | Conduct Environmental Review at ADC of the Davey Crockett 2 and 3 units, and the Maple 1 and 3 units; Conduct Person Centered Reviews of RH, HW, AB, RS, EM, EC, and SM; Reviewed Logbook for the past 2 weeks on the Willow unit. |
| Aug 24 | 8.00 | Conduct Environmental Review at ADC of the Spruce 1 and 4 units, and the Willow unit; Conduct Person Centered Reviews of TO, RC, KY, MB, CB, and MM; Review Logbook for the past 2 weeks on the Daniel Boone 2 unit. |
| Aug 25 | 8.00 | Review Materials and begin to write up findings from the 2005 review of Arlington Developmental Center; Travel to Albany. |
| Aug 26 | 8.00 | Entered AOD reports for 8/19-24/05; Filed mail; Entered Service Denials for July 2005; Worked on updating charts for 2005 CSR Aggregate Report. |
| Aug 27 | 0.00 | Weekend |
| Aug 28 | 0.00 | Weekend |
| Aug 29 | 8.00 | Completed charts for 2005 CSR Aggregate Report; Worked on completing PRRTs for Spruce and Willow units for 2005 ADC Review. |
| Aug 30 | 8.00 | Filled out PRRTs from ADC review; Entered AOD report for 8/29/05. |
| Aug 31 | 8.00 | Edited 2005 CSR Aggregate Report data; Entered AOD reports for 8/30/05; Entered Incidents from 8/9-8/23 into Willow PRRTs;  Completed PRRT's from ADC Review for Maple and Daniel Boone units. |
| **Total** | **152.00** | **@ $40 = $6080.00** |

**Kelly A. Morris**
**Research Associate**
**August 2005**

### Tennessee Court Hours

| | | |
|---|---|---|
| Aug 1 | 0.00 | Off |
| Aug 2 | 5.50 | Printed out many service denial/approval updates for class members; completed ADC transportation review schedule; spoke with Dr. Ray regarding ADC personal property review and created a corresponding schedule; contacted S. Jones with request for many class member's recent financial documentation to be available for review |
| Aug 3 | 8.00 | Continued printing out many service denial/approval updates for class members; logged in Tennessee correspondence; updated community class member's ISC, address, and phone number information; updated S. Williams on next week's schedule; updated end of the month class member count database to reflect moves during July |
| Aug 4 | 8.00 | Reviewed new ADC and community investigations and copied and mailed them to V. Coleman and L. Truesdale; updated databases to reflect death of class member; reviewed and edited the Madison Haywood Community Status Review Report; spoke with a parent regarding the supports her child is receiving; general office filing |
| Aug 5 | 8.00 | Attended staff meeting; updated ADC Hospitalization database; organized materials for next week's trip to ADC; logged in Tennessee correspondence; updated ISC assignments in Class Member database; spoke with K. Reed, ISC, regarding one of her clients |
| Aug 6 | 0.00 | |
| Aug 7 | 0.00 | |
| Aug 8 | 8.00 | Flew from Albany to Memphis; worked with S. Williams to document all purchases made within a two month period by a selected sample of 30 ADC residents and to review bank statements for appropriateness; created chart of all purchases made by class members |
| Aug 9 | 8.00 | Reviewed four vans assigned to ADC residential units and documented information from van logs, off campus activity request forms, and community participation forms; visited several ADC units to search for items recently purchased by ADC residents and documented findings; typed findings into chart |
| Aug 10 | 8.00 | Reviewed three vans assigned to ADC residential units and documented information from van logs, off campus activity request forms, and community participation forms; visited several ADC units to search for items recently purchased by ADC residents and documented findings; met with personnel director regarding employee driver's license policy; met with maintenance staff regarding vehicle insurance and registration information and reviewed documents |
| Aug 11 | 8.00 | Flew from Memphis to Albany; organized review materials with S. Williams and spoke about write-up and documentation of findings; continued documenting findings from review of items recently purchased by ADC residents |
| Aug 12 | 8.00 | Logged in Tennessee correspondence; completed documentation of findings from review of items recently purchased by ADC residents; began typing findings from review of transportation at ADC into Performance Review Rating Tools; began editing ADC Environmental Review Tool |
| Aug 13 | 0.00 | |
| Aug 14 | 0.00 | |
| Aug 15 | 8.00 | Continued editing and reformatting the ADC Environmental Review Tool; created labels folders for four reviewer 2s for next weeks reviews; printed out and copied materials for ADC reviews and generated mailing of materials; participated in conference call involving reviewers for ADC reviews regarding review procedures |
| Aug 16 | 8.00 | Began completing Performance Review Rating Tools of review of transportation at ADC; logged in Tennessee correspondence; updated ADC Hospitalization database; discussed next week's reviews and materials with S. Williams; general office filing |

| Aug 17 | 8.00 | Logged in Tennessee correspondence; continued completing Performance Review Rating Tools of review of transportation at ADC; downloaded and reviewed reviewer 1 PRRTs from ADC reviews |
|--------|------|---|
| Aug 18 | 8.00 | Continued completing Performance Review Rating Tools of review of transportation at ADC; reviewed the new Day Service Handbook and the Day Service Training on Power Point; logged in Tennessee correspondence; began reviewing ISPs and taking notes on review tools for ADC reviews next week; updated ADC Hospitalization database |
| Aug 19 | 8.00 | Logged in Tennessee correspondence; reviewed new ADC and community investigations; continued reviewing ISPs and taking notes on review tools for ADC reviews; reviewed Reviewer 1 completed Performance Review Rating Tools for the people I will be reviewing; completed a back-up of the server |
| Aug 20 | 0.00 | |
| Aug 21 | 0.00 | |
| Aug 22 | 8.00 | Continued reviewing ISPs and taking notes on review tools for ADC reviews; continued reviewing Review 1 completed PRRTs for the people I will be reviewing; logged in Tennessee correspondence; organized materials for travel and reviews |
| Aug 23 | 8.00 | Flew from Albany to Memphis; reviewed notes on four residents to be reviewed at ADC for this date; worked with S. Williams to review the environments of two ADC residential units and the personal belongings and care of four residents; reviewed notes on seven residents to be reviewed on 8/24 |
| Aug 24 | 8.00 | Worked with S. Williams to review the environments of four ADC residential units and the personal belongings and care of seven residents; reviewed two unit logbooks and documented all incidents over a two week period; reviewed notes on three residents to be reviewed on 8/25 |
| Aug 25 | 8.00 | Worked with S. Williams to review the environments of two ADC residential units and the personal belongings and care of three residents; reviewed two unit logbooks and documented all incidents over a two week period; met with S. Williams to discuss findings, process of writing- up findings, and organized materials for the write-up |
| Aug 26 | 8.00 | Flew from Memphis to Albany; organized notes from environmental reviews; began typing PRRT for SP3 resident CW |
| Aug 27 | 0.00 | |
| Aug 28 | 0.00 | |
| Aug 29 | 8.00 | Updated various databases to reflect the death of ADC resident MB; general office filing; obtained updated addresses for several guardians and re-mailed reports to them; contacted A. Heart to discuss the health status of class member GC; contacted L. Houston to discuss the heath status of class member EC; logged in Tennessee correspondence; updated ADC Hospitalization database |
| Aug 30 | 8.00 | Logged in Tennessee correspondence; typed review findings and unit logbook incidents into PRRTs for three individuals reviewed; edited three letters that will accompany reports to the court, parties, and guardians |
| Aug 31 | 8.00 | Logged in Tennessee correspondence; reviewed the September ADC newsletter; contacted B. Sartain of ADC to obtain current guardian addresses; typed review findings into PRRTs for two individuals reviewed; began editing the *2005 CSR Supported Living Homes in West TN* report |
| **Total** | **173.50** | @$50.00 = $8,675.00 |

**Shauna M. Williams**
*Assistant Research Associate*
*August 2005*

### Tennessee Court Hours

| | | |
|---|---|---|
| August 1 | 0.00 | |
| August 2 | 0.00 | |
| August 3 | 0.00 | |
| August 4 | 0.00 | |
| August 5 | 0.00 | |
| August 6 | 0.00 | |
| August 7 | 0.00 | |
| August 8 | 8.00 | Travel from Rochester to Memphis for partial ADC review; Reviewed personal funds for class members who purchased items over $25.00; Reviewed account balances for sample; |
| August 9 | 8.00 | Reviewed five unit's transportation logs, motor vehicle mileage logs, vehicles, and off-station activity requests for 7/25/05 – 8/9/05; Reviewed and located purchased items for nine class members; |
| August 10 | 8.00 | Reviewed five unit's transportation logs, motor vehicle mileage logs, vehicles, and off-station activity requests for 7/25/05 – 8/10/05; Reviewed and located purchased items for nine class members; Located vehicle registration and insurance information in Maintenance Office; Spoke with T. Joyce of Human Resources concerning employees' drivers licenses; |
| August 11 | 8.00 | Travel from Memphis to Rochester; Completion of hand tools and summaries for transportation findings; |
| August 12 | 0.00 | |
| August 13 | 0.00 | |
| August 14 | 0.00 | |
| August 15 | 2.00 | Completed travel invoice for ADC trip; Updated Court Log; Spoke with Colleen Dowd re: paperwork for next ADC trip;  Input findings for MT5 and DC3 Transportation; Emailed findings to Kelly Morris; |
| August 16 | 1.75 | Input Transportation findings for MP4, SP4, DB2; Emailed findings to Kelly Morris; Read the Monitor's email re: ADC meals and logbooks; |
| August 17 | 1.00 | Spoke with Colleen Dowd re: 8/16 conference call and NKR's email; Input personal property data into tool; Emailed findings  to Kelly A\Morris; |
| August 18 | 0.00 | |
| August 19 | 0.00 | |
| August 20 | 0.00 | |
| August 21 | 0.00 | |
| August 22 | 2.00 | Pre-review of RM, VH, and JK; |
| August 23 | 8.00 | Travel to Memphis from Rochester; Pre-review of LY, MM, NC, AW, VT, ML, CS, LC, LT, and WM's ISPs; ADC review of LY, MM, NC, and AW; |
| August 24 | 8.00 | Review at ADC of VT, ML, CS, LC, LT, WM, RM; Reviewed Log book entries for SP2; |
| August 25 | 8.00 | Review at ADC of VH, CW, JK; Discussion with Kelly Morris of PRRT tools; Reviewed Log book entries for MP2 and DB4; |
| August 26 | 4.00 | Completed hand tools for LY, MM, NC, AW, and VT; Travel Memphis to Charotte; |
| August 27 | 0.00 | |
| August 28 | 0.00 | |
| August 29 | 0.00 | |
| August 30 | 0.00 | |
| August 31 | 1.75 | Received and reviewed emails from Kelly Morris re: LT, RM, WM, and JK's PRRTs; Prepared travel invoice and Court Log for submission to Colleen Dowd; Completed JK's PRRT and emailed to Kelly Morris; Emailed Court Log to C. Dowd; |
| **Total** | **68.50** | @ $40 = $2740.00 |

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
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

EXPENSES 8/8-11/05

**PURPOSE:**

AUGUST 8 – (Travel Albany to Memphis) ADC Person-Centered Review for RS; Meeting with S. Norris and L. Owens regarding consolidation plans for ADC Campus; TN e-mail

AUGUST 9 - Meeting of the Parties; Write-up of RS review; Site visit to ADC (evening); Meeting with S. Norris regarding Settlement Agreement, Waiver Issues, and ICF-MR status and oversight; TN e-mail

AUGUST 10 - ADC Person-Centered Reviews:  Finish ML, TO, and SMc; Staff meeting in Memphis; TN e-mail

AUGUST 11 - Write up ADC reviews for TO; Summary of 2005 CSR (Travel Memphis to Albany)

**EXPENSES:**

| | | |
|---|---|---|
| ❑ | US Airlines (Albany-Memphis-Albany, 8/8-11/05) | $ 839.80 |
| ❑ | Hampton Inn & Suites (Bartlett, 8/8-11 /05) | $ 304.08 |
| ❑ | Hertz (Memphis, 8/8-11/05) | $ 163.43 |
| ❑ | Shell V Power (Gas 8/10/05) | $  12.01 |
| ❑ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$1487.32** |

Subj:   **US Airways Ticket Confirmation**
Date:   7/21/2005 11:51:42 AM Eastern Standard Time
From:   tickets@usairways.com
Reply-to:   USAirways@usairways.com
To:   NKRASSOCIATES@AOL.COM

 **US AIRWAYS**                                  usairways.com



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add tickets@usairways.com to your
address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: JEMURU**

| Itinerary | Date | Flight | Compartment | Seats |
|---|---|---|---|---|
| 8:05A Depart Albany, NY (ALB)<br>10:06A Arrive Charlotte, NC (CLT) | Aug 8 | US Airways **1041** | Coach | 12D |
| 10:55A Depart Charlotte, NC (CLT)<br>11:34A Arrive Memphis-Int'l, TN (MEM) | Aug 8 | US Airways Express **2245**<br>operated by PSA AIRLINES | Coach | 05D |
| 12:15P Depart Memphis-Int'l, TN (MEM)<br>2:50P Arrive Charlotte, NC (CLT) | Aug 11 | US Airways **584** | Coach | 10D |
| 3:35P Depart Charlotte, NC (CLT)<br>5:40P Arrive Albany, NY (ALB) | Aug 11 | US Airways Express **2202**<br>operated by PSA AIRLINES | Coach | 08D |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| RAY, NANCY | US 2050440 | 0372178603624 | 751.63 | 88.17 | **839.80** |

### Payment Information
USD839.80 has been billed to:  xxxxxxxxxxxx1888 - Exp. 09/05

### Ticket Restrictions
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services

Need a Car? We have
great deals on rental cars.

Receive special Hertz
offers.

Looking for lodging?
Search our selection of
hotels.

### Important Travel Information
- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans
- Ticket changes may be made online; penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

### Documentation For International Travel

*Hampton*

name
address

RAY, NANCY
318 DELAWARE AVE

DELMAR, NY 12054
US

room number
arrival date          2174/OCTE
departure date        08/08/05 4.02PM
                      08/11/05
adult/child
room rate             100.00/1

RATE PLAN        L-TS7
CRM  613871854 DIAMOND
AL       US  22000340
BONUS AL              CAR

Confirmation: 84746707

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges." I have requested weekday delivery of USA TODAY; if refused, a credit of $.75 will be applied to my account. * In the event of an emergency, I or someone in my party require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

08/11/05        PAGE    1

signature:

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 08/08/05 | 701193 | GUEST ROOM | $85.00 |
| 08/08/05 | 701193 | STATE SALES TAX | $7.86 |
| 08/08/05 | 701193 | CITY LODGING TAX | $4.25 |
| 08/08/05 | 701193 | COUNTY LODGING TAX | $4.25 |
| 08/09/05 | 701406 | GUEST ROOM | $85.00 |
| 08/09/05 | 701406 | STATE SALES TAX | $7.86 |
| 08/09/05 | 701406 | CITY LODGING TAX | $4.25 |
| 08/09/05 | 701406 | COUNTY LODGING TAX | $4.25 |
| 08/10/05 | 701640 | GUEST ROOM | $85.00 |
| 08/10/05 | 701640 | STATE SALES TAX | $7.86 |
| 08/10/05 | 701640 | CITY LODGING TAX | $4.25 |
| 08/10/05 | 701640 | COUNTY LODGING TAX | $4.25 |

WILL BE SETTLED TO VS ************1888          $304.08

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*You could win big with the Hampton(R) Playland Sweepstakes at hamptoninn.com between June 15 and August 12, 2005. Void where prohibited. No purchase necessary. For official rules visit hamptoninn.com.*

| account no. | date of charge | folio/check no. |
|-------------|----------------|-----------------|
|  |  | 180746     A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
|  | taxes | |
|  | tips & misc. | |
| **signature** of card member  X | **total** amount | 0.00 |

    

The Hilton Family    Hilton    Hilton Garden Inn    thanks.

CC

**Hertz** RR 621837311 NANCY RAY                    VEH 02294/7429699 PG 2 OF 3 #01 GS
RENTED: 08/08/05 12:14 AT MEMPHIS INT'L A/P                              0146611

RENTED BY THE          PAID BY VISA XXXXXXXXXXX1888   AUTH$    212.00/053482
HERTZ CORPORATION      FF: US 2050440           FF SURCHARGE - UP TO $.50 PER DAY/$2.00 MAX. PER RENTAL APPLIES WHEN FF MILES EARNED.

NO "ADDITIONAL AUTHORIZED OPERATORS" WITHOUT HERTZ PRIOR WRITTEN APPROVAL.

I CERTIFY MY ARRIVAL BY PLANE WITHIN THE PAST 24 HOURS AND USE OF THE HERTZ BUS.

CDP   157348 - YOU REPRESENT THAT YOU ARE SPECIFICALLY AUTHORIZED TO RECEIVE THE BENEFITS EXTENDED TO
          EMPLOYEES/MEMBERS OF US AIRWAYS DISCOUNT #

PASSENGER CAPACITY - THE PASSENGER CAPACITY OF THIS VEHICLE IS DETERMINED BY THE NUMBER OF SEATBELTS AND, BY LAW, MUST NOT BE
EXCEEDED. WHILE IN THE VEHICLE, PLEASE FASTEN YOUR SEATBELT. IT SAVES LIVES AND IT'S THE LAW. SHOULD YOU REQUIRE A LARGER
VEHICLE, PLEASE CHECK AT THE COUNTER FOR AVAILABILITY.

RES: C9861218556   RATE PLAN: TMDD   RATE CLASS: C   PREPARED BY: 0129/TNMEM11          PRINTED: 08/08/05 10:55 TNMEMGT5

---

MEMPHIS INT'L A/P
RENTAL RECORD
NANCY RAY
COMPLETED BY:
RENTED: MEMPHIS INT'L A/P
RENTAL: 08/08/2005   12:14
RETURN: 08/11/2005   14:41
MILES IN 07004  OUT 01893
MILES DRIVEN: 111
PLAN IN/OUT: TMDD / TMDD
CLS: C

3 DAYS         65.99    197.97
DISCOUNT 45%            -89.24
SUBTOTAL                108.73
CONCESSION FEE RECOVERY  11.87
FF SURCHARGE             1.50
TX 14.25% ON            15.50
NET DUE                169.43
PAID BY: VISA

...............

Your Credit Card Will Be

charged the amount shown
your profile

...............

FF# US 2050440
FF MILES AWARDED

Thank you for renting from

---

Shell V-Power
Actively Cleans
As You Drive

27 540 469403
SHELL
8140 STAGE RD/HWY 64
BARTLETT
TN 38134

Invoice # 0332239
Date      08/10/05
Time      06:47PM
Auth #    00046322

VISA Acct #
XXXX XXXX XXXX 1888
RAY/NANCY

Pump   Gallons  Price
04     5.226   $2.299

Product        Amount
Regular        $12.01

Total Sale     $12.01

Shell V Power
Our Most Advanced
Fuel Ever

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
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

EXPENSES 8/22-25/05

**PURPOSE:**

AUGUST 22 – (Travel Albany to Memphis) Audit of ADC (person-centered review for GB); Phone call from M. Brewer regarding a serious injury to her daughter MB at ADC; TN e-mail

AUGUST 23 – Audit of ADC (person-centered review for LY and MK); Phone call to Ms. Tompkins regarding DMRS subsidy for residential costs for her daughter SW; Attended ISP meeting and met with guardian of MB regarding her complaint; TN e-mail

AUGUST 24 – Attend State Task Force meeting on Long Term Service Plan for West TN; Meeting with Candi McMorran to discuss changes in the Regional Office Transition Process; Phone call/discussion with P. Landers regarding prospective transition of EF; TN e-mail

AUGUST 25 - (Travel Memphis to Albany) Documentation (initial) of ADC Audit findings; Further review of State's draft plan for services development in West TN

**EXPENSES:**

| | |
|---|---|
| ❏ Continental Airlines (Albany-Memphis-Albany, 8/22–25/05) | $ 461.80 |
| ❏ Hampton Inn & Suites (Bartlett, 8/22-25 /05) | $ 304.08 |
| ❏ Hertz (Memphis, 8/22-25/05) | $ 180.76 |
| ❏ Circle K (Gas 8/24/05) | $  18.12 |
| ❏ Per Diem (4 days @ $42/day) | $ 168.00 |
| **TOTAL** | **$1132.76** |

Continental Airlines eTicket

| | |
|---|---|
| Subj: | **eTicket Itinerary and Receipt for Confirmation 37LRW2** |
| Date: | 8/5/2005 1:46:30 PM Eastern Standard Time |
| From: | eTicket@coair.com |
| To: | NKRASSOCIATES@AOL.COM |



**Continental Airlines**

Print your boarding pass
at continental.com
24 hours before your flight

Issue Date: August 5, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: **37LRW2**

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|---------------|--------|------|--------|------|-------|------|
| Mon | 22AUG05 | CO* 2246 W | ALBANY NY | 6:55AM | NEWARK EWR | 7:48AM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Mon | 22AUG05 | CO* 2436 I | NEWARK EWR | 9:25AM | MEMPHIS TENN | 11:26AM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2291 I | MEMPHIS TENN | 11:00AM | NEWARK EWR | 2:33PM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2314 I | NEWARK EWR | 4:45PM | ALBANY NY | 5:46PM | ERJ-135 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |

**Traveler (1)**
**RAY / NANCYMS**

eTicket Number    Frequent Flyer
0052158406205    CO-BL786495

Seat(s) ✈
19A/17A/15A/---

**Fare:** 400.01    **Combined Tax:** 61.79    **Per Person Total:** 461.80    **eTicket Total:** 461.80 USD

**Combined Tax/Fee Detail:** Tax: 29.99, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger Facility Charge: 9.00

**Method of Payment:** VISA XXXXXXXXXXXX1888

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

✈  *Seats listed in flight order and subject to change*

## eTicket Travel Reminders

✈ **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

✈ **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure

✈ Failure to meet the **Boarding Requirements** may result in cancellation of reservations, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation

✈ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport

✈ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

✈ For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938

✈ If flight segments are not flown in order, your reservation may be cancelled

✈ There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

✈ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

## Check In Online the Day Before You Fly

With continental.com Check-in, you can print your own boarding pass up to 24 hours before your flight. You can review or change your seats, confirm Elite upgrades, plus get everything you need to go straight to the gate. For more information, go to continental.com.

Friday, August 05, 2005 America Online: nkrassociates

| | name/address | | room number: | | |
|---|---|---|---|---|---|
| RAY, NANCY | | | arrival date: | 512/KSTE | |
| 318 DELAWARE AVE | | | | 08/22/05 5:43PM | |
| DELMAR, NY 12054 | | | departure date: | 08/25/05 | |
| US | | | adult/child: | 1/0 | |
| | | | room rate: | $85.00 | |

RATE PLAN ........ L-TX
HH# 613871854 DIAMOND
AL ........ US #2060840 ........ CAR:
BONUS AL

Confirmation: 81804138

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account." In the event of an emergency I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

08/25/05 PAGE 1

signature:

| date | reference | description | amount |
|---|---|---|---|
| 08/22/05 | 704538 | GUEST ROOM | $85.00 |
| 08/22/05 | 704538 | STATE SALES TAX | $7.86 |
| 08/22/05 | 704538 | CITY LODGING TAX | $4.25 |
| 08/22/05 | 704538 | COUNTY LODGING TAX | $4.25 |
| 08/23/05 | 704766 | GUEST ROOM | $85.00 |
| 08/23/05 | 704766 | STATE SALES TAX | $7.86 |
| 08/23/05 | 704766 | CITY LODGING TAX | $4.25 |
| 08/23/05 | 704766 | COUNTY LODGING TAX | $4.25 |
| 08/24/05 | 704991 | GUEST ROOM | $85.00 |
| 08/24/05 | 704991 | STATE SALES TAX | $7.86 |
| 08/24/05 | 704991 | CITY LODGING TAX | $4.25 |
| 08/24/05 | 704991 | COUNTY LODGING TAX | $4.25 |

WILL BE SETTLED TO VS ***********1888          $304.08

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

| account no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| | | | 182155 | A |
| card member name | | authorization | initial | |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| **signature** of card member | | **total** amount | | |
| X | | | 0.00 | |

thanks.

CC

**Hertz**

RR 630301475   VEH   01498/4162376
NANCY RAY
RENTED: 08/22/05 12:33   0146
AT MEMPHIS INT'L A/P
PG 3 OF 3   #01 GS

RENTED BY THE HERTZ CORPORATION

By Your declining the optional Liability Insurance
Supplement (LIS), Par. 10(b) of the Rental Terms will
apply to this rental. By accepting the Car, You agree that
any insurance that provides coverage to You or to an
Authorized Operator shall be primary. In the event of any
claims arising from the operation of the Car, such
insurance shall be responsible for the payment of all
personal injury and/or property damage claims up to the
limits of such insurance.

This contract offers, for additional charge, insurance
coverage and a Loss Damage Waiver. The purchase of
each of these products is optional and may be declined.
You may be covered for such claims on Your personal
motor vehicle insurance policy. If such insurance coverage
exists under Your personal insurance policy, and the
coverage is confirmed, You may require that Hertz submit
any claims to Your personal insurance carrier as Your
agent. Confirmation of coverage includes telephone
confirmation from an insurance company representative.

By accepting the Car, You acknowledge that You have
read, understand, accept and agree to the above and the
terms and conditions applicable to Hertz #1 Club Gold
rentals in the United States and Canada, and You accept
or decline the Optional Services as shown on Car #1.

X _____ GOLD - SIGNATURE ON FILE _____

The Hertz Privacy Policy governs the use of data about you. A copy
of the policy is available at the rental counter and online at hertz.com.

---

MEMPHIS INT'L A/P
RENTAL RECORD:           630301475
NANCY RAY
COMPLETED BY:                 8969
RENTED: MEMPHIS INT'L A/P
RENTAL:  08/22/05   12:33
RETURN:  08/25/05   09:18
MILES IN: 05072  OUT: 04974
MILES DRIVEN:      98
PLAN IN/OUT: STDR  /STDR
CLS: C

3 DAYS        49.99   149.97
DISCOUNT 5%             7.50
SUBTOTAL             142.47ff
CONCESSION FEE RECOVERY 14.25
FF SURCHARGE           1.50
TX 14.250% ON  158.22  22.54
NET DUE              180.76
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXXXX1888

**************

Your Credit Card will expire soon

Please call 800-CAR-GOLD to update
          your profile

**************

FF# US 2050440
FF MILES AWARDED   142

Thank you for renting from

---

WELCOME
TO CIRCLE K

76/   RCLE K #5151
811   HWY 64
BAR  ETT            TN
DLR  00377051
DAT  08/24/05

VIS            ACCT#
XXX  XXXXXXXX1888
687  76608NJ
INV  195130      2P/5R
REF  921 17-002
AUT  00-594083

PUM    2          SE F
UNL             7.082G
PRI /GAL        $2.559

FUE  TOTAL     $18.12

THANK YOU
H  IE A NICE DAY

**Vickey V. Coleman**
**835 Oak View Loop**
**Bolivar, TN 38008-3881**
**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**

### Expenses for Month of August 2005

**EXPENSES**

- Mileage Reimbursement for the month of August 2005

  $406.13

- Per diem @ $25.00 x9 days for August 2005

  $225.00


**TOTAL**          **$631.13**

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*52 Perry Hill Road, Apt. 7H*
*Ashford, CT 06278*
*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*

### Expenses for Week of August 22-25, 2005

**Purpose:** Conducted the ADC Environmental Review.

**Expenses**

| | | |
|---|---|---:|
| ☐ | Continental-round trip Hartford, Memphis, Hartford | $ 488.30 |
| ☐ | Lodging: Hampton Inn and Suites, Memphis (8/22-8/25/05) ($80.00/night + 19.25% tax) | $ 286.20 |
| ☐ | Hertz Rental Car (8/22-8/25/05) | $ 179.05 |
| ☐ | Gas for rental car (8/25/05) | $ 12.30 |
| ☐ | Airport parking (Bradley Airport, 8/25/05) | $ 4.50 |
| ☐ | Per Diem (4 days @ $42/day) | $ 168.00 |

**TOTAL**  $ 1138.35

Continental

TRUESDALE/LY  PRNTR-D8541E
REC LOC-3792EJ
CO 2436 MEM MEMPHIS
CO 2456 EWR
BDL/LC
22AUG05/0553A

CO 0005648092

Print your boarding pass
at continental.com
24 hours before your flight

___, 2005

# eTicket Itinerary and Receipt

## eTicket Confirmation: 3792EJ

| Day | Date | Flight/ Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|---------------|--------|------|--------|------|-------|------|
| Mon | 22AUG05 | CO* 2456 X | HARTFORD | 7:00AM | NEWARK EWR | 7:56AM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Mon | 22AUG05 | CO* 2436 U | NEWARK EWR | 9:25AM | MEMPHIS TENN | 11:26AM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2291 I | MEMPHIS TENN | 11:00AM | NEWARK EWR | 2:33PM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2778 W | NEWARK EWR | 3:20PM | HARTFORD | 4:23PM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |

| **Traveler (1)** **TRUESDALE / LYNNMS** | **eTicket Number** | **Frequent Flyer** | **Seat(s)** ** |
|---|---|---|---|
| | 0052158407567CO-BL786693 | | 14A/19A/19A/14A |

**Fare:** 423.25 **Combined Tax:** 65.05 **Per Person Total:** 488.30 **eTicket Total:** 48

**Combined Tax/Fee Detail:** Tax: 31.75, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger Facility Charge: 10.50

**Method of Payment:** VISA XXXXXXXXXXX5346

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

** *Seats listed in flight order and subject to change*

## eTicket Travel Reminders

TRUESDALE, LYNN
362 GOODE ST
BURNT HILLS, NY 12027
US

name
address

room number:
arrival date: 08/22/05 6:13PM
departure date: 08/25/05

adult/child: 1/0
room rate: $85.00

RATE PLAN
HH#: 614173286 SILVER
AL:         UB #30869364
BONUS AL:                     CAR:

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account.* In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| date | reference | description | amount |
|---|---|---|---|
| 08/22/05 | 704524 | GUEST ROOM | $85.00 |
| 08/22/05 | 704524 | STATE SALES TAX | $7.86 |
| 08/22/05 | 704524 | CITY LODGING TAX | $4.25 |
| 08/22/05 | 704524 | COUNTY LODGING TAX | $4.25 |
| 08/23/05 | 704752 | GUEST ROOM | $85.00 |
| 08/23/05 | 704752 | STATE SALES TAX | $7.86 |
| 08/23/05 | 704752 | CITY LODGING TAX | $4.25 |
| 08/23/05 | 704752 | COUNTY LODGING TAX | $4.25 |
| 08/24/05 | 704977 | GUEST ROOM | $85.00 |
| 08/24/05 | 704977 | STATE SALES TAX | $7.86 |
| 08/24/05 | 704977 | CITY LODGING TAX | $4.25 |
| 08/24/05 | 704977 | COUNTY LODGING TAX | $4.25 |
| | | WILL BE SETTLED TO VS ***********5346 | $304.08 |

*handwritten:* $80.00 6
3 nights =
$240.00 +
46.20 (tax)
(19.25%)
$286.20

reimbursable
L.T.

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

| | | |
|---|---|---|
| account no. | date of charge | folio/check no. 182161 |
| card member name | authorization | initial |
| establishment no. and location    *establishment agrees to transmit to card holder for payment* | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member   X | **total** amount | 0.00 |

The Hilton Family   Hilton   Hampton   Hilton Garden Inn   thanks.

```
                MEMPHIS INT'L A/P
RENTAL RECORD:              630349366
LYNN TRUESDALE
COMPLETED BY:                    8969
RENTED: MEMPHIS INT'L A/P
RENTAL:  08/22/05    12:32
RETURN:  08/25/05    09:39
MILES IN: 12499  OUT: 12375
MILES DRIVEN:   124
PLAN IN/OUT: STDR   /STDR
CLS: C

   3 DAYS          49.99    149.97
DISCOUNT  5%                  7.50
SUBTOTAL                    142.47
CONCESSION FEE RECOVERY     14.25
TX 14.250% ON    156.72     22.33
NET DUE                     179.05
PAID BY: VISA
CREDIT CARD #: XXXXXXXXXXXX5346

     Than      f   ooting from
```

```
ALL-IN-ONE MARKET
8535 HWY 64
MEMPHIS, TN 38133

SHELL
8535 HWY 64
MEMPHIS TN
RT# 91002292076

08/25/05      09:12:49
TRUESDALE/LYNN
VISA          Acct#
XXXX XXXX XXXX 5346

RCPT# 10-7702
Inv# 249847
Auth# 068650

PUMP#  8
UNLEAD            4.826G
SELF
PRICE/GAL        $2.549

    TOTAL        $12.30

    L            $12.30


    L V-POWER
    MOST ADVANCED
    EVER
```

Bradley Airport Garage
Standard Parking
Windsor Locks CT

```
Fee Computer Number:                       3
Cashier:                       WILLIAM ID #55
Transaction Number:                   297813
Entered:              08/25/2005  16:07
Exited:               08/25/2005  16:40
Ticket #1130                  Dispenser #26
Rate:                              ST GARAGE
Total Fee:                             $4.50
Cash:                                 $10.00
Change:                                $5.50
```

Thank You

**Erin Farstad**
**Research Assistant**
918 Randall Road
Niskayuna, NY 12309
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

EXPENSES 8/22/05 – 8/25/05

**PURPOSE:**

AUGUST 22 – Travel to Memphis; Conduct Environmental Review at ADC of the Daniel Boone 2 and 3 units; Conduct Person Centered Reviews of GB and MK.

AUGUST 23 – Conduct Environmental Review at ADC of the Davey Crockett 2 and 3 units, and the Maple 1 and 3 units; Conduct Person Centered Reviews of RH, HW, AB, RS, EM, EC, and SM; Reviewed Logbook for the past 2 weeks on the Willow unit.

AUGUST 24 – Conduct Environmental Review at ADC of the Spruce 1 and 4 units, and the Willow unit; Conduct Person Centered Reviews of TO, RC, KY, MB, CB, and MM; Review Logbook for the past 2 weeks on the Daniel Boone 2 unit.

AUGUST 25 – Review Materials and begin to write up findings from the 2005 review of Arlington Developmental Center; Travel to Albany.

**EXPENSES:**

| | |
|---|---|
| ❑  Continental Airlines [Albany-Memphis-Albany (8/22-25/05)] | $ 461.80 |
| ❑  Hampton Inn & Suites, Bartlett (8/22 – 25/05) | $ 250.44 |
| ❑  Per Diem (4 days @ $42/day) | $ 168.00 |
| **TOTAL** | **$ 880.24** |

Yahoo! Mail - erin_farstad@yahoo.com                                    Page 1 of 2

Case 2:92-cv-02062-JPM-tmp   Document 2051   Filed 10/26/05   Page 37 of 103   PageID
9906

# YAHOO! MAIL

Print - Close Window

**From:**    "Continental Airlines, Inc. " <eTicket@coair.com>

**To:**      ERIN_FARSTAD@YAHOO.COM

**Subject:** eTicket Itinerary and Receipt for Confirmation 37P57H

**Date:**    Fri, 5 Aug 2005 13:01:43 -0500



**Print your boarding pass**
**at continental.com**
**24 hours before your flight**

Issue Date: August 5, 2005

## eTicket Itinerary and Receipt

## eTicket Confirmation: **37P57H**

| Day | Date | Flight/ Class | Depart | Time | Arrive | | Time | Equip | Meal |
|-----|------|--------------|--------|------|--------|---|------|-------|------|
| Mon | 22AUG05 | CO* 2246  W | ALBANY NY | 6:55AM | NEWARK EWR | | 7:48AM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | | |
| Mon | 22AUG05 | CO* 2436  I | NEWARK EWR | 9:25AM | MEMPHIS TENN | | 11:26AM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | | |
| Thu | 25AUG05 | CO* 2291  I | MEMPHIS TENN | 11:00AM | NEWARK EWR | | 2:33PM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | | |
| Thu | 25AUG05 | CO* 2314  I | NEWARK EWR | 4:45PM | ALBANY NY | | 5:46PM | ERJ-135 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | | |

| Traveler (1) | eTicket Number | Frequent Flyer | Seat(s) ✈ |
|--------------|----------------|----------------|-----------|
| **FARSTAD / ERINMS** | 0052158407016 | CO-BL786479 | 19B/17B/17B/--- |

**Fare:** 400.01     **Combined Tax:** 61.79     **Per Person Total:** 461.80     **eTicket Total:** 461.80 USD

**Combined Tax/Fee Detail:** Tax: 29.99, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger
Facility Charge: 9.00

**Method of Payment:** MASTERCARD XXXXXXXXXXXX6394

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

*Erin Farstad*
*8/26/05*

✈ Seats listed in flight order and subject to change

## eTicket Travel Reminders

➜ **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled
departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

➜ **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15
minutes prior to scheduled departure

➜ Failure to meet the **Boarding Requirements** may result in cancellation of reservations, removal of checked baggage from
the aircraft and loss of eligibility for denied boarding compensation

➜ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport

➜ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per
passenger

➜ For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in
Spanish 1-800-579-3938

➜ If flight segments are not flown in order, your reservation may be cancelled

➜ There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

➜ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD**
MILLINGTON, TN 38053
TELEPHONE 901-382-2050
FAX 901-382-2523

| | |
|---|---|
| FARSTAD, ERIN | name / address |
| 918 RANDALL RD | |
| NISKAYUNA, NY 12309 | |
| US | |

room number: 413/KXTD
arrival date: 08/22/05 6:14PM
departure date: 08/25/05
adult/child: 1/0
room rate: ~~$70.00~~

RATE PLAN          L-T3X
HH# 855549631 BLUE
AL:          US  #F847H56
BONUS AL:                CAR:

Confirmation:  86416442

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account.* In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

08/25/05          PAGE          1

signature:  *Erin Farstad*

| date | reference | description | amount |
|---|---|---|---|
| 08/22/05 | 704514 | GUEST ROOM | $70.00 |
| 08/22/05 | 704514 | STATE SALES TAX | $6.48 |
| 08/22/05 | 704514 | CITY LODGING TAX | $3.50 |
| 08/22/05 | 704514 | COUNTY LODGING TAX | $3.50 |
| 08/23/05 | 704741 | GUEST ROOM | $70.00 |
| 08/23/05 | 704741 | STATE SALES TAX | $6.48 |
| 08/23/05 | 704741 | CITY LODGING TAX | $3.50 |
| 08/23/05 | 704741 | COUNTY LODGING TAX | $3.50 |
| 08/24/05 | 704966 | GUEST ROOM | $70.00 |
| 08/24/05 | 704966 | STATE SALES TAX | $6.48 |
| 08/24/05 | 704966 | CITY LODGING TAX | $3.50 |
| 08/24/05 | 704966 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO MC ***********6394 | $250.44 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 182160     A |
| card member name | | authorization | initial |
| establishment no. and location     establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member  X | | **total** amount | 0.00 |

The Hilton Family   Hilton   CONRAD   DoubleTree   E   Hampton   Hilton Garden Inn   HOMEWOOD SUITES   **thanks.**

**Kelly A. Morris**
**Research Associate**
**4 Farnsworth Dr., Apt. 4**
**Slingerlands, NY 12159**
**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**

**Expenses for 8/8/05 – 8/11/05**

**Purpose:  To conduct reviews of transportation services and the personal funds and belongings of residents at Arlington Developmental Center**

**Expenses:**

- US Airways Albany to Memphis (8/8/05) to Albany (8/11/05)          $839.80

- Lodging:  Hampton Inn & Suites, Bartlett (8/8 – 11/05)          $250.44

- Per Diem @ $42/day X 4 days          $168.00

                                                       **TOTAL**          **$1,258.24**

Yahoo! Mail - kellyam707@yahoo.com                                    Page 1 of 2

Case 2:92-cv-02062-JPM-tmp    Document 2051    Filed 10/26/05    Page 40 of 103    PageID
                                        9909

 **MAIL**

                                                        Print - Close Window

| **Date:** | Thu, 21 Jul 2005 08:39:03 -0700 (PDT) |
| **From:** | tickets@usairways.com |
| **To:** | KELLYAM707@YAHOO.COM |
| **Subject:** | US Airways Ticket Confirmation |

                              

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your
address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: DLAPIY**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| **8:05A** Depart Albany, NY (ALB)<br>**10:06A** Arrive Charlotte, NC (CLT) | Aug 8 | US Airways **1041** | H | 05B |
| **10:55A** Depart Charlotte, NC (CLT)<br>**11:34A** Arrive Memphis-Int'l, TN (MEM) | Aug 8 | US Airways Express **2245**<br>operated by PSA AIRLINES | H | 05C |
| **12:15P** Depart Memphis-Int'l, TN (MEM)<br>**2:50P** Arrive Charlotte, NC (CLT) | Aug 11 | US Airways **584** | H | 12C |
| **3:35P** Depart Charlotte, NC (CLT)<br>**5:40P** Arrive Albany, NY (ALB) | Aug 11 | US Airways Express **2202**<br>operated by PSA AIRLINES | H | 09C |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| MORRIS, KELLY | US 4V442B4 | 0372178603421 | 751.63 | 88.17 | 839.80 |

### Payment Information

USD839.80 has been billed to:  xxxxxxxxxxxx3482 - Exp. 05/06

### Ticket Restrictions

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services

Need a Car? We have          Receive special Hertz          Looking for lodging?
great deals on rental cars.  offers.                        Search our selection of
                                                            hotels.

### Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans

*Hampton*

| | name address | room number: | 402/KKTD |
|---|---|---|---|
| MORRIS, KELLY | | arrival date: | 08/08/05 5:06PM |
| 4 FARNSWORTH DR | | departure date: | 08/11/05 |
| SLINGERLANDS, NY 12159 | | adult/child: | 1/0 |
| US | | room rate: | $70.00 |

RATE PLAN          L-TSX
HH# 83093700? SILVER
AL
BONUS AL            CAR

Confirmation: 83701571

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I or someone in my party require special evacuation due to a physical disability. Please indicate yes by checking here ☐

08/11/05          PAGE          1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 08/08/05 | 701231 | GUEST ROOM | $70.00 |
| 08/08/05 | 701231 | STATE SALES TAX | $6.48 |
| 08/08/05 | 701231 | CITY LODGING TAX | $3.50 |
| 08/08/05 | 701231 | COUNTY LODGING TAX | $3.50 |
| 08/09/05 | 701445 | GUEST ROOM | $70.00 |
| 08/09/05 | 701445 | STATE SALES TAX | $6.48 |
| 08/09/05 | 701445 | CITY LODGING TAX | $3.50 |
| 08/09/05 | 701445 | COUNTY LODGING TAX | $3.50 |
| 08/10/05 | 701679 | GUEST ROOM | $70.00 |
| 08/10/05 | 701679 | STATE SALES TAX | $6.48 |
| 08/10/05 | 701679 | CITY LODGING TAX | $3.50 |
| 08/10/05 | 701679 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ************3482 | $250.44 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*You could win big with the Hampton(R) Playland Sweepstakes at hamptoninn.com between June 15 and August 12, 2005. Void where prohibited. No purchase necessary. For official rules visit hamptoninn.com.*

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 180751     A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member X | | **total** amount | 0.00 |

The Hilton Family          Hilton          E          thanks.

**Kelly A. Morris**
Research Associate
4 Farnsworth Dr., Apt. 4
Slingerlands, NY 12159
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

Expenses for 8/23/05 – 8/26/05

**Purpose:**  To conduct reviews of the environment of eight Arlington Developmental
Center units, review logbook incidents on eight units, and review the personal
belongings and hygiene of 14 residents.

Expenses:

- Continental Airlines Albany to Memphis (8/23/05) to Albany (8/26/05) $471.80

- Lodging:  Hampton Inn & Suites, Bartlett (8/23 – 26/05)          $250.44

- Per Diem @ $42/day X 4 days                                       $168.00

                                      **TOTAL**        $890.24

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **From:** | "Continental Airlines, Inc. " <eTicket@coair.com> |
| **To:** | KELLYAM707@YAHOO.COM |
| **Subject:** | eTicket Itinerary and Receipt for Confirmation 37YMPJ |
| **Date:** | Fri, 5 Aug 2005 13:25:24 -0500 |



**Print your boarding pass at continental.com**
**24 hours before your flight**

Issue Date: August 5, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: **37YMPJ**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|-----|------|--------------|--------|------|--------|------|-------|------|
| Tue | 23AUG05 | CO* 2246 W | ALBANY NY | 6:55AM | NEWARK EWR | 7:48AM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Tue | 23AUG05 | CO* 2436 I | NEWARK EWR | 9:25AM | MEMPHIS TENN | 11:26AM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Fri | 26AUG05 | CO* 2291 U | MEMPHIS TENN | 11:00AM | NEWARK EWR | 2:33PM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Fri | 26AUG05 | CO* 2314 W | NEWARK EWR | 4:45PM | ALBANY NY | 5:46PM | ERJ-135 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |

| Traveler (1) | eTicket Number | Frequent Flyer | Seat(s) ⇥ |
|---|---|---|---|
| **MORRIS** / KELLYMS | 0052158408203 | CO-BL786115 | 17B/14A/10B/8B |

**Fare:** 409.31    **Combined Tax:** 62.49    **Per Person Total:** 471.80    **eTicket Total:** 471.80 USD

**Combined Tax/Fee Detail:** Tax: 30.69, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger Facility Charge: 9.00

**Method of Payment:** VISA XXXXXXXXXXXX3482

**Fare Rules:** Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

⇥ Seats listed in flight order and subject to change

## eTicket Travel Reminders

✈ **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

✈ **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure

✈ Failure to meet the **Boarding Requirements** may result in cancellation of reservations, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation

✈ Bring your boarding pass or this eTicket Receipt along with photo identification to the airport

✈ The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger

✈ For up to the minute flight information, sign-up for our Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938

✈ If flight segments are not flown in order, your reservation may be cancelled

✈ There is no need to call to reconfirm this reservation, if your travel plans change call 1-800-579-3959

✈ Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above

**Hampton**

HAMPTON INN & SUITES, 2825 N GERMANTOWN RD
BARTLETT, TN 38133
TELEPHONE 901-382-2050          FAX 901-382-2523

| | |
|---|---|
| name<br>address | room number: **308/KXTD**<br>arrival date: **08/23/05 5:08PM**<br>departure date: **08/26/05** |
| MORRIS, KELLY<br>4 FARNSWORTH DR<br><br>SLINGERLANDS, NY 12159<br>US | adult/child: **1/0**<br>room rate: **$70.00** |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of checkout and such funds will not be released for 72 business hours from the date of check-out.

**RATE PLAN          L-T3X**
**HH# 830937037 SILVER**
**AL:**
**BONUS AL:                    CAR:**

Confirmation: **82224570**

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

08/26/05          PAGE          1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 08/23/05 | 704711 | GUEST ROOM | $70.00 |
| 08/23/05 | 704711 | STATE SALES TAX | $6.48 |
| 08/23/05 | 704711 | CITY LODGING TAX | $3.50 |
| 08/23/05 | 704711 | COUNTY LODGING TAX | $3.50 |
| 08/24/05 | 704934 | GUEST ROOM | $70.00 |
| 08/24/05 | 704934 | STATE SALES TAX | $6.48 |
| 08/24/05 | 704934 | CITY LODGING TAX | $3.50 |
| 08/24/05 | 704934 | COUNTY LODGING TAX | $3.50 |
| 08/25/05 | 705176 | GUEST ROOM | $70.00 |
| 08/25/05 | 705176 | STATE SALES TAX | $6.48 |
| 08/25/05 | 705176 | CITY LODGING TAX | $3.50 |
| 08/25/05 | 705176 | COUNTY LODGING TAX | $3.50 |

WILL BE SETTLED TO VS ************3482          $250.44

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| | | |
|---|---|---|
| account no. | date of charge | folio/check no.<br><br>182164     A |
| card member name | authorization | initial |
| establishment no. and location<br><small>establishment agrees to transmit to card holder for payment</small> | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br>**X** | **total** amount | 0.00 |

 The Hilton Family    Hilton      E    Hampton    Hilton Garden Inn          **thanks.**

**Shauna M. Williams**
**Research Assistant to the Monitor for the Remedial Order**
51 East Avenue
Fairport, NY 14450
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

EXPENSES FOR 08/08-11/05

**PURPOSE:**

August 8 – Travel from Rochester to Memphis for partial ADC review; reviewed personal funds for class members who purchased items over $25.00; Reviewed account balances for sample;

August 9 – Reviewed five unit's transportation logs, motor vehicle mileage logs, vehicles, and off-station activity requests for 7/25/05 – 8/9/05; reviewed and located purchased items for nine class members;

August 10 – Reviewed five unit's transportation logs, motor vehicle mileage logs, vehicles, and off-station activity requests for 7/25/05 – 8/10/05; reviewed and located purchased items for nine class members; Located vehicle registration and insurance information in Maintenance Office; Spoke with T. Joyce of Human Resources concerning employees' drivers licenses;

August 11 – Travel from Memphis to Rochester; Completion of hand tools and summaries for transportation findings;

**EXPENSES:**

| | | |
|---|---|---:|
| ❑ | US Airlines (Rochester-Memphis-Rochester  8/08-11/05) | $ 289.30 |
| ❑ | Hertz rental car (Memphis 8/08-11/05) | $ 163.43 |
| ❑ | Hampton Inn & Suites (Memphis 8/08-11/05) | $ 250.44 |
| ❑ | Shell V-Power gasoline (Bartlett 08/10/05) | $ 8.43 |
| ❑ | Airport Parking (Rochester 8/08-11/05) | $ 42.00 |
| ❑ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$ 921.60** |

*SMWilliams*
*8/15/05*

```
RAS210            USAIRWAYS TICKET DATABASE           08/16/05   14:31:25
RS210M1           IMAGE DISPLAY                        001 OF 001
                  SP ACCB   PNR: HNOXRP ARC-STAT:
NAME: WILLIAMS/SHAUNA          TICKET NO: 037 2178602441 0001  (ET)
ISSUR NO: 3400867 ISU TIME: 09.35.00               34008671
ISU DATE: 07-21-05 PLACE: USAIRWAYS.COM      AGENT: WCM UWT  WEB
   FLT-DETAIL DPTR  ORGIN  DESTN   FARE-BASIS-CD   NVB   NVA STATUS
1 X US 431 L  08AUG ROC    CLT     LRA14QN1      08AUG 08AUG FLWN
2 O US 2245 L 08AUG CLT    MEM     LRA14QN1      08AUG 08AUG FLWN
3 X US 584 L  11AUG MEM    CLT     LRA14QN1      11AUG 11AUG FLWN
4   US 210 L  11AUG CLT    ROC     LRA14QN1      11AUG 11AUG FLWN
FP TBM*BA4153860242901084$06/07*063527* /FC ROC US X/CLT US MEM119.07LRA14QN1
US X/CLT US ROC119.07LRA14QN1 238.14 END ZPROCCLTMEMCLT XT10.00AY10.50XFROC4.5
CLT3CLT3 /ER STNDBY/CHG FEE/NO RFND/CXL BY FLT D


**-- PRINTED AMOUNT --** **- PROCESSED AMOUNT -**  TOUR:
EQ FARE             SVC:           INP SRC : TCN
 FARE:    238.14 USD FARE:    238.14 USD  SYS DATE : 07/22/05
  TAX: XF   10.50    TAX: XF   10.50   ATAC DATE : 07/21/05
    XT   40.66    XT   40.66      PRA DATE : 07/22/05
TOTAL:    289.30 USD TOTAL:    289.30 USD  STATUS :
MESSAGE=>
PF1=HELP      PF3=RET  PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
          PF13=IMAGE  PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```

**Hertz.**

RENTED BY THE HERTZ CORPORATION

RR 6218b..516   VEH   01490/794.8961
SHAUNA WILLIAMS
RENTED: 08/08.05 12:11      0146611
AT MEMPHIS INT'L A/P
PG 3 OF 3   #01 GS

By Your declining the optional Liability Insurance
Supplement (LIS) Par 1(b) of the Rental Terms will
apply to this rental   By accepting the Car, You agree that
any insurance that provides coverage to You or to an
Authorized Operator shall be primary. In the event of any
claims arising from the operation of the Car, such
insurance shall be responsible for the payment of all
personal injury and/or property damage claims up to the
limits of such insurance.

This contract offers, for additional charge, insurance
. . . . . Loss Damage Waiver The purchase of

ank you for renting from

**Hertz**

MEMPHIS INT'L A/P

RENTAL RECORD:           62\ 361516
SHAUNA WILLIAMS
COMPLETED BY:
RENTED: MEMPHIS INT'L A/P   4881
RENTAL: 08/08/05   12:11
RETURN: 08/11/05   10:31
MILES IN: 05581  OUT: 05463
MILES DRIVEN:  118
PLAN IN/OUT: TM0D  /TM0D
CLS: C

3 DAYS         65.99   197.97
DISCOUNT 35%            69.29
SUBTOTAL              128.68ff
CONCESSION FEE RECOVERY  12.87
FF SURCHARGE            1.50
TX 14.250% ON  143.05   20.38
                      163.43
V: VISA
CARD #: XXXXXXXXXXXX1084
; 8017OV2
.ES AWARDED  257

*Hertz*   *Hertz*   *Hertz*   *Hertz*   *Hertz*

SMWilliams
8|15|05

*Hampton*

WILLIAMS, SHAUNA
63 EAST AVE
BROCKPORT, NY 14420

RATE PLAN          L-TAX
BONUS ALL          CAR

Confirmation: 82123379

08/11/05          PAGE          1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. *In the event of an emergency, I, or someone in my party, request special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| 08/08/05 | 701210 | GUEST ROOM | $70.00 |
| 08/08/05 | 701210 | STATE SALES TAX | $6.48 |
| 08/08/05 | 701210 | CITY LODGING TAX | $3.50 |
| 08/08/05 | 701210 | COUNTY LODGING TAX | $3.50 |
| 08/09/05 | 701423 | GUEST ROOM | $70.00 |
| 08/09/05 | 701423 | STATE SALES TAX | $6.48 |
| 08/09/05 | 701423 | CITY LODGING TAX | $3.50 |
| 08/09/05 | 701423 | COUNTY LODGING TAX | $3.50 |
| 08/10/05 | 701657 | GUEST ROOM | $70.00 |
| 08/10/05 | 701657 | STATE SALES TAX | $6.48 |
| 08/10/05 | 701657 | CITY LODGING TAX | $3.50 |
| 08/10/05 | 701657 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ************1084 | $250.44 |

*SMWilliams*
*8/15/05*

Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

You could win big with the Hampton(R) Playland Sweepstakes at hamptoninn.com between June 15 and August 12, 2005. Void where prohibited. No purchase necessary. For official rules visit hamptoninn.com.

| account no. | | date of charge | folio/check no. |
|-------------|---|----------------|-----------------|
| | | | 180752     A |
| card member name | | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member   **X** | | **total** amount | 0.00 |

The Hilton Family    Hilton            E                **thanks.**

```
Shell V-Power
Actively Cleans
As You Drive

27 540 469403
SHELL
8140 STAGE Rd/HWY 64
BARTLETT
TN 38134

Invoice # 0332213
Date   08/10/05
Time   06:44PM
Auth # 00060252

VISA Acct #
XXXX XXXX XXXX 1084

Pump  Gallons   Price
03    3.666    $2.299

Product      Amount
Regular      $8.43

Total Sale   $8.43


Shell V Power
Our Most Advanced
Fuel Ever
```

SMWilliams
8/15/05

Thank You For Parking At The
Greater Rochester International Airport
On Airport Parking Facilities.

Rcpt# 47701
08/11/05 17:40   L# 3 A# 20   Txn#131665
08/08/05 06:52 In  08/11/05 17:40 Out
Tkt# 424496
FEE 5 LT          $   42.00
Total Fee         $   42.00
VISA CARD         $   42.00-
XXXXXXXXXXXX1084 06/07
Approval No.: 075230
Reference No.: *
Change Due        $    0.00
*****************************
Ask us about a ZOOM Lane Pass!
It is FAST and CONVENIENT!
Contact us at 292-4900 or visit us at
amParking.com
*****************************

SMWilliams
8/15/05

**Shauna M. Williams**
**Research Assistant to the Monitor for the Remedial Order**
51 East Avenue
Fairport, NY 14450
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

EXPENSES FOR 8/23-26/05

PURPOSE:

AUGUST 23 – Travel to Memphis from Rochester; Pre-review of LY, MM, NC, AW, VT, ML, CS, LC, LT, and WM's ISPs; ADC review of LY, MM, NC, and AW;

AUGUST 24 - REVIEW at ADC of VT, ML, CS, LC, LT, WM, RM; Reviewed Log book entries for SP2;

AUGUST 25 – REVIEW at ADC of VH, CW, JK; Discussion with Kelly Morris of PRRT tools; Reviewed Log book entries for MP2 and DB4;

August 26 – Completed hand tools for LY, MM, NC, AW, and VT; Travel Memphis to Charlotte;

**Expenses:**

| | | |
|---|---|---|
| ❑ | US Airlines (Rochester-Memphis-Rochester, 8/23–28/05) | $ 390.30 |
| ❑ | Hampton Inn & Suites (Bartlett, 8/23-26/05) | $ 250.44 |
| ❑ | Hertz (Memphis, 8/23-26/05) | $ 180.76 |
| ❑ | Gas (Shell, 8/25/05) | $  10.83 |
| ❑ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$1,000.33** |



**shauna dowd**
**<shauna411@yahoo.com>**
09/02/2005 10:53 AM

To  Scott C Williams/US/ABAS/PwC@Americas-US
cc
bcc
Subject  Please Print attached Fwd: US Airways Ticket Confirmation

Note: forwarded message attached.

Start your day with Yahoo! - make it your home page
http://www.yahoo.com/r/hs

----- (Message from tickets@usairways.com on Fri, 5 Aug 2005 12:33:18 -0700 (PDT -----

SHAUNA411@YAHOO.COM                                    :To
US Airways Ticket Confirmation                         :Subject

## U·S AIRWAYS



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book t

## Your Confirmed US Airways Itinerary

### Confirmation Code: KMRCMT

| Itinerary | Date | Flight | Compartment |
|---|---|---|---|
| **8:05A** Depart Rochester, NY (ROC) **10:02A** Arrive Charlotte, NC (CLT) | Aug 23 | US Airways **1226** | Coach |
| **10:55A** Depart Charlotte, NC (CLT) **11:30A** Arrive Memphis-Int'l, TN (MEM) | Aug 23 | US Airways **1065** | Coach |
| **12:05P** Depart Memphis-Int'l, TN (MEM) **2:40P** Arrive Charlotte, NC (CLT) | Aug 26 | US Airways **584** | Coach |
| **7:25P** Depart Charlotte, NC (CLT) **9:12P** Arrive Rochester, NY (ROC) | Aug 28 | US Airways **524** | Coach |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| | | | | | |

WILLIAMS, SHAUNA          US 8D170V2          0372178807084          332.10          58.20 **390.30**

## Payment Information

USD390.30 has been billed to:  xxxxxxxxxxxx1084  -  Exp.  06/07          *SMWilliams*

## Ticket Restrictions

NO RFND/STNDBY/CHG FEE/CXL BY FLT DT/AFT DPT CHG BY FLT DT

## Travel Services

Need a Car? We have great deals on rental cars.

Receive special Hertz offers.

Looking for lodging? Search our selection of hotels.

## Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

## Changes in Travel Plans

- Ticket changes may be made online; penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

## Documentation For International Travel

- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place. Passengers are responsible for compliance with all government travel requirements. View specific documentation requirements for American citizens on the U.S. Department of State Website: www.travel.state.gov.

**Discount Emails:** Subscribe to E-Savers, which offers dramatic discounts for last-minute travel each week and other low fare promotions being offered by US Airways. http://www.usairways.com/pro/esavers/enroll/index.htm

**Please do not reply to this e-mail, as it cannot be answered from this address.**

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD
BARTLETT, TN 38133
TELEPHONE 901-382-2060          FAX 901-382-2625**

| | | |
|---|---|---|
| WILLIAMS, SHAUNA<br>51 EAST AVE<br><br>FAIRPORT, NY 14450<br>US | name<br>address | room number:   222/KXTD<br>arrival date:     08/23/05 5:08PM<br>departure date:  08/26/05<br><br>adult/child:      1/0<br>room rate:        $70.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of checkout.

**RATE PLAN          L-T3X
HH# 887826465 SILVER
AL:          US  #8D170V2
BONUS AL:              CAR:**

Confirmation: 83536090

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

08/26/05          PAGE      1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 08/23/05 | 704698 | GUEST ROOM | $70.00 |
| 08/23/05 | 704698 | STATE SALES TAX | $6.48 |
| 08/23/05 | 704698 | CITY LODGING TAX | $3.50 |
| 08/23/05 | 704698 | COUNTY LODGING TAX | $3.50 |
| 08/24/05 | 704921 | GUEST ROOM | $70.00 |
| 08/24/05 | 704921 | STATE SALES TAX | $6.48 |
| 08/24/05 | 704921 | CITY LODGING TAX | $3.50 |
| 08/24/05 | 704921 | COUNTY LODGING TAX | $3.50 |
| 08/25/05 | 705165 | GUEST ROOM | $70.00 |
| 08/25/05 | 705165 | STATE SALES TAX | $6.48 |
| 08/25/05 | 705165 | CITY LODGING TAX | $3.50 |
| 08/25/05 | 705165 | COUNTY LODGING TAX | $3.50 |

WILL BE SETTLED TO VS *************1084                $250.44   *smwilliams*

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 182165     A |
| card member name | authorization | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br><br>X | **total** amount | 0.00 |

 

**thanks.**

```
RETURN:  08/26/05   09:34
MILES IN: 09665 OUT: 09548
MILES DRIVEN:  117
PLAN IN/OUT: STDR  /STDR
CLS: C

3 DAYS             49.99   149.97
DISCOUNT     5%             7.50
SUBTOTAL                  142.47ff
CONCESSION FEE RECOVERY    14.25
FF SURCHARGE                1.50
TX 14.250% ON     158.22   22.54
NET DUE                   180.76
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXX1084
FF# US 8017OV2
FF MILES AWARDED    142
```

Thank you for renting from

**Hertz**

smwilliams

```
XXXX XXXX XXXX 1084 VISA          06/25/05
                                    18.59
SHELL                       27 540 469403
8140 STAGE RD/HWY 64        INV# 0426460
BARTLETT      ,TN 38134     AUTH# 00003310

Item               52 01        Total $

Regular      1  4.3336 @ 2.499   10.83

                        TAX       0.00
                        TOTAL    10.83
```

*SMWilliams*

```
SALE NO: 959786    EMPLOYEE: DPT


          THANK YOU!
```

# REVIEWER 1: SERVICE INVOICE

Paul Hargrove
9617 Balsa Drive
Shreveport, LA 71115
Telephone: (318) 797-6457

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

Service Dates: August 22-25, 2005

| | |
|---|---|
| Pre-visit record review for CS, LC, EC, VH | 1.5 days |
| On-site reviews of CS, LC, EC, VH (record, day service, meals, services, incidents, etc.) | 3.5 days |
| Post-visit report documentation for CS, LC, EC VH | 1.5 days |

**TOTAL (6.5 days @ $ 800.00 day)**          **$5,200.00**

**Darlene Langkau RN**

9 Lawmar Lane, Burnt Hills, New York 12027

399-3180

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

8/7/05

PURPOSE:  Completed Medical Record Summary Review with recommendations
pertinent to Community Transition for:

☐  DC                                                                    $1,250.00

              **TOTAL**              **$1250.00**

SIGNATURE _Darlene Langkau RN_     DATE: _8/7/05_

**Darlene Langkau RN**
9 Lawmar Lane
Burnt Hills, NY 12027
(518) 399-3180
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

### SERVICE PERIOD AUGUST 20 - 31, 2005

**Purpose:**  ADC Survey and review of four class members

☐  Pre-visit Record Review for AW, CB, KY, and MmcE                                1.5 days

☐  On-site reviews of AW, CB, KY, and MmcE (8/22-25/05)                        3.0 days
     (records, day services, meal services, incidents, etc.)

☐  Post visit report documentation  for AW, CB, KY, and MmcE                  1.5 days

☐  Memorandum Summaries:  Day Program Visits, DD Nurse                      2.0 days
     Interview, Superintendent Interview, and General ADC
     Observations

**Total   (8.0 days @ $800/day)**                          **$6,400.00**

Signature _Darlene Langkau RN_                          Date _9/16/05_

BONITA A. MAXON
110 E. SHORE DR
PETERSBURG, NY 12138/518-658-2873
086365495
INVOICE FOR SERVICES AUGUST 8-17, 2005

❑    Review of Sensory and Communication Services and Supports , <u>ADC</u>          5.25 days
    –    ISP and Other Document Pre-Site Visit Review (.5 day)
    –
    –    On-Site Review *[August 8, 9, and 10, 2005]*  (3.0 day)
    –
    –    Instrument Completion and Entry in Database (1.75 day)


**TOTAL (5.25 days @ $550.00 day)**                     $2887.50


*Signature* __Bonita A. Maxon__   8/25/05

## EXPENSE INVOICE

Paul Hargrove
9617 Balsa Drive
Shreveport, LA 71115
Telephone: (318) 797-6457

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

Expenses for August 22-25, 2005

**Purpose:** Person-Centered Review for four class members

**Expenses:**

| | | |
|---|---|---|
| • | Northwest Airlines (Shreveport-Memphis-Shreveport) (8/22/05) | $192.90 |
| • | Hampton Inn & Suites - Bartlett (8/22-24/05) @ $80/day | $240.00 |
| | plus city, state & lodging tax @ 19.25% | $ 46.20 |
| • | Per Diem (3 days @ $42/day) | $126.00 |
| • | Hertz Rental Car (8/22/05 - 8/25/05) | $296.04 |
| | **TOTAL** | $901.14 |



```
        MEMPHIS INT'L A/P
RENTAL RECORD:           630428971
PAUL HARGROVE
COMPLETED BY:                  7355
RENTED: MEMPHIS INT'L A/P
RENTAL:   08/22/05   12:45
RETURN:   08/25/05   16:38
MILES IN: 07088  OUT: 06913
MILES DRIVEN:  175
PLAN IN/OUT: WEBD   /WEBD
CLS: B


  4 DAYS        39.99   159.96
DISCOUNT  5%             8.00
SUBTOTAL               151.96
CONCESSION FEE RECOVERY 15.20
.DW     $22.99/DAY      91.96
X 14.250% ON  259.12    36.92
NET DUE                296.04
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX3741

   Thank you for renting from
           Hertz
```

*Hampton*

| | name address | | room number | | |
|---|---|---|---|---|---|
| HARGROVE, PAUL | | | arrival date: | | 217/KXTE |
| 9817 BALSA DR | | | departure date: | | 08/22/05 7:04PM |
| | | | | | 08/25/05 |
| SHREVEPORT, LA 71115 | | | adult/child: | | 1/0 |
| US | | | room rate: | | $85.00 |

| | | RATE PLAN | L-TAX |
|---|---|---|---|
| | | HHM | |
| | | AL- | |
| | | BONUS AL | CAR |

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account.* In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

Confirmation: 80398706

08/25/05   PAGE   1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 08/22/05 | 704466 | GUEST ROOM | $85.00 |
| 08/22/05 | 704466 | STATE SALES TAX | $7.86 |
| 08/22/05 | 704466 | CITY LODGING TAX | $4.25 |
| 08/22/05 | 704466 | COUNTY LODGING TAX | $4.25 |
| 08/23/05 | 704693 | GUEST ROOM | $85.00 |
| 08/23/05 | 704693 | STATE SALES TAX | $7.86 |
| 08/23/05 | 704693 | CITY LODGING TAX | $4.25 |
| 08/23/05 | 704693 | COUNTY LODGING TAX | $4.25 |
| 08/24/05 | 704916 | GUEST ROOM | $85.00 |
| 08/24/05 | 704916 | STATE SALES TAX | $7.86 |
| 08/24/05 | 704916 | CITY LODGING TAX | $4.25 |
| 08/24/05 | 704916 | COUNTY LODGING TAX | $4.25 |
| | | WILL BE SETTLED TO VS ************3741 | $304.08 |

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 182158    A |
| card member name | | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member<br>**X** | | **total** amount | 0.00 |

      

**thanks.**



Instructions : Flights : Award Travel : Hotels : Cars : Vacation Packages : My I

## Purchase Confirmation

Logout : Destination Guide : Maps : Reservations Help : Talk to

**Summary**

**August 22, 2005**
**Depart:** Shreveport(SHV)
**Arrive:** Memphis (MEM)

**August 30, 2005**
**Depart:** Memphis(MEM)
**Arrive:** Shreveport (SHV)

**1 Adult: $164.65**

Taxes/Fees: $28.25

**Total Cost: $192.90**

Book a Car Rental
for this Trip

**Paul Hargrove**
WorldPerks Member - 2500 Available WorldPerks miles

Thank you! Your reservation is confirmed.

Print a copy of this page for your records. For your convenience, a purchase confirmation will
automatically be emailed to you.

**To select seats for your flight,** click here.

**Memphis 8/22/05**                                              🖨 Print Versi

**Northwest Airlines Confirmation Number: 2UJSFE**
**Itinerary number: 118176656**

| Total Trip Cost: | $192.90 |
| --- | --- |

| Traveler(s): | Frequent Flyer Details: |
| --- | --- |
| Paul Hargrove | Northwest WorldPerks   100702635176 |

### Departing Flight(s)

| **Monday, August 22, 2005**<br>Northwest Airlines Flight #3455 | depart | 6:30am<br>morning | **Shreveport Regiona**<br>**Airport (SHV)**<br>Shreveport |
| --- | --- | --- | --- |
| operated by<br>MESABA AVIATION JET SERV/NW AIRLINK | arrive | 7:38am<br>morning | **Memphis Internatio**<br>**Airport (MEM)**<br>Memphis |
| | | | Seat(s): Not Assigne<br>Meal: none<br>On Time: N/A<br>Cabin: Economy<br>Equipment: Avro RJ8<br>Avroliner (AR8)<br>Duration: 1hr 8min<br>Approximate Distanc<br>284 miles |

Total Duration: 1hr 8
Total Distance: 284 n

### Returning Flight(s)

| **Tuesday, August 30, 2005**<br>Northwest Airlines Flight #3457 | depart | 7:20pm<br>evening | **Memphis Internatio**<br>**Airport (MEM)**<br>Memphis |
| --- | --- | --- | --- |
| operated by<br>MESABA AVIATION JET SERV/NW AIRLINK | arrive | 8:37pm<br>evening | **Shreveport Regiona**<br>**Airport (SHV)**<br>Shreveport |

Seat(s): Not Assigned
Meal: none
On Time: N/A
Cabin: Economy
Equipment: Avro RJ8
Avroliner (AR8)
Duration: 1hr 17min
Approximate Distance
284 miles

Total Duration: 1hr
17min
Total Distance: 284 n

## Ticket Information

**Ticket type:** electronic (E-Tickets)
Check in and print your boarding pass online at nwa.com check-in, airport self-service check
kiosks (located at most airports in the U.S.), Airline ticket counters, or Curbside at most airpo

**Check-in Advice: Northwest recommends that passengers arrive at the airport at least ?
minutes prior to departure for domestic flights and 2 hours prior to departure for
international flights.**

Customers traveling within the United States (including Hawaii), must **check in at least 30
minutes prior to departure and board the aircraft at least 15 minutes prior to departure**
Customers traveling from Atlanta, Denver or Tampa must check in at least 45 minutes
to departure. Customers from Las Vegas or Washington, D.C. - Dulles **must check in at
least 60 minutes** prior to departure.

Customers traveling internationally (including Canada, Mexico and the Caribbean) must che
**in at least 60 minutes prior to departure and board the aircraft at least 30 minutes prio
departure.**

If you will be traveling Internationally with a minor, please review these travel requirements.

## Trip Cancellation/Interruption Insurance

You have not purchased Airline Trip Protector (Trip Cancellation/Interruption Insurance) for this
travel itinerary, but may still do so. Airline Trip Protector insures you in the event of unplanned tr
cancellations or interruptions. To find out more, please visit Access America at
http://www.etravelprotection.com/northwest or call (800) 496-6903.

**Northwest has negotiated special rates on hotels in Memphis during your stay. Click on th
links below to search and book today!**



- Radisson Hotel Memphis
  rooms $153 per night
- Memphis Plaza Hotel & Suites
  rooms $56 per night
- La Quinta Inn and Suites Memphis Primacy
  rooms $77 per night

About Northwest | Contact Us | Terms of Use & Privacy | Customers First | Site Map | Travel Age

© Northwest Airlines

PROVIDED BY ORBITZ

**Darlene Langkau RN**
9 Lawmar Lane
Burnt Hills, NY 12027
(518) 399-3180
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


Service Dates:   August 22 - 25, 2005

Purpose:  ADC Survey and review of four class members


☐    Continental Airlines  (Albany-Memphis-Albany)  (8/22 - 25/05)          $461.80


☐    Hampton Inn & Suites, Bartlett, TN   (8/22 - 25/05) @ $80/day          $240.00
                                plus 19.25% tax                                                     $ 46.20


☐    Per Diem    ( 4 days @ $42/day)                                                   $168.00




            **Total**              $916.00        (MKR


Signature _Darlene Langkau R_          Date_8/31/05_

MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Web Search:    Go

## The page cannot be displayed

The page you are looking for is currently unavailable. The Web site might be experiencing technical difficulties, or you may need to adjust your browser settings.

 **Hotmail**

**Today | Mail | Calendar | Contacts**

dlangkau@hotmail.com

Free Newsletters |

Reply | Reply All | Forward | Delete | Junk | Put in Folder | Print View | Save Address

| | | |
|---|---|---|
| From : | Continental Airlines, Inc. <eTicket@coair.com> | | X | Inbox |
| Sent : | Friday, August 5, 2005 1:34 PM | |
| To : | <DLANGKAU@HOTMAIL.COM> | |
| Subject : | eTicket Itinerary and Receipt for Confirmation 3777J7 | |

 **Continental Airlines**

Print your boarding pass
at continental.com
24 hours before your flight

Issue Date: August 5, 2005

## eTicket Itinerary and Receipt

### eTicket Confirmation: **3777J7**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Mon | 22AUG05 | CO* 2248 W | ALBANY NY | 6:55AM | NEWARK EWR | 7:48AM | ERJ-145 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Mon | 22AUG05 | CO* 2436 I | NEWARK EWR | 9:25AM | MEMPHIS TENN | 11:26AM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2291 I | MEMPHIS TENN | 11:00AM | NEWARK EWR | 2:33PM | ERJ-145 | SNACK |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |
| Thu | 25AUG05 | CO* 2314 I | NEWARK EWR | 4:45PM | ALBANY NY | 5:46PM | ERJ-135 | |
| | | *Operated by EXPRESSJET AIRLINES INC doing business as CONTINENTAL EXPRESS | | | | | | |

| Traveler (1) | eTicket Number | Frequent Flyer | Seat(s) |
|---|---|---|---|
| **LANGKAU / DARLENEMS** | 0052158405628 | CO-BL786826 | 17B/14A/14B/--- |

**Fare:** 400.01    **Combined Tax:** 61.79    **Per Person Total:** 461.80    **eTicket Total** 461.80 USD

**Combined Tax/Fee Detail:**    Tax: 29.99, U.S. Flight Segment Tax: 12.80, U.S. Security Service Fee: 10.00, U.S. Passenger Facility Charge: 9.00

**Method of Payment:**    VISA XXXXXXXXXXXX9831

**Fare Rules:**    Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

*Seats listed in flight order and subject to change*

### eTicket Travel Reminders

→ **Check-In Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

→ **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure

Failure to meet the **Boarding Requirements** may result in cancellation of reservations, removal of checked baggage from

LANGKAU, DARLENE
9 LAWMAR LN
BURNT HILLS, NY 12027
US

name
address

room number:
arrival date:          412/KXTE
departure date:     08/22/05 5:43PM
                           08/25/05
adult/child:
room rate:             1/0
                           $85.00

RATE PLAN          L-T5X
HH# 880304421 BLUE
AL
BONUS AL            CAR

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room; A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. "I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account." In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here.

signature:

Confirmation: 83609465

08/25/05          PAGE          1

| date | reference | description | amount |
|------|-----------|-------------|--------|
| 08/22/05 | 704513 | GUEST ROOM | $85.00 |
| 08/22/05 | 704513 | STATE SALES TAX | $7.86 |
| 08/22/05 | 704513 | CITY LODGING TAX | $4.25 |
| 08/22/05 | 704513 | COUNTY LODGING TAX | $4.25 |
| 08/23/05 | 704740 | GUEST ROOM | $85.00 |
| 08/23/05 | 704740 | STATE SALES TAX | $7.86 |
| 08/23/05 | 704740 | CITY LODGING TAX | $4.25 |
| 08/23/05 | 704740 | COUNTY LODGING TAX | $4.25 |
| 08/24/05 | 704965 | GUEST ROOM | $85.00 |
| 08/24/05 | 704965 | STATE SALES TAX | $7.86 |
| 08/24/05 | 704965 | CITY LODGING TAX | $4.25 |
| 08/24/05 | 704965 | COUNTY LODGING TAX | $4.25 |

WILL BE SETTLED TO VS ***********9831          $304.08

*Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

| account no. | | date of charge | folio/check no. |
|-------------|--|----------------|-----------------|
| | | | 182156    A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

The Hilton Family          Hilton          Hampton          Hilton Garden Inn          thanks.

**Bonita Maxon**
**110 East Shore Dr.**
**Petersburg, NY 12138**
**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**

Expenses for Week of August 8-11, 2005

**Purpose:**

• Sensory and communication devices review for 27 class members at ADC.

**Expenses:**

• US Airways: Albany – Memphis– Albany  (8/8-8/11/05)          $ 839.80

• Lodging: Hampton Inn-Memphis, TN (8/8-8/11/05) @ $80/day          $ 240.00
                    Plus tax@19.25%          46.20

• Per Diem @ ($42/day) X 4 days          $ 168.00

                        **TOTAL**          **$ 1294.00**

Signature: _Bonita A Maxon_          Date: _Aug 12, 2005_

*Bonita Maxon*
8/8 - 8/11/05    ADC Review

Subj:      **US Airways Ticket Confirmation**
Date:      7/21/2005 10:58:27 A.M. Eastern Daylight Time
From:      tickets@usairways.com
Reply-to:  USAirways@usairways.com
To:        BAMRDK@AOL.COM



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add tickets@usairways.com to your address book today.

## Your Confirmed US Airways Itinerary

### Confirmation Code: JRIYEB

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:05A Depart Albany, NY (ALB) 10:06A Arrive Charlotte, NC (CLT) | Aug 8 | US Airways 1041 | H | 06B |
| 10:55A Depart Charlotte, NC (CLT) 11:34A Arrive Memphis-Int'l, TN (MEM) | Aug 8 | US Airways Express 2245 operated by PSA AIRLINES | H | 06C |
| 12:15P Depart Memphis-Int'l, TN (MEM) 2:50P Arrive Charlotte, NC (CLT) | Aug 11 | US Airways 584 | H | 09D |
| 3:35P Depart Charlotte, NC (CLT) 5:40P Arrive Albany, NY (ALB) | Aug 11 | US Airways Express 2202 operated by PSA AIRLINES | H | 09D |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| MAXON, BONITA | US 68F1P68 | 0372178602768 | 751.63 | 88.17 | 839.80 |

### Payment Information
USD839.80 has been billed to:  xxxxxxxxxxxx2321 - Exp. 09/05

### Ticket Restrictions
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services

Need a Car? We have great deals on rental cars.

Receive special Hertz offers.

Looking for lodging? Search our selection of hotels.

### Important Travel Information
- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans
- Ticket changes may be made online; penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance

Thursday, July 21, 2005 America Online: BAMRDK

*Hampton*

MAXON, BONITA
110 E SHORE DR

PETERSBURG, NY 12138

RATE PLAN
HH# 220000 HHONORS SILVER
AL - US 800# 1924
CAR#

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part on the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. *In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here.* ☐

CONFIRMATION NUMBER 80052451

signature

08/12/05    PAGE    1

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/08/05 | 701235 | GUEST ROOM | $85.00 |
| 08/08/05 | 701235 | STATE SALES TAX | $7.86 |
| 08/08/05 | 701235 | CITY LODGING TAX | $4.25 |
| 08/08/05 | 701235 | COUNTY LODGING TAX | $4.25 |
| 08/09/05 | 701449 | GUEST ROOM | $85.00 |
| 08/09/05 | 701449 | STATE SALES TAX | $7.86 |
| 08/09/05 | 701449 | CITY LODGING TAX | $4.25 |
| 08/09/05 | 701449 | COUNTY LODGING TAX | $4.25 |
| 08/10/05 | 701683 | GUEST ROOM | $85.00 |
| 08/10/05 | 701683 | STATE SALES TAX | $7.86 |
| 08/10/05 | 701683 | CITY LODGING TAX | $4.25 |
| 08/10/05 | 701683 | COUNTY LODGING TAX | $4.25 |
| 08/11/05 | 701773 | DS ***********2321 | ($304.08) |
| | | * * BALANCE * * | $0.00 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

You could win big with the Hampton(R) Playland Sweepstakes at hamptoninn.com between June 15 and August 12, 2005. Void where prohibited. No purchase necessary. For official rules visit hamptoninn.com.

| account no. | | date of charge | folio/check no. | |
|---|---|---|---|---|
| DS ***********2321 | | 08/08/05 | 180749    A | |
| card member name | | authorization | | initial |
| MAXON, BONITA | | 8244 | | |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | | |
| | | taxes | | |
| | | tips & misc. | | |
| signature of card member | | total amount | | |
| X | | | -304.08 | |

     

thanks.

# TELEPHONE

| SERVICE | | BILLING DATE | AMOUNT |
|---|---|---|---|
| Verizon Wireless | Nancy K. Ray | August 12, 2005 | 94.20 |
| Verizon Wireless | Vickey Coleman | August 19, 2005 | 115.90 |
| AT&T | a) Family/Consumer Toll Free Phone # | August 16, 2005 | 33.69 |
| | b) Teleconference w/People First (see attached) | | 328.11 |
| | **Total** | | **$571.90** |

**verizon**wireless

P.O. BOX 17120
TUCSON, AZ 85731-7120

# August 12, 2005

Page 1 of 20

| | |
|---|---|
| Account number | **To Make A Payment** |
| **105409741** | Online:  verizonwireless.com (My Account) |
| Invoice number | Phone:  #PMT (#768) or #BAL (#225) |
| **3135876755** | from your wireless phone. Airtime free. |
| | Mail Payment: Verizon Wireless |
| | P.O. Box 15108 |
| | Albany, NY  12212-5108 |

20000156  3 AT  0.701 00 AUTO  T1 1 3812E 12054-1911 1 3     RAL11202

NANCY RAY
C/O NKR AND ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Contact Us**
Online:  verizonwireless.com
Phone:  *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
133 Calkins Road
Rochester, NY 14623-4297

## Verizon Wireless news

Verizon Wireless will implement an Administrative Charge for
customers effective October 1, 2005. See Page 2 for details.

See details inside this bill.

## Account summary
**Previous charges**

| | |
|---|---|
| Previous balance | $251.68 |
| Payment received 07/27 - Thank you | -251.68 |
| Balance forward | $.00 |

**Current charges**

| | |
|---|---|
| Monthly charges | 209.97 |
| Usage charges | .00 |
| Verizon Wireless surcharges and other charges and credits | 10.14 |
| Taxes, governmental surcharges and fees | 30.14 |
| **Total current charges** | **$250.25** |

### Total Amount Due by  September 07, 2005          $250.25

*A late payment charge applies for unpaid balances.  The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

Reimbursable by Court:
$894.20 for Nancy K Ray, Monitor.

**veri**_zon_wireless

| | | |
|---|---|---|
| Bill date | **August 12, 2005** | Page 3 of 20 |
| Account number | **105409741** | |
| Invoice number | **3135876755** | |

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 518-265-3675  Nancy Ray | 3 | | 39.99 | .00 | .00 | 1.93 | 5.82 | 47.74 |
| 518-265-5392  Nancy Ray | 6 | | 70.00 | .00 | .00 | | 3.49 | 24.48 |
| 518-265-9565  Nancy Ray | 7 | | 49.99 | .00 | .00 | .99 | 3.49 | 24.48 |
| 518-424-9935  Nancy Ray | 12 | | 20.00 | .00 | .00 | 2.41 | 6.95 | 59.06 |
| 518-441-5196  Nancy K. Ray | 17 | | 79.99 | .00 | .00 | .89 | 3.49 | 24.48 |
| **Total current charges** | | **$.00** | **$209.97** | **$.00** | **$.00** | **$10.14** | **$30.14** | **$250.25** |

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-9565 Nancy Ray | P | 500 | 211 | 467 | 678 |
| 518-424-9935 Nancy Ray | S | | 148 | 522 | 670 |
| **Total usage** | | | **359** | **989** | **1348** |

* The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-3675 Nancy Ray | P | 400 | 55 | 259 | 314 |
| 518-265-5392 Nancy Ray | S | | 54 | 456 | 510 |
| **Total usage** | | | **109** | **715** | **824** |

* The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Charges for 518-265-3675

Nancy Ray



| **Monthly Charges** | | **Your Service Profile** |
|---|---|---|
| Current calling plan 08/13/05 - 09/12/05 | $39.99 | Current calling plan: |
| | | America's Choice Family Share Primary 400 Anytime $39.99 0504 Monthly charge  $39.99 |
| **Total monthly charges** | **$39.99** | Monthly allowance minutes 400 general Additional per minute charge $.45 peak, $.45 off-peak |
| | | Promotional details Current:   > Beginning on 12/14/04: Natl IN network shared;unlimited night & weekend minutes; |

P O BOX 105378
ATLANTA, GA 30348

## August 19, 2005

Page 1 of 8

Account number
**916934847-00001**
Invoice number
**1107537510**

**To Make A Payment**
Online:        verizonwireless.com (My Account)
Phone:        #PMT (#768) or #BAL (#225)
               from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless
               PO Box 17464
               Baltimore, MD  21297-1464

**Contact Us**
Online:        verizonwireless.com
Phone:         *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
               P O Box 105378
               Atlanta, GA 30348

10039608  2 MB  0.534 00 AUTO  T3 7 1819E 12054-1911 1 345  NSCR1908

NKR AND ASSOCIATES INC.
VICKEY COLEMAN
NKR AND ASSOCIATES INC.
318 DELAWARE AVE
DELMAR NY 12054-1911

## Verizon Wireless news

**Administrative Charge**
Verizon Wireless will implement an Administrative Charge for
customers effective October 1, 2005.  See back page for details.

## Account summary
**Previous charges**

| | |
|---|---|
| Previous balance | $115.73 |
| Payment received 08/08 - Thank you | -115.73 |
| Balance forward | $.00 |

**Current charges**

| | |
|---|---|
| Monthly charges | 99.99 |
| Usage charges | .40 |
| Verizon Wireless surcharges and other charges and credits | 1.76 |
| Taxes, governmental surcharges and fees | 13.75 |
| Total current charges | $115.90 |

## Total Amount Due by  September 14, 2005          $115.90

*A late payment charge applies for unpaid balances.  The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

**verizon**wireless

Bill date    August 19, 2005      Page 3 of 8
Account number    916934847-00001
Invoice number    1107537510

# Charges for 731-234-2125

## Vickey Coleman

**Severe Weather Tips**
Verizon Wireless, which owns and operates the nation's most reliable wireless network serving 45.5 million customers, offers residents these tips to be safer during storms and other times of crisis:
1. Keep wireless phone batteries charged.
2. Have additional charged batteries and car charger adapters available for back-up power.
3. Keep phones, batteries, chargers and other equipment in dry, accessible location.
4. Forward your home phone calls to your wireless number in the instance of evacuation.
5. Maintain a list of key contacts and program them into your phone: family, friends, co-workers, local school, childcare, police, fire, rescue agencies, power and gas companies.

## Monthly Charges

| | |
|---|---|
| Current calling plan 07/20/05 - 08/19/05 | $99.99 |
| **Total monthly charges** | **$99.99** |

## Your Service Profile

| | |
|---|---|
| Current calling plan: | America's Choice 2000 Anytime Unlim N&W & Unl IN Call $99.99 1y 5/04 Monthly charge $99.99 Monthly allowance minutes 2000 general Additional per minute charge $.25 peak, $.25 off-peak |
| Promotional details: Current: | >Beginning on 12/27/04: Unlimited night and weekend home airtime minutes per month |
| Enhanced services: | 3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, Basic Voice Mail, TXT MSG W Per MSG Charges, Caller ID, Detail Billing, Natl Enhanced Svc Access, Natl IN Calling-unlim, Americas Choice LD |
| Current feature(s): | Natl IN Calling-unlim Monthly allowance unlimited general |

## Usage Summary 731-234-2125

### Vickey Coleman

| In Your Home Area Delayed Usage | Allowance | Peak Included | Peak Billable | Off Peak Included | Off Peak Billable | Total |
|---|---|---|---|---|---|---|
| Promotional Minutes | | | | | | |
| Monthly Minutes | | 0 | 0 | 23 | 0 | Included |
| IN-Calling | | 3 | 0 | 0 | 0 | Included |
| Usage Totals | | 46 | 0 | 0 | 0 | Included |
| Total Delayed Airtime Usage | | 49 | 0 | 23 | 0 | |
| Delayed Usage Charges | | | 49 | | 23 | 72 |
| | | | $.00 | | $.00 | $.00 |
| **Current Usage** | | | | | | |
| Promotional Minutes | | | | | | |
| Monthly Minutes | 2000 General | 0 | 0 | 39 | 0 | Included |
| IN-Calling | Unlimited | 340 | 0 | 0 | 0 | Included |
| (07/20-08/19) | | 288 | 0 | 1 | 0 | Included |
| Usage Totals | | | | | | |
| Total Current Airtime Usage | | 628 | 0 | 40 | 0 | |
| Current Usage Charges | | | 628 | | 40 | 668 |
| | | | $.00 | | $.00 | $.00 |
| Total usage charges in your home area | | | | | | $.00 |

| Account Number | Bill Date | Payment Due Date | Page 15 |
|---|---|---|---|
| 030 221 0469 001 | AUG 16, 2005 | SEP 11, 2005 | |

NKR ASSOCS
318 DELAWARE AVE FL 2
DELMAR NY 12054-1911

**AT&T**

Subaccount: 161 382 0145 111

## AT&T All in One Service
## Call Detail

For Customer Care: 1 877 325-0445

| ITEM | DATE | TIME (hh:mm:ss) | DAY OF WEEK | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | LONG DISTANCE SERVICE | | | | |
| | | | | BILLED NUMBER: 518 478-0982 | | | | |
| | | | | TOLL-FREE NUMBER: 866 478-0982 | | | | |
| | | | | STATE-TO-STATE CALLS | | | | |
| 1 | 7/18/05 | 4:30:43P | MON | CAMDEN | TN 731 584-0656 | 3:00 | | 0.21 |
| 2 | 7/19/05 | 2:14:33P | TUE | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 3 | 7/19/05 | 4:15:30P | TUE | SAVANNAH | TN 731 925-0190 | 1:00 | | 0.07 |
| 4 | 7/19/05 | 4:17:21P | TUE | SAVANNAH | TN 731 925-0190 | 1:00 | | 0.07 |
| 5 | 7/20/05 | 9:58:39A | WED | SAVANNAH | TN 731 925-0190 | 21:00 | | 1.45 |
| 6 | 7/20/05 | 10:07:27A | WED | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 7 | 7/20/05 | 11:34:50A | WED | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 8 | 7/20/05 | 12:30:17P | WED | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 9 | 7/20/05 | 2:52:39P | WED | MEMPHIS | TN 901 360-9085 | 5:00 | | 0.35 |
| 10 | 7/21/05 | 11:15:34A | THU | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 11 | 7/21/05 | 11:39:31A | THU | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 12 | 7/21/05 | 12:44:45P | THU | MEMPHIS | TN 901 360-9085 | 1:00 | | 0.07 |
| 13 | 7/21/05 | 1:14:06P | THU | BOLIVAR | TN 731 658-7119 | 2:00 | | 0.14 |
| 14 | 7/21/05 | 1:45:41P | THU | BOLIVAR | TN 731 658-7119 | 16:00 | | 1.10 |
| 15 | 7/22/05 | 9:19:34A | FRI | MEMPHIS | TN 901 360-9085 | 15:00 | | 1.04 |
| 16 | 7/22/05 | 10:31:40A | FRI | BOLIVAR | TN 731 658-7119 | 18:00 | | 1.24 |
| 17 | 7/22/05 | 12:22:49P | FRI | CAMDEN | TN 731 584-0656 | 1:00 | | 0.07 |
| 18 | 7/22/05 | 1:56:05P | FRI | CAMDEN | TN 731 584-0656 | 13:00 | | 0.90 |
| 19 | 7/25/05 | 11:38:00A | MON | MEMPHIS | TN 901 384-3668 | 2:00 | | 0.14 |
| 20 | 7/26/05 | 12:34:24P | TUE | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 21 | 7/26/05 | 3:13:40P | TUE | BOLIVAR | TN 731 658-7119 | 29:00 | | 2.00 |
| 22 | 7/28/05 | 10:36:28A | THU | COVINGTON | TN 901 476-4398 | 4:00 | | 0.28 |
| 23 | 7/28/05 | 10:58:43A | THU | BOLIVAR | TN 731 658-7119 | 39:00 | | 2.69 |
| 24 | 7/28/05 | 11:38:14A | THU | BOLIVAR | TN 731 658-7119 | 2:00 | | 0.14 |
| 25 | 8/01/05 | 10:39:52A | MON | BOLIVAR | TN 731 658-7119 | 1:00 | | 0.07 |
| 26 | 8/01/05 | 10:42:18A | MON | BOLIVAR | TN 731 658-7119 | 4:00 | | 0.28 |
| 27 | 8/01/05 | 11:40:45A | MON | BOLIVAR | TN 731 658-7119 | 16:00 | | 1.10 |
| 28 | 8/01/05 | 12:05:33P | MON | COCOABEACH | FL 321 868-0829 | 4:00 | | 0.28 |
| 29 | 8/01/05 | 2:11:44P | MON | BOLIVAR | TN 731 658-7119 | 33:00 | | 2.28 |
| 30 | 8/01/05 | 4:27:41P | MON | MEMPHIS | TN 731 658-7119 | 1:00 | | 0.07 |
| 31 | 8/02/05 | 9:34:33A | TUE | MEMPHIS | TN 901 384-3668 | 23:00 | | 1.59 |
| 32 | 8/02/05 | 10:29:24A | TUE | MEMPHIS | TN 901 859-5384 | 2:00 | | 0.14 |
| 33 | 8/02/05 | 12:04:20P | TUE | MEMPHIS | TN 901 428-6036 | 19:00 | | 1.31 |
| 34 | 8/02/05 | 1:01:37P | TUE | BOLIVAR | TN 901 859-5384 | 9:00 | | 0.62 |
| 35 | 8/02/05 | 1:10:14P | TUE | BOLIVAR | TN 731 658-7119 | 5:00 | | 0.35 |
| 36 | 8/02/05 | 1:24:30P | TUE | BOLIVAR | TN 731 658-7119 | 2:00 | | 0.14 |
| 37 | 8/03/05 | 8:42:58A | WED | MEMPHIS | TN 731 658-7119 | 1:00 | | 0.07 |
| 38 | 8/03/05 | 9:27:54A | WED | MEMPHIS | TN 901 859-5384 | 1:00 | | 0.07 |
| 39 | 8/03/05 | 9:45:39A | WED | MEMPHIS | TN 901 212-3169 | 2:00 | | 0.14 |
| 40 | 8/03/05 | 11:16:41A | WED | BOLIVAR | TN 901 775-3484 | 3:00 | | 0.21 |
| 41 | 8/03/05 | 1:00:49P | WED | PARIS | TN 731 658-7119 | 4:00 | | 0.28 |
| 42 | 8/03/05 | 1:08:34P | WED | BOLIVAR | TN 731 642-6351 | 2:00 | | 0.14 |
| 43 | 8/03/05 | 1:17:42P | WED | HALF DAY | IL 847 478-5387 | 2:00 | | 0.14 |
| 44 | 8/03/05 | 2:42:34P | WED | MEMPHIS | TN 901 212-3169 | 1:00 | | 0.07 |
| 45 | 8/04/05 | 9:01:44A | THU | MEMPHIS | TN 901 360-9085 | 8:00 | | 0.55 |
| 46 | 8/04/05 | 9:40:46A | THU | MEMPHIS | TN 901 325-5936 | 9:00 | | 0.62 |
| 47 | 8/04/05 | 1:05:32P | THU | BOLIVAR | TN 731 658-7119 | 7:00 | | 0.48 |
| 48 | 8/05/05 | 9:27:39A | FRI | BOLIVAR | TN 731 658-7119 | 1:00 | | 0.07 |
| 49 | 8/05/05 | 9:47:03A | FRI | BOLIVAR | TN 731 658-7119 | 2:00 | | 0.14 |
| 50 | 8/05/05 | 10:13:57A | FRI | BOLIVAR | | 1:00 | | 0.07 |

AT&T Call Type Information:
DDS-Direct Dialed
CCS-Calling Card Station Call
OCP-Operator Handled Card Call
OHS-Operator Handled Station Call
OHR-Operator Handled Station Call-Dial Rate
OCR-Operator Handled Person Collect Call
OCP-Operator Handled Person Call

Page 6

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| 030 221 0469 001 | AUG 16, 2005 | SEP 11, 2005 |

**AT&T**

NKR ASSOCS
318 DELAWARE AVE FL 2
DELMAR NY 12054-1911

TELEPHONE NUMBER: 518 478 0982

## AT&T All in One Service
## Summary of Charges

For Customer Care: 1 877 325-0445

| EXPLANATION | AMOUNT |
|---|---|
| **REGULATORY FEES AND OTHER SURCHARGES** | $1.75 |
| Local Number Portability Surcharge | 35.65 |
| Local FCC Line Charge | |
| **FEES SUBTOTAL** | **$106.44** |
| **TAXES** | $23.22 |
| Federal Tax | 10.15 |
| State Tax | 10.15 |
| Local Tax | 6.35 |
| SURCHARGE | 12.65 |
| MISCELLANEOUS SURCHARGES | 5.88 |
| Other Surcharge/Tax | 7.36 |
| MISCELLANEOUS SURCHARGES | 1.75 |
| LOCAL ACCESS TAX/SURCHARGES | |
| **TAXES SUBTOTAL** | **$77.51** |
| **TOTAL FEES AND TAXES** | **$183.95** |
| **TOTAL CURRENT CHARGES** | **$819.15** |

## Summary by Subaccount/Location

| SUBACCOUNT/LOCATION | EXPLANATION | AMOUNT |
|---|---|---|
| 012 373 6552 001 | **INTEGRATED SERVICE** | |
| | **Monthly Charges** | |
| Telephone Number: | All in One Advantage Term Plan - | $50.95 |
| 518 478 0982 | 1 Main Business Line(s) | |
| | All in One Advantage Term Plan - | 203.80 |
| NKR ASSOCS | 4 Additional Business Line(s) | |
| 318 DELAWARE AVE FL 2 | - includes : Local Line Charge | |
| DELMAR NY 12054-1911 | Direct Dial In-State Calling | |
| | Direct Dial State-to-State Calling | |
| | Direct Dial Local Calling | |
| | **TOTAL INTEGRATED SERVICE CHARGES** | **$254.75** |
| | **ADDITIONAL LONG DISTANCE SERVICE** | |
| | 201 Total Calls | |
| | 28:30:11 Total Hr/Min/Sec | |
| | **Usage Charges** | |
| | Miscellaneous Usage Charges | $328.11 |
| | **TOTAL ADD'L LONG DISTANCE CHARGES** | **$328.11** |
| | **ADDITIONAL LOCAL SERVICE** | |
| | 1 Total Calls | |
| | **Monthly Charges** | |
| | Hunting - Normal For 3 Lines | $2.85 |
| | Call Forwarding Variable For 5 Line(s) | 34.50 |
| | Fee Waived | 34.50 |
| | Three Way Calling For 5 Line(s) | 34.50 |
| | Fee Waived | 34.50 |
| | Speed Dialing - 8 For 5 Line(s) | 31.25 |

*July 11, 2005 Conference*
*Call re: MG, ADC,*
*and Medical Residence*
*Home:*

*Participants:*
*Nancy Ray*
*Woody Connett*
*Judy Gnan*
*Jack Dennybenny*

*4:30 - 5:30 pm EDT, Monday 7/11/05*

*See attached AT&T Teleconference Confirmation.*
*$328.11*

**AT&T**

TeleConference Services

# NEW Audio Dial In Reservation Confirmation

Please Deliver To: COLLEEN DOWD
Phone Number: (518)478-0982
Fax Number: (518)478-0986

TeleConference Folder ID: 62808/7849

Information is subject to change. If so, you will be notified by a TeleConference Associate. Cancel reservations at least 30 minutes before start time to avoid No Show fees. Please review this information and contact AT&T TeleConference Services at (800)232-1234 if there are any changes.

---

Page 01 of 01

---

**Audio Conference Access Information**

Toll Free Dial In Number:   (877)232-4392
HOST CODE:   908741
PARTICIPANT CODE:   499624

---

**Start Date & Time**
07/11/05 MON 04:30 PM EDT

**End Date & Time**
07/11/05 05:30 PM EDT

**Duration**
001 hr 00min

---

**Conference Identification Information**

Conference Id: MNR1442
Conference Name:

**Ports**
Total Ports: 4

---

Conference Host:   NANCY RAY
Reach Number:   (518)478-0982
Arranger Name:   COLLEEN DOWD
Reach Number:   (518)478-0982

Fax Number: (518)478-0986

---

**Audio Conference Features Selected**

Automatic Port Expansion

---

**Special Announcements**

Never make a Reservation Again! Sign up for Reservationless Conferencing
and receive your own dial-in numbers and codes, at no extra cost.
Call 800-232-1234 to register today.

---

**SPECIAL NOTES:**

* Should you need assistance during your conference, please press # then 0 for a list of menu options including specialist assistance.
* Special Tip: Always remember to set a date for follow up conference while all participants are on the call.
* If your individual TeleConference account is not used within a six month period, deactivation will occur.
* If you have any questions regarding this service or your account, please call (800)232-1234 and a Specialist will assist you.

*Thank you for choosing AT&T TeleConference Services!*

---

Mon Jul 11 2005 09:12:10

## POSTAGE

| | |
|---|---:|
| FedEx 8/05/05 Invoice 5-516-00886 | 40.42 |
| FedEx 8/15/05 Invoice 5-528-29327 | 333.27 |
| FedEx 8/19/05 Invoice 5-540-71780 | 220.53 |
| FedEx 8/26/05 Invoice 5-554-52628 | 25.85 |
| US Post Office 8/08/05 | 439.02 |
| US Post Office 8/12/05 | 7.40 |

**Total**   **$1066.49**

**FedEx**

Invoice Date:                    Aug 05, 2005
Account Number: 103 2264-984 2
Page:                            1 of 3

FedEx Tax ID: 71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY  12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      (800) 622-1147 M-F 7-6 (CST)
Fax:        (800) 548-3020
Internet:   www.fedex.com

## Invoice Summary Aug 05, 2005

**FedEx Express Services**

| | |
|---|---|
| Transportation Charges | 32.60 |
| Bonus Discounts | -3.26 |
| Special Handling Charges | 11.08 |
| Total Charges ...........................................USD $ | 40.42 |
| **TOTAL THIS INVOICE** ............................... USD $ | **40.42** |

You saved $3.26 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.

Invoice Date:          Aug 05, 2005
Invoice Number:    5-518-00886
Account Number:   2295-7664-2
Page:                    3 of 3

## FedEx Express Shipment Detail By Payor Type (Original)

| **Dropped off: Jul 27, 2005** | **Payor: Shipper** | **Reference: NO REFERENCE INFORMATION** |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 2
- Release signature on file.

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 790099451428 | **Sender** | **Recipient** | |
| Service Type | FedEx 2Day | Colleen Dowd | Bonnie Maxon | |
| Package Type | FedEx Envelope | NKR & ASSOCIATES, INC | 110 East Shore Drive | |
| Zone | 2 | 318 DELAWARE AVENUE | PETERSBURG NY 12138 US | |
| Packages | 1 | DELMAR NY 12054 US | | |
| Weight | N/A | | | |
| Delivered | Jul 28, 2005  12:43 | Transportation Charge | | 6.20 |
| Svc Area | PM | Residential Delivery | | 2.00 |
| Signed by | 17516240 | Automation Bonus Discount | | -0.82 |
| FedEx Use | 000000000/0001108/02 | Delivery Area Surcharge | | 2.00 |
| | | Fuel Surcharge | | 0.77 |
| | | **Total Charge** | **USD $** | **12.15** |

| **Dropped off: Jul 27, 2005** | **Payor: Shipper** | **Reference: NO REFERENCE INFORMATION** |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Release signature on file.

INET

| | | | | |
|---|---|---|---|---|
| Tracking ID | 790591014311 | **Sender** | **Recipient** | |
| Service Type | FedEx 2Day | Colleen Dowd | Vickey Coleman | |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | 835 Oak View Loop | |
| Zone | 6 | 318 DELAWARE AVENUE | BOLIVAR TN 38008 US | |
| Packages | 1 | DELMAR NY 12054 US | | |
| Weight | 8.0 lbs, 3.6 kgs | | | |
| Delivered | Jul 29, 2005  16:00 | Transportation Charge | | 24.40 |
| Svc Area | AA | Automation Bonus Discount | | -2.44 |
| Signed by | V.ICKEY COLEMAN 20209015 | Residential Delivery | | 2.00 |
| FedEx Use | 000000000/0006068/02 | Fuel Surcharge | | 2.31 |
| | | Delivery Area Surcharge | | 2.00 |
| | | **Total Charge** | **USD $** | **28.27** |

| | | |
|---|---|---|
| **Shipment Detail Subtotal** .................................................................................... | **USD $** | **40.42** |

11

**FedEx**

Invoice Date:        Aug 15, 2005
Account Number: 228 42 842
Page:                1 of 9

FedEx Tax ID: 71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY 12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**

Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:       (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary Aug 15, 2005

**FedEx Express Services**

| | |
|---|---:|
| Transportation Charges | 296.85 |
| Bonus Discounts | -29.74 |
| Special Handling Charges | 66.16 |
| | |
| Total Charges ...........................................................USD $ | 333.27 |
| | |
| **TOTAL THIS INVOICE** ...........................................USD $ | **333.27** |

You saved $29.74 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.

**Invoice Date:** Aug 15, 2005
**Account Number:** 2294-7884-2
**Page:** 3 of 9

# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Aug 02, 2005**       **Payor: Shipper**       **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (Including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 3
- 1st attempt Aug 03, 2005 at 12:25 PM.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790105506585 | Colleen Dowd | Shauna Williams | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | 51 East Avenue | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | FAIRPORT NY 14450 US | |
| Zone | 3 | DELMAR NY 12054 US | | |
| Packages | 1 | | | 8.40 |
| Weight | N/A | Transportation Charge | | -0.84 |
| Delivered | Aug 04, 2005  16:12 | Automation Bonus Discount | | 2.00 |
| Svc Area | A1 | Residential Delivery | | 0.95 |
| Signed by | S.WILLIAMS | Fuel Surcharge | | |
| FedEx Use | 000000000/0001109/_ | | **USD $** | **10.51** |
| | | **Total Charge** | | |

---

**Dropped off: Aug 04, 2005**       **Payor: Shipper**       **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 6

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790109141787 | Colleen Dowd | Hon. Bernice Donald | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | US District Court Judge | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | Federal Building | |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38103 US | |
| Packages | 1 | | | 16.50 |
| Weight | N/A | Transportation Charge | | 2.00 |
| Delivered | Aug 05, 2005  09:34 | Direct Signature Required | | -1.65 |
| Svc Area | A1 | Automation Bonus Discount | | 1.86 |
| Signed by | .GLORIA | Fuel Surcharge | | |
| FedEx Use | 000000000/0000244/_ | | **USD $** | **18.71** |
| | | **Total Charge** | | |

---

**Dropped off: Aug 04, 2005**       **Payor: Shipper**       **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790109155268 | Colleen Dowd | Jack Derryberry | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | Ward, Derryberry and Thompson | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | Suite 1720, Parkway Towers | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37219 US | |
| Packages | 1 | | | 15.95 |
| Weight | N/A | Transportation Charge | | 2.00 |
| Delivered | Aug 05, 2005  13:38 | Direct Signature Required | | 1.79 |
| Svc Area | A1 | Fuel Surcharge | | -1.60 |
| Signed by | N.LEMASTER | Automation Bonus Discount | | |
| FedEx Use | 000000000/0000233/_ | | **USD $** | **18.14** |
| | | **Total Charge** | | |


# FedEx

Invoice Date: Aug 15, 2005
Account Number: 2294-7884-2
Page: 5 of 9

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Aug 04, 2005**     **Payor: Shipper**     **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 6

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790600721229 | Colleen Dowd | William Sherman | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | Suite 504 Pyramid Place | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | LITTLE ROCK AR 72201 US | |
| Zone | 6 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 16.50 |
| Delivered | Aug 05, 2005 12:36 | Direct Signature Required | | 2.00 |
| Svc Area | A1 | Automation Bonus Discount | | -1.65 |
| Signed by | W.SHERMAN | Fuel Surcharge | | 1.86 |
| FedEx Use | 000000000/0000244/_ | | | |
| | | **Total Charge** | **USD $** | **18.71** |

---

**Dropped off: Aug 04, 2005**     **Payor: Shipper**     **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 4
- 1st attempt Aug 05, 2005 at 09:30 AM.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791160258106 | Colleen Dowd | Judy Preston | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | US DOJ, PHB, Rm 5732 | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | Special Litigation Sec Civil R | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 15.45 |
| Delivered | Aug 05, 2005 10:14 | Automation Bonus Discount | | -1.55 |
| Svc Area | A1 | Fuel Surcharge | | 1.74 |
| Signed by | D.WOODARD | | | |
| FedEx Use | 000000000/0000222/_ | **Total Charge** | **USD $** | **15.64** |

---

**Dropped off: Aug 04, 2005**     **Payor: Shipper**     **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 4
- 1st attempt Aug 05, 2005 at 09:30 AM.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791160308251 | Colleen Dowd | R. Jonas Geisler | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | US DOJ, PHB Rm 1131 | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | Special Litigation Civil Right | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 15.45 |
| Delivered | Aug 05, 2005 10:14 | Fuel Surcharge | | 1.74 |
| Svc Area | A1 | Automation Bonus Discount | | -1.55 |
| Signed by | D.WOODARD | Direct Signature Required | | 2.00 |
| FedEx Use | 000000000/0000222/_ | | | |
| | | **Total Charge** | **USD $** | **17.64** |

# FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Aug 04, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791695125187 | Colleen Dowd | Louis Moore | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | Tenn Care | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | Doctors Building | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37247 US | |
| Packages | 1 | | | 15.95 |
| Weight | N/A | Transportation Charge | | 1.79 |
| Delivered | Aug 05, 2005 12:31 | Fuel Surcharge | | 2.00 |
| Svc Area | A1 | Direct Signature Required | | -1.60 |
| Signed by | K.HILL | Automation Bonus Discount | | |
| FedEx Use | 000000000/0000233/_ | **Total Charge** | **USD $** | **18.14** |

**Dropped off: Aug 04, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 6

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792350458433 | Colleen Dowd | Earle Schwertz | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | Glankler Brown, PLLC | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | One Commerce Square | |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38103 US | |
| Packages | 1 | | | 16.50 |
| Weight | N/A | Transportation Charge | | -1.65 |
| Delivered | Aug 05, 2005 09:23 | Automation Bonus Discount | | 2.00 |
| Svc Area | A1 | Direct Signature Required | | 1.86 |
| Signed by | C.JOHNSON | Fuel Surcharge | | |
| FedEx Use | 000000000/0000244/_ | **Total Charge** | **USD $** | **18.71** |

**Dropped off: Aug 04, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 4
- 1st attempt Aug 05, 2005 at 09:30 AM.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792350464976 | Colleen Dowd | Todd Schneider | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | US DOJ Patrick Henry Bldg, Rm | |
| Package Type | FedEx Envelope | 318 DELAWARE AVENUE | 601 D ST | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | 15.45 |
| Weight | N/A | Transportation Charge | | 2.00 |
| Delivered | Aug 05, 2005 10:14 | Direct Signature Required | | -1.55 |
| Svc Area | A1 | Automation Bonus Discount | | 1.74 |
| Signed by | D.WOODARD | Fuel Surcharge | | |
| FedEx Use | 000000000/0000222/_ | **Total Charge** | **USD $** | **17.64** |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Aug 10, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792997095762 | Colleen Dowd | Jonathan Lakey | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Pietrangelo Cook, PLC | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | 6410 Poplar Ave., Suite 190 | |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38119 US | |
| Packages | 1 | | | |
| Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 12.50 |
| Delivered | Aug 11, 2005  08:24 | Automation Bonus Discount | | -1.25 |
| Svc Area | A1 | Fuel Surcharge | | 1.41 |
| Signed by | V.FAULKNER | | | |
| FedEx Use | 000000000/0006068/_ | **Total Charge** | **USD $** | **12.66** |

**Dropped off: Aug 10, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792997098350 | Colleen Dowd | David Goetz | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | State Capitol, First Floor | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | Depat. of Finance & Administra | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37243 US | |
| Packages | 1 | | | |
| Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 10.10 |
| Delivered | Aug 11, 2005  08:56 | Fuel Surcharge | | 1.14 |
| Svc Area | A1 | Automation Bonus Discount | | -1.01 |
| Signed by | P.PENTECOST | | | |
| FedEx Use | 000000000/0006046/_ | **Total Charge** | **USD $** | **10.23** |

**Shipment Detail Subtotal** ...................................................................................... **USD $**     **333.27**

11

**FedEx**

Invoice Date:
Account Number:         2294-7884-2
Page:                         8 of 7
FedEx Tax ID:  71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY  12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**

Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:        (800) 548-3020
Internet:   www.fedex.com

## Invoice Summary Aug 19, 2005

| | |
|---|---|
| **FedEx Express Services** | 176.55 |
| Transportation Charges | -17.66 |
| Bonus Discounts | 61.64 |
| Special Handling Charges | |
| Total Charges ..................................................USD $ | 220.53 |
| **TOTAL THIS INVOICE** ...............................USD $ | **220.53** |

You saved $17.66 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.

# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Aug 10, 2005**   **Payor: Shipper**   **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| INET | Sender | Recipient | |
| Tracking ID  790114419039 | Colleen Dowd | Jack Derryberry | |
| Service Type  FedEx 2Day | NKR & ASSOCIATES, INC | Ward, Derryberry and Thompson | |
| Package Type  FedEx Pak | 318 DELAWARE AVENUE | Suite 1720, Parkway Towers | |
| Zone  5 | DELMAR NY 12054  US | NASHVILLE TN 37219  US | |
| Packages  1 | | | |
| Weight  2.0 lbs, 0.9 kgs | Transportation Charge | | 10.10 |
| Delivered  Aug 11, 2005 10:41 | Fuel Surcharge | | 1.14 |
| Svc Area  A1 | Automation Bonus Discount | | -1.01 |
| Signed by  N.LEMASTER | | | |
| FedEx Use  000000000/0006046/_ | **Total Charge** | **USD $** | **10.23** |

---

**Dropped off: Aug 10, 2005**   **Payor: Shipper**   **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| INET | Sender | Recipient | |
| Tracking ID  790605939787 | Colleen Dowd | Steve Norris | |
| Service Type  FedEx 2Day | NKR & ASSOCIATES, INC | DMRS | |
| Package Type  FedEx Pak | 318 DELAWARE AVENUE | Andrew Jackson Bldg., 15th Fl | |
| Zone  5 | DELMAR NY 12054  US | NASHVILLE TN 37243  US | |
| Packages  1 | | | |
| Weight  2.0 lbs, 0.9 kgs | Transportation Charge | | 10.10 |
| Delivered  Aug 11, 2005  09:33 | Automation Bonus Discount | | -1.01 |
| Svc Area  A1 | Fuel Surcharge | | 1.14 |
| Signed by  E.WIMBERLY | | | |
| FedEx Use  000000000/0006046/_ | **Total Charge** | **USD $** | **10.23** |

---

**Dropped off: Aug 10, 2005**   **Payor: Shipper**   **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| INET | Sender | Recipient | |
| Tracking ID  790605942794 | Colleen Dowd | Judith Gran | |
| Service Type  FedEx 2Day | NKR & ASSOCIATES, INC | Public Interest Law Center | |
| Package Type  FedEx Pak | 318 DELAWARE AVENUE | 125 South 9th St., Suite 700 | |
| Zone  3 | DELMAR NY 12054  US | PHILADELPHIA PA 19107  US | |
| Packages  1 | | | |
| Weight  2.0 lbs, 0.9 kgs | Transportation Charge | | 8.60 |
| Delivered  Aug 11, 2005 12:19 | Fuel Surcharge | | 0.97 |
| Svc Area  A1 | Automation Bonus Discount | | -0.86 |
| Signed by  C.WARFIELD | | | |
| FedEx Use  000000000/0006002/_ | **Total Charge** | **USD $** | **8.71** |

Invoice Date:     Aug 19, 2005
Account Number:   1032294-7884-2
Page:             5 of 7

# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Aug 10, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Shipment delivered to address other than recipient's.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 791165507734 | Sender | Recipient |
| Service Type | FedEx 2Day | Colleen Dowd | William Sherman |
| Package Type | FedEx Pak | NKR & ASSOCIATES, INC | Suite 504 Pyramid Place |
| Zone | 6 | 318 DELAWARE AVENUE | LITTLE ROCK AR 72201 US |
| Packages | 1 | DELMAR NY 12054 US | |
| Weight | 2.0 lbs, 0.9 kgs | | |

| | | |
|---|---|---:|
| Delivered | Aug 11, 2005 13:29 | Transportation Charge 12.50 |
| Svc Area | A1 | Automation Bonus Discount -1.25 |
| Signed by | J.THOMPSON | Fuel Surcharge 1.41 |
| FedEx Use | 000000000/0006068/04 | **Total Charge**     USD $     **12.66** |

---

**Dropped off: Aug 10, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Aug 11, 2005 at 02:35 PM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 791699217783 | Sender | Recipient |
| Service Type | FedEx 2Day | Colleen Dowd | Woody Connette |
| Package Type | FedEx Pak | NKR & ASSOCIATES, INC | Lesesne & Connette Associates |
| Zone | 5 | 318 DELAWARE AVENUE | 1001 Elizabeth Avenue |
| Packages | 1 | DELMAR NY 12054 US | CHARLOTTE NC 28204 US |
| Weight | 2.0 lbs, 0.9 kgs | | |

| | | |
|---|---|---:|
| Delivered | Aug 11, 2005 14:37 | Transportation Charge 10.10 |
| Svc Area | A1 | Automation Bonus Discount -1.01 |
| Signed by | E.LESSENTE | Fuel Surcharge 1.14 |
| FedEx Use | 000000000/0006046/_ | **Total Charge**     USD $     **10.23** |

---

**Dropped off: Aug 10, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| | | | |
|---|---|---|---|
| Tracking ID | 792997090808 | Sender | Recipient |
| Service Type | FedEx 2Day | Colleen Dowd | Dianne Dycus |
| Package Type | FedEx Pak | NKR & ASSOCIATES, INC | 425 Fifth Avenue, North |
| Zone | 5 | 318 DELAWARE AVENUE | NASHVILLE TN 37243 US |
| Packages | 1 | DELMAR NY 12054 US | |
| Weight | 2.0 lbs, 0.9 kgs | | |

| | | |
|---|---|---:|
| Delivered | Aug 11, 2005 10:29 | Transportation Charge 10.10 |
| Svc Area | A1 | Fuel Surcharge 1.14 |
| Signed by | M.HOWARD | Automation Bonus Discount -1.01 |
| FedEx Use | 000000000/0006046/_ | **Total Charge**     USD $     **10.23** |

Invoice Date: Aug 19, 2005
Account Number: 2294-7884
Page: 7 of 7

# FedEx Express Shipment Detail By Payor Type (Original)

| Dropped off: Aug 15, 2005 | Payor: Shipper | Reference: NO REFERENCE INFORMATION |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (Including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, O1 and RM service areas.
- Distance Based Pricing, Zone 3
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| Tracking ID | 791170967270 | Sender | | Recipient | |
|---|---|---|---|---|---|
| Service Type | FedEx 2Day | Colleen Dowd | | Shauna Williams | |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | | 51 East Avenue | |
| Zone | 3 | 318 DELAWARE AVENUE | | FAIRPORT NY 14450 US | |
| Packages | 1 | DELMAR NY 12054 US | | | |
| Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | | 9.40 |
| Delivered | Aug 17, 2005 15:30 | Fuel Surcharge | | | 1.06 |
| Svc Area | A1 | Residential Delivery | | | 2.00 |
| Signed by | S.WILLIAMS | Automation Bonus Discount | | | -0.94 |
| FedEx Use | 000000000/0006002/_ | | | | |
| | | **Total Charge** | | **USD $** | **11.52** |

| Dropped off: Aug 15, 2005 | Payor: Shipper | Reference: NO REFERENCE INFORMATION |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (Including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, O1 and RM service areas.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

INET
| Tracking ID | 791170978807 | Sender | | Recipient | |
|---|---|---|---|---|---|
| Service Type | FedEx 2Day | Colleen Dowd | | Lynn Truesdale | |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | | Perry Hill Estates | |
| Zone | 2 | 318 DELAWARE AVENUE | | ASHFORD CT 06278 US | |
| Packages | 1 | DELMAR NY 12054 US | | | |
| Weight | 7.0 lbs, 3.2 kgs | Transportation Charge | | | 9.90 |
| Delivered | Aug 17, 2005 14:16 | Residential Delivery | | | 2.00 |
| Svc Area | PM | Fuel Surcharge | | | 1.11 |
| Signed by | L.TRUESDALE | Delivery Area Surcharge | | | 2.00 |
| FedEx Use | 000000000/0005980/_ | Automation Bonus Discount | | | -0.99 |
| | | **Total Charge** | | **USD $** | **14.02** |

| | | | | | |
|---|---|---|---|---|---|
| | **Shipment Detail Subtotal** ...................................................................................... | | | **USD $** | **220.53** |

11

**FedEx**

Invoice Date:        Aug 26, 2005
Invoice Number:  5-994-92628
Account Number:  3294-7884-2
Page:                 1 of 5

FedEx Tax ID:  71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY  12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:       (800) 622-1147 M-F 7-6 (CST)
Fax:          (800) 548-3020
Internet:     www.fedex.com

## Invoice Summary Aug 26, 2005

| FedEx Express Services | |
| --- | --- |
| Transportation Charges | 46.80 |
| Bonus Discounts | -4.68 |
| Special Handling Charges | 10.76 |
| Total Charges .................................................USD $ | 52.88 |
| **TOTAL THIS INVOICE** ...........................................**USD $** | **52.88** |

You saved $4.68 in discounts this period!

— 27.03

(25.85)

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

*reimbursed by Count*

**FedEx News!**

Win a 50  Plasma TV from FedEx Kinko s!  Now through
Sept. 30, 2005, enter to win a 50  Plasma TV from FedEx
Kinko s online at fedexkinkos.com/fpfk-fs.  While there,
you can learn about File, Print FedEx Kinko s . The FREE
File, Print FedEx Kinko s software allows you to select
printing and binding options, see a preview and even
arrange FedEx  shipping for your completed document.
We re even giving away exciting monthly prizes to customers
just for using File, Print FedEx Kinko s. Learn more and
enter at fedexkinkos.com/fpfk-fs. No purchase necessary.
See complete Official Rules at fedexkinkos.com/fpfk-fs.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.

Invoice Date:        Aug 26, 2005
Account Number: 103 2294 7884 2
Page:                3 of 5

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Aug 10, 2005**         **Payor: Shipper**         **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Recipient not in/business closed.
- Distance Based Pricing, Zone 4
- 1st attempt Aug 11, 2005 at 09:12 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

*refunded*

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790114403246 | Colleen Dowd | Todd Schneider | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US DOJ Patrick Henry Bldg, Rm | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | 601 D ST | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | |
| Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 8.90 |
| Delivered | | Fuel Surcharge | | 1.00 |
| Svc Area | A1 | Automation Bonus Discount | | -0.89 |
| Signed by | | | | |
| FedEx Use | 000000000/0006024/_ | **Total Charge** | **USD $** | **9.01** |

---

**Dropped off: Aug 10, 2005**         **Payor: Shipper**         **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Recipient not in/business closed.
- Distance Based Pricing, Zone 4
- 1st attempt Aug 11, 2005 at 09:12 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

*refunded.*

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791165501287 | Colleen Dowd | Darcey Donehey | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US DOJ | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | Patrick Henry Building, Rm 591 | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | |
| Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 8.90 |
| Delivered | | Automation Bonus Discount | | -0.89 |
| Svc Area | A1 | Fuel Surcharge | | 1.00 |
| Signed by | | | | |
| FedEx Use | 000000000/0006024/_ | **Total Charge** | **USD $** | **9.01** |

**FedEx**

Case 2:92-cv-02062-JPM-tmp   Document 2051   Filed 10/26/05   Page 94 of 103

Invoice Date:        Aug 26, 2005
Invoice Number:      5-864-81828
Account Number:      1032294-7884-0
Page:                5 of 5

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Aug 17, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| INET | | Sender | Recipient |
|------|------|--------|-----------|
| Tracking ID | 790614396623 | Colleen Dowd | Dianne Dycus |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | 425 Fifth Avenue, North |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | NASHVILLE TN 37243  US |
| Zone | 5 | DELMAR NY 12054  US | |
| Packages | 1 | | |
| Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Aug 18, 2005  10:23 | | |
| Svc Area | A1 | | |
| Signed by | M.HOWARD | | |
| FedEx Use | 000000000/0006046/_ | | |

| | |
|---|---:|
| Transportation Charge | 9.40 |
| Fuel Surcharge | 1.06 |
| Adult Signature Required | 2.75 |
| Automation Bonus Discount | -0.94 |
| **Total Charge**                                                   USD $ | **12.27** |

**Shipment Detail Subtotal** ..................................................................................... USD $          **52.88**

11

*Guardian Survey Results Mailing*



*Eric Jansted 8/8/05*

***** WELCOME TO *****
DELMAR MPO
DELMAR, NY 12054-1905
08/08/05 01:15PM

Store  USPS          Trans   91
Wkstn  sys5002       Cashier B43560
Cashier's Name       Diane
Stock Unit Id        WINDIANE
PO Phone Number      518-439-1933
USPS #               3500630054

1. 83c Edna Ferber              149.40
   180 @    0.83
2. 23c GW PSA C1/100             69.00
   3 @    23.00
3. 23c Washington PS             10.12
   44 @    0.23
4. $1 Wisdom PSA                200.00
   200 @    1.00
5. 3c Star PSA                   10.50
   350 @    0.03

Subtotal                        439.02
Total                           439.02

VISA                            439.02

        <23-902800077-98>

VISA
ACCT. NUMBER       EXP     CLERK ID
XXXX XXXX XXXX 9831  06/06    01
AUTH 027900    CREDIT TRANS # 712

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 777

   HELP "FUND THE FIGHT" AGAINST
 BREAST CANCER. FOR EVERY SHEET
OF BREAST CANCER STAMPS YOU BY,
  $1.60 IS DONATED TO RESEARCH.

**** U.S. POSTAL SERVICE ****
ASHFORD CT                  06278
000150                      59.00
JEANNE                      # 01
00-12-05             13:54:16

        CUSTOMER RECEIPT

090 POSTAGE STAMPS           7.40
090 POSTAGE STAMPS           7.40

   TOTAL                    14.80
   CREDIT CARD              14.80

   CHANGE                     .00

*work*
*Stamps for work*
*E.J.*

     *** THANK YOU ***

# PRINTING

MAILBOXES, ETC.
Survey Results (Community and ADC) and CSR Provider Reports                205.06

IN-HOUSE PRINTING
3,922 copies @ .04 per copy                                                 156.88

                                                        **Total**     **$361.94**

# Mail Boxes, Etc.
## 159 Delaware Ave.
## Delmar, NY 12054
## 518 439-0211

**Date:** August 9, 2005

**Sold to:** NKR & Associates, Inc.
318 Delaware Ave.
Delmar, NY 12054

- 341 copies of "Community Living Home Survey Results"

- 172 copies of "Arlington Developmental Center Survey Results"

- 16 copies of "CSR 2005 Provider Reports", 7 Provider / Set

Total of 5425 copies at .035 per image =  $ 189.87

Total amount will be deducted from current credit on NKR account.

```
*            SALE ****************
        Mail Boxes Etc.
.Making Business Easier.  Worldwide.
**********************************
Shift:0764 Drw:01 ID:664 Clerk:ADMIN
8/9/05                      15:11:40
        Center #2406
     159 Delaware Avenue
     Delmar, NY 12054-1312
       Phone 518-439-0211

Qty  Description   Unit      Ext
   1 Copies
                 189.87Sa   189.87

        Sub Total:   189.87
        Sales Tax:    15.19
        Total Sale:  205.06

        On Account:  205.06
           Change:     0.00

Customer: NKR & ASSOCIATES NKR & ASSOCIATES - NK

R & ASSOCIATES
Account:  NKR & Associates


    Visit our Web Site at: WWW.MBE.COM

        CUSTOMER COPY
```

Thank you,

Garry Dallman, Manager

$(5425 \times .03\frac{1}{2}^{\cancel{}})$

753-4496
Please send FAX from this edge

# C o u n t e r

## S e r i a l  No: H2400800970

| ■ T o t a l | 0 3 1 6 1 4 5 |
|---|---|

August 31, 2005    316145
July 31, 2005    -312223
                   3922
             X .04
         $156.88

**P l e a s e  FAX  to:753-4496**

# MISCELLANEOUS EXPENSES CHARGED TO NKR & ASSOCIATES

### CAMELOT OFFICE SUPPLIES

CERTIFICATE FRAMES FOR RESIDENTIAL PROVIDERS ACHIEVING QUALITY TIER STATUS IN THE 2005 COMMUNITY STATUS REVIEW

**TOTAL**      **$111.67**

**CAMELOT OFFICE SUPPLIES**
**100 FULLER ROAD**
**ALBANY, NY.12205**
Tel:(518)435-9696  FAX:(518)435-9688

DATE OF INVOICE : 08/16/05                                    PAGE 1

SOLD TO: 3005 / ND                                           SHIP TO:
   NKR & ASSOCIATES, INC.          INVOICE NO:  009797           NKR & ASSOCIATES, INC.
   SUITE 2                         REF/PO#:         COLLEEN      SUITE 2
   636 DELAWARE AVE                FROM INV:        009797       636 DELAWARE AVE
   DELMAR, NY. 12054                                            DELMAR NY 12054
                            FAX: (518)478-0986        PHONE: (518)        RTE: -0

| Item No | Part Number | Mfr. | Stock Number | ITEM DESCRIPTION | UOM | Qty Ordered | Qty Shipped | Qty to Follow | Your Price | List Price | Extended Price | St |
|---------|-------------|------|--------------|------------------|-----|-------------|-------------|---------------|-----------|-----------|----------------|----|
| 1 | N15832 | DAX | 49103 | FRAME,DCMNT,8.5X11,BK2/ST.. | Ea | 4 | 4 | 0 | 25.85 | 25.99 | 103.40 | T |

*Frames for Residential Provider Certificates (Quality Tier)*

RECEIVED BY:_____                  SUB-TOTAL—>>      103.40
   CARRIER..: CAMELOT CSR                              SALES TAX—>>        8.27
   FOB POINT: YOUR OFFICE          THIS INVOICE DUE ON OR BEFORE 09/15/05
   TERMS....: Net 30 days from date of Inv.            INV. TOTAL->>    $111.67
trp001     3005   / 009797     LATE CHRG: 1.50%/$1.00 MIN.

** ck **

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2051 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT