FILED BY _____ D.C.

05 NOV 16 PM 1: 57

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   92-2062-D/A |
| STATE OF TENNESSEE, et al., | ) | |
| Defendants. | ) | |
| PEOPLE FIRST OF TENNESSEE, PARENT-GUARDIAN ASSOCIATION OF ARLINGTON DEVELOPMENTAL CENTER, | ) | |
| Intervenors. | ) | |

ORDER

On October, 20, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in September 2005 According to this invoice, the Monitor incurred fees and expenses of $78,817.01 in September 2005.  This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendants, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court.  All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

Tennessee.  Any money not spent by the Monitor shall be credited to Defendants.


IT IS SO ORDERED THIS _16_ DAY OF November, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

NANCY K. RAY, ED.D
Monitor for the Remedial Order
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982   Fax (518) 478-0986

October 20, 2005

Honorable Bernice Donald
U.S. District Court
Federal Building
167 North Main Street, Suite 951, 9th Floor
Memphis, TN 38103

Dear Judge Donald;

     Enclosed please find the Monitor's invoice for September 2005.  The Remedial Order requires that the Monitor submit original invoices to the Court, with a copy to Defendants and provide Defendants fifteen days after receipt to submit any comment to the Court.

     I have simultaneously sent this invoice (FedEx 2 day) to Dianne Dycus of the Attorney General's Office.

     If you have any questions regarding this invoice, I will be happy to respond.

Respectfully,

Nancy K. Ray, Ed.D.
Monitor for the Remedial Order
*United States v. State of Tennessee et. al.*
*(Arlington Developmental Center)*

Enclosure

cc:  D. Dycus

**NANCY K. RAY, ED.D**
*Monitor for the Remedial Order*
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,        NO. 92-2062 M1 / A
      Defendants.

INVOICE FOR SEPTEMBER 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of September 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**      **$78,817.01**

SUBMITTED BY:

Nancy K. Ray, Ed.D.
President

Date:  October 20, 2005

NANCY K. RAY, ED.D

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

October 20, 2005

INVOICE FOR THE MONTH OF SEPTEMBER 2005

PROFESSIONAL STAFF HOURS
Ray, N. 185 hours @ $125                                23,125.00
Bulgaro, P. 19.50 hours @ $150                           2,925.00
Coleman, V. 168 @ $70                                   11,760.00
Truesdale, L. 172 hours @ $50                            8,600.00

SUPPORT STAFF HOURS
Dowd, C. 138 hours @ $50                                 6,900.00
Farstad, E. 160 hours @ $40                              6,400.00
Morris, K. 147 hours @ $50                               7,350.00
Williams, S. 12 hours @ $40                                480.00

STAFF TRAVEL
Ray (9/19-21/05)                                           690.33
Ray (9/26-29/05)                                         1,296.99
Bulgaro (9/19-20/05)                                       428.49
Coleman (September 2005)                                   688.32
Truesdale (9/13-15/05)                                   1,018.67

CONSULTANT HOURS
Langkau (9/21/05)                                        1,250.00

PHONE
Verizon Wireless and AT&T                                  495.53

POSTAGE
Fed Ex and US Postal Service                             1,572.27

PRINTING
Mailboxes and Inhouse Printing                           3,836.41


**Total**                                              $78,817.01

## Court Monitor for the Remedial Order
## Court Log
## September 2005

| | | | |
|---|---|---|---|
| Sept 1 | Thu | 8.00 | Correspondence to Mrs. Bryant and Mrs. Parker regarding their complaint about staffing in their sons' VOA home;  Phone call to Mrs. Tompkins regarding her daughter SW's need for a housing subsidy;  Phone call to B. Davis regarding class member GJ;  Correspondence to Mrs. Hensen regarding her nephew CG's home staff;  Transmittal letter to provider agencies achieving Quality Tier Status in the 2005 CSR;  TN mail and e-mail |
| Sept 2 | Fri | 8.00 | Correspondence to Mrs. Bryant and Mrs. Parker regarding their complaint about staffing in their sons' VOA home;  Phone call to Mrs. Tompkins regarding her daughter SW's need for a housing subsidy;  Phone call to B. Davis regarding class member GJ;  Correspondence to Mrs. Hensen regarding her nephew CG's home staff;  Transmittal letter to provider agencies achieving Quality Tier Status in the 2005 CSR;  TN mail and e-mail |
| Sept 3 | Sat | 4.00 | Review of death records for MB an ADC resident |
| Sept 4 | Sun | 0.00 | |
| Sept 5 | Mon | 0.00 | Holiday |
| Sept 6 | Tue | 8.00 | Conference call with State officials regarding transitions of seven ADC class members and JC to planned medical residence homes sponsored by VOA and Guardian;  Documentation of ADC review for LY;  Initial planning of review schedule for the remainder of September 2005;  Phone call from S. Norris related to AH's move to ADC;  Plan for structured review of consultant reports on ADC review;  TN mail and e-mail |
| Sept 7 | Wed | 8.00 | Phone call from T. Fletcher at Cornerstone regarding her plans for replacement housing for several class members;  Phone call to Dr. Hayes DMRS regarding deaths of class members MB and FL and requests for a formal DMRS review;  Phone call to K. Huggins regarding transition of six class members to medical residence community homes;  Phone call from S. Norris regarding Katrina refugee admissions to ADC and community transition planning for ADC residents;  Phone call from Mrs. Henson regarding her ward GC and concerns related to staffing and residential subsidies;  Review of consultant reports of ADC reviews of MB and CB; TN mail and e-mail |
| Sept 8 | Thu | 8.00 | Phone call with J. Lakey regarding emergency admission of AH to ADC and emergency admissions of 12 Katrina refugees to ADC;  Correspondence to State officials regarding MaryB and failed incident reporting at ADC;  Correspondence to State officials regarding service denials to community class members;  Phone call from S. Norris regarding State's decision not to close Mark Twain V in the near future and not to admit Katrina refugees into ADC;  TN mail and e-mail |
| Sept 9 | Fri | 8.00 | Review of ADC unit review reports (3);  Review of draft Settlement Agreement circulated by DOJ;  Correspondence to State officials regarding hospitalizations of ADC residents;  Review of ADC day programs reviews completed by nurse consultant DL; TN mail and e-mail |
| Sept 10 | Sat | 4.00 | Review of ADC unit review reports (3) |
| Sept 11 | Sun | 5.00 | Review of ADC unit review reports (4) |
| Sept 12 | Mon | 8.00 | Correspondence to State officials regarding ADC resident M. Brewer;  Review of State Risk Index Report on ADC and follow-up correspondence to Assistant Commissioner L. Latham;  Correspondence to Mrs. Bryant regarding her son DW a class member in a VOA community home; Review of ADC unit review reports (2);  TN mail and e-mail |

| | | | |
|---|---|---|---|
| Sept 13 | Tue | 1.00 | Attention to guardian complaint from Mrs. Bush regarding DB's staffing cutbacks for day services; Phone call to J. Bratcher (SJCS), Gloria Alexander (ISC), and Mrs. Bush (x2) and correspondence to all; TN e-mail |
| Sept 14 | Wed | 8.00 | Phone call from D. Davis to develop agenda for meetings at DMRS next week; Phone to R. Atwood regarding meeting with TNCO officials in Nashville; Phone call from Tangela Watkins (DMRS) regarding move of IF and failure of ISC to notify the Monitor; Phone call from COMCARE guardian rep regarding two community class members (RH and WW); Review of ADC unit review reports; TN mail and e-mail |
| Sept 15 | Thu | 8.00 | Phone call from J. Holman (BIOs) regarding various class members including MAA, RK, DK, and GJ; Phone call to Mrs. Bush regarding her complaints (see above) and Circle meeting scheduled for Friday; Review of ADC unit review reports (3); TN mail and e-mail |
| Sept 16 | Fri | 8.00 | Staff meeting; Meeting with Pat Bulgaro regarding upcoming fiscal review; Phone call to G. Hansen of CSN regarding health concerns for class member MAA; Reply to letter from Dr. Adams, guardian of an ADC resident; Review and notes on Person-Centered Review Tool; TN mail and e-mail |
| Sept 17 | Sat | | |
| Sept 18 | Sun | | |
| Sept 19 | Mon | 8.00 | (Travel from Albany to Nashville); Meeting with L. Latham (DMRS) regarding TN's plan for the closure of ADC; Meeting with F. Hix (DMRS) regarding issues surrounding provider agency billing and payments for supported living homes; Meeting with Mr. Norris, Deputy Commissioner; TN e-mail |
| Sept 20 | Tue | 8.00 | Meetings with State officials on long term plan for community services; impact of the new waiver and rates on class members; DMRS' proposed Waiver amendments; Meeting with TNCO (provider association) representatives; Phone call Mrs. Ford guardian of DS regarding her concerns that provider (WTFS) was violating her son's rights to have a girlfriend; Phone call Mrs. Davis regarding her concerns about Spectrum Services and its relations with guardians; TN e-mail |
| Sept 21 | Wed | 8.00 | Phone call to P. Landers (WTFS) regarding complaint of Mrs. Ford and outlined resolution; Meeting with State officials regarding Statewide plans for quality assurance and protection from harm, improved State oversight of ISPs, and reliance on nursing homes as a residential option; Meeting with Deputy Commissioner and Medical Director regarding ADC Protection from Harm Concerns; (Travel from Nashville to Albany) |
| Sept 22 | Thu | 8.00 | Phone call with M. Lottman regarding his concerns about DMRS investigations of abuse and neglect; Phone call from S. Norris regarding protection plans for ADC and Developmental Center discharge policy; Phone call from Dawn Loche and Lisa Guy regarding transitions of two ADC class members to community homes; Work on agenda for Parties Meeting (sent draft to DMRS for review); Staff meeting (focus: community ICF-MR reviews); TN mail and e-mail (extensive) |
| Sept 23 | Fri | 8.00 | Analysis of nursing services for class members; phone call to J. Derryberry regarding Settlement Agreement and on-campus ICFs; Phone call with Harold Sloves regarding medical residence home for JC; Review of staff analysis of DMRS service denials to class members 11/04 - 8/05; Transmittal letter to Judge Donald for ADC Physical Plant Study; Written comments to Mr. Norris regarding willing provider policy; Phone call extended with H. Sloves of Guardian Community Living regarding their acceptance of JC; TN mail and e-mail |
| Sept 24 | Sat | 6.00 | Review of DMRS investigation summaries 2004 and 2005 and comments provided to D. Payne, DMRS; Revisions of Court Monitor's Person-Centered Review Tool; Final preparation of Agenda for Parties Meeting; Review of most recent draft of parties Settlement Agreement; TN e-mail |
| Sept 25 | Sun | 2.00 | Review of ADC PRRT for CS |

| | | | |
|---|---|---|---|
| Sept 26 | Mon | 8.00 | Review of ADC PRRT for LC; Revision to PRRT for ADC; Review of ICF-MR regulations pertinent to active treatment; Phone call from N. Arsenault (ISC) regarding class member RR's desire to visit her sister in Wisconsin; Phone call from Peggy Davis regarding nursing services for her sister BS; Phone call from B. Henderson guardian of TH regarding his being discontinued from the Self-Determination Project; Review of ADC aggregate data; TN mail and e-mail (Travel to Memphis in the evening) |
| Sept 27 | Tue | 8.00 | Conference call extended with D. Payne regarding protection from harm issues; Site visit to ADC to Spruce 4 and prelim review of Pam C.; Meeting with V. Coleman; Meeting S. Norris (DMRS) regarding Parties meetings and problems with medical residences; TN e-mail |
| Sept 28 | Wed | 8.00 | Parties Meeting; Write up of ADC review; TN e-mail |
| Sept 29 | Thu | 8.00 | Parties Meeting (Travel from Memphis to Albany 6 pm - 12 am) |
| Sept 30 | Fri | 8.00 | Phone call from S. Norris regarding medical residences and non-class member at Lakeside Charter; Phone call from B. Peel regarding her sister JK and enrollment in the Self Determination Project; Phone call from H. Sloves regarding issues with self-determination project; Phone call from J. Derryberry regarding Settlement Agreement and issues with nursing services and medical residences; Final review of revised survey tool (PRRT and Person-Centered) for supported living homes; Phone call extensive with G. Hansen (CSN) regarding services for ICF-MR enrollees and other matters; TN mail and e-mail |
| **Total** | | **185.00** | **@ $125 = $23,125.00** |

*Patrick J. Bulgaro*
*September 2005*
*Tennessee Court Hours*

| | | |
|---|---|---|
| Sept 01 | | |
| Sept 02 | | |
| Sept 03 | | |
| Sept 04 | | |
| Sept 05 | | |
| Sept 06 | | |
| Sept 07 | | |
| Sept 08 | | |
| Sept 09 | | |
| Sept 10 | | |
| Sept 11 | | |
| Sept 12 | | |
| Sept 13 | | |
| Sept 14 | | |
| Sept 15 | 0.50 | Telephone Discussion with Dr. Ray |
| Sept 16 | 1.50 | Meeting with Dr. Ray to plan agenda for meetings with DMRS |
| Sept 17 | | |
| Sept 18 | | |
| Sept 19 | | |
| Sept 20 | 8.00 | Travel to Nashville and meetings with Comm. Norris, CFO and DMRS staff on ADC Closure Plan and billing and reimbursement issues |
| Sept 21 | 8.00 | Travel to Albany; meetings with DMRS Staff re:revised waiver definitions and amendments, long term service development plan; and cost plan billing and authoirzation issues; meeting with TNCO member s on provider issues |
| Sept 22 | 1.50 | Meeting with Dr. Ray on follow up items |
| Sept 23 | | |
| Sept 24 | | |
| Sept 25 | | |
| Sept 26 | | |
| Sept 27 | | |
| Sept 28 | | |
| Sept 29 | | |
| Sept 30 | | |
| **Total** | **19.50** | **@ $150.00 = $2,925.00** |

*Vickey V. Coleman*
*Senior Associate*
*September 2005*

## Tennessee Court Hours

| | | |
|---|---|---|
| Sept. 1 | 8.00 | Participated via telephone in Monitor's staff meeting to discuss ADC reviews/write-ups and upcoming activities for September. Telephone conference with L. Truesdale to discuss activities for week of 9/13/05. Contacted Shalon Y. (BIOS) to set up schedule for training and reviews. Traveled to ADC to review admission documents on MG H. and participated in telephone conference with Dr. Ray and Shirley Jones to discuss records of M. Bevis' death. Read email. |
| Sept 2 | 8.00 | Completed PRRT on Murry M. (ADC/DB4). Completed typing PPRT on Dennis D. (ADC/DB2). Read email. |
| Sept 3 | 0.00 | |
| Sept 4 | 0.00 | |
| Sept. 5 | 0.00 | **OFF WORK (Labor Day)** |
| Sept 6 | 8.00 | Reviewed ADC final investigation cases. Telephone conference with Dr. Ray and L. Truesdale to discuss transition monitoring; activities for week of 9/13/05 and final investigation databases. Reviewed completed Dr. Ray's comments on PRRTs on Mary B. and Lloyd Y. Read email. |
| Sept 7 | 8.00 | Reviewed completed PRRT on Calvin B. Extended telephone conference with L. Truesdale to discuss activities to be completed. Telephone conference with Dr. Ray to discuss the review process for ADC completed PRRTs. Worked on reformatting of Amy B's and Mary B's PRRTs. Read email. |
| Sept 8 | 8.00 | Traveled to Memphis to meet Shalon Y. of BIOS to train 1:1 on how to use the Monitor's tool to conduct internal audits. Reviewed documents in preparation for Mary A. (BIOS) visit. Read email. |
| Sept. 9 | 8.00 | Traveled to Jackson to meet Shalon Y. (BIOS) to conduct review of Mary A. for the purpose of training to use review tools. Reviewed Agreement Negotiations document submitted by DOJ. Prepared for review of Phyllis A. Read email |
| Sept 10 | 0.00 | |
| Sept 11 | 0.00 | |
| Sept 12 | 8.00 | Traveled to Memphis to meet Shalon Y. of BIOS to conduct review of Phyllis A. for the purpose of training to use review tools. Read emails. |
| Sept 13 | 8.00 | Reviewed documents in preparation for Andy B. (ADC) visit. Traveled to ADC to meet L. Truesdale to conduct follow-up pre-transition visit of Andy B. (ADC/Willow). Attempted contact with Peggy D./left name & number. Read email. |
| Sept 14 | 8.00 | Traveled to Memphis to meet L. Truesdale to conduct post transition monitoring visit of Debbie J. and Adrian S. (SRVS). Reviewed ISP of Anthony J.'s perspective housemate. Read email. |
| Sept 15 | 8.00 | Traveled to Millington to meet L. Truesdale to conduct post transition monitoring visit of James J. (Spectrum). Read email. |
| Sept 16 | 8.00 | Participated via telephone in Monitor's staff meeting to discuss this week activities/visits; upcoming transition monitoring visits; ICF-MR visits, etc. Telephone contact with Shirley Jones to follow-up Dr. Ray's concerns regarding recent hospitalization of ladies on Spruce and submitted in writing findings. Worked on editing PRRT on Amy B. Reviewed 2005 CSR aggregate report. Reviewed L. Truesdale comments on AS and DJ's visits. Read email. |
| Sept 17 | 0.00 | |
| Sept 18 | 0.00 | |

| Sept 19 | 8.00 | Completed findings of post transition monitoring visit of Adrian and Debbie (SRVS) and submitted to the Office. Reviewed L. Truesdale comments on James J's visit. Completed findings from post transition visit of James J. and submitted to Office. Read email. |
|---------|------|---|
| Sept 20 | 8.00 | Reviewed proposed sample for ICF-MR visits. Reviewed ICF-MR regulations to revise review tools for upcoming ICF-MR visits. Telephone conference with L. Truesdale x3 to discuss various transition issues. Attempted phone contact with K. Huggins, conservator of James J...left a message. Read email. |
| Sept 21 | 8.00 | Reviewed ISP of Anthony J. prospective housemate. Telephone contact with E. Fitghugh, Impact Director to discuss Anthony J and walk through of his home. Reviewed final investigation cases. Read email. |
| Sept 22 | 8.00 | Telephone conference with L. Truesdale to discuss transition monitoring and ICF-MR sample. Participated via telephone in the Monitor's staff meeting to discuss updates from DMRS, transition monitoring, ICF-MR sample, reviews and schedule and assignments. |
| Sept 23 | 8.00 | Reviewed ISP on prospective housemate (CA) of Jeffery C. Reviewed ADC final investigaton cases. Extended telephone conference with L. Truedale to talk through ICF-MR Federal Regulations and discussed revisions of tools to coincide with regulations. Document request from Shirley Jones, ADC for person centered reviews of ADC class members in transition (Donna H., Larry A., Pam C., Pat B.). Read email. |
| Sept 24 | 0.00 | |
| Sept 25 | 0.00 | |
| Sept 26 | 8.00 | Telephone with Dr. Ray and L. Truesdale to discuss changes to the supported living review tools. Worked on handwriting revisions to the ICF MR review tools based on Federal regulations. Reviewed ADC final investigation cases received on 9/26/05. Reviewed document of Donna H. (ADC/DC1). Read email. |
| Sept 27 | 8.00 | Traveled to ADC to conduct pre-review of transition monitoring of Donna H. (ADC/DC1). Also, visited Angela H. on Mark Twain 5. Traveled to Memphis to meet with Dr. Ray to discuss activities at ADC. Read email. |
| Sept 28 | 8.00 | Traveled to Memphis to attend the Parties Meeting to discuss elements of the Settlement Agreement. Read email |
| Sept 29 | 8.00 | Traveled to Memphis to attend the Parties Meeting to continue discussions of elements of the Settlement Agreement and to hear the State's compliance efforts with QA, Protection from Harm and Long Term Plan development. Read email. |
| Sept 30 | 8.00 | Worked on revisions to the ICF-MR Person-Centered Tool and PRRT and submitted changes to Dr. Ray. Telephone conference with L. Truesdale to discuss to tools revision. Reviewed Transition Plans of Oliver, Mary, and Andy. Read email. |
| **Total** | **168.00** | **@ $70.00 = $11,760.00** |

*Lynn M. Truesdale*
*Research Associate*
*September 2005*

### Tennessee Court Hours

| Sept 1 | 8.00 | Revised Transition data base; Updated transition visit lists in preparation for staff meeting; Reviewed Performance Review Rating Tools and took notes to review systemic issues/findings in preparation for staff meeting; Reviewed AODs and Incident data base, CSN data base to develop list of at-risk people requiring visits; Participated in staff meeting to discuss ADC reviews, Transition Monitoring, travel and review schedules, Current TN/ADC news; Started reviewing back investigation reports |
|---|---|---|
| Sept 2 | 8.00 | Reviewed TN e-mail; Reviewed numerous Abuse and Neglect Investigation Reports and took notes in preparation for data entry; Typed e-mail regarding investigation case issues |
| Sept 3 | 0.00 | Saturday |
| Sept 4 | 0.00 | Sunday |
| Sept 5 | 8.00 | Completed reviewing Abuse and Neglect Investigation Reports from 1/2005-present; Entered the remaining Abuse and Neglect Report information into the Abuse and Neglect data base (approximately 25 cases) |
| Sept 6 | 8.00 | Conference phone call with N. Ray and V. Coleman regarding medical homes, transitions, and at-risk class members; E-mailed N. Ray questions regarding certain abuse and neglect cases and classifications; Reviewed all information in data base for the Abuse and Neglect Reports 2004-7/31/2005 and revised some classifications and completed any missing information; Sorted 2004 and 2005 data base information by agency, name, DOI for 2004 through 7/2005 and formatted separate data bases and prepared for printing; Submitted 2004 through 7/2005 abuse and neglect data information to N. Ray for her review; Reviewed TN mail |
| Sept 7 | 8.00 | Phone call with V. Coleman regarding schedules for TN reviews next week; Phone call to N. Casaad (SRVS) and Spectrum to set up review visits; Phone call to G. Pruitt regarding staff misconduct cases; E-mail to P. Landers regarding housemate situation; Phone calls with C. Dowd regarding computer issues and connecting to TN information on share drive; Sent e-mail to E. Farstad asking to send information of DJ, AB, and AS; Ensured all Abuse and Neglect data in the sorted data bases is consistent with the main data base and made changes as needed; Started preparing for next weeks reviews by ensuring needed ISPs and transition documentation is accessible; Printed and downloaded AS' Transition Plan, Individual Support Plan and Home Assessment |
| Sept 8 | 8.00 | Reviewed TN e-mail; Attempted to save updated/revised Abuse data base to office share drive; Sent data to K. Morris to download on share; Reviewed AS' 2005 Individual Support Plan; Printed, downloaded reviewed AB's Individual Transition Plan and Health Care Plan and took notes; Downloaded and printed DJ's information for review (Individual Support Plan and Health Care Plan and Transition Plan); Downloaded, printed, reviewed information on PS abuse case and sent e-mail to N. Ray regarding concerns also sent e-mail to D. Paine (C entral Office) on case; Went to Post Office to send TN files to NKR; Sent e-mail to S. Johnson Jones requesting ADC documents for OSa, DHu, PCr, PBo; Phone calls with C. Dowd regarding Emory Valley review travel arrangements |

| Sept 9 | 8.00 | Updated Transition Tracking data base for DC, AJ, and GJ; Sent e-mail to T. Watkins following-up on DC's community transition; Downloaded, printed, reviewed Pre-move Home Inspection for DC; Downloaded DL's write up for Tcu and Tta also downloaded transition documents; Inserted questions into AB's plan and developed Transition Monitoring Outline for next weeks review; Reviewed AS' Community Transition information and developed charts for next weeks reviews; Reviewed TN e-mail; Phone call for technical support  with Ben-Solutions by Design regarding problems connecting to the office TN share files |
|---|---|---|
| Sept 10 | 0.00 | Saturday |
| Sept 11 | 0.00 | Sunday |
| Sept 12 | 8.00 | Completed typing review notes in preparation for AS' review; Reviewed DJ's Home Assessment, Transition Plan, and Individual Support Plan and completed typing the notes/chart in preparation for the review; Reviewed JJ"S Transition Plan, Health Care Plan, and BSP and developed chart with typed notes in preparation for the review; Reviewed TN e-mail; Searched and printed directions to review homes; Prepared/organized all documents for reviews |
| Sept 13 | 8.00 | Completed JJ's review chart; Reviewed AS, DJ, and AS' information for the review; Traveled from CT to Memphis; Traveled to ADC and conducted before the move monitoring visit for AB and OS; Reviewed TN e-mail; Ensured notes from review were complete |
| Sept 14 | 8.00 | Reviewed information for review; Conducted on-site after the move monitoring review for AS and DJ in reviewer 2 areas (home environment, yard and neighborhood, personal care and dress, positioning equipment and activities; meals, transportation, community outings); Discussed review findings with V. Coleman; Reviewed chart from review and ensured all comments completed; Reviewed TN e-mail; Reviewed info and MOSAIC abuse case and sent e-mail to N. Ray regarding a MOSAIC home concern also e-mailed on update of DJ and AS' review findings |
| Sept 15 | 8.00 | Reviewed information for JJ review; Drove to Millington and conducted on-site after the move monitoring review for JJ (home environment and safety, neighborhood and yard, personal care and dress, meals, transportation, community outings and activities, etc.); Ensured all notes/findings were complete with comments; Traveled from Memphis to CT |
| Sept 16 | 8.00 | Typed review findings for AB's; Typed review findings for both AS and DJ's after the move review (home environment, yard and neighborhood, personal care and dress, positioning equipment and activities; meals, transportation, community outings) and submitted to V. Coleman for her findings; Participated in staff meeting to discuss review findings and future review schedules; Reviewed TN e-mails; Started typing JJ's review findings |
| Sept 17 | 0.00 | Saturday |
| Sept 18 | 0.00 | Sunday |
| Sept 19 | 8.00 | Prepared and submitted expense voucher and receipts; Phone call with C. Dowd asking for her to send me copies of the DMRS provider manual and IF's ISP, and the settlement agreement; Completed typing JJ's after the move findings report and submitted to V. Coleman; Organized list of job duties needing to be completed;  Requested documents from CSN and the ISC for SA and DW in preparation for the reviews; Contact with K. Morris to request ICF-MR documents to be e-mailed and downloaded the information for review; Reviewed AJ's Community Transition Plan and current ISP; Phone call with T. Watkins regarding community transitions; Reviewed completed AS and DJ final chart; Developed the ICF-MR 2005 Sample and submitted to N. Ray; Printed IF's plan and reviewed her amended ISP |

| | | |
|---|---|---|
| Sept 20 | 8.00 | Reviewed TN e-mails; Sent e-mails to T. Watkins regarding concerns with IF's amended ISP and concerns regarding her transition; Sent e-mail to N. Ray outlining my concerns with IF's plan and transition, AJ's plan that we reviewed, and AJ's prospective housemates plan; Reviewed completed JJ report findings; Updated transition monitoring data base; Sent e-mail to L. Guy and D. Locke regarding status of several ADC transitions; Researched flight options for ICF trip and informed C. Dowd; Phone call with V. Coleman regarding transition issues; Reviewed ICF-MR regulations |
| Sept 21 | 4.00 | Downloaded and reviewed community and ADC abuse and neglect logs for the first few weeks in September; Downloaded and reviewed the home inspection information for IF; Updated the transition tracking database with ADC move information; Reviewed information regarding DK and RK and information on the status of LA, MA, AB, OS, DA, TC, CT, TT, PB, PC, DB, DC, EF, MGH, DH, MK, TO, and LP's transitions; Phone call to A. Heart (VOA) regarding the medical model homes and transition status |
| Sept 22 | 8.00 | Developed, formatted, and submitted updated transition lists with status information in alphabetical order for the staff meeting along with the community ICF-MR samples and reviewer schedule; Reviewed flight options and phone call with C. Dowd regarding travel arrangements for TN and review documents for SA and DW reviews; Downloaded ISPs and amendments for DW and SA; Participated in staff meeting to discuss ICF-MR community review, transition status and monitoring, etc.; Phone calls to Open Arms and SRVS-ICF to request documents for the upcoming reviews (IHPs, ISPs, monthly reviews/quarterly reviews) and sent e-mails to NKR regarding the requested information; Phone call to Emory Valley to schedule reviews for SA and DW; Phone call with V. Coleman regarding November TN review schedule, transitions, and ICF MR tool revisions |
| Sept 23 | 8.00 | Documented suggested changes to the ICF-MR Performance Review Rating Tool and Staff Interview Tool and Phone call with V. Coleman (extended) regarding the ICF-MR regulations and revising the tools; Downloaded several final Abuse and Neglect reports for review; Developed and sent correspondents to ICF-MR Review Consultants regarding our schedule, samples, information; Revised ICF-MR Reviewer 1 and 2 Material Lists, Photo Logs, Tracking Sheets, Staff Interview Tool; Reviewed JC's prospective housemates ISP (CA); Reviewed TN e-mails; Scheduling ICF MR review meetings |
| Sept 24 | 0.00 | Saturday |
| Sept 25 | 0.00 | Sunday |
| Sept 26 | 8.00 | Downloaded, printed, and reviewed JC's Individual Support Plan and Transition Plan and reviewed concerns from NKR's list; Downloaded, Printed, and reviewed revised Person Centered Tool; Phone call with N. Ray and V. Coleman to discuss tool revisions; Downloaded ISPs for ADC transitions; Downloaded and reviewed AJ's completed Individual Support Plan; Downloaded and printed copies of AS, OS, and MA's plans; Revised ICF-MR Performance Review Rating Tool and Staff Interview Tool and sent revisions to V. Coleman for her added comments; Reviewed TN mail; Printed and reviewed investigation database feedback from NKR; Downloaded trend report and charts from 2003 Abuse and Neglect Trend Report |
| Sept 27 | 8.00 | Reviewed DMRS Provider Manual relating to Day Services; Revised Supported Living PRRT and reviewed Staff Interview Tool for any changes needed and submitted revisions to NKR; Re-revised ICF-MR with more questions relating to habilitation and sent to VVC; Reviewed AB's updated Transition Submittal (Transition Plan, Health Care Plan) and documented my comments; Reviewed Investigation Follow-up Report from 2003 and sorted Abuse and Neglect database to develop sample for follow-up to Investigation Recommendation Review; Collaborated with K. Morris on Investigation Follow-up Review |

| | | |
|---|---|---|
| Sept 28 | 8.00 | Reviewed TN e-mails; Re-revised Supported Living PRRT and re-submitted to NKR; Reviewed and took notes on OS' and MA's updated Transition Plans and Health Care Plans; Reviewed database and calculated cases for sample; Called Staples regarding all-in-one office fax; Developed and sent e-mail regarding the sample size for the implementation of corrective actions review |
| Sept 29 | 8.00 | Reviewed TN e-mails; Further developed, formatted, and printed May-August investigation cases analyzed sample (#of agencies, type of cases); Developed and sent e-mail to NKR regarding additional information for the corrective actions review for investigation cases; Completed reviewing MA's Health Care Plan; Inserted comments into MA, OS, and MA's Health Care Plans and Transition Plans and submitted to NKR; Sent e-mail to TW to get Home Inspection for AJ's transition; Updated transition database |
| Sept 30 | 8.00 | Re-reviewed OS' Health Care Plan and Individual Transition Plan (many medical issues) and inserted typed comments into his ITP and HCP and submitted to NKR; Reviewed TN e-mails; Downloaded several Community Abuse and Neglect Investigation Cases and entered basic information into database;Sorted, formatted, database and submitted to NKR; Phone call with V. Coleman regarding revised tools |
| **Total** | **172.00** | @ $50.00 = $8,600.00 |

## Office Administrator
### September 2005
### Tennessee Court Hours

| | | |
|---|---|---|
| Sept 1 | 8.00 | TN email; Staff meeting; Continued preparation of August Court Invoice; Met with D. Langkau (consultant) re: invoices and backup notes for ADC review; Made Monitor's revisions to CSR aggregate; Made revisions to Monitor's draft of five-year plan for development of community homes, etc.; Entered/paid bills; Processed expense vouchers; Spoke with Solutions-By-Design re: virus on Server; Researched mail database for information on CB (class member) for the Monitor; |
| Sept 2 | 6.00 | TN email; Staff timesheets; Spoke with ADP re: tax rate change for Lynn Truesdale; Spoke with Vickey Coleman re: access to shared drive issues, virus protection issues, and change in mileage reimbursement rate; Entered/Paid bills; Staff timesheets; Made final revisions to CSR aggregate report and prepared for the printers; Continued preparation for Court Invoice; Finalized correspondence from Monitor to Adrian Mailes Barnes (parent); |
| Sept 3 | 0.00 | Weekend |
| Sept 4 | 0.00 | Weekend |
| Sept 5 | 0.00 | Holiday |
| Sept 6 | 0.00 | Personal Day |
| Sept 7 | 8.00 | TN email; Met with Ben (Solutions By Design) re: computer issues in office and offsite with Lynn Truesdale's access to shared drive; Entered bills; Banking; Prepared SEP checks for staff; Searched airfares for Lynn Truesdale and the Monitor's upcoming trips to Emory Valley and Memphis; Entered/Paid bills; Staff timesheets; Made 10/4 travel arrangements for Lynn Truesdale and the Monitor; |
| Sept 8 | 8.00 | TN email; Completed travel arrangements for Lynn Truesdale and the Monitor; Prepared Framed Quality Tier Certificates for FedExing and finalized tmls to Providers; |
| Sept 9 | 5.50 | TN email; Began preparation of envelopes for CSR2005 reports for mailing to the Parties, State, Parents and Guardians, etc.; Prepared tml and packet of manuals to Kym Dunham of Support Solutions of the Mid-South (new provider agency of support living); Post Office; |
| Sept 10 | 0.00 | Weekend |
| Sept 11 | 0.00 | Weekend |
| Sept 12 | 8.00 | TN email; Processed Invoices; Made Monitor's revisions to Memos submitted by Darlene Langkau; Reconciled checking/savings account; Payroll; Faxed TN and CT Department of Labor documents to ADP; Revised Monitor's travel calendar and office calendar; |
| Sept 13 | 8.00 | TN email; Continued preparation of mailing of CSR reports to all; |
| Sept 14 | 8.00 | TN email; Completed mailing of CSR reports; Spoke with CT Dept of Revenue Services (Rajiv Mavumkal) re: receipt of our tax ID number; Researched CT's website re: sales tax issues; Prepared mailing of Rate Reimbursement Report (Dec. 2004) to Elizabeth Valequez (Community Connections); Prepared FedEx of documents to Robin Atwood (TNCO) in preparation for 9/20 meeting with the Monitor; Processed expense vouchers; Reviewed employee ADP Year-End 2005 information for ADP; Staff timesheets; Set-up luncheon meeting (Monitor, P Bulgaro, and TNCO) with Felicia Thompson for 9/20/05; |
| Sept 15 | 0.00 | Personal Day |
| Sept 16 | 8.00 | TN email; Paid bills; Staff Meeting; Updated Monitors travel calendar and Staff calendar; Reorganized electronic files to separate class members in Community Homes and ICF-MR homes; Re-organized Reports/Masters from the Monitor's Office; Updated office phone/address directory; |
| Sept 17 | 0.00 | Weekend |
| Sept 18 | 0.00 | Weekend |

|         |      |                                                                                                                                                                                                                                                                                                                                                                                                               |
|---------|------|-------|
|         |      | Copied documents needed for Emory Valley Review; Finalized August Court Invoice; Ordered supplies; Spoke with John Driessan (accountant) re: need for application to CT Dept. for Revenue for EIN number;  Processed expense vouchers; Paid bills; Post Office and Banking; Staff Timesheets; |
| Sept 20 | 8.00 | TN email; File maintenance on Shared Drives; Purged class member ISC notes that were not current; Fiscal Reports for the Monitor; Updated employees files; |
| Sept 21 | 8.00 | TN email; Completed fiscal reports for the Monitor; Processed expense vouchers; General office clean up; Prepared mailing of requested CSR2005 provider reports to R. Bryant and D White (Parents/Guardians); Post Office; Searched for Technical Assistance Report re: Community Reviews for Larry Durbin; Ordered additional reprints of CSR2005 reports from Camelot Legal Copy; Put a Stop Pay on lost SEP check for Vickey Coleman and reissued a new one; |
| Sept 22 | 8.00 | TN email; Finalized Court Invoice; Staff Meeting; Researched airlines for best fares for ADC Review; Made travel arrangements for continuation of ADC Review (Bonnie Maxon, Darlene Langkau, Lynn Truesdale, Kelly Morris, Erin Farstad, and the Monitor); Payroll; |
| Sept 23 | 8.00 | TN email; Completed travel arrangements for staff; Updated Monitor's travel calendar and office calendar; Entered TN mail into database; Banking; Prepared mailings of requested documents to A Edmiston and J Kriesky (parents); Processed expense vouchers; Printed up phone directory for staff; |
| Sept 24 | 0.00 | Weekend |
| Sept 25 | 0.00 | Weekend |
| Sept 26 | 8.00 | TN email; Finalized correspondence to Judge Donald re: State's survey of ADC; Reconciled Credit Card account; Entered bills;  Downloaded and copied documents for upcoming ICF-MR review; Began preparation of 2006 timesheets for staff; |
| Sept 27 | 6.50 | TN email; Redirected returned mail to Stan Brunson for incorrect address; Prepared mailing of CSR2005 report to Antha Edminston (parent); Paid bills; Met with Tim Cooper (new vendor for Mason Supplies); Researched Fax machines for LynnTruesdale; FedEx'd documents to Lynn Truesdale for upcoming ICF-MR review; Made formatting revisions to Person Centered Review Tool for Supported Living Homes; |
| Sept 28 | 8.00 | TN email; Scanned documents re: Abuse & Neglect to Lynn Truesdale; Spoke with Ben at Solutions By Design re: failed server backup; Researched fax machine for Lynn Truesdale; Searched emails from Parties giving permission to shred boxes of documents; Paid bills; Researched mail database for DMRS audit of WTFS for the Monitor and mailed to Pat Bulgaro; Reviewed memos form D. Langkau re: Deborah C  (class member) for most recent for the Monitor; Banking and Post Office; Spoke with Logical Net re: problems going online; |
| Sept 29 | 0.00 | Personal Day |
| Sept 30 | 8.00 | TN email; Entered/Paid bills; Logged TN mail into database; Ordered supplies; began preparation of September Court Invoice; |
| **Total** | **138.00** | **@ $50.00 = $6,900.00** |

### Erin A. Farstad
### Research Associate
### September 2005
### Tennessee Court Hours

| | | |
|---|---|---|
| Sep 1 | 8.00 | Entered AOD reports for 8/31/05; Attended staff meeting with N. Ray, K. Morris, C. Dowd, V. Coleman, and L. Truesdale; Worked on completing PRRTs from 2005 ADC review. |
| Sep 2 | 8.00 | Completed PRRTs from 2005 ADC Review; Organized PRRTs from ADC review sent in by other reviewers; Calculated the percent of class members living in homes reviewed during the 2005 CSR; Entered PCRT's for 2005 ADC review for AW, MM, KY, CB, RS, and TO; Entered AOD reports for 9/1/05. |
| Sep 3 | 0.00 | Weekend |
| Sep 4 | 0.00 | Weekend |
| Sep 5 | 0.00 | Holiday |
| Sep 6 | 0.00 | Personal Time |
| Sep 7 | 8.00 | Entered PCRTs from 2005 ADC Review into database for WM, SM, FL, MK, and RH; Prepared copy of FL's file to be mailed to Dr. Hayes; Filed mail; Emailed EC's PRRT to P. Hargrove for review and completion; Entered Community Incident Reports for August 16-26, 2005; Emailed transition information on AS and DJ to L. Truesdale. |
| Sep 8 | 8.00 | Updated 2005 ADC Review PRRT database; Combined Reviewer 1 and Reviewer 2 PRRTs from 2005 ADC Review; Entered PCRTs for GB and LY. |
| Sep 9 | 8.00 | Entered Community Incident Reports for 8/27/05-9/2/05; Filed mail; Worked on analyzing data from 2005 Environmental Review of ADC. |
| Sep 10 | 0.00 | Weekend |
| Sep 11 | 0.00 | Weekend |
| Sep 12 | 8.00 | Entered AOD report for 9/9/05; Finalized PRRTs for GB, RH, and AB. |
| Sep 13 | 8.00 | Finalized PRRTs for HW, RS, SM, and TO. |
| Sep 14 | 8.00 | Wrote summary of Home Environment and Safety issues found during 2005 ADC Review. |
| Sep 15 | 8.00 | Entered Service Denials for August 2005; Revised summary of Home Environment and Safety Memo. |
| Sep 16 | 8.00 | Entered Community Incident Reports for 9/3/05-9/9/05; Edited 2005 ADC Home Environment Summary and created a chart for attachment to the report; Attended staff meeting. |
| Sep 17 | 0.00 | Weekend |
| Sep 18 | 0.00 | Weekend |
| Sep 19 | 8.00 | Finalized PRRTs for AB, MK, DD; filed mail; emailed messages to N. Ray. |
| Sep 20 | 8.00 | Worked on writing Grounds review for 2005 ADC Environmental Review Summary. |
| Sep 21 | 8.00 | Finalized remaining PRRTs from 2005 ADC Review; Worked on Grounds and Meals sections of 2005 ADC Environmental Review Summary; Entered ADC Incident Reports for August 2005. |
| Sep 22 | 8.00 | Attended staff meeting; Worked on writing the Personal Care and Dress, and Meals summaries from the 2005 ADC Environmental Review. |
| Sep 23 | 8.00 | Read the updated 2005 Settlement Agreement; Updated data and charts for Service Denial Analysis from 11/04-8/05; Worked on Personal Care and Dress Summary; Formatted Transportation Summary; Filed mail. |
| Sep 24 | 0.00 | Weekend |
| Sep 25 | 0.00 | Weekend |

| | | |
|---|---|---|
| Sep 26 | 8.00 | Prepared cover sheet for Service Denial Analysis and printed copies for N. Ray to distribute at Parties Meeting; Combined and edited LC's PRRT; Entered Community Incident Reports for 9/3-19/05. |
| Sep 27 | 8.00 | Worked on Personal Care and Dress Summary; Finished entering Community Incident Reports for 9/3-19/05. |
| Sep 28 | 8.00 | Updated 2005 ADC Review PRRT database; Worked on 2005 ADC Review Summary. |
| Sep 29 | 8.00 | Filed mail; Finished 2005 ADC Review Personal Care and Dress Summary; Worked on 2005 ADC Review Meals Summary. |
| Sep 30 | 8.00 | Completed ADC Meal Summary and edited all 2005 ADC Review Summaries. |
| **Total** | **160.00** | @ $40.00 = $6,400.00 |

Kelley L. Morris
*Research Associate*
*September 2005*

### Tennessee Court Hours

| Sep 1 | 8.00 | Finished editing the *2005 CSR Supported Living Homes in West TN* report, including checking all data; attended staff meeting; updated end of the month class member count database to reflect moves during August; logged in Tennessee correspondence; updated ADC Hospitalization database |
| Sep 2 | 5.00 | Logged in Tennessee correspondence; copied and mailed out investigation reports for L. Truesdale; completed PRRTs for JK and CW, including documentation of logbook incidents |
| Sep 3 | 0.00 | |
| Sep 4 | 0.00 | |
| Sep 5 | 8.00 | Completed PRRTs for WM, RM, FL, and AW, including documentation of logbook incidents; downloaded NKRAssociates e-mail; conducted back-up of the server; logged in Tennessee correspondence |
| Sep 6 | 8.00 | Logged in Tennessee correspondence; downloaded NKRAssociates e-mail; conducted back-up of the server; completed PRRTs for MM, LY, and NC, including logbook incidents |
| Sep 7 | 8.00 | Completed PRRTs for LC, CS, and VH; spoke with P. Hargrove concerning the typing of PRRTs; copied class member records for Dr. Hayes; logged in Tennessee mail; added financial and transportation information to the PRRTs completed by other team of Reviewer 2s |
| Sep 8 | 8.00 | Logged in Tennessee correspondence; reformatted three completed ADC review PRRTs; entered CSN Weekly Status Updates for May; reviewed the summer 2005 Mosaic newsletter; clarified findings related to AW's review tool with S. Williams |
| Sep 9 | 8.00 | Reviewed the Agreement to Resolve document related to the closure of Arlington; continued reformatting completed ADC review PRRTs; logged in Tennessee correspondence; updated ADC Hospitalization database |
| Sep 10 | 0.00 | |
| Sep 11 | 0.00 | |
| Sep 12 | 6.00 | Logged in Tennessee correspondence; contacted Betty Sartain with medical records at ADC to obtain new guardian addresses; entered CSN Weekly Status Updates for May |
| Sep 13 | 8.00 | Logged in Tennessee correspondence; readied/stamped packages of reports to be sent out to all community and ADC parents/guardians; continued entering CSN Weekly Status Updates for May |
| Sep 14 | 8.00 | Contacted S. Johnson-Jones to request incident documentation; contacted ComCare for updated conservator addresses; entered CSN Weekly Status Updates for June; logged in Tennessee mail; began reorganizing class member files to create room for medical records |
| Sep 15 | 8.00 | Downloaded NKRAssociates e-mail and numerous ISPs and amendments; generated back-up of the server; logged in Tennessee correspondence; continued entering CSN Weekly Status Updates for June |
| Sep 16 | 8.00 | Attended staff meeting; logged in Tennessee Correspondence; organized DH's and PB's medical record files for nurse consultant; updated ADC Hospitalization database; general office filing; updated databases to reflect new class member |
| Sep 17 | 0.00 | |
| Sep 18 | 0.00 | |
| Sep 19 | 8.00 | Organized DA's, PC's, and DM's medical record files for nurse consultant; logged in Tennessee correspondence; spoke with parent regarding Monitor's CSR report and generated mailing |
| Sep 20 | 8.00 | Logged in Tennessee correspondence; reviewed, edited, and formatted several ADC PRRTs |
| Sep 21 | 8.00 | Logged in Tennessee correspondence; reviewed, edited, and formatted several ADC PRRTs; printed out materials for next day's staff meeting |
| Sep 22 | 8.00 | Downloaded and printed out materials for staff meeting; attended staff meeting; copied investigation reports for V. Coleman and L. Truesdale; complied CSN Weekly Status Updates for Emory Valley Review; continued reviewing and editing ADC review PRRTs; logged in Tennessee correspondence |

| | | |
|---|---|---|
| Sep 23 | 0.00 | Day off |
| Sep 24 | 0.00 | |
| Sep 25 | 0.00 | |
| Sep 26 | 8.00 | Updated ADC Hospitalization database; logged in Tennessee correspondence; reviewed past years Tennessee correspondence databases to locate a previous Abuse and Neglect Implementation Follow-up report |
| Sep 27 | 8.00 | Reviewed and edited three ADC PRRTs completed by consultant P. Hargrove; spoke with a class member parent regarding her son's recent Circle of Support Meeting; logged in Tennessee correspondence; copied and mailed investigation reports to Vickey Coleman |
| Sep 28 | 8.00 | Created a chart of all documents received monthly and weekly from DMRS and what action the Monitor's staff takes with each; updated Community Guardian database and re-mailed reports to new addresses; logged in Tennessee correspondence; began assembling folders for the ICF-MR reviews; discussed ICF-MR schedule with L. Truesdale |
| Sep 29 | 0.00 | Day off |
| Sep 30 | 0.00 | Day off |
| **Total** | **147.00** | @$50.00 = $7,350.00 |

**Shauna M. Williams**
*Assistant Research Associate*
*September 2005*

### Tennessee Court Hours

| | | |
|---|---|---|
| September 1 | 0.00 | |
| September 2 | 3.00 | Received PRRT emails from KAM; Completed LT, WM, and RM PRRTs; Emailed PRRTs to KAM; Clarified Log book entries with KAM; |
| September 3 | 0.00 | |
| September 4 | 0.00 | |
| September 5 | 0.00 | |
| September 6 | 6.25 | Completed AW's PRRT; Emailed to KAM; Spoke with KAM re: PRRTs to come; Completed NC, LY, CW, MM, FML, and LC's PRRTs; Emailed to KAM; |
| September 7 | 1.75 | Updated court log; Completed VH and CS' PRRTs; Emailed to KAM; |
| September 8 | 1.00 | Answered questions from NKR and KAM re:PRRTs; Emailed KAM; |
| September 9 | 0.00 | |
| September 10 | 0.00 | |
| September 11 | 0.00 | |
| September 12 | 0.00 | |
| September 13 | 0.00 | |
| September 14 | 0.00 | |
| September 15 | 0.00 | |
| September 16 | 0.00 | |
| September 17 | 0.00 | |
| September 18 | 0.00 | |
| September 19 | 0.00 | |
| September 20 | 0.00 | |
| September 21 | 0.00 | |
| September 22 | 0.00 | |
| September 23 | 0.00 | |
| September 24 | 0.00 | |
| September 25 | 0.00 | |
| September 26 | 0.00 | |
| September 27 | 0.00 | |
| September 28 | 0.00 | |
| September 29 | 0.00 | |
| September 30 | 0.00 | |
| **Total** | **12.00** | @ $40.00 = $480.00 |

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054

EXPENSES 9/19-21/05

PURPOSE:

SEPTEMBER 19 –  (Travel from Albany to Nashville); Meeting with L. Latham (DMRS) regarding TN's plan for the closure of ADC; Meeting with F. Hix (DMRS) regarding issues surrounding provider agency billing and payments for supported living homes; Meeting with S. Norris, Deputy Commissioner; TN e-mail

SEPTEMBER 20 - Meetings with State officials on long term plan for community services, impact of the new waiver and rates on class members, and DMRS' proposed Waiver amendments; Meeting with TNCO (provider association) representatives; Phone call with Mrs. Ford (guardian of DS) regarding her concerns that provider (WTFS) was violating her son's rights to have a girlfriend; Phone call with Mrs. Davis regarding her concerns about Spectrum Services and its relations with guardians; TN e-mail

SEPTEMBER 21 - Phone call to P. Landers (WTFS) regarding complaint of Mrs. Ford and outlined resolution; Meeting with State officials regarding Statewide plans for quality assurance and protection from harm, improved State oversight of ISPs, and reliance on nursing homes as a residential option; Meeting with Deputy Commissioner and Medical Director regarding ADC Protection from Harm Concerns; (Travel from Nashville to Albany)

EXPENSES:

- US Air (Albany-Nashville-Albany, 9/19-21/05)                    $ 213.80

- Holiday Inn Select Opryland (Nashville, 9/19-21 /05)            $ 171.38

- Hertz (Nashville, 9/19-21/05)                                   $ 152.15

- Parking (Nashville, 9/19-21/05)                                $   27.00

- Per Diem (3 days @ $42/day)                                    $ 126.00

  **TOTAL**                                                      **$ 690.33**

```
RAS210          USAIRWAYS TICKET DATABASE          10/11/05   13:44:08
RS210M1              IMAGE DISPLAY                  001 OF 001
                 SP ACCB    PNR: LUUQWH ARC-STAT:
NAME: RAY/NANCY          TICKET NO: 037 2178968974 0001  (ET)
ISSUR NO: 3400378 ISU TIME: 11.45.00              34003782
ISU DATE: 08-17-05 PLACE: WINSTON SALEM    AGENT: WBP XTM  CRO
    FLT-DETAIL DPTR  ORGIN DESTN   FARE-BASIS-CD   NVB   NVA STATUS
1 X US 1145 L  19SEP ALB   CLT   LRA14SSN      19SEP 19SEP FLWN
2 O US  941 L  19SEP CLT   BNA   LRA14SSN      19SEP 19SEP FLWN
3 X US  710 T  21SEP BNA   CLT   TROA7QN3      21SEP 21SEP FLWN
4   US  270 T  21SEP CLT   ALB   TROA7QN3      21SEP 21SEP FLWN
FP TBM*VI4427110001991888$09/05*059722* /FC ALB US X/CLT US BNA98.61LRA14SSN U
S X/CLT US ALB67.90TROA7QN3 166.51 END ZPALBCLTBNACLT XT10.00AY12.00XFALB3CLT3
BNA3CLT3 /ER NO RFND/STNDBY/CHG FEE/CXL BY FLT DT/AFT DPT CHG BY FLT DT


**-- PRINTED AMOUNT --** **- PROCESSED AMOUNT -**  TOUR:
EQ FARE         SVC:           INP SRC : TCN
  FARE:    166.51 USD FARE:    166.51 USD  SYS DATE : 08/18/05
  TAX: XF   12.00    TAX: XF   12.00    ATAC DATE: 08/17/05
     XT    35.29       XT    35.29    PRA DATE : 08/18/05
  TOTAL:   213.80 USD TOTAL:   213.80 USD  STATUS :
MESSAGE=>
PF1=HELP      PF3=RET  PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
          PF13=IMAGE PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```

# Holiday Inn
## SELECT®

Nashville Opryland Airport

| | | | |
|---|---|---|---|
| **Nancy Ray**<br>**345 Wellington Raod**<br>**Delmar**<br>**NY 12054** | Membership No. | PC | 228667329 |
| | A/R Number | | |
| | Group Code | | |
| | Folio/Invoice No. | 19387 | |

| | | | |
|---|---|---|---|
| Room No. | **0531** | Page No. | 1 of 1 |
| Arrival | 09-19-05 | Cashier No. | 107 |
| Departure | 09-21-05 | User ID | DEBBIE |
| | | **www.ichotelsgroup.com** | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-19-05 | *Accommodation | 75.00 | |
| 09-19-05 | State Tax 9.25% | 6.94 | |
| 09-19-05 | Occupancy Tax 5% | 3.75 | |
| 09-20-05 | *Accommodation | 75.00 | |
| 09-20-05 | State Tax 9.25% | 6.94 | |
| 09-20-05 | Occupancy Tax 5% | 3.75 | |
| | **Total** | **171.38** | **0.00** |
| | **Balance** | **171.38** | |

Thank you for staying at the Holiday Inn Select Nashville Opryland. Qualifying points for this stay will automatically be credited to your account.  To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown here. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

**Holiday Inn Select Nashville Opryland**
**2200 Elm Hill Pike**
**Nashville, TN 37214**
**Telephone: (615) 883-9770  Fax: (615) 391-4521**
**www.hinashville.com**

**NANCY RAY**
**RR  647277503**
VEHICLE NO. 01898 / 3892460      #01 EST
## ESTIMATE OF CHARGES
**RENTED: 09/19/05 13:44 @ NASHVILLE INT'L A/P**
**RETURN: 09/21/05 16:30 @ NASHVILLE INT'L A/P**

*Hertz*

  3 @ $  64.50 / DAY          WITH ALL MILES FREE R    193.50
PROMOTIONAL COUPON 155046 APPLIED AT RETURN
**SUBTOTAL 1**                                    $   193.50
DISCOUNT -        R        20 %                 $    38.70
**SUBTOTAL 2**                                   T$   154.80

**ADDITIONAL CHARGES**
FF: US 2050440
FF SURCHARGE - UP TO $.50 PER DAY/$2.00 MAX. PER         ****
RENTAL APPLIES WHEN FF MILES EARNED.
FEES FOR ANY ADDITIONAL AUTHORIZED OPERATORS             ****
NOT INCLUDED.

**OPTIONAL SERVICES**
LDW      DECLINED
LIS       DECLINED
PAI, PEC  DECLINED
FUEL & SERVICE  $ .325 /MI     $ 6.49 /GL   18.0 FS CAP (1)     ****
FUEL & SERVICE CHARGES CALCULATED AT RETURN

**TAX / FEES**
CONCESSION FEE RECOVERY                      T$   14.02
TAX    12.250% ON TAXABLE TTL OF $    169.12     $   20.71

**TOTAL ESTIMATED CHARGE**                    $   189.53

---

NASHVILLE INT'L A/P
RENTAL RECORD:        647277503
NANCY RAY
COMPLETED BY:             2660
RENTED:  NASHVILLE INT'L A/P
RENTAL:
09/19/05    13:44
RETURN:  09/21/05    16:45
MILES IN: 08433   OUT: 08373
MILES DRIVEN:       60
PLAN IN/OUT: 0502A  /0502A
CLS: C

3 DAYS      64.50    193.50
PROMO 155046        -   64.50
DISCOUNT 20%             25.80
SUBTOTAL               103.20off
CONCESSION FEE RECOVERY  11.35
FF SURCHARGE             1.50
FUEL & SVC MI @ .325    19.50
TX 12.250% ON    135.55  16.60
NET DUE                 152.15
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX1888
FF# US 2050440
FF MILES AWARDED     103

Thank you for renting from
## Hertz

---

**THIS IS ONLY AN ESTIMATE.** It assumes that (1) you will rent and return the identified vehicle at the times and places indicated, (2) if a mileage charge applies, you will drive no more than the number of miles indicated and (3) you will not incur any charges that either are listed above opposite ***** or cannot be calculated until return. If any of these assumptions is incorrect, additional charges or charges at higher rates may apply.
PLAN OUT: 0502A          RATE CLASS: C
CC AUTH WOULD BE    $  240.00
PRINTED: 09/19/05 11:42     PREPARED BY  5717/TNNAS11

```
LOT:  138 METER:   2
CPS Lot 138

Ticket Expires:
05:00 PM Mon
2005 Sep 19

Ticket:    0000036897
Time:      12:36 PM Mon
Date:      2005 Sep 19
Price:     $9.00
Charge:    $9.00
Card:      ************1888
Auth #:    001771


DISPLAY FACE
UP ON DASH

Charges are for use of parking
space only. This company is not
responsible for loss or damage
to vehicle or contents.

   TEAR FOR RECEIPT
– – – – – – – – – – – –
LOT:  138 METER:   2
CPS Lot 138

Ticket Expires:
05:00 PM Mon
2005 Sep 19

Ticket:    0000036897
Time:      12:36 PM Mon
Date:      2005 Sep 19
Price:     $9.00
Charge:    $9.00
Card:      ************1888
Auth #:    001771


RETAIN THIS RECEIPT
FOR PARKING VALIDATION
```

```
LOT:  138 METER:   5
CPS Lot 138

Ticket Expires:
05:00 PM Tue
2005 Sep 20

Ticket:    0000046267
Time:      08:55 AM Tue
Date:      2005 Sep 20
Price:     $9.00
Charge:    $9.00
Card:      ************1888

Auth #:  35842L


DISPLAY FACE
UP ON DASH

Charges are for use of parking
space only. This company is not
responsible for loss or damage
to vehicle or contents.

   TEAR FOR RECEIPT
– – – – – – – – – – – –
LOT:  138 METER:   5
CPS Lot 138

Ticket Expires:
05:00 PM Tue
2005 Sep 20

Ticket:    0000046267
Time:      08:55 AM Tue
Date:      2005 Sep 20
Price:     $9.00
Charge:    $9.00
Card:      ************1888

Auth #:  35842L

RETAIN THIS RECEIPT
FOR PARKING VALIDATION
```

```
LOT:  138 METER:   ⌐
CPS Lot 138

Ticket Expires:
05:00 PM Wed
2005 Sep 21

Ticket:    0000046454
Time:      08:58 AM Wed
Date:      2005 Sep 21
Price:     $9.00
Charge:    $9.00
Card:      ************1888

Auth #:  35842L


DISPLAY FACE
UP ON DASH

Charges are for use of parking
space only. This company is not
responsible for loss or damage
to vehicle or contents.

   TEAR FOR RECEIPT
– – – – – – – – – – – –
LOT:  138 METER:   5
CPS Lot 138

Ticket Expires:
05:00 PM Wed
2005 Sep 21

Ticket:    0000046454
Time:      08:58 AM Wed
Date:      2005 Sep 21
Price:     $9.00
Charge:    $9.00
Card:      ************1888

Auth #:  35842L

RETAIN THIS RECEIPT
FOR PARKING VALIDATION
```

$9.00 X 3 = $27.00

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054

EXPENSES 9/26-29/05

**PURPOSE:**

SEPTEMBER 26 – (Travel to Memphis in the evening 6:10 p.m. – 10:00 p.m.)

SEPTEMBER 27 - Conference call extended with D. Payne regarding protection from harm issues; Site visit to ADC to Spruce 4 and preliminary review of Pam C.; Meeting with V. Coleman; Meeting with S. Norris (DMRS) regarding Parties meeting and problems with medical residences; TN e-mail

SEPTEMBER 28 - Parties Meeting; Write up of ADC review; TN e-mail

SEPTEMBER 29 - Parties Meeting (Travel from Memphis to Albany 6 pm - 12 am)

**EXPENSES:**

| | | |
|---|---|---|
| ❏ | US Air (Albany-Memphis-Albany, 9/26–29/05) | $ 609.80 |
| ❏ | Hilton Memphis (9/26-29 /05) | $ 282.03 |
| ❏ | Hertz (Memphis, 9/26-29/05) | $ 237.16 |
| ❏ | Per Diem (4 days @ $42/day) | $ 168.00 |
| | **TOTAL** | **$1296.99** |



Subj:    **US Airways Ticket Confirmation**
Date:    9/7/2005 2:13:38 PM Eastern Standard Time
From:   tickets@usairways.com
Reply-to: USAirways@usairways.com
To:     NKRASSOCIATES@AOL.COM

**US·AIRWAYS**   usairways.com

Get fare sale and weekend specials
delivered to your inbox.
Subscribe to E-Savers today.

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your
address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: JUJNHT**

| Itinerary | Date | Flight | Compartment | Seats |
|---|---|---|---|---|
| 6:10P Depart Albany, NY (ALB)<br>8:10P Arrive Charlotte, NC (CLT) | Sep 26 | US Airways Express **2663**<br>operated by MESA AIRLINES | Coach | 12A |
| 9:15P Depart Charlotte, NC (CLT)<br>9:59P Arrive Memphis-Int'l, TN (MEM) | Sep 26 | US Airways **408** | Coach | 05D |
| 5:55P Depart Memphis-Int'l. TN (MEM)<br>8:30P Arrive Charlotte, NC (CLT) | Sep 29 | US Airways Express **2267**<br>operated by PSA AIRLINES | Coach | 06D |
| 9:30P Depart Charlotte, NC (CLT)<br>11:30P Arrive Albany, NY (ALB) | Sep 29 | US Airways **270** | Coach | 12C |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| RAY, NANCY | US 2050440 | 0372179243100 | 537.67 | 72.13 | 609.80 |

### Payment Information

USD609.80 has been billed to: xxxxxxxxxxxx1888 - Exp. 09/05

### Ticket Restrictions

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services


Add a Car
**Click Here**


Add a *Hertz* Car
**Click Here**


Add a Hotel
**Click Here**


Click here to claim
your Special Reward
to thank you for your
reservation today.
Continue

### Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans

- Ticket changes may be made online: penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

### Documentation For International Travel

- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place. Passengers are responsible for compliance with all

**Hilton**
Memphis

RAY, NANCY
NKR AND ASSOC INC
318 DELAWARE AVE
DELMAR, NY 120541911
US

N K R ASSOC

707/K1
09/27/05 11:19AM
09/29/05

1/0
80.00

RATE PLAN        L-K4

HH# 613871854 DIAMOND
AL:  US #2050440
BONUS AL:              CAR:

Confirmation Number : 3220635681

09/29/05    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 09/27/05 | GUEST ROOM | MLL | 511788 | $80.00 | | |
| 09/27/05 | STATE TAX | MLL | 511788 | $7.40 | | |
| 09/27/05 | COUNTY TAX | MLL | 511788 | $4.00 | | |
| 09/27/05 | CITY TAX | MLL | 511788 | $1.36 | | |
| 09/27/05 | EXT-#707 L 881-4265 0128 16:55 | LINTR | 512045 | $0.75 | | |
| 09/27/05 | EXT-#707 L 881-4265 0036 19:12 | LINTR | 512066 | $0.75 | | |
| 09/27/05 | GUEST ROOM | AUDIT | 512550 | $80.00 | | |
| 09/27/05 | STATE TAX | AUDIT | 512550 | $7.40 | | |
| 09/27/05 | COUNTY TAX | AUDIT | 512550 | $4.00 | | |
| 09/27/05 | CITY TAX | AUDIT | 512550 | $1.36 | | |
| 09/28/05 | EXT-#707 L 881-4265 0005 07:39 | LINTR | 512823 | $0.75 | | |
| 09/28/05 | EXT-#707 L 881-4265 0137 18:30 | LINTR | 513291 | $0.75 | | |
| 09/28/05 | EXT-#707 L 881-4265 0013 21:21 | LINTR | 513314 | $0.75 | | |
| 09/28/05 | GUEST ROOM | AUDIT | 513762 | $80.00 | | |
| 09/28/05 | STATE TAX | AUDIT | 513762 | $7.40 | | |
| 09/28/05 | COUNTY TAX | AUDIT | 513762 | $4.00 | | |
| 09/28/05 | CITY TAX | AUDIT | 513762 | $1.36 | | |
| | | | | | | $282.03 |
| | WILL BE SETTLED TO VS ***********1888 | | | | | |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

DATE OF CHARGE        FOLIO NO./CHECK NO.
                      141118  A

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®**
there is no need to stop at the Front Desk to check out.

• Please review this statement.  It is a record of your charges as of late last
  evening.

• For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
Simply call the Front Desk from your room and tell us when you are ready to
depart.  Your account will be automatically checked out and you may use this
statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any*
*questions about your account.*

AUTHORIZATION                    INITIAL

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

**NANCY RAY**
**RR   651763453**
VEHICLE NO. 01498 / 7674567     #01 EST
### ESTIMATE OF CHARGES
RENTED: 09/26/05  22:37 @ MEMPHIS INT'L A/P
RETURN: 09/29/05  16:00 @ MEMPHIS INT'L A/P

**Hertz**

```
  3  @ $   48.99 / DAY      WITH ALL MILES FREE  $   146.97
SUBTOTAL 1                                       $   146.97
DISCOUNT -      R          5%                     $     7.35
SUBTOTAL 2                                      T$   139.62
```

**ADDITIONAL CHARGES**
FF:  US  2050440
FF SURCHARGE - UP TO $.50 PER DAY/$2.00 MAX. PER        ****
RENTAL APPLIES WHEN FF MILES EARNED.
FEES FOR ANY ADDITIONAL AUTHORIZED OPERATORS           ****
NOT INCLUDED.

**OPTIONAL SERVICES**
LDW          DECLINED
LIS          DECLINED
PAI, PEC     DECLINED
FUEL & SERVICE  $ .361 /Mi     $ 6.49 /GL    20.0/TK CAP (T)   ****
FUEL & SERVICE CHARGES CALCULATED AT RETURN

**TAX / FEES**
CONCESSION FEE RECOVERY                          T$   13.96
TAX   14.250% ON TAXABLE TTL OF $   153.58        $   21.89

**TOTAL ESTIMATED CHARGE**                       $   175.47

```
                MEMPHIS INT'L A/P
RENTAL RECORD:              651763453
NANCY RAY
COMPLETED BY:                    7355
RENTED:  MEMPHIS INT'L A/P
RENTAL:   09/26/05    22:07
RETURN:   09/29/05    15:42
MILES IN: 14914  OUT: 14646
MILES DRIVEN:   268
PLAN IN/OUT: STDR   /STDR
CLS: C

  3 DAYS        48.99   146.97
DISCOUNT  5%             7.35
SUBTOTAL              139.62ff
CONCESSION FEE RECOVERY 13.96
FF SURCHARGE            1.50
FUEL PURCHASE OPTION   59.98
TX 14.250% ON   155.08 22.10
NET DUE               237.16
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXXX1888
FF# US 2050440
FF MILES AWARDED    140

   Thank you for renting from
```

**THIS IS ONLY AN ESTIMATE.** It assumes that (1) you will rent and return
the identified vehicle at the times and places indicated, (2) if a mileage
charge applies, you will drive no more than the number of miles indicated
and (3) you will not incur any charges that either are listed above
opposite "*****" or cannot be calculated until return. If any of these
assumptions is incorrect, additional charges or charges at higher rates
may apply.
PLAN OUT: STDR          RATE CLASS: C
CC AUTH WOULD BE   $  225.00
PRINTED: 09/26/05 21:37     PREPARED BY: 1269/TNMEM11

PATRICK J. BULGARO
7 HUGHES COMMON
SLINGERLANDS NEW YORK 12159

*19-20*

EXPENSES FOR TRAVEL TO TENNESSEE  SEPTEMBER 20-21 2005

PURPOSE:  Meetings with DMRS officials regarding ADC Closure Plan; review of new billing and payment systems; discussion of new waiver definitions; discussion of new Long-term Service Development Plan.

EXPENSES:

Air travel to Nashville...................................................$213.80

Per Diem Meals........................................................ 84.00

Hotel.................................................................... 85.69

Taxi & tip Jackson Office Bldg. to airport............................. 25.00

Airport Parking........................................................ 20.00

TOTAL.................$428.49

*9-22-05*

| | |
|---|---|
| **Subj:** | **US Airways Ticket Confirmation** |
| **Date:** | 8/17/2005 10:50:30 AM Eastern Standard Time |
| **From:** | tickets@usairways.com |
| **Reply-to:** | USAirways@usairways.com |
| **To:** | PJBULGARO@AOL.COM |

**US AIRWAYS**   usairways.com



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: KFTFRQ**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:10A Depart Albany, NY (ALB)<br>10:16A Arrive Charlotte, NC (CLT) | Sep 19 | US Airways **1145** | L | 10C |
| 11:20A Depart Charlotte, NC (CLT)<br>11:44A Arrive Nashville, TN (BNA) | Sep 19 | US Airways **941** | L | 05B |
| 6:15P Depart Nashville, TN (BNA)<br>8:31P Arrive Charlotte, NC (CLT) | Sep 20 | US Airways **710** | T | 10C |
| 9:30P Depart Charlotte, NC (CLT)<br>11:30P Arrive Albany, NY (ALB) | Sep 20 | US Airways **270** | T | 13C |

**Ticket Information**

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| BULGARO, PATRICK | US 1M0D800 | 0372191871144 | 166.51 | 47.29 | **213.80** |

**Payment Information**

USD213.80 has been billed to:   xxxxxxxxxxxx3007 - Exp. 02/07

**Ticket Restrictions**

NO RFND/STNDBY/CHG FEE/CXL BY FLT DT/AFT DPRT CHG BY FLT DT

**Travel Services**

| | | |
|---|---|---|
| Need a Car? We have great deals on rental cars. | Receive special Hertz offers. | Looking for lodging? Search our selection of hotels. |

**Important Travel Information**

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

**Changes in Travel Plans**

- Ticket changes may be made online; penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance

Thursday, September 22, 2005 America Online: PJBulgaro

# Holiday Inn

## SELECT®

Nashville Opryland Airport

| | |
|---|---|
| **Patrick Bulgaro**<br>**7 Hughes Commons**<br>**Slingerlands**<br>**NY 12159** | Membership No.  PC  332869171<br>A/R Number<br>Group Code<br>Folio/Invoice No.  19439 |

| | | | |
|---|---|---|---|
| Room No. | **1016** | Page No. | 1 of 1 |
| Arrival | 09-19-05 | Cashier No. | 103 |
| Departure | 09-20-05 | User ID | BENNY |

**www.ichotelsgroup.com**

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-19-05 | *Accommodation | 75.00 | |
| 09-19-05 | State Tax 9.25% | 6.94 | |
| 09-19-05 | Occupancy Tax 5% | 3.75 | |
| | **Total** | **85.69** | **0.00** |
| | **Balance** | **85.69** | |

Thank you for staying at the Holiday Inn Select Nashville Opryland.  Qualifying points for this stay will automatically be credited to your account.   To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com.  We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown here. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Summary of Services

ABC, Inc.
Latham
264 Wolf Road
Latham, NY 12110
(518) 869-0200

Cashier: jo

02/19/2005    02:13
02/28/2005    23:50
Ticket Number: 000007488
Rate: REGULAR

Parking/Shuttle:      17.16
+ Parking Tax:         0.34
+ Bus Surcharge:       1.00
+ Tran Surcharge:      1.50
        Total:        20.00

Tendered:             23.00

Change:                2.00

Payment Type: American Express
XXXXXXXXXX1007

_____
        Signature

FOR OUR WEB SPECIALS
PLEASE VISIT US AT
WWW.ALBANYCARRONDEL.COM

*Airport*
*Parking*

## CASH RECEIPT

DATE: _____  AMOUNT: _____

DRIVER: _____

FROM: _____

TO: _____

*TAXi*

**Vickey V. Coleman**
**835 Oak View Loop**
**Bolivar, Tennessee 38008**

**Expenses for Month of September 2005**

**EXPENSES**

- Mileage Reimbursement for the month of September 2005     $463.32

- Per diem @ $25.00 x 9 days for September 2005     $225.00

**TOTAL**     **$688.32**

Vickey Coleman

**Vickey M. Coleman**

**835 Oakview Loop**

**Bolivar, TN  38008-3881**

| Date | Destination | Mileage |
|------|-------------|---------|
| 9/1/2005 | Home/Office to ADC* | 102 |
| 9/8/2005 | Home/Office to Memphis* | 129 |
| 9/9/2005 | Home/Office to Jackson | 79 |
| 9/12/2005 | Home/Office to Memphis* | 126 |
| 9/13/2005 | Home/Office to ADC* | 102 |
| 9/14/2005 | Home/Office to Memphis* | 117 |
| 9/15/2005 | Home/Office to Millington* | 135 |
| 9/27/2005 | Home/Office to ADC/Memphis* | 124 |
| 9/28/2005 | Home/Office to Memphis* | 115 |
| 9/28/2005 | Home/Office to Memphis* | 115 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total Mileage | 1144 |
| | Total Reimbursement @ 40.5 cents/mile | $463.32 |

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*52 Perry Hill Road, Apt. 7H*
*Ashford, CT 06278*
*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*

### Expenses for Week of September 13-15, 2005

**Purpose: To conduct post transition reviews of JJ (Spectrum), AS and DJ (SRVS), and before the transition monitoring for AB and OS at Arlington Developmental Center.**

**Expenses**

| | |
|---|---:|
| US Airways-round trip Hartford, Memphis, Hartford | $ 549.30 |
| Lodging: Hampton Inn and Suites, Memphis (9/13-9/15/05) ($80.00/night + 19.25% tax) | $ 190.80 |
| Hertz Rental Car (9/13-9/15/05) | $ 118.69 |
| Gas for rental car (9/15/05) | $ 11.38 |
| Airport parking (Bradley Airport, 9/13/05-9/15/05) | $ 22.50 |
| Per Diem (3 days @ $42/day) | $ 126.00 |

**TOTAL**                                                     **$ 1018.67**

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today.

## Your Confirmed US Airways Itinerary

### Confirmation Code: JHSNNJ

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| **8:00A** Depart Hartford,CT/Springfield,MA (BDL)<br>**9:56A** Arrive Charlotte, NC (CLT) | Sep 13 | US Airways **1421** | T | 08D |
| **10:55A** Depart Charlotte, NC (CLT)<br>**11:30A** Arrive Memphis-Int'l, TN (MEM) | Sep 13 | US Airways **1065** | V | 11D |
| **5:55P** Depart Memphis-Int'l, TN (MEM)<br>**8:28P** Arrive Charlotte, NC (CLT) | Sep 15 | US Airways Express **2267**<br>operated by PSA AIRLINES | V | 11D |
| **9:25P** Depart Charlotte, NC (CLT)<br>**11:19P** Arrive Hartford,CT/Springfield,MA (BDL) | Sep 15 | US Airways **28** | S | 08D |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| TRUESDALE, LYNN | US 9D662N4 | 0372179088609 | 480.00 | 69.30 | **549.30** |

### Payment Information

USD549.30 has been billed to:  xxxxxxxxxxxx5346  -  Exp. 01/07

### Ticket Restrictions

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD**
**BARTLETT, TN 38133**
TELEPHONE 901-383-2050   FAX 901-383-2521

| | | room number: | 423/SXTE |
|---|---|---|---|
| TRUESDALE, LYNN | name | arrival date: | 09/13/05 4:08PM |
| 362 GOODE ST | address | departure date: | 09/15/05 |
| BURNT HILLS, NY 12027 | | adult/child: | 1/0 |
| US | | room rate: | $85.00 |

If the dentit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out.

**RATE PLAN**    L-T3X
HH# 614173286 SILVER
AL:    US #9D662N4
BONUS AL:      CAR:

Confirmation: 87077810

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. if refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

09/15/05      PAGE    1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 09/13/05 | 709313 | GUEST ROOM | $85.00 |
| 09/13/05 | 709313 | STATE SALES TAX | $7.86 |
| 09/13/05 | 709313 | CITY LODGING TAX | $4.25 |
| 09/13/05 | 709313 | COUNTY LODGING TAX | $4.25 |
| 09/14/05 | 709531 | GUEST ROOM | $85.00 |
| 09/14/05 | 709531 | STATE SALES TAX | $7.86 |
| 09/14/05 | 709531 | CITY LODGING TAX | $4.25 |
| 09/14/05 | 709531 | COUNTY LODGING TAX | $4.25 |
| | | WILL BE SETTLED TO VS ************5346 | $202.72 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| account no. | | date of charge | folio/check no. |
|---|---|---|---|
| | | | 183520 A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit so card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

       

**thanks.**

```
            MEMPHIS INT'L
RENTAL RECORD:
LYNN TRUESDALE
COMPLETED BY:                    4881
RENTED: MEMPHIS INT'L A/P
RENTAL:  09/13/05    11:47
RETURN:  09/15/05    15:47
MILES IN: 12445  OUT: 12308
MILES DRIVEN:  137
PLAN IN/OUT: STDR   /STDR
CLS: C


   3 DAYS        48.99   146.97
PROMO 155046         -   48.99
DISCOUNT  5%              4.90
SUBTOTAL                 93.08ff
CONCESSION FEE RECOVERY   9.31
FF SURCHARGE              1.50
TX 14.250% ON   103.89   14.80
NET DUE                  118.60
PAID BY:  VISA
CREDIT CARD #: XX
FF# US 90662N4
FF MILES AWARDED

     Thank you for
       Her
```

```
ALL-IN-ONE MARKET
8535 HWY 64
MEMPHIS, TN 38133

SHELL
8535 HWY 64
MEMPHIS TN
RT# 91002292076

09/15/05     15:12:33
TRUESDALE/LYNN
VISA              Acct#
XXXX XXXX XXXX 5346

RCPT# 12-3836
Inv# 342246
Auth# 062412

PUMP# 10
UNLEAD          3.924G
SELF
PRICE/GAL       $2.899

FUEL TOTAL      $11.38

TOTAL           $11.38


SHELL V-POWER
OUR MOST ADVANCED
FUEL EVER
```

Bradley Airport Lot 3
Apcoa Parking
Windsor Locks CT

Fee Computer Number:                                    11
Cashier:                                    DONNA ID #50
Transaction Number:                               18106
Entered:                        09/13/2005  06:32
Exited:                          09/15/2005  23:38
Ticket #72840                       Dispenser #33
Rate:                                              Area 7
**Total Fee:**                                  **$22.50**
Visa                                          $22.50
432830200037XXXX

                              Th
                         Have

**Darlene Langkau RN**
9 Lawmar Lane
Burnt Hills, New York 12027
399-3180
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

9/21/05

PURPOSE:  Completed Medical Record Summary Review with recommendations pertinent to Community Transition for:

☐  OS                                              $1,250.00

                    **TOTAL**          **$1250.00**

SIGNATURE _____   DATE: _____

# TELEPHONE

| SERVICE | | BILLING DATE | AMOUNT |
|---|---|---|---|
| Verizon Wireless | Nancy K. Ray | September 12, 2005 | 94.20 |
| Verizon Wireless | Vickey Coleman | September 19, 2005 | 116.24 |
| AT&T | | September 16, 2005 | 10.94 |
| | a) Family/Consumer Toll Free Phone # | | 274.15 |
| | b) Teleconference w/People First (see attached) | | |
| | | **Total** | **$495.53** |

**verizon**wireless

P.O. BOX 17120
TUCSON, AZ 85731-7120

# September 12, 2005

Page 1 of 20

| | |
|---|---|
| Account number | **105409741** |
| Invoice number | **3141997791** |

**To Make A Payment**

Online: verizonwireless.com (My Account)
Phone: #PMT (#768) or #BAL (#225)
from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless
P.O. Box 15108
Albany, NY 12212-5108

20000148  3 AT  0.701 00 AUTO  T2 2 3912E 12054-1911 1 345   RAL11202

NANCY RAY
C/O NKR AND ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Contact Us**

Online: verizonwireless.com
Phone: *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
133 Calkins Road
Rochester, NY 14623-4297

## Verizon Wireless news

**Introducing New Unlimited TXT, PIX and FLIX Message Bundles**
These bundles allow you to send and receive UNLIMITED TXT, PIX and FLIX Messages to and from any Verizon Wireless customer in the Enhanced Services Coverage Area. Bundles for $5 per month. Call (800) 328-0830 for details.

See details inside this bill.

## Account summary

| | |
|---|---|
| **Previous charges** | $250.25 |
| Previous balance | -250.25 |
| Payment received 08/30 - Thank you | $.00 |
| Balance forward | |
| | |
| **Current charges** | 209.97 |
| Monthly charges | .00 |
| Usage charges | 10.14 |
| Verizon Wireless surcharges and other charges and credits | 30.14 |
| Taxes, governmental surcharges and fees | $250.25 |
| **Total current charges** | |

### Total Amount Due by  October 10, 2005    $250.25

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

Nancy Ray $894.20 reimbursable by count

**verizon**wireless

Bill date        **September 12, 2005**         Page 3 of 20
Account number   **105409741**
Invoice number   **3141997791**

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 518-265-3675 Nancy Ray | 3 | | 39.99 | .00 | .00 | 1.93 | 5.82 | 47.74 |
| 518-265-5392 Nancy Ray | 5 | | 20.00 | .00 | .00 | .99 | 3.49 | 24.48 |
| 518-265-9565 Nancy Ray | 7 | | 49.99 | .00 | .00 | 2.41 | 6.95 | 59.35 |
| 518-424-9335 Nancy Ray | 12 | | 20.00 | .00 | .00 | .99 | 3.49 | 24.48 |
| 518-441-5196 Nancy K. Ray | 17 | | 79.99 | .00 | .00 | 3.82 | 10.39 | 94.20 |
| **Total current charges** | | **$.00** | **$209.97** | **$.00** | **$.00** | **$10.14** | **$30.14** | **$250.25** |

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-9565 Nancy Ray | P | 500 | 180 | 750 | 930 |
| 518-424-9335 Nancy Ray | S | | 62 | 537 | 599 |
| **Total usage** | | | **242** | **1287** | **1529** |

* The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-3675 Nancy Ray | P | 400 | 24 | 167 | 191 |
| 518-265-5392 Nancy Ray | S | | 115 | 650 | 765 |
| **Total usage** | | | **139** | **817** | **956** |

* The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Charges for 518-265-3675

Nancy Ray

| **Monthly Charges** | | **Your Service Profile** | |
|---|---|---|---|
| Current calling plan 09/13/05 - 10/12/05 | $39.99 | Current calling plan: | America's Choice Family Share Primary 400 Anytime $39.99 0504 Monthly charge $39.99 Monthly allowance minutes 400 general Additional per minute charge $.45 peak, $.45 off-peak |
| **Total monthly charges** | **$39.99** | | |

Promotional details
Current:     >Beginning on 12/14/04: Natl IN network shared;unlimited night & weekend minutes;

**verizon** wireless

P O BOX 105378
ATLANTA, GA 30348

## September 19, 2005

Page 1 of 9

Account number
916934847-00001
Invoice number
1116511037

**To Make A Payment**
Online:     verizonwireless.com (My Account)
Phone:      #PMT (#768) or #BAL (#225)
            from your wireless phone. Airtime free.
Mail Payment: Verizon Wireless
            PO Box 17464
            Baltimore, MD 21297-1464

**Contact Us**
Online:     verizonwireless.com
Phone:      *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
            P O Box 105378
            Atlanta, GA 30348

10039248  2 MB  0.534 00 AUTO  T4 7 1519E 12054-1911 1 34   NSCR1903

NKR AND ASSOCIATES INC.
VICKEY COLEMAN
NKR AND ASSOCIATES INC.
318 DELAWARE AVE
DELMAR NY 12054-1911

## Verizon Wireless news

**DONATE TO THE RED CROSS HURRICANE RELIEF EFFORTS
USING TEXT MESSAGING**

To participate, you can send the word 'HELP' as a text message to
the address 24357 (2HELP). You will receive a reply message
asking to confirm a donation to the American Red Cross of $5.00
(five dollars). To do so, press "Y" on your keypad, and send the
message. Customers wishing to donate more than once can send
up to four additional text messages to 24357 for a total contribution
of $25.00. The donations will appear on your next monthly bill, and
the entire amount of each donation will be provided to the American
Red Cross to be used for Hurricane Katrina relief efforts. Standard
text messaging rates apply, and will be donated by Verizon
Wireless to the American Red Cross when the program is
completed. Program ends 10/31/05.

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $115.90 |
| Payment received 09/06 - Thank you | -115.90 |
| Balance forward | $.00 |

### Current charges

| | |
|---|---|
| Monthly charges | 99.99 |
| Usage charges | .70 |
| Verizon Wireless surcharges and other charges and credits | 1.77 |
| Taxes, governmental surcharges and fees | 13.78 |
| Total current charges | $116.24 |

## Total Amount Due by October 14, 2005          $116.24

*A late payment charge applies for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*

**verizon**wireless

# Charges for 731-234-2125

Vickey Coleman

## Monthly Charges

| | |
|---|---|
| Current calling plan 08/20/05 - 09/19/05 | $99.99 |
| **Total monthly charges** | **$99.99** |

## Your Service Profile

**Current calling plan:** America's Choice 2000 Anytime Unlim N&W & Unl IN Call $99.99 1y 5/04
Monthly charge $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Promotional details:**
**Current:** > Beginning on 12/27/04: Unlimited night and weekend home airtime minutes per month

**Enhanced services:**
3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, Basic Voice Mail, TXT MSG W Per MSG Charges, Caller ID, Detail Billing, Natl Enhanced Svc Access, Natl IN Calling-unlim, Americas Choice LD

**Current feature(s):** Natl IN Calling-unlim
Monthly allowance unlimited general

# Usage Summary 731-234-2125

Vickey Coleman

| | | Peak | | Off Peak | | |
|---|---|---|---|---|---|---|
| In Your Home Area | Allowance | Included | Billable | Included | Billable | Total |
| **Current Usage** | | | | | | |
| Promotional Minutes | | 0 | 0 | 113 | 0 | Included |
| Monthly Minutes | 2000 General | 483 | 0 | 0 | 0 | Included |
| IN-Calling | Unlimited | 208 | 0 | 30 | 0 | Included |
| (08/20-09/19) | | | | | | |
| Usage Totals | | 691 | 0 | 143 | 0 | |
| Total Current Airtime Usage | | | 691 | | 143 | 834 |
| Current Usage Charges | | | $.00 | | $.00 | $.00 |
| Total usage charges in your home area | | | | | | $.00 |

| Your Data Products and Services | Messages | Total |
|---|---|---|
| **Current Usage** | | |
| TXT Messaging - Received | 7 | $.70 |
| **Total Current TXT Messaging Usage** | **7** | **$.70** |
| Total current data products and service usage charges | | $.70 |

| **Total usage charges** | **$.70** |
|---|---|



| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| 030 221 0469 001 | SEP 16, 2005 | OCT 11, 2005 |

NKR ASSOCS
318 DELAWARE AVE FL 2

**Subaccount:** 161 382 0145 111

## AT&T All in One Service
## Call Detail

For Customer Care: 1 877 325-0445

| ITEM | DATE | TIME (hh:mm:ss) | DAY OF WEEK | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|

LONG DISTANCE SERVICE
BILLED NUMBER: 518 478-0982

TOLL-FREE NUMBER: 866 478-0982

STATE-TO-STATE CALLS

| ITEM | DATE | TIME | DAY | PLACE | AREA/NUMBER | DURATION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 8/18/05 | 10:06:43A | THU | BOLIVAR | TN 731 658-7119 | 3:00 | 0.21 |
| 2 | 8/18/05 | 10:53:43A | THU | MEMPHIS | TN 901 388-0258 | 3:00 | 0.21 |
| 3 | 8/18/05 | 11:32:40A | THU | MEMPHIS | TN 901 388-0258 | 2:00 | 0.14 |
| 4 | 8/18/05 | 11:56:27A | THU | MEMPHIS | TN 901 388-0282 | 1:00 | 0.07 |
| 5 | 8/19/05 | 9:09:19A | FRI | BOLIVAR | TN 731 658-7119 | 2:00 | 0.14 |
| 6 | 8/19/05 | 1:43:59P | FRI | MEMPHIS | TN 901 360-9085 | 1:00 | 0.07 |
| 7 | 8/19/05 | 1:45:18P | FRI | JACKSON | TN 731 661-0467 | 3:00 | 0.21 |
| 8 | 8/22/05 | 8:46:28A | MON | MEMPHIS | TN 901 785-5442 | 3:00 | 0.21 |
| 9 | 8/22/05 | 9:48:47A | MON | MEMPHIS | TN 901 859-5384 | 1:00 | 0.07 |
| 10 | 8/22/05 | 3:27:13P | MON | SAVANNAH | TN 731 925-2865 | 1:00 | 0.07 |
| 11 | 8/23/05 | 12:06:52P | TUE | MEMPHIS | TN 901 382-1149 | 3:00 | 0.21 |
| 12 | 8/25/05 | 10:14:37A | THU | MEMPHIS | TN 901 859-5384 | 2:00 | 0.14 |
| 13 | 8/26/05 | 1:56:55P | FRI | MEMPHIS | TN 901 859-5384 | 6:00 | 0.41 |
| 14 | 8/26/05 | 2:22:58P | FRI | BOLIVAR | TN 731 658-7119 | 39:00 | 2.69 |
| 15 | 8/29/05 | 10:51:07A | MON | BOLIVAR | TN 731 658-7119 | 2:00 | 0.14 |
| 16 | 8/29/05 | 2:50:38P | MON | MEMPHIS | TN 901 775-3484 | 1:00 | 0.07 |
| 17 | 8/29/05 | 4:15:50P | MON | MEMPHIS | TN 901 775-3484 | 1:00 | 0.07 |
| 18 | 8/30/05 | 11:25:43A | TUE | MEMPHIS | TN 901 360-9085 | 8:00 | 0.55 |
| 19 | 8/30/05 | 12:35:45P | TUE | MEMPHIS | TN 901 360-9085 | 13:00 | 0.90 |
| 20 | 8/30/05 | 1:44:01P | TUE | MEMPHIS | TN 901 859-5384 | 1:00 | 0.07 |
| 21 | 9/01/05 | 10:50:30A | THU | MEMPHIS | TN 901 859-5384 | 5:00 | 0.35 |
| 22 | 9/01/05 | 2:15:51P | THU | MEMPHIS | TN 731 658-7119 | 2:00 | 0.14 |
| 23 | 9/01/05 | 2:27:20P | THU | BOLIVAR | TN 731 658-7119 | 1:00 | 0.07 |
| 24 | 9/02/05 | 8:53:57A | FRI | BOLIVAR | TN 901 360-9085 | 8:00 | 0.55 |
| 25 | 9/06/05 | 11:38:51A | TUE | MEMPHIS | TN 731 989-3897 | 1:00 | 0.07 |
| 26 | 9/06/05 | 2:32:36P | TUE | HENDERSON | TN 731 925-0190 | 37:00 | 2.55 |
| 27 | 9/07/05 | 11:28:24A | WED | SAVANNAH | GA 229 241-8845 | 1:00 | 0.07 |
| 28 | 9/07/05 | 5:20:03P | WED | VALDOSTA | TN 901 872-2383 | 21:00 | 1.45 |
| 29 | 9/08/05 | 4:19:45P | THU | MILLINGTON | TN 901 360-9085 | 10:00 | 0.69 |
| 30 | 9/09/05 | 9:24:27A | FRI | MEMPHIS | TN 901 384-3668 | 2:00 | 0.14 |
| 31 | 9/13/05 | 11:16:50A | TUE | MEMPHIS | TN 901 859-5384 | 1:00 | 0.07 |
| 32 | 9/13/05 | 11:31:25A | TUE | MEMPHIS | TN 901 859-5384 | 2:00 | 0.14 |
| 33 | 9/13/05 | 1:35:03P | TUE | MEMPHIS | TN 901 859-5384 | 1:00 | 0.07 |
| 34 | 9/13/05 | 3:40:08P | TUE | MEMPHIS | TN 901 859-5384 | 2:00 | 0.14 |
| 35 | 9/13/05 | 3:42:01P | TUE | MEMPHIS | TN 901 360-9085 | 9:00 | 0.62 |
| 36 | 9/14/05 | 11:09:11A | WED | MEMPHIS | TN 901 360-9085 | 1:00 | 0.07 |
| 37 | 9/15/05 | 2:14:19P | THU | MEMPHIS | TN 901 360-9085 | 1:00 | 0.07 |
| 38 | 9/15/05 | 2:34:01P | THU | MEMPHIS | TN 901 360-9085 | 1:00 | 0.07 |
| 39 | 9/16/05 | 10:24:05A | FRI | MEMPHIS | TN 901 859-5384 | 1:00 | 0.07 |
| 40 | 9/16/05 | 1:49:54P | FRI | JACKSONVL | FL 904 791-2100 | 1:00 | 0.07 |
| 41 | 9/16/05 | 4:18:40P | FRI | SOMERVILLE | TN 901 465-7583 | 1:00 | 0.07 |
| 42 | 9/16/05 | 7:05:11P | FRI | SOMERVILLE | TN 901 465-7583 | 1:00 | 0.07 |
| 43 | 9/16/05 | 7:06:24P | FRI | | | | |

| | | | |
|---|---|---|---|
| **SUBTOTAL** | | 3:27:00 | $14.33 |
| **TOTALS FOR 866 478-0982** | | 3:27:00 | $14.33 |
| **TOTALS FOR 518 478-0982** | | 3:27:00 | $14.33 |

-- 3.39
$ 10.94

AT&T Call Type Information:
DDD-Direct Dialed Call          CCP-Operator Handled Card Call          ODR-Operator Handled Station Call-Dial Rate
CCS-Calling Card Station Call    OHS-Operator Handled Station Call      OCP-Operator Handled Person Collect Call
                                                                        OPS-Operator Handled Person Call

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| 030 221 0469 001 | SEP 16, 2005 | OCT 11, 2005 |

NKR ASSOCS
318 DELAWARE AVE FL 2
DELMAR NY 12054-1911

**AT&T**

TELEPHONE NUMBER: 518 478 0982

## AT&T All in One Service
## Summary of Charges

For Customer Care: 1 877 325-0445

| EXPLANATION | AMOUNT |
|---|---|
| **TAXES** | |
| Federal Tax | $20.66 |
| State Tax | 10.13 |
| Local Tax | 10.13 |
| SURCHARGE | 6.33 |
| MISCELLANEOUS SURCHARGES | 10.58 |
| Other Surcharge/Tax | 4.93 |
| MISCELLANEOUS SURCHARGES | 6.13 |
| LOCAL ACCESS TAX/SURCHARGES | 1.75 |
| **TAXES SUBTOTAL** | **$70.64** |
| **TOTAL FEES AND TAXES** | **$169.01** |
| **TOTAL CURRENT CHARGES** | **$730.61** |

## Summary by Subaccount/Location

| SUBACCOUNT/LOCATION | EXPLANATION | AMOUNT |
|---|---|---|
| 012 373 6552 001<br><br>Telephone Number:<br>513 478 0982<br><br>NKR ASSOCS<br>318 DELAWARE AVE FL 2<br>DELMAR NY 12054-1911 | **INTEGRATED SERVICE**<br>**Monthly Charges**<br>All in One Advantage Term Plan -<br>1 Main Business Line(s)<br>All in One Advantage Term Plan -<br>4 Additional Business Line(s)<br> - includes : Local Line Charge<br>   Direct Dial In-State Calling<br>   Direct Dial State-to-State Calling<br>   Direct Dial Local Calling | $50.95<br><br>203.80 |
| | **TOTAL INTEGRATED SERVICE CHARGES** | **$254.75** |
| | **ADDITIONAL LONG DISTANCE SERVICE**<br>143 Total Calls<br>25:16:26 Total Hr/Min/Sec<br>**Usage Charges**<br>International Usage Charges<br>Miscellaneous Usage Charges | $0.52<br>274.15 |
| | **TOTAL ADD'L LONG DISTANCE CHARGES** | **$274.67** |
| | **ADDITIONAL LOCAL SERVICE**<br>**Monthly Charges**<br>Hunting - Normal For 3 Lines<br>Call Forwarding Variable For 5 Line(s)<br>Fee Waived<br>Three Way Calling For 5 Line(s)<br>Fee Waived<br>Speed Dialing - 8 For 5 Line(s)<br>Fee Waived | $2.85<br>34.50<br>34.50%<br>34.50<br>34.50%<br>31.25<br>31.25% |
| | **TOTAL ADDITIONAL LOCAL CHARGES** | **$2.85** |
| | **REGULATORY FEES AND OTHER SURCHARGES**<br>Long Distance Federal Universal<br>Connectivity Charge | $34.95 |

*8/5 Conference call see attached Conf. Call confirmation*

Subj:   AT&T TeleConference Reservation Confirmation HOST Copy (MNR1253)
Date:   8/12/2005 12:02:37 PM Eastern Standard Time
From:   mailer@www.teleconference.att.com
To:     nkrassociates@aol.com

 **AT&T** | **T e l e C o n f e r e n c e S e r v i c e s**

TeleConference Folder Id: 628087849

### AUDIO DIAL IN
**NEW**          Reservation Confirmation

Information is subject to change. If so, you will be notified by a TeleConference Associate. Cancel reservations at least 30 minutes before start time to avoid No Show fees.

Please review this information and contact TeleConference Services at (800)232-1234 if there are any changes.

## ACCESS   INFORMATION

------------------------- **Audio Conference** -------------------------

Toll Free Dial In Number:  (877)475-9228

HOST CODE:   410158

PARTICIPANT CODE:          946453

## CONFERENCE   INFORMATION

| Start Date and Time | End Date and Time | Duration |
|---|---|---|
| Aug 15 2005 02:30 PM EDT, Mon | Aug 15 2005 03:30 PM EDT, Mon | 1 hr 00 mins |

------------ **Identification** -------------        ------ **Ports** ------

Conference Name:                                     Total Ports:   4
  Conference Id:  MNR1253

--------------------------- **Features Selected** ---------------------------

☑ Automatic Port Expansion

## HOST  and  ARRANGER  INFORMATION

Conference Host: NANCY RAY
  Phone Number: (518)478-0982
Conference Arranger:  COLLEEN DOWD
  Phone Number: (518)478-0982
  Fax Number: (518)478-0986

*Panticipants:*
*Nancy Ray, Kelly Morris Erin Fan*
*Paul Hangrove        Darlene Lung*
*Vickey Coleman, Lynn Truesdal*

## SPECIAL   NOTES

* Should you need assistance during your conference, please press # then 0 for a list of menu options including Specialist assistance.
* *Special Tip:* Always remember to set a date for a follow-up conference while all participants are on the call.
* If your individual TeleConference account is not used within a six month period, deactivation will occur.
* If you have any questions regarding this service or your account, please call (800)232-1234 and a Specialist will assist you.

### Special Announcements

Never make a Reservation Again! Sign up for Reservationless Conferencing and receive your own dial-in numbers and codes, at no extra cost. Call 800-232-1234 to register today.

### *Thank you for choosing AT&T TeleConference Services!*

Fri Aug 12 2005 11:02:01

Friday, August 12, 2005 America Online: nkrassociates

## POSTAGE

| | |
|---|---|
| FedEx 9/16/05 Invoice 5-588-75122 | 162.31 |
| FedEx 9/23/05 Invoice 0-008-73844 | 305.97 |
| FedEx 9/30/05 Invoice 3-110-28355 | 26.92 |
| US Post Office 9/08/05 | 5.85 |
| US Post Office 9/09/05 | 46.85 |
| US Post Office 9/13/05<br>2005 CSR Aggregate Report: ADC & Community<br>Parents/Guardians and State Officials | 1,002.20 |
| US Post Office 9/19/05 | 4.75 |
| US Post Office 9/21/05 | 9.48 |
| US Post Office 9/27/05 | 5.26 |
| US Post Office 9/28/05 | 2.68 |

**Total   $1,572.27**



Account Number:    2294-7884~2

FedEx Tax ID:  71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY  12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**

| | |
|---|---|
| Phone: | (800) 622-1147 M-F  7-6 (CST) |
| Fax: | (800) 548-3020 |
| Internet: | www.fedex.com |

## Invoice Summary Sep 16, 2005

**FedEx Express Services**

| | |
|---|---|
| Transportation Charges | 124.70 |
| Bonus Discounts | -12.47 |
| Special Handling Charges | 50.08 |
| | |
| Total Charges .........................................USD $ | 162.31 |
| | |
| **TOTAL THIS INVOICE** ...........................**USD $** | **162.31** |

You saved $12.47 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

**FedEx News!**
Win a 50 Plasma TV from FedEx Kinko s! Now through
Sept. 30, 2005, enter to win a 50 Plasma TV from FedEx
Kinko s online at fedexkinkos.com/fpfk-fs. While there,
you can learn about File, Print FedEx Kinko s . The FREE
File, Print FedEx Kinko s software allows you to select
printing and binding options, see a preview and even
arrange FedEx shipping for your completed document.
We re even giving away exciting monthly prizes to customers
just for using File, Print FedEx Kinko s. Learn more and
enter at fedexkinkos.com/fpfk-fs. No purchase necessary.
See complete Official Rules at fedexkinkos.com/fpfk-fs.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.



## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 07, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792520135117 | Colleen Dowd | Adadot Hayes | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | DMRS, Andrew Jackson Bldg., 15 | |
| Package Type | Customer Packaging | 318 DELAWARE AVENUE | NASHVILLE TN 37243  US | |
| Zone | 5 | DELMAR NY 12054  US | | |
| Packages | 1 | | | |
| Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | 14.50 |
| Delivered | Sep 08, 2005  13:42 | Automation Bonus Discount | | -1.45 |
| Svc Area | A1 | Fuel Surcharge | | 1.70 |
| Signed by | S.COOK | | | |
| FedEx Use | 000000000/0006046/ | **Total Charge** | **USD $** | **14.75** |

---

**Dropped off: Sep 08, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790146032453 | Colleen Dowd | Alex Heart | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Volunteers of America TN | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 6610 Summer Knoll Cove | |
| Zone | 6 | DELMAR NY 12054  US | MEMPHIS TN 38134  US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 10.70 |
| Delivered | Sep 12, 2005  11:38 | Direct Signature Required | | 2.00 |
| Svc Area | A1 | Fuel Surcharge | | 1.25 |
| Signed by | T.BANKS | Automation Bonus Discount | | -1.07 |
| FedEx Use | 000000000/0006068/ | | | |
| | | **Total Charge** | **USD $** | **12.88** |

---

**Dropped off: Sep 08, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790146045843 | Colleen Dowd | Jeffrie Bruton | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Shelby Residential & Vocationa | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 3592 Knight Arnold Road | |
| Zone | 6 | DELMAR NY 12054  US | MEMPHIS TN 38118  US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 10.70 |
| Delivered | Sep 12, 2005  11:53 | Fuel Surcharge | | 1.25 |
| Svc Area | A1 | Adult Signature Required | | 2.75 |
| Signed by | E.PHIFER | Automation Bonus Discount | | -1.07 |
| FedEx Use | 000000000/0006068/ | | | |
| | | **Total Charge** | **USD $** | **13.63** |


## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 08, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|------|--|--------|-----------|--|
| Tracking ID | 791196914909 | Colleen Dowd | ✓ Julia Bratcher | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | St. John's Community Services | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 7891 Stage Hills Blvd. | |
| Zone | 6 | DELMAR NY 12054 US | BARTLETT TN 38133 US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 10.70 |
| Delivered | Sep 12, 2005 13:53 | Direct Signature Required | | 2.00 |
| Svc Area | A1 | Fuel Surcharge | | 1.25 |
| Signed by | R.GREEN | Automation Bonus Discount | | -1.07 |
| FedEx Use | 000000000/0006068/_ | | | |
| | | **Total Charge** | **USD $** | **12.88** |

---

**Dropped off: Sep 08, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- 1st attempt Sep 12, 2005 at 11:58 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.
- Original address - 8245 Cordova Road/Cordova, TN 38018

| INET | | Sender | Recipient | |
|------|--|--------|-----------|--|
| Tracking ID | 791723403427 | Colleen Dowd | ✓ Carlos Gonzalez | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Behavioral Services of Tenness | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 1155 CULLY | |
| Zone | 6 | DELMAR NY 12054 US | CORDOVA TN 38016 US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 10.70 |
| Delivered | Sep 12, 2005 12:04 | Automation Bonus Discount | | -1.07 |
| Svc Area | A1 | Fuel Surcharge | | 1.25 |
| Signed by | R.HOWARD | Address Correction | | 10.00 |
| FedEx Use | 000000000/0006068/_ | | | |
| | | **Total Charge** | **USD $** | **20.88** |

---

**Dropped off: Sep 08, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|------|--|--------|-----------|--|
| Tracking ID | 791723407135 | Colleen Dowd | ↓ Paul Landers | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | West TN Family Solutions | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 2795 West Appling Road | |
| Zone | 6 | DELMAR NY 12054 US | BARTLETT TN 38133 US | |
| Packages | 1 | | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 10.70 |
| Delivered | Sep 12, 2005 15:10 | Automation Bonus Discount | | -1.07 |
| Svc Area | A1 | Fuel Surcharge | | 1.25 |
| Signed by | D.STRATTON | Adult Signature Required | | 2.75 |
| FedEx Use | 000000000/0006068/_ | | | |
| | | **Total Charge** | **USD $** | **13.63** |



Invoice Date:        Sep 16, 2005
Account Number:   2294-7884-2
Page:                  7 of 7

# FedEx Express Shipment Detail By Payor Type (Original)

| Dropped off: Sep 08, 2005 | Payor: Shipper | Reference: NO REFERENCE INFORMATION |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 792521317679 | Colleen Dowd | Cindy Graves |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Impact Centers, Inc. |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | 1209 Trade Winds Drive |
| Zone | 5 | DELMAR NY 12054 US | COLUMBIA TN 38401 US |
| Packages | 1 | | |
| Weight | 1.0 lbs, 0.5 kgs | | |
| Delivered | Sep 12, 2005 13:58 | | |
| Svc Area | A2 | | |
| Signed by | P.WALKER | | |
| FedEx Use | 000000000/0006046/ | | |

| | | |
|---|---|---|
| Transportation Charge | | 9.40 |
| Automation Bonus Discount | | -0.94 |
| Direct Signature Required | | 2.00 |
| Fuel Surcharge | | 1.10 |
| **Total Charge** | USD $ | **11.56** |

**Shipment Detail Subtotal** ................................................................................. USD $   **162.31**



5

**fed**

Account Number: 2294-7884~2
Page 1 of 1
FedEx Tax ID: 71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY 12054-1911 US

**Invoice Questions?**
**Contact FedEx Revenue Services**

Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:       (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary Sep 23, 2005

**FedEx Express Services**

| | |
|---|---:|
| Transportation Charges | 260.80 |
| Bonus Discounts | -26.08 |
| Special Handling Charges | 71.25 |
| Total Charges ...............................................USD $ | 305.97 |
| **TOTAL THIS INVOICE** ...........................................USD $ | **305.97** |

You saved $26.08 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.



## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 13, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | |
|---|---|---|
| Tracking ID | 790150617809 | |
| Service Type | FedEx 2Day | |
| Package Type | FedEx Box | |
| Zone | 5 | |
| Packages | 1 | |
| Weight | 4.0 lbs, 1.8 kgs | |
| Delivered | Sep 15, 2005  09:18 | |
| Svc Area | A1 | |
| Signed by | E.WIMBERLY | |
| FedEx Use | 000000000/0006046/_ | |

Sender
Colleen Dowd
NKR & ASSOCIATES, INC
318 DELAWARE AVENUE
DELMAR NY 12054  US

Recipient
Diana Davis
DMRS
Andrew Jackson Bldg, 15th Fl
NASHVILLE TN 37243  US

| | |
|---|---|
| Transportation Charge | 13.10 |
| Automation Bonus Discount | -1.31 |
| Direct Signature Required | 2.00 |
| Fuel Surcharge | 1.53 |
| **Total Charge**          USD $ | **15.32** |

---

**Dropped off: Sep 13, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | |
|---|---|---|
| Tracking ID | 790150654928 | |
| Service Type | FedEx 2Day | |
| Package Type | FedEx Box | |
| Zone | 5 | |
| Packages | 1 | |
| Weight | 4.0 lbs, 1.8 kgs | |
| Delivered | Sep 15, 2005  14:56 | |
| Svc Area | A1 | |
| Signed by | F.BEELEY | |
| FedEx Use | 000000000/0006046/_ | |

Sender
Colleen Dowd
NKR & ASSOCIATES, INC
318 DELAWARE AVENUE
DELMAR NY 12054  US

Recipient
Jack Derryberry
Ward, Derryberry and Thompson
Suite 1720, Parkway Towers
NASHVILLE TN 37219  US

| | |
|---|---|
| Transportation Charge | 13.10 |
| Fuel Surcharge | 1.53 |
| Direct Signature Required | 2.00 |
| Automation Bonus Discount | -1.31 |
| **Total Charge**          USD $ | **15.32** |

---

**Dropped off: Sep 13, 2005**          **Payor: Shipper**          **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Sep 15, 2005 at 10:47 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | |
|---|---|---|
| Tracking ID | 790150658614 | |
| Service Type | FedEx 2Day | |
| Package Type | FedEx Box | |
| Zone | 5 | |
| Packages | 1 | |
| Weight | 4.0 lbs, 1.8 kgs | |
| Delivered | Sep 15, 2005  10:52 | |
| Svc Area | A1 | |
| Signed by | M.SOLOMON | |
| FedEx Use | 000000000/0006046/_ | |

Sender
Colleen Dowd
NKR & ASSOCIATES, INC
318 DELAWARE AVENUE
DELMAR NY 12054  US

Recipient
Woody Connette
Lesesne & Connette Associates
1001 Elizabeth Avenue
CHARLOTTE NC 28204  US

| | |
|---|---|
| Transportation Charge | 13.10 |
| Automation Bonus Discount | -1.31 |
| Fuel Surcharge | 1.53 |
| Direct Signature Required | 2.00 |
| **Total Charge**          USD $ | **15.32** |



Invoice Date: Sep 23, 2005
Account Number: 2294-7884-2
Page: 5 of 11

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 13, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Recipient not in/business closed.
- Distance Based Pricing, Zone 6
- 1st attempt Sep 15, 2005 at 01:21 PM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are made are reflected in the invoice amount.

| INET | | | |
|---|---|---|---|
| Tracking ID | 790642059414 | Sender | Recipient |
| Service Type | FedEx 2Day | Colleen Dowd | William Sherman |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | Suite 504 Pyramid Place |
| Zone | 6 | 318 DELAWARE AVENUE | LITTLE ROCK AR 72201 US |
| Packages | 1 | DELMAR NY 12054 US | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | 15.80 |
| Delivered | Sep 15, 2005 18:09 | Fuel Surcharge | 1.85 |
| Svc Area | A1 | Direct Signature Required | 2.00 |
| Signed by | W..SHERMAN | Automation Bonus Discount | -1.58 |
| FedEx Use | 000000000/0006068/_ | | |

**Total Charge**                                                          **USD $**      **18.07**

---

**Dropped off: Sep 13, 2005**      **Payor: Shipper**      **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- 1st attempt Sep 15, 2005 at 09:25 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes are made are reflected in the invoice amount.

| INET | | | |
|---|---|---|---|
| Tracking ID | 791201456293 | Sender | Recipient |
| Service Type | FedEx 2Day | Colleen Dowd | Alesia Black |
| Package Type | FedEx Box | NKR & ASSOCIATES, INC | US District Court, Federal Bld |
| Zone | 6 | 318 DELAWARE AVENUE | 167 North Main Street |
| Packages | 1 | DELMAR NY 12054 US | MEMPHIS TN 38103 US |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | 15.80 |
| Delivered | Sep 15, 2005 11:01 | Fuel Surcharge | 1.85 |
| Svc Area | A1 | Direct Signature Required | 2.00 |
| Signed by | G.SIMPSON | Automation Bonus Discount | -1.58 |
| FedEx Use | 000000000/0006068/_ | | |

**Total Charge**                                                          **USD $**      **18.07**



# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 13, 2005**    **Payor: Shipper**    **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 4
- 1st attempt Sep 15, 2005 at 10:12 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Recipient was unavailable; therefore delivery delayed.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791201524956 | Colleen Dowd | Darcey Donehey | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US DOJ | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | Special Litigation, Civil Righ | |
| Zone | 4 | DELMAR NY 12054 US | WASHINGTON DC 20004 US | |
| Packages | 1 | | | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 10.50 |
| Delivered | Sep 15, 2005 10:48 | Automation Bonus Discount | | -1.05 |
| Svc Area | A1 | Fuel Surcharge | | 1.23 |
| Signed by | C WARD | Direct Signature Required | | 2.00 |
| FedEx Use | 000000000/0006024/24 | | | |
| | | **Total Charge** | **USD $** | **12.88** |

---

**Dropped off: Sep 13, 2005**    **Payor: Shipper**    **Reference: NO REFERENCE INFORMATION**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791726981906 | Colleen Dowd | John Kaufman | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | DMRS | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | Andrew Jackson Bldg., 15th Fl | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37243 US | |
| Packages | 1 | | | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 13.10 |
| Delivered | Sep 15, 2005 09:18 | Automation Bonus Discount | | -1.31 |
| Svc Area | A1 | Direct Signature Required | | 2.00 |
| Signed by | E.WIMBERLY | Fuel Surcharge | | 1.53 |
| FedEx Use | 000000000/0006046/_ | | | |
| | | **Total Charge** | **USD $** | **15.32** |



Account Number:   2294-7884-2
Page 9 of 11

## FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 13, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Sep 15, 2005 at 01:06 PM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792382292921 | Colleen Dowd | David Goetz | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | State Capitol, First Floor | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | Depat. of Finance & Administra | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37243 US | |
| Packages | 1 | | | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 13.10 |
| Delivered | Sep 15, 2005  13:07 | Automation Bonus Discount | | -1.31 |
| Svc Area | A1 | Direct Signature Required | | 2.00 |
| Signed by | R.TAYLOR | Fuel Surcharge | | 1.53 |
| FedEx Use | 000000000/0006046/_ | | | |
| | | **Total Charge** | **USD $** | **15.32** |

---

**Dropped off: Sep 13, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792382299915 | Colleen Dowd | Dr. Louis Moore | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | DMRS | |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | Andrew Jackson Bldg, 15th Fl | |
| Zone | 5 | DELMAR NY 12054 US | NASHVILLE TN 37243 US | |
| Packages | 1 | | | |
| Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 13.10 |
| Delivered | Sep 15, 2005  09:18 | Automation Bonus Discount | | -1.31 |
| Svc Area | A1 | Direct Signature Required | | 2.00 |
| Signed by | E.WIMBERLY | Fuel Surcharge | | 1.53 |
| FedEx Use | 000000000/0006046/_ | | | |
| | | **Total Charge** | **USD $** | **15.32** |

**red**

Account Number:     2294-7884-2
Page:                1 of 3
FedEx Tax ID:  71-0427007

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

Billing Account Shipping Address:
NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY  12054-1911 US

**Invoice Questions?**
## Contact FedEx Revenue Services
Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:       (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary Sep 30, 2005

| | |
|---|---|
| **FedEx Express Services** | |
| Transportation Charges | 19.10 |
| Bonus Discounts | -1.91 |
| Special Handling Charges | 9.73 |
| | |
| Total Charges ...................................................USD $ | 26.92 |
| | |
| **TOTAL THIS INVOICE** ...............................USD $ | **26.92** |

You saved $1.91 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

**FedEx News!**
Soon you will see exciting changes to the paper invoice.
Detailed information available for FedEx Ground shipments
will be consistent in content and layout with FedEx Express
shipment detail. There will be three reference fields for
both FedEx Express and FedEx Ground shipments. Detailed
descriptions for each charge will now be available for
FedEx Ground shipments. Your invoice page count could
increase significantly. You might want to try one of our
electronic billing solutions or if you prefer, you can
receive a paper summary and view your shipment details
online. Go to newinvoice.fedex.com or call 1.800.622.1147
for complete information regarding the upcoming changes.

The FedEx Ground accounts referenced in this invoice have been transferred and assigned to, are owned by, and are payable to FedEx Express.



Account Number: 2294-7884-2

# FedEx Express Shipment Detail By Payor Type (Original)

---

**Dropped off: Sep 26, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- Distance Based Pricing, Zone 6
- 1st attempt Sep 27, 2005 at 09:05 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 790656289121 | Colleen Dowd | Hon. B. Donald & Alesia Black |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US District Court, Federal Bld |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | 187 North Main Street |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38103 US |
| Packages | 1 | | |
| Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | 10.70 |
| Delivered | Sep 27, 2005 10:47 | Fuel Surcharge | 1.25 |
| Svc Area | A1 | Direct Signature Required | 2.00 |
| Signed by | G.SIMPSON | Automation Bonus Discount | -1.07 |
| FedEx Use | 00000000/0006068/ | | |

**Total Charge**                                                                                           USD $   **12.88**

---

**Dropped off: Sep 27, 2005**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**

---

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 791217704054 | Colleen Dowd | Lynn Truesdale |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Perry Hill Estates |
| Package Type | FedEx Box | 318 DELAWARE AVENUE | ASHFORD CT 06278 US |
| Zone | 2 | DELMAR NY 12054 US | |
| Packages | 1 | | |
| Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | 8.40 |
| Delivered | Sep 28, 2005 13:43 | Automation Bonus Discount | -0.84 |
| Svc Area | PM | Indirect Signature Req | 1.50 |
| Signed by | L.TRUESDALE | Fuel Surcharge | 0.98 |
| FedEx Use | 000000000/0005980/ | Delivery Area Surcharge | 2.00 |
| | | Residential Delivery | 2.00 |

**Total Charge**                                                                                           USD $   **14.04**

**Shipment Detail Subtotal** ..................................................................................... USD $   **26.92**

5

DATE
XX/XX/XX

TRAN #        CLERK ID        AUTH
XXX             X              XXXXX

VISA SALE

ACCT. NUMBER                    EXP
XXXXXXXXXXXXXXXX                XXXX

Mailed Investigation
Reports back
to office
$5.85

ALL SALES FINAL  NO SHIPPING AND POSTAGE
REFUNDS PER APPLICABLE REFUND POLICY

mailed large
pile of
Investigation
Reports to office
Itimized receipt
was not collected.

  10.27
− 4.42 (certified mail)
      (−personal)
  $5.85 for the
postage for the
reports. X.F.

*ADC/Comm Parents*
*Stan[?] Cottage    Erin[?]*
*Judge R[?][?]*                                     *9/13/05*

*C M O*

**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
GLENMONT MPO
GLENMONT, NY  12077-2923
09/09/05 03:03PM

Store USPS        Trans    33
Wkstn sys5003     Cashier  KSTJZ3
Cashier's Name    RICHARD
Stock Unit Id     WINRICHARD
PO Phone Number   518-434-8358
USPS #            3500630077

  1. Priority Mail              9.85
     Destination:     38127
     Weight:          4 lb. 6.20 oz.
     Postage Type:    PVI
     Total Cost:      9.85
     Base Rate:       9.85
  2. 37c Flag PSA/100          37.00

Subtotal                      46.85
Total                         46.85

VISA                          46.85

       <23-902801786-97>

VISA
ACCT. NUMBER        EXP      CLERK ID
XXXX XXXX XXXX 9831  06/06   01
AUTH 060479  CREDIT TRANS # 693

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 2

    PRIORITY FLAT RATE BOXES ARE A
    GREAT SHIPPING ALTERNATIVE!
             THANK YOU!

---

*ADC/Comm Parents*
*Stan[?] Cottage   Erin[?][?][?]*

**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
DELMAR MPO
DELMAR, NY  12054-1905
09/13/05 01:42PM

Store USPS        Trans    71
Wkstn sys5002     Cashier  B43560
Cashier's Name    Diane
Stock Unit Id     WINDIANE
PO Phone Number   518-439-1933
USPS #            3500630054

  1. 5c Toleware PSA          16.70
     334 @    0.05
  2. 10c Am Clock PSA         31.40
     314 @    0.10
  3. 5c Toleware PSA           2.00
     40 @     0.05
  4. $1 Wisdom PSA           334.00
     334 @    1.00
  5. 37c Egret PSA/100        74.00
     2 @     37.00
  6. 37c Flag PSA/100         37.00
  7. 37c Stamp                 1.48
     4 @      0.37
  8. 7.40 Flag Dbl5 Bk         7.40
  9. 3.70 Flag PSA Bk          3.70
 10. First Class               1.52
     Destination:     38235
     Weight:          5.50 oz.
     Postage Type:    PVI
     Total Cost:      1.52
     Base Rate:       1.52
 11. Priority Mail             8.50
     Destination:     38002
     Weight:          3 lb. 2.80 oz.
     Postage Type:    PVI
     Total Cost:      8.50
     Base Rate:       8.50
 12. 80c McKinley PSA         45.60
     57 @     0.80
 13. 3.85 Jefrsn Memrl       438.90
     114 @    3.85

Subtotal                    1002.20
Total                       1002.20

VISA                        1002.20

       <23-902800077-98>

VISA
ACCT. NUMBER        EXP      CLERK ID
XXXX XXXX XXXX 9831  06/06   01
AUTH 092619  CREDIT TRANS # 198

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 1204

    HELP "FUND THE FIGHT" AGAINST
    BREAST CANCER. FOR EVERY SHEET
    OF BREAST CANCER STAMPS YOU BUY,
    $1.60 IS DONATED TO RESEARCH.

To Lynn Truesdale

CnO



***** WELCOME TO *****
DELMAR MPO
DELMAR, NY  12054-1905
09/19/05 01:15PM

Store  USPS          Trans    132
Wkstn  sys5003       Cashier  KZD94K
Cashier's Name       LOIS
Stock Unit Id        WINLOIS
PO Phone Number      518-439-1933
USPS #               3500630054

 1. Priority Mail                  4.75
    Destination:     06278
    Weight:          3 lb. 0.00 oz.
    Postage Type:    PVI
    Total Cost:      4.75
    Base Rate:       4.75

Subtotal                           4.75
Total                              4.75

VISA                               4.75

       <23-902800077-97>
VISA
ACCT. NUMBER        EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06   05
AUTH 023318  CREDIT TRANS # 907

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

   HELP "FUND THE FIGHT" AGAINST
   BREAST CANCER. FOR EVERY SHEET
  OF BREAST CANCER STAMPS YOU BY,
   $1.80 IS DONATED TO RESEARCH.

---

CnO

CSR 2005 Provider Reports
→ Parents/Guardians.

**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
DELMAR MPO
DELMAR, NY  12054-1905
09/21/05 02:43PM

Store  USPS          Trans    111
Wkstn  sys5003       Cashier  X4MGYO
Cashier's Name       MATTHEW
Stock Unit Id        WINMATTHEW
PO Phone Number      518-439-1933
USPS #               3500630054

 1. Priority Mail                  6.85
    Destination:     38382
    Weight:          2 lb. 12.30 oz.
    Postage Type:    PVI
    Total Cost:      6.85
    Base Rate:       6.85
 2. Media Mail                     2.63
    With Enclosed Letter
    Destination:     38116
    Weight:          2 lb. 12.40 oz.
    Postage Type:    PVI
    Total Cost:      2.63
    Base Rate:       2.63

Subtotal                           9.48
Total                              9.48

VISA                               9.48

       <23-902800077-97>
VISA
ACCT. NUMBER        EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06   00
AUTH 065957  CREDIT TRANS # 967

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 2

   HELP "FUND THE FIGHT" AGAINST
   BREAST CANCER. FOR EVERY SHEET
  OF BREAST CANCER STAMPS YOU BY,
   $1.80 IS DONATED TO RESEARCH.



*CmO*
*CSR 2005 reports*



***** WELCOME TO *****
DELMAR MPO
DELMAR, NY  12054-1905
09/27/05 09:26AM

Store  USPS          Trans    38
Wkstn  sys5002       Cashier  KZB1TR
Cashier's Name       CAROLYN
Stock Unit Id        WINCAROLYN
PO Phone Number      518-439-1933
USPS #               3500630054

 1. Media Mail                    2.63
    With Enclosed Letter
    Destination:      38242
    Weight:          2 lb. 13.80 oz.
    Postage Type:     PVI
    Total Cost:       2.63
    Base Rate:        2.63
 2. Media Mail                    2.63
    With Enclosed Letter
    Destination:      38128
    Weight:          2 lb. 13.20 oz.
    Postage Type:     PVI
    Total Cost:       2.63
    Base Rate:        2.63

Subtotal                         5.26
Total                            5.26

VISA                             5.26

        <23-902800077-98>

VISA
ACCT. NUMBER         EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06    10
AUTH 074794   CREDIT TRANS # 379

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 2

    HELP "FUND THE FIGHT" AGAINST
    BREAST CANCER. FOR EVERY SHEET
   OF BREAST CANCER STAMPS YOU BY,
    $1.60 IS DONATED TO RESEARCH.

---

*C Card*
*CSR 2005 reports*



***** WELCOME TO *****
DELMAR MPO
DELMAR, NY  12054-1905
09/28/05 01:47PM

Store  USPS          Trans    67
Wkstn  sys5002       Cashier  B43560
Cashier's Name       Diane
Stock Unit Id        WINDIANE
PO Phone Number      518-439-1933
USPS #               3500630054

 1. Media Mail                    2.68
    Destination:      38173
    Weight:          3 lb. 1.40 oz.
    Postage Type:     PVI
    Total Cost:       2.68
    Base Rate:        2.68

Subtotal                         2.68
Total                            2.68

VISA                             2.68

        <23-902800077-98>

VISA
ACCT. NUMBER         EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06    01
AUTH 072071   CREDIT TRANS # 420

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

    HELP "FUND THE FIGHT" AGAINST
    BREAST CANCER. FOR EVERY SHEET
   OF BREAST CANCER STAMPS YOU BY,
    $1.60 IS DONATED TO RESEARCH.

## PRINTING

CAMELOT LEGAL COPY 8/22/05 (AUG50611)
CSR 2005 Provider Report proof                                        53.63

CAMELOT LEGAL COPY 9/7/05 (AUG50954A)
CSR 2005 Provider Report                                          2,138.01

CAMELOT LEGAL COPY 9/13/05 (SEP50066)
CSR 2005 Aggregate Report                                        1,268.41

CAMELOT LEGAL COPY 9/13/05 (SEP50310)
CSR 2004 Aggregate Report                                              7.93

CAMELOT LEGAL COPY 9/22/05 (SEP50616)
CSR 2005 Provider Report                                            263.95

IN-HOUSE PRINTING
2,612 copies @ .04 per copy                                        104.48

                                              **Total    $3,836.41**

Camelot Consulting, Inc.

100 Fuller Rd.
Albany, NY 12205

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2005 | AUG50611 |

**CAMELOT LEGAL COPY**

| Bill To |
|---------|
| NKR & Associiates |
| 318 Delaware Ave. |
| Delmar, NY 12054 |

| Ordered By |
|------------|
| Colleen |
| p-478-0982 |
| f-478-0986 |

*CSR 2005*  *Provider Reports*

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Community Status | Net 30 | 9/21/2005 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 1 Set of Community status review produced  *Proof* | 1 | 49.66T |

Tax ID 16-1516198

| | |
|---|---|
| Subtotal | $49.66 |
| Sales Tax  (8.0%) | $3.97 |
| Total | $53.63 |
| Payments/Credits | $0.00 |
| Balance Due | $53.63 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |



# Invoice

**Camelot Consulting, Inc**
100 Fuller Rd.
Albany, NY 12205

CAMELOT LEGAL COPY™

| Date | Invoice # |
|------|-----------|
| 9/7/2005 | AUG50954A |

| Bill To |
|---------|
| NKR & Associates<br>318 Delaware Ave.<br>Delmar, NY 12054 |

| Ordered By |
|------------|
| Colleen<br>p-478-0982<br>f-478-0986 |

*CSR 2005 Provider Reports*

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| Community Status | Net 30 | 10/7/2005 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 81 Sets of community status Produced | 81 | 1,979.64T |

Tax ID 16-1516198

| | |
|---|---|
| **Subtotal** | $1,979.64 |
| **Sales Tax  (8.0%)** | $158.37 |
| **Total** | $2,138.01 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,138.01 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |



# CAMELOT LEGAL COPY

**Camelot Consulting, Inc.**
1001 Fuller Rd.
Albany, NY 12205

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/13/2005 | SEP50066 |

| Bill To | Ordered By |
|---------|------------|
| NKR & Associiates<br>318 Delaware Ave.<br>Delmar, NY 12054 | Colleen<br>p-478-0982<br>f-478-0986 |

*CSR 2005 Aggregate Report*

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| CSR 2005 | Net 30 | 10/13/2005 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 415 CSR 2005aggregate manuals produced | 415 | 1,174.45T |

Tax ID 16-1516198

| | |
|--|--|
| **Subtotal** | $1,174.45 |
| **Sales Tax  (8.0%)** | $93.96 |
| **Total** | $1,268.41 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,268.41 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |

CAMELOT LEGAL COPY

**Invoice**

Camelot Consulting Inc
100 Fuller Rd.
Albany, NY 12205

| Date | Invoice # |
|------|-----------|
| 9/13/2005 | SEP50310 |

| Bill To |
|---------|
| NKR & Associiates |
| 318 Delaware Ave. |
| Delmar, NY 12054 |

| Ordered By |
|------------|
| Colleen |
| p-478-0982 |
| f-478-0986 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| CSR 2004 Aggregate | Net 30 | 10/13/2005 |

| Description | Qty | Amount |
|-------------|-----|--------|
| 2 Sets of CSR 2004 Aggregates produced | 2 | 7.34T |

Tax ID 16-1516198

| | |
|---|---|
| Subtotal | $7.34 |
| Sales Tax  (8.0%) | $0.59 |
| Total | $7.93 |
| Payments/Credits | $0.00 |
| Balance Due | $7.93 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |



# CAMELOT LEGAL COPY

Camelot Consulting, Inc
100 Fuller Rd.
Albany, NY 12205

## Invoice

| Date | Invoice # |
|------|-----------|
| 9/22/2005 | SEP50616 |

| Bill To |
|---------|
| NKR & Associiates |
| 318 Delaware Ave. |
| Delmar, NY 12054 |

| Ordered By |
|------------|
| Colleen |
| p-478-0982 |
| f-478-0986 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| CSR 2005 | Net 30 | 10/22/2005 |

*Provider Reports*

| Description | Qty | Amount |
|-------------|-----|--------|
| 10 Custom Books Created | 10 | 244.40T |

Tax ID 16-1516198

| | |
|---|---|
| **Subtotal** | $244.40 |
| **Sales Tax  (8.0%)** | $19.55 |
| **Total** | $263.95 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $263.95 |

| Phone # | Fax # |
|---------|-------|
| 518-435-9696 | 518-435-9688 |

753-4496
Please send FAX from this edge

# C o u n t e r

S e r i a l   N o:  H2400800970

| ■ T o t a l | 0 3 1 8 7 5 7 |
|---|---|

September 30, 2005    318757
August              − 316145
                      ─────────
                         2,612
                       X .04
                      ─────────
                     $ 104.48

P l e a s e   F A X   t o : 7 5 3 − 4 4 9 6

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2054 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT