IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 18 PM 12:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,
    Plaintiffs,

v.

STATE OF TENNESSEE, ET AL.,
    Defendants, and

NO.: 92-2062-D/A

PEOPLE FIRST OF TENNESSEE, ET AL,
    Intervenors,

PARENT-GUARDIAN ASSOCIATIONS
OF ARLINGTON DEVELOPMENTAL
CENTER,
    Intervenors.

~~PROPOSED~~ ORDER
ALLOWING PEOPLE FIRST TO FILE A REPLY
TO THE RESPONSE BY STATE OF TENNESSEE AND PARENT GUARDIAN
ASSOCIATION TO MOTION SEEKING PRELIMINARY INJUNCTIVE RELIEF ON
BEHALF OF SONDRA H.

THIS MATTER came before the Court for consideration of a Motion filed by Plaintiff-Intervenors People First of Tennessee, as class representative, for leave to file a Reply to the Response by defendants State of Tennessee and Parent-Guardian Association to the Motion filed on behalf of Sondra H. seeking preliminary injunctive relief. For good cause shown, and with the consent of the other parties,

IT IS HEREBY ORDERED:

That Plaintiff-Intervenor, People First of Tennessee, shall have an additional forty-five days from the date of this Order within which to seek leave of the Court to file a Reply on behalf of class member Sondra H. to the Responses of defendants State of Tennessee and Parent-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/21/05

Guardian Association to the Motion for Preliminary Injunctive Relief on behalf of class member Sondra H.

This the 8th day of November, 2005.

_____
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2055 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Honorable Bernice Donald
US DISTRICT COURT