IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC -7 AM 7: 03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.: 92-2062 D A

v.

STATE OF TENNESSEE, et al.,

    Defendants,

PEOPLE FIRST OF TENNESSEE,
PARENT-GUARDIAN ASSOCIATION
OF ARLINGTON DEVELOPMENTAL CENTER,

    Intervenors.

## ORDER DIRECTING CLERK TO DISBURSE FUNDS

Pursuant to this Court's Order entered November 16, 2005, Defendant State of Tennessee was directed to pay $ 78,817.01 for expenses incurred in September 2005 by the Court Monitor, Dr. Nancy K. Ray. It appears that Defendant has paid said amount into the Registry of the Court as so ordered. The Clerk of Court is therefore directed to disburse the sum of $ 78.817.01, previously placed in the Registry of the Court, to NKR & Associates, Inc., 318 Delaware Avenue, Delmar, New York 12054.

**IT IS SO ORDERED** this ____ day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2056 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT