FILED BY _____ D.C.

05 DEC -7  AM 7: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )          No.  92-2062-D/A
                                 )
STATE OF TENNESSEE, et al.,      )
                                 )
        Defendants.              )
                                 )
PEOPLE FIRST OF TENNESSEE,       )
PARENT-GUARDIAN ASSOCIATION OF   )
ARLINGTON DEVELOPMENTAL CENTER,  )
                                 )
        Intervenors.             )

## ORDER

On November, 5, 2005, the Monitor, Dr. Nancy K. Ray, submitted an invoice for fees and expenses incurred in October 2005 According to this invoice, the Monitor incurred fees and expenses of $83,713.92 in September 2005.  This invoice is attached hereto as Appendix 1.

Whereas the Court has not received any comments or objections from Defendants, Defendant State of Tennessee is hereby ORDERED to pay the amount set out in this invoice into the registry of the Court.  All funds received by the Clerk of Court are directed to be deposited into an interest-bearing account and shall be used to reimburse the Monitor for her expenses and fees up to and including the total sum of the money deposited by Defendant State of

Tennessee.  Any money not spent by the Monitor shall be credited to Defendants.


IT IS SO ORDERED THIS _6th_ DAY OF December, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

*NANCY K. RAY, Ed.D.*
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

November 3, 2005

Honorable Bernice Donald
U.S. District Court
Federal Building
167 North Main Street, Suite 951, 9th Floor
Memphis, TN 38103

Dear Judge Donald;

Enclosed please find the Monitor's invoice for October 2005. The Remedial Order requires that the Monitor submit original invoices to the Court, with a copy to Defendants and provide Defendants fifteen days after receipt to submit any comment to the Court.

I have simultaneously sent this invoice (FedEx 2 day) to Dianne Dycus of the Attorney General's Office.

If you have any questions regarding this invoice, I will be happy to respond.

Respectfully,

Nancy K. Ray, Ed.D.
Monitor for the Remedial Order
*United States v. State of Tennessee et. al.*
*(Arlington Developmental Center)*

Enclosure

cc:  D. Dycus

*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

STATE OF TENNESSEE, ET AL.,        NO. 92-2062 M1 / A
    Defendants.

INVOICE FOR OCTOBER 2005

Dr. Nancy K. Ray hereby represents to the Court that the following monies are payable to her for her duties as the Monitor during the month of October 2005.

**Payable to**
**NKR & Associates, Inc.**

**AMOUNT OF REIMBURSEMENT REQUESTED**        **$83,713.92**

SUBMITTED BY:

Nancy K. Ray, Ed.D.        Date:  November 3, 2005
President

NKR & Associates Exhibit 13
*Monitor for the Remedial Order*

NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054
Phone (518) 478-0982  Fax (518) 478-0986

November 1, 2005

INVOICE FOR THE MONTH OF OCTOBER 2005

PROFESSIONAL STAFF HOURS
Ray, N. 197 hours @ $125                                      24,625.00
Bulgaro, P. 20 hours @ $150                                   3,000.00
Coleman. V. 138.50 hours @ $70                               9,695.00
Truesdale, L. 164 hours @ $50                                8,200.00

SUPPORT STAFF HOURS
Dowd, C. 158 hours @ $50                                      7,900.00
Farstad, E. 162 hours @ $40                                   6,480.00
Morris, K. 167 hours @ $50                                    8,350.00

STAFF TRAVEL
Ray (10/4-5/05)                                                 459.03
Ray (10/17-19/05)                                            1,164.56
Ray (10/24-26/05)                                              590.97
Coleman (October 2005)                                         382.99
Truesdale (10/4-5/05)                                          391.39
Truesdale (10/18-21/05)                                      1,212.08
Farstad (10/19-21/05)                                          912.76
Morris (10/19-21/05)                                           912.76

CONSULTANT HOURS
Langkau (10/8-12/05)                                          2,000.00
Maxon (10/17-23/05)                                          4,125.00

CONSULTANT TRAVEL
Langkau (10/19-21/05)                                          936.60
Maxon (10/17-19/05)                                            960.45

PHONE
Verizon Wireless and AT&T                                      225.41

POSTAGE
Fed Ex and US Postal Service                                   276.42

PRINTING
Inhouse Printing                                               238.28

MISCELLANEOUS
3N Document Destruction                                        675.22

**Total**                                                   $83,713.92

# Nancy K. Ray
## Court Monitor for the Remedial Order
## Court Log
## October 2005

| | | | |
|---|---|---|---|
| Oct 1 | Sat | 4.00 | Review of SA's record for Emory Valley Review; Draft language for improvements in DMRS training for the Parties; Review of PRRT for EC for ADC review; TN e-mail |
| Oct 2 | Sun | 3.00 | Review of DW's record for Emory Valley Review; Review of revised PRRT and Person-Centered Tools for ICF-MR reviews; Review of data summaries for ADC review prepared by staff |
| Oct 3 | Mon | 8.00 | Phone call to Anna Denton regarding her son John E.; Phone call to Mary Bonnee regarding her daughter's housing; Summary findings for Service Denials for class members; Review of O.S. medical history prepared by nurse consultant; TN mail and e-mail |
| Oct 4 | Tue | 8.00 | (Travel to Knoxville); Review of class member SA and notes; Review of ADC staff summary memos for Domains 1 -5; Review of ADC summary memo regarding communication/sensory issues; Review of investigation recommendations in preparation for follow-up review; TN e-mail |
| Oct 5 | Wed | 8.00 | (Travel to Albany); Review of class member DW and notes; PRRT completion for Emory Valley reviews |
| Oct 6 | Thu | 8.00 | Phone calls from A. Heart (VOA) and T. Kramer regarding proposed transition of class member RR to Wisconsin; Memo to State officials regarding guardian request for transition of ADC class member DC to Green Valley; Brief memo regarding ADC hospitalization rate 2001 - 2005; Phone call from class member GJ regarding his job; TN mail and e-mail (extensive) |
| Oct 7 | Fri | 8.00 | Phone call to Candi McMorran regarding J. Eramo; Memo to State officials regarding concerns with medical residence homes; Staff meeting with staff and nurse consultant regarding pending ICF-MR reviews; Correspondence with State officials regarding Ms. Bonnee's complaint that no one is helping her find housing for her daughter; TN mail and e-mail |
| Oct 8 | Sat | 2.00 | Review of records for class members in community ICF-MR reviews. |
| Oct 9 | Sun | 4.00 | Emory Valley CSR Report |
| Oct 10 | Mon | 8.00 | Final review of Personal Property Memo with corrections; Transmittal letter for Emory Valley review; Phone call with Robert Eramo regarding his brother John's search for services; Phone call from Mr. Selkirk parent of a non-class member who is seeking information about residential providers in West TN; Phone call from Garrett regarding his job and telephone; Review of final ADC PRRT for VH; TN mail and e-mail |
| Oct 11 | Tue | 8.00 | Final review and analysis of ADC Sensory Review Data; Participation in Parties' conference call related to the Settlement Agreement; Correspondence to State officials re: J. Eramo; Preparation of summary memo pertaining to ADC Sensory Review; TN mail and e-mail |
| Oct 12 | Wed | 8.00 | Finish summary memo on ADC Sensory Review; Finish Emory Valley report; Review record for KB for upcoming SRVS review; Phone call from Mrs. Monger regarding her daughter TM; Correspondence to the Parties regarding the PGA's questions related to physical plant status of ADC; TN mail and E-mail. |
| Oct 13 | Thu | 8.00 | Develop protocol for community abuse and neglect follow-up review; Draft report to State officials related to service denials for class members; TN mail and e-mail |
| Oct 14 | Fri | 8.00 | Conference call with staff regarding assignments and scheduling of the community abuse and neglect cases; Work of ADC Annual Report; Correspondence to State officials and attorneys related to underreporting of incidents at ADC; TN mail and e-mail |
| Oct 15 | Sat | 4.00 | Prepare and record review of SRVS ICF-MR review |
| Oct 16 | Sun | 0.00 | |

| | | | |
|---|---|---|---|
| Oct 17 | Mon | 8.00 | (Travel to Memphis), Review of incidents/abuse and neglect cases at SRVS ICF-MR programs; Site review of JT at Child's ICF; Phone call to T. Kramer regarding her sister and class member RR; Documentation of survey tools for JT; TN e-mail |
| Oct 18 | Tue | 8.00 | Site review of JS at Hancock ICF; In-service training session at SRVS for managers of supported living home; Phone call M. Mills of Evergreen Ministries (new provider); Documentation of survey tools for JS; TN e-mail |
| Oct 19 | Wed | 8.00 | Site review of KB at St. James ICF; Phone call from J. Derryberry regarding Settlement Agreement, Town Hall meetings, etc.; Prepare training materials for documentation of day services and monthly reviews; Documentation of survey tools for KB (Travel for Memphis to Albany) |
| Oct 20 | Thu | 8.00 | Review of investigation regarding MOSAIC management; Phone call extended with L. Owens regarding changes and plans at ADC and community transitions; Phone call from G. Jones regarding his job and home subsidy; |
| Oct 21 | Fri | 8.00 | Phone call extended to J. Bruton regarding agency's expansion plans and day services and ICF placements; Phone call to C. McMorran regarding problems at MOSAIC; Work on training materials for documentation of day services and monthly reviews; TN mail and e-mail |
| Oct 22 | Sat | 6.00 | Write ups for SRVS ICF-MR reviews of JT, JS, and KB; Finalize training materials for SRVS |
| Oct 23 | Sun | 2.00 | Review of ADC annual review data; Review of nurse consultant's reports on LP and DH two medically fragile individuals at ADC for whom community transitions are pending. |
| Oct 24 | Mon | 8.00 | Travel to Nashville; Revise and update ADC review data base; Work of ADC annual review report; Meeting with D. Payne and R. Shelton (DMRS) regarding protection from harm; Phone call from Mrs. Davis regarding JE who is seeking residential services; Phone call from Ms. Lanier regarding her son's need for dental services; Correspondence with State officials regarding the same; TN e-mail |
| Oct 25 | Tue | 8.00 | Parties conference call of Settlement Agreement; Memo to Debbie Payne on investigation improvement issues and our meeting of 10/24/05; Work on ADC Annual Report; TN e-mail |
| Oct 26 | Wed | 8.00 | (Travel from Nashville to Albany); Work on ADC Report; Phone conference with S. Norris regarding Settlement Agreement, parent concerns, MOSAIC and recent reports related to dental services; Phone call to Leon Owens regarding November briefing; Phone call to Larry Latham regarding transition planning; TN mail and e-mail |
| Oct 27 | Thu | 8.00 | Phone call from Garrett J class member regarding his concerns about getting a job; Phone call from S. Youngblood regarding GJ and review scheduled for Nov. 16, 2005; Correspondence to BIOS and ISC regarding review of GJ; Work of ADC Report; Review of DMRS ADC Risk Report for September 2005; Conference call with SRVS regarding documentation concerns; TN mail and e-mail |
| Oct 28 | Fri | 8.00 | Staff meeting to review community ICF status and other assignments; Phone call extended with GJ regarding serious behavior incidents; Correspondence regarding class member TW and his risk of psychiatric hospitalization; Phone call to H. Sloves regarding medical residence home for JC and funding, as well as possible placement for class member MK at ADC; Meeting with E. Farstad to review needed updates to ADC data base; Work of ADC Annual Review report; Phone call from C. Gonzales regarding JR R, a non-class member whose guardian called for services; Phone call from E. Fitzhugh director of Impact Center regarding delayed DMRS approval of CF's housing subsidy; TN mail and e-mail |
| Oct 29 | Sat | 4.00 | ADC Annual Report |
| Oct 30 | Sun | 0.00 | |
| Oct 31 | Mon | 8.00 | |
| | | | Phone call from Steve Norris regarding Settlement Agreement, PGA meeting, and MOSAIC; ADC Annual Report; Phone call from GJ regarding his status and well-being; |
| **Total** | | **197.00** | @ $125 = $24,625.00 |

*Patrick J. Bulgaro*
*October 2005*
*Tennessee Court Hours*

| | | |
|---|---|---|
| Oct 01 | | |
| Oct 02 | | |
| Oct 03 | 4.00 | Analysis of: Community Status Review; Proposed revision of Settlement Agreement; Monitor's revision to Long Term Plan; Confidential Investigation Report for D.O. |
| Oct 04 | 2.00 | Analysis of Quality Management Report |
| Oct 05 | 2.00 | Analysis of Tennessee Cost Reporting Format |
| Oct 06 | | |
| Oct 07 | 1.00 | Review of Housing Report and discussion with Fred Hix |
| Oct 08 | | |
| Oct 09 | | |
| Oct 10 | 1.50 | Review of DMRS draft Long Term Service Development Plan and proposed revisions to waiver |
| Oct 11 | 2.00 | Analysis of Monitor's report on Service Denials and preparation of material for discussion with Dr. Ray |
| Oct 12 | 3.50 | Review of : Professional Services Agreement between WTFS and Community Living Organization (CLO); Professional Services Agreement between WTFS and the Strause Group; DMRS Monitoring Report of WTFS; WTFS response to Monitoring Report. |
| Oct 13 | | |
| Oct 14 | 4.00 | Preparation for teleconference with WTFS staff and Board; Discussion of potential Arbitration strategies with WTFS staff and Board; discussion of response to DMRS Monitoring Report; meeting with Dr. Ray regarding Report on Service Denials. |
| Oct 15 | | |
| Oct 16 | | |
| Oct 17 | | |
| Oct 18 | | |
| Oct 19 | | |
| Oct 20 | | |
| Oct 21 | | |
| Oct 22 | | |
| Oct 23 | | |
| Oct 24 | | |
| Oct 25 | | |
| Oct 26 | | |
| Oct 27 | | |
| Oct 28 | | |
| Oct 29 | | |
| Oct 30 | | |
| Oct 31 | | |
| **Total** | 20.00 | @ $150.00 = $3,000.00 |

*Vickey V. Coleman*
*Senior Associate*
*October 2005*

*Tennessee Court Hours*

Oct 1

Oct 2

Oct 3   8.00   Reviewed final changes to ICF-MR tools and talked to L. Truesdale regarding changes. Reviewed all ADC hand-written review tools to ensure completeness prior to submission. Typed PRRT on Donna H. (pre-transition monitoring review).  Read email.

Oct 4   4.00   Reviewed documents on Pat B.  & Pam C. (ADC/Spruce 4) in preparation for transition review.  Read email.

Oct 5   8.00   Traveled to ADC to conduct transition/person centered reviews of Pat B. and Pam C. (Spruce 4).  Read email

Oct 6   1.00   Read email.

Oct 7   8.00   Telephone conference  with L. Truesdale.  Participated in telephone conference with Dr. Ray and reviewers regarding ICF-MR revised tools and upcoming ICF-MR reviews. Reviewed in detail amended investigation cases on Vernon T. and Randy H. and submitted findings to Dr. Ray.  Completed tool on Donna H.  Read email.

Oct 8

Oct 9

Oct 10   8.00   Telephone conference with L. Truesdale.  Completed PRRT on Pam C. (ADC/Spruce 4) and began typing PRRT on Pat B. (ADC/Spruce 4).  Read email.

Oct 11   2.00    Reviewed ADC Personal Property review findings.  Read email.

Oct 12   8.00   Telephone conference  with L. Truesdale to discuss investigation follow-up reviews. Telephone conference with Dr. Ray to discuss Settlement Agreement, ICF-MR reviews, investigation follow-up, assignments for November.  Completed PRRT on Pat Bond (ADC/Spruce4).  Read email.

Oct 13   8.00   Traveled to ADC to conduct transition/person centered reviews of Larry A. (DB4).  Also reviewed personnel files.  Read email

Oct 14   8.00   Reviewed excel file on investigation cases that will be reviewed in the community. Participated in telephone conference with Dr. Ray to discuss the upcoming community investigation cases follow-up.  Telephone conference with L. Truesdale & K. Morris to discuss to schedule for upcoming community investigation cases follow-up.  Began reviewing documents on N. Bogard (Open Arms ICF-MR).  Read email.

Oct 15

Oct 16

Oct 17   8.00   Reviewed all documents on Nathaniel B.,  John H. & Odie B.; completed review tools and typed information in PRRT excel files in preparation for upcoming ICF-MR reviews. Telephone contact with Program Director of Open Arms to discuss on site visit to Day Program Service.  Read email.

Oct 18   2.00   Reviewed Nathaniel B's ISC notes.  Read email.

Oct 19   8.00   Traveled to Memphis to conduct on-site visit of Open Arms Day Program Service. Traveled to the home of Nathaniel B. to conduct person-centered review for 2005 ICF-MR review of Open Arms.  Read email.

Oct 20   8.00   Traveled to Memphis to meet K. Morris to conduct person-centered review pf John H. for 2005 ICF-MR review of Open Arms.  Telephone contact with Dr. Ray to discuss reviews. Attempted telephone contact with parent, Carolyn Cowan.  Met with reviewers to discuss completed reviews.  Read email.

Oct 21   8.00   Traveled to Memphis to meet K. Morris to conduct person-centered review of Odie B. for 2005 ICF-MR review of Open Arms.  Cleaned up review tools.  Read email.

Oct 22

Oct 23

Oct 24   8.00   Completed PRRT on Odie B.  Reviewed initial notification ADC investigations.  Read email.

Oct 25   1.50   Submitted in writing to Dr. Ray a summation of an incident at Open Arms.  Read email.

Oct 26   8.00   Telephone conference with L. Truesdale to discuss Open Arms review findings. Completed PRRT on John H.  Read email.

Oct 27   8.00   Telephone conference with L. Truesdale to discuss protection from harm issues of Mosaic. Telephone contact with L. Houston (Mosaic) and S. Youngblood (BIOS) to discuss re-review of their agencies.  Telephone conference with Dr. Ray to discuss assignments/meetings for week of November 14th and MHDS re-review.  Contacted L. Truesdale and K. Morris to discuss changes in schedule for week of 11/14/05.  Reviewed final investigation case of Eugene C. (Mosaic).  Talked to Garret J (BIOS) to listen to his concerns and follow-up with BIOS regarding Garrett.  Reviewed reviewer 2's section of NB's PRRT.  Read email.

Oct 28   8.00   Telephone contact with L. Truesdale to discuss the transition monitoring grid. Participated in a staff meeting via telephone to discuss assignments/activities through November.  Telephone contact with Ken Hall (MHDS) to discuss re-review and documents needed.  Typed PRRT on Nathaniel B. (Open Arms) and submitted to reviewer 2.  Read email.

Oct 29

Oct 30

Oct 31   8.00   Completed typing PRRT on Pat B. (ADC).  Reviewed documents on John C. (MHDS) and completed review tools in preparation for re-review.  Began reviewing documents on Betty F. (MHDS).  Read email.

**Total**   **138.50**   @ $70.00 = $9,695.00

*Lynn M. Torresdale*
*Research Associate*
*October 2005*


*Tennessee Court Hours*

Oct 1    0.00    Saturday
Oct 2    0.00    Sunday
Oct 3    6.00    Reviewed TN e-mails; Downloaded and printed tools for upcoming reviews including revised Staff
         Interview and the Performance Review Rating Tools with comments; Phone call with NKR regarding
         upcoming reviews; Reviewed CSN Reports and notes, Individual Support Plans, and ISC notes and
         took notes for two class members (DW and SA) in preparation for monitoring review

Oct 4    8.00    Reviewed documents and notes in preparation for Emory Valley Review; Traveled from Hartford CT to
         Knoxville TN; Traveled from Knoxville to Oak Ridge and conducted the annual review for SA (Emory
         Valley) in Reviewer 2 areas (Home Environment and Safety; Personal Care and Dress; Yard and
         Neighborhood; Meals; Transportation; Staff Interview, Staffing Conduct/Competence; Day Services,
         etc.); Reviewed TN e-mails, State Investigation Log and sent e-mail to N. Ray regarding serious
         allegation for DR (St. John's)
Oct 5    8.00    Reviewed documents and notes in preparation for review of DW and reviewed completed PRRT from
         2004 Emory Valley Review; Traveled from Hartford CT to Knoxville TN; Traveled from Knoxville to
         Oak Ridge and conducted the annual review for DW (Emory Valley) in Reviewer 2 areas (Home
         Environment and Safety; Personal Care and Dress; Yard and Neighborhood; Meals; Transportation;
         Staff Interview, Staffing Conduct/Competence; Day Services, etc.); Organized notes and started typing
         SA's PRRT
Oct 6    8.00    Reviewed TN e-mails; Reviewed Emory Valley Report from 2004; Completed typing and organizing
         Reviewer 2 findings for SA (Home Environment and Safety; Personal Care and Dress; Yard and
         Neighborhood; Meals; Transportation; Staffing Conduct/Competence; Day Services; Other ISP
         Outcomes, etc.) and submitted to NKR for Reviewer 1 comments; Reviewed Reviewer 1 findings on
         DW's PRRT and typed Reviewer 2 findings into PRRT (Home Environment and Safety; Personal Care
         and Dress; Meals; Transportation; Personal Funds) and submitted completed PRRT to NKR; Purchased
         and set-up all-in-one fax machine

Oct 7    8.00    Downloaded and printed revised ICF-MR Review Tools and reviewed in preparation for conference
         call; Phone calls with V. Coleman and K. Morris regarding ICF schedule and tools; Phone calls with C.
         Dowd regarding ICF materials; Conducted MapQuest on several ICF Homes in order to plan review
         schedules; Conducted and printed MapQuests for NKR's homes and submitted to the office; Developed
         reviewer schedules for the review and prepared Excel schedule and Word Document for submitting to
         the Agency's; Phone calls to SRVS ICF and left message; Coordinated with C. Dowd for requests from
         ISCs and notification to ICF-MR; Participated in conference call regarding ICF reviews and revised
         tools; Reviewed TN e-mails; Prepared and mailed expense voucher

Oct 8    0.00    Saturday
Oct 9    0.00    Sunday
Oct 10   8.00    Reviewed TN e-mails, downloaded Abuse and Neglect outlines; Entered additional follow-up
         recommendations into abuse and neglect database and re-formatted A/N follow-up database in
         preparation for planning the review; Sent cases to K. Morris for pulling DMRS information and
         discussed A/N schedule and ICF schedule; Downloaded and reviewed BS' Community Transition Plan;
         Sent e-mail to T. Watkins regarding AJ's transition; Reviewed SH hospital report sent by L. Owens and
         researched info. on Pulmonary Embolus; Sent electronic revised PRRT to B. Maxon; Researched flight
         options for November travel for A/N Corrective Actions Review

| Oct 11 | 8.00 | Reviewed TN e-mails; Updated Transition Log; Updated Court Timesheet; Reviewed several Abuse and Neglect Investigation Reports and entered information and comments into Abuse and Neglect database; Discussed A/N follow-up review with K. Morris; Reviewed revised Mediation Settlement Agreement information; Reviewed ADC report on M. Bevis |
|---|---|---|
| Oct 12 | 8.00 | Completed reviewing and entering Abuse and Neglect Investigation Reports; Started putting analysis tables together for the Abuse and Neglect Trend Report; Reviewed NKR's comments on A/N information and made revisions/edited/cleaned database; Discussed and reviewed travel arrangements and A/N Corrective Actions Review with K. Morris; Phone call with V. Coleman regarding reviews and schedules; Reviewed PGA memo regarding SA |
| Oct 13 | 8.00 | Reviewed TN e-mails; Phone call to G. Pruitt regarding DH; Sent e-mails to NKR regarding DH and G. Pruitt information; Putting analysis tables and statistics together (sorting relevant data, formatting tables) for the Abuse and Neglect Trend Report (18 months worth of data) (developed data tables and calculations by substantiated cases and type of substantiated; individuals in substantiated cases and the number of cases for each; addresses and substantiated cases; injuries and substantiated cases) |
| Oct 14 | 8.00 | Downloaded, printed, and reviewed information for conference call; Formatted and calculated data tables for "type" of substantiated cases; Participated in conference call to discuss the Corrective Actions Review for Abuse and Neglect cases; Phone call with V. Coleman and K. Morris regarding our schedule and travel plans for the Corrective Actions Review; Researched logbook data from ADC review and submitted to K. Morris for her write-up; Updated the Corrective Actions Review table with reviewer assignments and submitted to K. Morris and V. Coleman; Updated court log |
| Oct 15 | 0.00 | Saturday |
| Oct 16 | 0.00 | Sunday |
| Oct 17 | 8.00 | Reviewed Individual Habilitation Plans, QMRP notes, Monthly Progress Notes, Incident Management Reports for upcoming reviews and took notes in Reviewer 2 sections; Reviewed TN e-mails; Continued data analysis for the Trend Study such as Tables for the Annual Rates of Substantiations by Agency for 2003-6/2005; Sorted tables by individual and case numbers, agency, and addresses |
| Oct 18 | 8.00 | Reviewed Individual Habilitation Plans, QMRP notes, Monthly Progress Notes, Incident Management Reports for upcoming reviews and took notes in the PRRT and for the staff interviews in Reviewer 2 sections; Phone call with K. Morris, V. Coleman, and E. Farstad regarding upcoming reviews; Traveled to Memphis; Reviewed TN e-mails |
| Oct 19 | 8.00 | Re-reviewed notes in preparation for the reviews; Conducted the annual ICF-MR Review at the home of AB (Open Arms) in Reviewer 2 areas (Staff Interview; Active Treatment and Habilitation Day Programs/Community Outings; Personal Funds; Transportation Log; Achieving IHP Outcomes information); Reviewed findings with E. Farstad; Checked TN e-mails; Ensured all hand written comments and tools were completed |
| Oct 20 | 8.00 | Re-reviewed notes in preparation for the reviews; Conducted the annual ICF-MR Review at the home of DM (SRVS) in Reviewer 2 areas (Home Environment; Personal Care; Neighborhood and Yard; Meals; Staff Interview; Transportation); Reviewed findings with E. Farstad; Checked TN e-mails; Ensured all hand written comments and tools were completed |
| Oct 21 | 8.00 | Re-reviewed notes in preparation for the reviews; Conducted the annual ICF-MR Review at the home of AR (SRVS) in Reviewer 2 areas(Active Treatment and Habilitation Day Programs/Community Outings; Personal Funds; Transportation Log); Reviewed findings with E. Farstad; Ensured all hand written comments and tools were completed; Traveled from Memphis to Hartford |
| Oct 22 | 0.00 | Saturday |
| Oct 23 | 0.00 | Sunday |
| Oct 24 | 8.00 | Reviewed TN e-mails; Updated transition information on calendars; Completed and submitted travel expense voucher; Reviewed TN e-mails and downloaded nurse consultant reviews for LP, ; Typed findings into DM's Performance Review Rating Tool (Home Environment; Personal Care; Meals; Transportation; Neighborhood and Yard; Staff Competence, etc.) and submitted to E. Farstad for her comments |

| | | |
|---|---|---|
| Oct 25 | 8.00 | Reviewed TN e-mails; Organized, reviewed notes, reviewed Elf's comments and typed findings into AB's Performance Review Rating Tool in Reviewer 2 sections (Transportation Log; Staffing Competence; Personal Funds; Community Outings and Habilitation Day Services; Other IHP Outcomes; Achieving IHP Outcomes) and submitted to D. Lankau for her comments; Organized notes for AR |
| Oct 26 | 8.00 | Reviewed TN e-mails; Reviewed DL's comments on AR's Performance Review Rating Tool; Reviewed notes and completed sections in AR's tool (Transportation Log; Staffing Competence; Personal Funds; Community Outings and Habilitation Day Services; Other IHP Outcomes; Achieving IHP Outcomes) and sent onto E. Farstad for her findings; Phone call with V. Coleman regarding Open Arms findings/reviews; Downloaded and saved transition submittals for OS, CT, TC, MA, and TT; Reviewed transition correspondence and cut and pasted and updated information into the Transition Database for several class members (MS, OS, AB, TT, TC, CT, RM, TO, BS, AJ) |
| Oct 27 | 6.00 | Reviewed Transition  information for JC and sent e-mails to NKR, VVC, and L. Guy and D. Locke requesting the updated plans, home assessment, and health care plan; Reviewed investigation of EC (MOSAIC) and phone call with V. Coleman regarding transitions, MOSAIC, and monitoring visits; Printed updated transition plans for MA and reviewed new plans (Transition Health Care Plan, Individual Transition Plan) along with last submittal for necessary updates and corrections; Reviewed TN e-mails |
| Oct 28 | 8.00 | Prepared updated Transition Status list for the staff meeting; Phone call with V. Coleman regarding transition monitoring visits; Participated in staff conference call meeting to discuss upcoming reviews, schedules, ICF reviews,etc.; Developed and sent e-mail to L. Guy requesting updates on several transitions; Sent e-mail to S. Jones requesting documents for Rickey M.; Reviewed TN e-mails; Reviewed OS' updated Transition Submittal (Individual Health Care Plan, Individual Transition Plan); Found and printed previous Abuse and Neglect data tables; Reviewed air travel options with K. Morris and made air reservations for TN review trips in November (weeks of 11/14 and 11/29) and submitted travel itinerary information to C. Dowd |
| Oct 29 | 0.00 | Saturday |
| Oct 30 | 0.00 | Sunday |
| Oct 31 | 8.00 | Downloaded and reviewed updated community transition information for Jeffery C. (Health C are Plan, Home Assessments, and Transition Guidelines) and Rose R. (transition meeting document and transition plan); Updated Court Log; Printed and faxed Abuse and Neglect Trend Study information to N. Ray for her review; Downloaded SRVS Performance Review Rating Tools and combined all five typed tools into one document (re-formatted) and submitted to NKR; Worked on calculating average number of residents for Abuse and Neglect Trend Study and Annual Rates of Substantiation Table |

Total   164.00  @ $50.00 = $ 8,200

*Colleen McDowd*
*Office Administrator*
*October 2005*
*Tennessee Court Hours*

Oct 1    0.00   Weekend

Oct 2    0.00   Weekend

Oct 3    8.00   TN email; Entered/Paid bills; Scheduled appointment at storage unit with Three N Document
Destruction for shredding of 119 boxes; Began revision of ICF-MR review tools; Continued preparation
for September Court Invoice;

Oct 4    8.00   TN email; Continued revision of  ICF-MR rating tools; Paid bills; Continued preparation of September
Court Invoice; Updated Monitor's Travel Calendar and Office Calendar; Staff timesheets;

Oct 5    8.00   TN email; Emailed Summary Review of Deborah C's record to the State; Emailed ICF-MR review tools
to staff and consultants for Friday's conference call re: upcoming review; Set-up billing for supplies at
W.B. Mason Company; Spoke with Camelot Legal Copy re: error in billing; Paid bills; Continued
preparation of September Court Invoice; Began setup of next years calendar templates for the Monitor;

Oct 6    8.00   TN email; Payroll; Completed calendar templates; Finalized ICF-MR tools and copied for Friday's
conference call; Made revisions to CSR2005 Person Centered tool; Reconciled checking and savings
account;

Oct 7    8.00   TN email; Copied ICF-MR tools for upcoming review and mailed to staff and consultants; Met Three N
Document Destruction at storage shed for pick up of documents to be shred; Made Monitor's revisions
to Darlene's Langkau's review of Thomas C. (CM); Prepared Monitor's expense vouchers for 9/19/05
Nashville, 9/26/05 Memphis, and 10/04/05 Knoxville trips; Called and faxed Open Arms ICF-MR
and SRVS ICF-MR regarding upcoming review schedule and documents needed; Called ISCs
requesting ISC notes for past six months for class members in upcoming ICF-MR review; Banking;

Oct 8    0.00   Weekend

Oct 9    0.00   Weekend

Oct 10   8.00   TN email; Spoke with ADP (payroll) re: revised information on Lynn Truesdale; Continued to call ISCs
to request ISC notes for upcoming ICF-MR review; Updated office Phone/Address Directory; Paid
bills; Finalized tmls and prepared mailings of CSR reports to Mrs. Bonnee and Mr. Selkirk (Parents);
FedEx's August Invoice to Court and the State; Staff timesheets; Recorded  shredded on 10/7/05 in
database; Copied ISC notes for upcoming ICF-MR review;

Oct 11   8.00   TN email; Made Monitor's revisions to Emory Valley CSR report; Downloaded ISC notes and ISPs and
copied for upcoming ICF-MR review; Paid bills; Prepared Monitor's expense voucher for 9/19/05
Nashville trip; Proofed and made formatting revisions to Emory Valley CSR report;

Oct 12   0.00   Personal Day

Oct 13   6.00   TN email; Spoke with Compass Coordination (Barbara Davis) and Community Connections (Gina
Ware) re: missing ISC notes needed for upcoming ICF-MR Review; Made travel arrangements for the
Monitor; Staff timesheets; Fed Ex'd documents to Bonnie Maxon (consultant) for upcoming ICF-MR
review; Processed expense vouchers; Made revisions to Emory Valley and prepared for mailing;
Scanned all computers and Server for possible virus (notified by Internet Provider);

Oct 14   8.00   TN email; Made revisions to Darlene Langkau's (consultant) memo on DH (Class Member) ; Copied
ISC notes for upcoming ICF-MR review and Fed Ex'd to reviewers; Updated office phone directory,
Monitor's travel calendar;

Oct 15   0.00   Weekend

Oct 16   0.00   Weekend

Oct 17   8.00   TN mail; Researched data and created a database for non-class members and their Guardians;
Prepared staff payroll timesheets for 2006; Ordered supplies; Reviewed vendors for end of year 1099
forms; Researched an  error in journal entry for Darlene Langkau's expense reports for August and
September;

| | | |
|---|---|---|
| Oct 18 | 8.00 | TN email; Prepared monthly fiscal reports for the Monitor; Paid bills; Prepared 2006 Payroll Index; Staff timesheets; Researched mail log for non-class members who have contacted us; |
| Oct 19 | 8.00 | TN email; Logged in TN mail into database; Updated staff personnel files; Organized Monitor's reports (2001 - 2005); Spoke w/ ADP with year end payroll data changes and faxed same; Spoke with Three N Destruction requesting bill for shredding of documents on October 7, 2005; Spoke with cleaning people re: cleaning issues in office; |
| Oct 20 | 8.00 | TN email; Logged in TN mail into the database; Continued researching phone records for calls from non-class members and updated non-class member database; Entered bills; Payroll; Began preparation of October Court (Invoice), Staff timesheets; |
| Oct 21 | 8.00 | TN email; Logged in TN mail into database; Updated employee personnel files; Made travel arrangements for Monitor's 11/14/05 trip to Memphis; Updated Monitor's travel calendar; Prepared Monitor's 10/17/05 Expense Voucher; Updated FedEx Directory; Prepared labels for general mailings; |
| Oct 22 | 0.00 | Weekend |
| Oct 23 | 0.00 | Weekend |
| Oct 24 | 8.00 | TN email; Fed Ex'd September Court Invoice to Judge Donald and the State; Processed expense vouchers; Researched rental car pricing; Faxed request for copy of airline tickets for Lynn Truesdale; Mailed timesheet templates for remainder of year to Lynn Truesdale; Entered/Paid bills; Updated Emergency Contact List for the office; Began preparation of October Court Invoice; Printed up and mailed 2006 timesheet templates to Vickey Coleman and Lynn Truesdale; Researched and faxed parking receipt from August travel voucher to Shauna Williams; |
| Oct 25 | 8.00 | TN email; Updated non-class member database; Purged files in administrative file; Prepared TN Mail File Drawers for 2006; Paid bills; Processed Expense Vouchers; Reconciled Visa Account; Faxed Satisfaction Survey of Community Parents and Guardians to William Sherman; Spoke with Quality Retail re: service for Copier; |
| Oct 26 | 8.00 | TN email; Updated Monitors travel calendar; Updated Travel Profiles for staff and consultants; Prepared 2006 Court Log templates for self and Monitor; Ordered Supplies; Paid bills; Downloaded numerous ISPs from Neighborhood Network; Processed expense vouchers; Updated hotel directory for staff travel; Prepared November Court Log template for Pat Bulgaro; Staff Timesheets; Faxed Spectrum CSR2005 Report to Karla Reed; Continued preparation of October Court Invoice; Began preparation of Holiday Mailing; |
| Oct 27 | 8.00 | TN email; Updated office mailing/phone directory and copied for staff; Prepared labels for Holiday Mailing; Entered/Paid bills; Updated Monitor's travel calendar; Prepared Monitor's 10/24/05 Travel Voucher; Called Tangela Watkins re: address of William Selkirk (Parent of Non-Class member); |
| Oct 28 | 8.00 | TN email; Staff Meeting; Re-mailed Community Status Review reports to William Selkirk (Parent of Non-Class Member); Prepared for 11/8 payroll (out of office next week); Continued preparation of October Court Invoice; Continued preparation of 2006 Correspondence File; Downloaded numerous updated ISPs from Neighborhood Network; Made travel arrangements for 11/15 and 11/28 trips for Lynn Truesdale and Kelly Morris; |
| Oct 29 | 0.00 | Weekend |
| Oct 30 | 0.00 | Weekend |
| Oct 31 | 8.00 | TN email; Completed preparation of 2006 Correspondence file; Purged Community and ADC class Member files of documents from year 2000 and before (for storage or shredding); |
| **Total** | **158.00** | **@ $50.00 = $7,900.00** |

*Erin A. Farstad*
*Research Associate*
*October 2005*
*Tennessee Court Hours*

| | | |
|---|---|---|
| Oct 1 | 0.00 | Weekend |
| Oct 2 | 0.00 | Weekend |
| Oct 3 | 8.00 | Printed Directions for N. Ray and L. Truesdale for Emory Valley review; Edited Service Denials for January 2005 and printed analysis for N. Ray with only 2005 Service Denials; Entered Community Incident Reports for 9/17-23/05; Edited Ekes PRRT and entered the info into 2005 ADC PRRT Summary database; Entered AOD Report for HR; Edited VH's PRRT; |
| Oct 4 | 8.00 | Analyzed Service Denial data for 2005; Worked on Clinical Records Summary from 2005 ADC review. |
| Oct 5 | 8.00 | Filed mail; Entered AOD Report for 10/4/05; Entered ADC Review PCRTs for MB, NC, AB, RC, DD, JK, EM, MM, LT, JT, CW, and HW. |
| Oct 6 | 8.00 | Worked on Clinical Records Summary from 2005 ADC review. |
| Oct 7 | 4.00 | Worked on Clinical Records Summary from 2005 ADC review; Entered AOD report for 10/6/05; Created database for September 2005 Service Denials. |
| Oct 8 | 0.00 | Weekend |
| Oct 9 | 0.00 | Weekend |
| Oct 10 | 8.00 | Read over material for upcoming ICF-MR review for AB and DM; Printed directions from Memphis Airport to SRVS office for N. Ray; Filed Reviewer 1 material from Emory Valley Review; Entered September Service Denials into database. |
| Oct 11 | 8.00 | Finished entering September 2005 Service Denials into database; entered 2 AOD reports for 10/10/05; Filed mail; Updated 2005 ADC review clinical records summary; Updated Service Denial Analysis; Entered Community Incident Reports for 9/24-30/05. |
| Oct 12 | 8.00 | Finished reviewing material for upcoming ICF-MR review; filed mail; searched internet for information regarding services in GA. |
| Oct 13 | 8.00 | Entered AOD report for 10/12/05; Worked on Transportation Summary for 2005 ADC review; |
| Oct 14 | 8.00 | Filed mail; Attended Investigations follow-up meeting with N. Ray, L. Truesdale, V. Coleman, and K. Morris; worked on Transportation Summary for 2005 ADC review. |
| Oct 15 | 0.00 | Weekend |
| Oct 16 | 0.00 | Weekend |
| Oct 17 | 8.00 | Searched databases for information regarding D. Hollins; Entered AOD report for RS; Worked on Transportation Summary for 2005 ADC Review. |
| Oct 18 | 8.00 | Completed Transportation summary for 2005 ADC review; Worked on Staff Presence, Conduct, and Competence summary for 2005 ADC review. |
| Oct 19 | 8.00 | Travel to Memphis; Review Open Arms ICF-MR and AB. |
| Oct 20 | 8.00 | Review of SRVS ICF-MR and DM; Work on PRRT for AB. |
| Oct 21 | 8.00 | Review of SRVS ICF-MR and AR; Work on PRRT for DM; Travel to Albany. |
| Oct 22 | 0.00 | Weekend |
| Oct 23 | 0.00 | Weekend |
| Oct 24 | 8.00 | Entered AOD reports for 10/18-21/05; Worked on PRRTs for AB and AR; Created PCRT database for 2005 ICF-MR Review. |
| Oct 25 | 8.00 | Finished creating database for ICF-MR PCRTs; Entered Community Incident reports for 10/1-14/05; Entered AOD report for TW; Entered 2005 ICF-MR review PCRTs into database for KB, JS, and JT. |
| Oct 26 | 8.00 | Created 2005 ICF-MR Review PRRT Summary database; Completed DM's PRRT and emailed to D. Langkau; Completed AR's PRRT; Filed mail; Updated 2005 ADC PRRT Summary; Emailed Georgia Division of Mental Health in regards to services for TM should she move to GA. |

| Oct 27 | 8.00 | Edited 2005 ADC Review Report; Printed various copies of amendments to the waiver for NKR; Entered AOD report for 10/26/05; Worked on compiling a summary of 2005 ADC review PRRT comments. |
| Oct 28 | 8.00 | Completed summary of 2005 ADC PRRT comments; Attended staff meeting with N. Ray, C. Dowd, L. Truesdale, V. Coleman, and K. Morris; Edited 2005 ADC Review PRRTs for accuracy. |
| Oct 29 | 0.00 | Weekend |
| Oct 30 | 6.00 | Completed 2005 ADC Review PRRT comments spreadsheets for PRRT sections 7-18; Edited 2005 ADC Review PRRT. |
| Oct 31 | 0.00 | Personal time |
| **Total** | **162.00** | @ $40 = $6,480.00 |

*Kelly A. Morris*
*Research Associate*
*October 2005*

*Tennessee Court Hours*

| Oct 1 | 0.00 | |
|---|---|---|
| Oct 2 | 0.00 | |
| Oct 3 | 8.00 | Logged in Tennessee correspondence; reviewed the October issue of the ADC newsletter; spoke with an ISC regarding the services for a non-class member and wrote corresponding memo to Dr. Ray; obtained current guardian addresses, updated the Guardian database, and re-issued mailings to current addresses; updated end of the month class member count database to reflect moves during September |
| Oct 4 | 8.00 | Updated ADC Hospitalization database; downloaded Emory Valley report and tools and sent to L. Truesdale; reviewed MG's 2005 ISP to check for pertinent updates as noted in Mosaic's 2005 CSR report; logged in Tennessee correspondence; began writing memo regarding the personal belonging review at ADC |
| Oct 5 | 8.00 | Spoke with H. Sloves regarding the referral of an individual to his agency; copied documents for the Open Arms reviews; logged in Tennessee correspondence; completed memo regarding the personal belong review at ADC |
| Oct 6 | 8.00 | Copied documents for the SRVS ICF-MR reviews; logged in Tennessee correspondence; complied Crisis Management Reports and Investigation Reports involving Open Arms and SRVS ICF-MR residents into charts for reviews |
| Oct 7 | 8.00 | Copied tools for the Open Arms and SRVS ICF-MR reviews; discussed the ICF-MR review schedule with L. Truesdale; put together and mailed packets of review documents to reviewers and consultants; attended staff meeting to discuss ICF-MR review tools and procedures; combined the Emory Valley Performance Review Rating Tools of DW and SA into one chart |
| Oct 8 | 0.00 | |
| Oct 9 | 0.00 | |
| Oct 10 | 8.00 | Updated ADC Hospitalization database; logged in Tennessee correspondence; copied death record documents for ML and MB for J. Derryberry; edited personal belonging memo; logged in Tennessee correspondence; continued putting together packets for ICF-MR reviews |
| Oct 11 | 8.00 | Pulled investigation recommendation follow-up letters from files and copied for review; contacted L. Anderson regarding missing investigation follow-up letters; contacted ISCs to obtain current guardian addresses; obtained directions for Open Arms reviews; entered CSN Weekly Status Updates; logged in Tennessee correspondence; general office filing |
| Oct 12 | 7.00 | Conducted back-up of the server; downloaded and printed NKRAssociates e-mail; logged in Tennessee correspondence; downloaded and printed ISC notes for ICF-MR review; downloaded and printed follow-up investigation letters to agencies; general office filing |
| Oct 13 | 8.00 | Conducted back-up of the server; downloaded and printed NKRAssociates e-mail; logged in Tennessee correspondence; forwarded investigation reports to J. Derryberry and J. Gran; wrote letter to S. Forsythe requesting additional information for investigation follow-up; reviewed and edited the Emory Valley review report; updated ADC Hospitalization database |
| Oct 14 | 8.00 | Logged in Tennessee correspondence; updated guardian database; updated class member phone numbers; made copies of investigation follow-up letters and mailed to V. Coleman and L. Truesdale; attended staff meeting regarding investigation follow-up review; spoke with L. Truesdale and V. Coleman regarding scheduling of reviews |
| Oct 15 | 0.00 | |
| Oct 16 | 0.00 | |
| Oct 17 | 8.00 | Reviewed materials and took notes on review tools for review of NB; contacted ISC agency to request up-to-date ISPs; created chart to use for ADC Logbook Review data and began typing in entries from unit logbooks; logged in Tennessee correspondence |

| | | |
|---|---|---|
| Oct 18 | 8.00 | Reviewed materials and took notes on review tools for reviews of JH and OB; updated class member address database; logged in Tennessee correspondence |
| Oct 19 | 8.00 | Flew from Albany to Memphis; reviewed notes on NB for home review; conducted review of the supports and services received by Open Arms class member NB; completed review tools; reviewed notes on JH for home review |
| Oct 20 | 8.00 | Conducted review of the supports and services received by Open Arms class member JH; completed review tools; reviewed notes on OB for home review |
| Oct 21 | 8.00 | Conducted review of the supports and services received by Open Arms class member OB; completed review tools; flew from Memphis to Albany |
| Oct 22 | 0.00 | |
| Oct 23 | 0.00 | |
| Oct 24 | 8.00 | Logged in Tennessee mail; reviewed TN e-mails from previous week; downloaded investigation follow-up letters and filed with abuse and neglect information; spoke with investigator Andre Walker regarding an incident; contacted ISC to obtain new guardian address and updated in database and re-mailed report |
| Oct 25 | 8.00 | Began typing review notes into Performance Review Rating Tool for NB; spoke with investigator Andre Walker regarding an incident; logged in Tennessee correspondence; updated ADC Hospitalization database |
| Oct 26 | 8.00 | Finished typing Performance Review Rating Tool for NB; downloaded and saved transition and investigation databases for L. Truesdale; logged in Tennessee mail; began typing review notes into Performance Review Rating Tool for OB |
| Oct 27 | 8.00 | Updated Crisis Management database; copied investigation reports and mailed to L. Truesdale; finished typing Performance Review Rating Tool for OB; logged in Tennessee mail; spoke with V. Coleman regarding reviews the week of 11/14 and OB's oral hygiene; called ISC agencies to request documents for reviews of BF and JC; copied investigation follow-up information for V. Coleman |
| Oct 28 | 8.00 | Attended staff meeting; compiled CSN Weekly Status Updates, Crisis Management Reports, and Investigation Report information for JC and BF for reviews; copied tools and created packets for reviews of JC and BF for V. Coleman; downloaded and copied transition information for the staff meeting; logged in Tennessee correspondence; began typing review findings into Performance Review Rating Tool for JH |
| Oct 29 | 0.00 | |
| Oct 30 | 0.00 | |
| Oct 31 | 8.00 | Logged in Tennessee mail; finished typing Performance Review Rating Tool for JH; reformatted and combined PRRTs for all four Open Arms homes reviewed; downloaded and printed combined SRVS PRRT and transition documents for L. Truesdale; downloaded GJ's ISP and ISC Notes |

**Total   167.00  @$50.00 = $8,350.00**

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054

EXPENSES 10/4-5/05

**PURPOSE:**

OCTOBER 4 – (Travel to Knoxville); Review of class member SA and notes; Review of ADC staff summary memos for Domains 1 -5; Review of ADC summary memo regarding communication/sensory issues; Review of investigation recommendations in preparation for follow-up review; TN e-mail

OCTOBER 5 – (Travel to Albany); Review of class member DW and notes; PRRT completion for Emory Valley reviews

**EXPENSES:**

| | | |
|---|---|---|
| ❑ | US Air (Albany-Knoxville-Albany, 10/4-5/05) | $164.30 |
| ❑ | Hampton Inn (Oakridge 10/4-5 /05) | $ 81.59 |
| ❑ | Hertz (Knoxville, 10/4-5/05) | $129.14 |
| ❑ | Per Diem (2 days @ $42/day) | $ 84.00 |
| | **TOTAL** | **$459.03** |

```
RAS210           USAIRWAYS TICKET DATABASE           10/10/05   10:04:25
RS210M1              IMAGE DISPLAY                 001 OF 001
                  SP ACCB   PNR: CJYSZZ ARC-STAT:
NAME: RAY/NANCY            TICKET NO: 037 2179243163 0001 (ET)
ISSUR NO: 3400378 ISU TIME: 13.12.00                  34003782
ISU DATE: 09-07-05 PLACE: WINSTON SALEM      AGENT: WBP XTM  CRO
   FLT-DETAIL DPTR  ORGIN DESTN  FARE-BASIS-CD   NVB   NVA STATUS
1 X US 1145 T  04OCT ALB   CLT   TRA7SN       04OCT 04OCT FLWN
2 O US 2481 T  04OCT CLT   TYS   TRA7SN       04OCT 04OCT FLWN
3 X US 2433 T  05OCT TYS   CLT   TRA7SN       05OCT 05OCT FLWN
4   US 270 T   05OCT CLT   ALB   TRA7SN       05OCT 05OCT FLWN
FP TBM*VI4427110001991888$09/05*061045* /FC ALB US X/CLT US TYS59.54TRA7SN US
X/CLT US ALB59.53TRA7SN 119.07 END ZPALBCLTTYSCLT XT10.00AY13.50XFALB3CLT3TYS4
.5CLT3 /ER NO RFND/STNDBY/CHG FEE/CXL BY FLT DT/AFT DPT CHG BY FLT DT


**– PRINTED  AMOUNT –** **– PROCESSED  AMOUNT –** TOUR:
EQ FARE            SVC:              INP SRC : TCN
  FARE:     119.07 USD  FARE:    119.07 USD  SYS DATE : 09/08/05
   TAX: XF   13.50    TAX: XF    13.50    ATAC DATE: 09/07/05
     XT     31.73      XT     31.73    PRA DATE : 09/09/05
 TOTAL:    164.30 USD TOTAL:   164.30 USD  STATUS  :
MESSAGE=>
PF1=HELP      PF3=RET  PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
         PF13=IMAGE  PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```

*Hampton*

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. " I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account." In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

signature:

| 10/04/05 | 285803 | GUEST ROOM | $71.10 |
| 10/04/05 | 285803 | STATE TAX | $6.93 |
| 10/04/05 | 285803 | CITY TAX | $3.56 |
| | | WILL BE SETTLED TO VS ************1888 | $81.59 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.  To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

| account no. | date of charge | folio/check no. |
| | | 94989    A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature of card member<br>X | total amount | 0.00 |

The Hilton Family        Hilton                                                     Hampton        Hilton Garden Inn                          thanks.

```
              KNOXVILLE AIRPORT
RENTAL RECORD:              655971960
NANCY RAY
COMPLETED BY:                   2307
RENTED:  KNOXVILLE AIRPORT
RENTAL:   10/04/05   12:53
RETURN:   10/05/05   14:12
MILES IN: 27023  OUT: 26951
MILES DRIVEN:    72
PLAN IN/OUT: 0502A  /0502A
CLS: C

   1 DAYS        72.50    72.50
   1 EX HOURS    37.00    37.00
DISCOUNT 20%              21.90
SUBTOTAL                  87.60ff
CONCESSION FEE RECOVERY   10.89
FF SURCHARGE               0.50
FUEL & SVC MI @  .223     16.06
TX 12.250% ON  115.05     14.09
NET DUE                  129.14
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXX1888
FF# US 2050440
FF MILES AWARDED    88

  Thank you for renting from
```

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054

EXPENSES 10/17-19/05

**PURPOSE:**

OCTOBER 17 – (Travel to Memphis), Review of incidents/abuse and neglect cases at SRVS ICF-MR programs; Site review of JT at Child's ICF; Phone call to T. Kramer regarding her sister and class member RR; Documentation of survey tools for JT; TN e-mail

OCTOBER 18 – Site review of JS at Hancock ICF; In-service training session at SRVS for managers of supported living home; Phone call with M. Mills of Evergreen Ministries (new provider); Documentation of survey tools for JS; TN e-mail

OCTOBER 19 – Site review of KB at St. James ICF; Phone call from J. Derryberry regarding Settlement Agreement, Town Hall meetings, etc.; Prepare training materials for documentation of day services and monthly reviews; Documentation of survey tools for KB (Travel from Memphis to Albany)

**EXPENSES:**

| | | |
|---|---|---|
| ❏ | US Air (Albany-Memphis-Albany, 10/17–19/05) | $ 619.80 |
| ❏ | Hilton (Memphis, 10/17-19/05) | $ 189.27 |
| ❏ | Hertz (Memphis, 10/17-19/05) | $ 229.49 |
| ❏ | Per Diem (3 days @ $42/day) | $ 126.00 |
| | **TOTAL** | **$ 1164.56** |

```
RAS210           USAIRWAYS TICKET DATABASE        10/24/05   08:06:47
RS210M1                 IMAGE DISPLAY             001 OF 001
                  SP ACCB   PNR: KRRCNN ARC-STAT:
NAME: RAY/NANCY           TICKET NO: 037 2179449196 0001  (ET)
ISSUR NO: 3400895 ISU TIME: 12.40.00              34008951
ISU DATE: 09-22-05 PLACE: USAIRWAYS.COM     AGENT: WBV UWT  WEB
   FLT-DETAIL DPTR  ORGIN DESTN  FARE-BASIS-CD   NVB  NVA  STATUS
1 X US 1145 H  17OCT ALB   CLT    HE141QN0       17OCT 17OCT FLWN
2 O US 2601 H  17OCT CLT   MEM    HE141QN0       17OCT 17OCT FLWN
3 X US 2264 H  19OCT MEM   CLT    HE141QN0       19OCT 19OCT FLWN
4   US 270 H   19OCT CLT   ALB    HE141QN0       19OCT 19OCT FLWN
FP TBM*BA4427110001991888$09/07*013927* /FC ALB US X/CLT US MEM273.49HE141QN0
US X/CLT US ALB273.49HE141QN0 546.98 END ZPALBCLTMEMCLT XT10.00AY9.00XFALB3CLT
3CLT3 /ER STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT


**– PRINTED AMOUNT –** **– PROCESSED AMOUNT -** TOUR:
EQ FARE          SVC:            INP SRC : TCN
 FARE:     546.98 USD  FARE:    546.98 USD  SYS DATE : 09/23/05
 TAX XF    9.00    TAX XF    9.00   ATAC DATE: 09/22/05
    XT    63.82      XT   63.82    PRA DATE : 09/23/05
TOTAL:    619.80 USD TOTAL:   619.80 USD  STATUS :
MESSAGE=>
PF1=HELP      PF3=RET PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
        PF13=IMAGE  PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```

RAY, NANCY                                      710/K1
NKR AND ASSOC INC                              10/17/05 5:12PM
318 DELAWARE AVE                               10/19/05
DELMAR, NY 12054-1911
US                                             1/0
                                               80.00
N K R ASSOC

                        RATE PLAN        L-K4

                        HH# 613871854 DIAMOND
                        AL:  US #2050440
                BONUS AL:              CAR:

Confirmation Number : 3220182019


10/19/05     PAGE     1


| 10/17/05 | EXT-#710 L 881-4265 0022 17:31 | LINTR | 533434 | $0.75 |
| 10/17/05 | EXT-#710 L 881-4265 0003 20:58 | LINTR | 533545 | $0.75 |
| 10/17/05 | EXT-#710 L 881-4265 0009 21:31 | LINTR | 533597 | $0.75 |
| 10/17/05 | GUEST ROOM | AUDIT | 534018 | $80.00 |
| 10/17/05 | STATE TAX | AUDIT | 534018 | $7.40 |
| 10/17/05 | COUNTY TAX | AUDIT | 534018 | $4.00 |
| 10/17/05 | CITY TAX | AUDIT | 534018 | $1.36 |
| 10/18/05 | EXT-#710 L 881-4265 0021 18:18 | LINTR | 534647 | $0.75 |
| 10/18/05 | EXT-#710 L 881-4265 0003 22:30 | LINTR | 534808 | $0.75 |
| 10/18/05 | GUEST ROOM | AUDIT | 535204 | $80.00 |
| 10/18/05 | STATE TAX | AUDIT | 535204 | $7.40 |
| 10/18/05 | COUNTY TAX | AUDIT | 535204 | $4.00 |
| 10/18/05 | CITY TAX | AUDIT | 535204 | $1.36 |


WILL BE SETTLED TO VS ************1888                        $189.27

EFFECTIVE BALANCE OF                                          $0.00


*Hilton HHonors (R) stays post to your account within 72 hours of checkout.*
*To check your earnings for this stay or any other stay at more than 2,700*
*hotels worldwide visit www.hiltonhhonors.com*


                                               140064  A

**NANCY RAY**
**RR   663764286**
VEHICLE NO. 01692 /1800374    #02 EST

### ESTIMATE OF CHARGES

RENTED: 10/17/05 12:42 @ MEMPHIS INT'L A/P
RETURN: 10/19/05 16:00 @ MEMPHIS INT'L A/P

*Hertz*

```
   3 @ $   53.99 / DAY      WITH ALL MILES FREE  $      161.97
PROMOTIONAL COUPON 971655 APPLIED AT RETURN                  ****
SUBTOTAL 1                                        $      161.~7
DISCOUNT -       R          5 %                   $        8.10
SUBTOTAL 2                                       T$      153.87
```

**ADDITIONAL CHARGES**
FF:  US  2050440
FF SURCHARGE - UP TO $.50 PER DAY/$2.00 MAX. PER
RENTAL APPLIES WHEN FF MILES EARNED.                          ****
FEES FOR ANY ADDITIONAL AUTHORIZED OPERATORS
NOT INCLUDED.                                                 ****

**OPTIONAL SERVICES**
LDW       DECLINED
LIS       DECLINED
PAI, PEC  DECLINED
FUEL & SERVICE  $.352 /MI    $ 6.69 /GL   18.0/TK CAP (T)
FUEL & SERVICE CHARGES CALCULATED AT RETURN   .              ****

**TAX / FEES**
```
CONCESSION FEE RECOVERY                           T$       15.39
TAX   14.250 % ON TAXABLE TTL OF $    169.26      $        24.12
```

**TOTAL ESTIMATED CHARGE**                        $       193.38

---

```
                     MEMPHIS INT'L A/P
RENTAL RECORD:            663764286
NANCY RAY
COMPLETED BY:                 7355
RENTED:  MEMPHIS INT'L A/P
RENTAL:   10/17/05   12:19
RETURN:   10/19/05   15:48
MILES IN: 02846  OUT: 02732
MILES DRIVEN:   114
PLAN IN/OUT: STDR  /STDR
CLS: C

   3 DAYS        53.99   161.97
DISCOUNT  5%              8.10
SUBTOTAL               153.87ff
CONCESSION FEE RECOVERY  15.39
FF SURCHARGE              1.50
FUEL & SVC 6.690 GL 6/8  30.11
TX 14.250% ON   200.87   28.62
NET DUE                 229.49
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXX1888
FF# US 2050440
FF MILES AWARDED    154

     Thank you for renting from
```

THIS IS ONLY AN ESTIMATE. It assumes that (1) you will rent and return
the identified vehicle at the times and places indicated, (2) if a mileage
charge applies, you will drive no more than the number of miles indicated
and (3) you will not incur any charges that either are listed above
opposite "****" or cannot be calculated until return. If any of these
assumptions is incorrect, additional charges or charges at higher rates
may apply.
PLAN OUT: STDR        RATE CLASS: C
CC AUTH WOULD BE   $ 243.00
PRINTED: 10 / 17 / 05 12:12     PREPARED BY: 6892/TNMEM11

**Nancy K. Ray, Ed.D.**
**Monitor for the Remedial Order**
NKR & Associates, Inc.
318 Delaware Avenue
Delmar, NY 12054

EXPENSES 10/24-26/05

**PURPOSE:**

OCTOBER 24 – Travel to Nashville; Revise and update ADC review data base; Work on ADC annual review report; Meeting with D. Payne and R. Shelton (DMRS) regarding protection from harm; Phone call from Mrs. Davis regarding JE who is seeking residential services; Phone call from Ms. Lanier regarding her son's need for dental services; Corespondence with State officials regarding the same; TN e-mail

OCTOBER 25 – Parties conference call of Settlement Agreement; Memo to Debbie Payne on investigation improvement issues and our meeting of 10/24/05; Work on ADC Annual Report; TN e-mail

OCTOBER 26 – (Travel from Nashville to Albany); Work on ADC Report; Phone conference with S. Norris regarding Settlement Agreement, parent concerns, MOSAIC, and recent reports related to dental services; Phone call to Leon Owens regarding November briefing; Phone call to Larry Latham regarding transition planning; TN mail and e-mail

**EXPENSES:**

| | | |
|---|---|---|
| ❑ | US Air (Albany-Nashville-Albany, 10/24-26/05) | $ 226.80 |
| ❑ | Holiday Inn Opryland (Nashville, 10/24-26/05) | $ 171.38 |
| ❑ | Hertz (Nashville, 10/24-26/05) | $ 66.79 |
| ❑ | Per Diem (3 days @ $42/day) | $ 126.00 |
| | **TOTAL** | **$ 590.97** |

```
RAS210           USAIRWAYS TICKET DATABASE        10/27/05   14:55:34
RS210M1          IMAGE DISPLAY                     001 OF 001
                 SP ACCB   PNR: FDUBBF ARC-STAT:
NAME: RAY/NANCY              TICKET NO: 037 2179733723 0001 (ET)
ISSUR NO:  3400378 ISU TIME: 09.35.00             34003782
ISU DATE: 10-13-05 PLACE: WINSTON SALEM     AGENT: WBP XTM  CRO
   FLT-DETAIL DPTR  ORGIN DESTN   FARE-BASIS-CD   NVB   NVA STATUS
1 X US 1145 L  24OCT ALB   CLT    LFX7NZ        24OCT 24OCT FLWN
2 O US  941 L  24OCT CLT   BNA    LFX7NZ        24OCT 24OCT FLWN
3 X US  895 T  26OCT BNA   CLT    TROA7QN3      26OCT 26OCT INFO
4   US  984 T  26OCT CLT   ALB    TROA7QN3      26OCT 26OCT INFO
FP TBM*VI4427110001991888$09/07*083007* /FC ALB US X/CLT US BNA110.70LFX7NZ US
  X/CLT US ALB67.90TROA7 QN3 178.60 END ZPALBCLTBNACLT XT10.00AY12.00XFALB3CLT3
  BNA3CLT3 /ER STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT


**– PRINTED AMOUNT –** **– PROCESSED AMOUNT -**  TOUR:
EQ FARE            SVC:            INP SRC :  TCN
 FARE:     178.60 USD  FARE:      178.60 USD  SYS DATE : 10/14/05
  TAX: XF   12.00    TAX: XF    12.00   ATAC DATE: 10/13/05
    XT     36.20     XT     36.20   PRA DATE : 10/14/05
TOTAL:     226.80 USD TOTAL:    226.80 USD  STATUS :
MESSAGE=>
PF1=HELP      PF3=RET  PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
       PF13=IMAGE  PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```



Nashville Opryland Airport

| Nancy Ray<br>345 Wellington Raod<br>Delmar<br>NY 12054 | | Membership No. | PC | 228667329 |
| | | A/R Number | | |
| | | Group Code | | |
| | | Folio/Invoice No. | 28445 | |

| Room No. | **1412** | | Page No. | 1 of 1 |
| Arrival | 10-24-05 | | Cashier No. | 107 |
| Departure | 10-26-05 | | User ID | DEBBIE |

**www.ichotelsgroup.com**

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 10-24-05 | *Accommodation | 75.00 | |
| 10-24-05 | State Tax 9.25% | 6.94 | |
| 10-24-05 | Occupancy Tax 5% | 3.75 | |
| 10-25-05 | *Accommodation | 75.00 | |
| 10-25-05 | State Tax 9.25% | 6.94 | |
| 10-25-05 | Occupancy Tax 5% | 3.75 | |
| | **Total** | **171.38** | **0.00** |
| | **Balance** | **171.38** | |

Thank you for staying at the Holiday Inn Select Nashville Opryland.  Qualifying points for this stay will automatically be credited to your account.   To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com.  We look forward to welcoming you back soon.

**Guest Signature:** _____

I have received the goods and / or services in the amount shown here. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

RETURN LOCATION COPY - NOT VALID FOR RENTAL.

E  1/8  1/4  3/8  1/2  5/8  3/4  7/8  F
I DID buy gas and the fuel gauge level is:  (Circle One)
___  I did NOT buy gas.

RETURN MILEAGE: _____

RETURN DATE: _____    RETURN TIME: ____:____  AM.
                                                  PM.

CHARGES WILL BE MAILED TO YOU PROMPTLY.
FOLLOWING INFORMATION AND DEPOSIT THIS CARD IN THE
EXPRESS RETURN BOX.  A DETAILED COPY OF YOUR RENTAL
IF USING EXPRESS RETURN, PLEASE COMPLETE THE

# HERTZ EXPRESS RETURN

---

Thank you for renting from

FF MILES AWARDED        52
FF# US 2050440
CREDIT CARD #: XXXXXXXXXXXXX1888
PAID BY: VISA
NET DUE               66.79
TX 12,250% ON  59.50    7.28
FUEL & SVC MI @ .279    1.95
FF SURCHARGE            1.00
CONCESSION FEE RECOVERY 4.95
SUBTOTAL               51.60ff
DISCOUNT 20%           12.90
PROMO 036713    -      64.50
2 DAYS   64.50    129.00

CLS: C
PLAN IN/OUT: 0502A /0502A
MILES DRIVEN:           7
MILES IN: 02183  OUT: 02176
RETURN:  10/26/05  05:14
RENTAL:  10/24/05  13:08
RENTED: NASHVILLE INT'L A/P
COMPLETED BY:
NANCY RAY                3958
RENTAL RECORD:     667904742
NASHVILLE INT'L A/P

---

## Hertz

RR 667904742  VEH 01494 /2192920  #01 GS
NANCY RAY

CLS C4
06N65Z  LIC: TN TGJ598
FUEL OUT: 8/8   MILES OUT: 2176
CDP: 1465151 - NKR & ASSOCIATES INC
FF: US 2050440
FF SURCHARGE - UP TO $.50 PER DAY/$2.00 MAX. PER
RENTAL APPLIES WHEN FF MILES EARNED.
RES: DO70492062623/0502A    /C
PREPARED BY: 1540/TNNA541
THIS IS YOUR STATED RETURN
RETURN: 10/26/05 06:30 @ NASHVILLE INT'L A/P
RENTED: 10/24/05 13:08 @ NASHVILLE INT'L A/P
PLAN OUT: 0502A        C
$  2 @  64.50 PER DAY  WITH ALL MILES FREE
$            33.00 PER HR EX HR
(T) RATE CLASS:
PROMOTIONAL COUPON  036713    1
DISCOUNT -  R  20 %
%
CONCESSION FEE RECOVERY          9.25% (T)
DECLINED  LDW
DECLINED  US
PAI, PEC: DECLINED
FUEL & SERVICE  $ .279 /MI    $ 6.69 /GL   18.0/TK CAP (T)
TAX RATE - 12.250%
RENT FP: VISA  XXXXXXXXXXXXX1888
AUTHORIZED FOR   $  177.00

**Vickey V. Coleman**
**835 Oak View Loop**
**Bolivar, TN 38008-3881**
**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**

**Expenses for Month of October 2005**

**EXPENSES**

- Mileage Reimbursement for the month of October 2005          $257.99

- Per diem @ $25.00 x 5 days for October 2005          $125.00

**TOTAL**          **$382.99**

*Vickey Coleman*

**Vickey V. Coleman**

**835 Oakview Loop**

**Bolivar, TN  38008-3881**

| Date | Destination | Mileage |
|------|-------------|---------|
| 10/5/2005 | Home/Office to ADC* | 102 |
| 10/13/2005 | Home/Office to ADC* | 102 |
| 10/19/2005 | Home/Office to Memphis* | 139 |
| 10/20/2005 | Home/Office to Memphis* | 151 |
| 10/21/2005 | Home/Office to Memphis* | 143 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total Mileage** | 637 |
| | **Total Reimbursement @ 40.5 cents/mile** | $257.99 |

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*52 Perry Hill Road, Apt. 7H*
*Ashford, CT 06278*

### Expenses for Week of October 4-5, 2005

**Purpose: To conduct annual reviews of class members SA and DW (Emory Valley).**

**Expenses**

| | |
|---|---|
| ☐ US Airways-round trip Hartford, Knoxville, Hartford | $ 210.80 |
| ☐ Lodging: Hampton Inn and Suites, Oak Ridge | $ 81.59 |
| ☐ Airport parking (Bradley Airport, 10/4/05-10/5/05) | $ 15.00 |
| ☐ Per Diem (2 days @ $42/day) | $ 84.00 |

**TOTAL**         $ 391.39

Case 2:92-cv-02062-JPM-tmp    Document 2057    Filed 12/09/05    Page 35 of 89    PageID
10102

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add tickets@usairways.com to your address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: GVWPQY**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| **8:00A** Depart Hartford,CT/Springfield,MA (BDL)<br>**9:53A** Arrive Charlotte, NC (CLT) | Oct 4 | US Airways **1480** | T | 10F |
| **11:00A** Depart Charlotte, NC (CLT)<br>**11:57A** Arrive Knoxville, TN (TYS) | Oct 4 | US Airways Express **2481**<br>operated by PSA AIRLINES | T | 02A |
| **7:25P** Depart Knoxville, TN (TYS)<br>**8:20P** Arrive Charlotte, NC (CLT) | Oct 5 | US Airways Express **2433**<br>operated by PSA AIRLINES | L | 02A |
| **9:20P** Depart Charlotte, NC (CLT)<br>**11:15P** Arrive Hartford,CT/Springfield,MA (BDL) | Oct 5 | US Airways **28** | L | 13C |

## Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| TRUESDALE, LYNN | US 9D662N4 | 0372179242998 | 160.93 | 49.87 | 210.80 |

## Payment Information

USD210.80 has been billed to:  xxxxxxxxxxxx5346 - Exp. 01/07

## Ticket Restrictions

NO RFND/STNDBY/CHG FEE/CXL BY FLT DT/AFT DPT CHG BY FLT DT

## Travel Services

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. * I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. * In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| 10/04/05 | 285814 | GUEST ROOM | $71.10 |
| 10/04/05 | 285814 | STATE TAX | $6.93 |
| 10/04/05 | 285814 | CITY TAX | $3.56 |
| | | WILL BE SETTLED TO VS ************5346 | $81.59 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

| account no. | | date of charge | folio/check no. |
| | | | 94990    A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

The Hilton Family    Hilton    (logo)    E    Hampton    Hilton Garden Inn    (logo)    **thanks.**

Bradley Airport Lot 3
Apcoa Parking
Windsor Locks CT


Fee Computer Number:                              11
Cashier:                             GAIL ID #25
Transaction Number:                          21285
Entered:                      10/04/2005  08:42
Exited:                       10/05/2005  19:41
Ticket #76171                     Dispenser #33
Rate:                                      Area 7
**Total Fee:**                            **$15.00**
Visa                                       $15.00
442711000485XXXX

                    Thank you

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*52 Perry Hill Road, Apt. 7H*
*Ashford, CT 06278*


**Expenses for Week of October 18-21, 2005**

**Purpose: To conduct annual Community Status Reviews of SRVS-ICF and Open Arms ICF (class members DM, AR, and AB).**

**Expenses**

| | |
|---|---|
| ☐ US Airways-round trip Hartford, Memphis, Hartford | $ 621.30 |
| ☐ Lodging: Hampton Inn and Suites, Memphis | $ 250.44 |
| ☐ Airport parking (Bradley Airport, 10/21/05) | $   4.50 |
| ☐ Hertz Rental (10/18-10/21/05) | $ 141.46 |
| ☐ Gas (10/21/05) | $  26.38 |
| ☐ Per Diem (4 days @ $42/day) | $ 168.00 |

**TOTAL**                                                 **$ 1212.08**

*Lynn Truesdale*
**Research Associate to the Monitor for the Remedial Order**
*52 Perry Hill Road, Apt. 7H*
*Ashford, CT 06278*

**Expenses for Week of October 18-21, 2005**

**Purpose: To conduct annual Community Status Reviews of SRVS-ICF and Open Arms ICF (class members DM, AR, and AB).**

**Expenses**

☐ US Airways-round trip
Hartford, Memphis, Hartford                              $ 621.30

☐ Lodging: Hampton Inn and Suites, Memphis               $ 250.44

☐ Airport parking (Bradley Airport, 10/21/05)            $    4.50

☐ Hertz Rental (10/18-10/21/05)                          $ 141.46

☐ Gas (10/21/05)                                         $   26.38

☐ Per Diem (4 days @ $42/day)                            $ 168.00

**TOTAL**                                                **$ 1212.08**

```
RAS210          USAIRWAYS TICKET DATABASE          10/24/05   13:27:01
RS210M1                    IMAGE DISPLAY              001 OF 001
                     SP ACCB   PNR: IVLGWV ARC-STAT:
NAME: TRUESDALE/LYNN          TICKET NO: 037 2179450716 0001  (ET)
ISSUR NO: 3400895 ISU TIME: 14.05.00                34008951
ISU DATE: 09-22-05 PLACE: USAIRWAYS.COM      AGENT: WBV UWT   WEB
   FLT-DETAIL  DPTR  ORGIN DESTN  FARE-BASIS-CD   NVB  NVA STATUS
1 X US 615 H  18OCT BDL   CLT    HE143QN0     18OCT 18OCT FLWN
2 O US 2827 H  18OCT CLT   MEM    HE143QN0     18OCT 18OCT FLWN
3 X US 2264 H  21OCT MEM   CLT    HE143QN0     21OCT 21OCT FLWN
4    US 28 H  21OCT CLT   BDL    HE143QN0     21OCT 21OCT FLWN
FP TBM*BA4427110004855346$01/07*056694* /FC BDL US X/CLT US MEM273.49HE143QN0
US X/CLT US BDL273.49HE143QN0 546.98 END ZPBDLCLTMEMCLT XT10.00AY10.50XFBDL4.5
CLT3CLT3 /ER STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT


**- PRINTED AMOUNT -** **- PROCESSED AMOUNT -**  TOUR:
EQ FARE             SVC:           INP SRC : TCN
 FARE:      546.98 USD FARE:      546.98 USD  SYS DATE : 09/23/05
  TAX XF    10.50    TAX XF    10.50    ATAC DATE: 09/22/05
      XT    63.82       XT    63.82    PRA DATE : 09/23/05
TOTAL:     621.30 USD TOTAL:     621.30 USD  STATUS :
MESSAGE=>
PF1=HELP       PF3=RET  PF4=MAIN PF5=UP PF6=DWN PF7=BCK PF8=FWD PF9=RFRESH
         PF13=IMAGE  PF14=SRCH PF15=ACTV PF16=HIST PF17=SUPP PF18=AUDIT
```

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD.**
**BARTLETT, TN 38133**
**TELEPHONE 901-382-2050      FAX 901-382-2523**

official sponsor U.S. olympic team

| | |
|---|---|
| TRUESDALE, LYNN | name / address |
| 382 GOODE ST | |
| BURNT HILLS, NY 12027 | |
| US | |

| | |
|---|---|
| room number: | 120/KXTD |
| arrival date: | 10/18/05 9:33PM |
| departure date: | 10/21/05 |
| adult/child: | 1/0 |
| room rate: | $70.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of checkout and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

| | |
|---|---|
| RATE PLAN | L-T3X |
| HH#  614173286 SILVER | US  #9D662N4 |
| AL# | CAR |
| BONUS A1+ | |

Confirmation: 82156245

10/21/05      PAGE      1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 10/18/05 | 717261 | GUEST ROOM | $70.00 |
| 10/18/05 | 717261 | STATE SALES TAX | $6.48 |
| 10/18/05 | 717261 | CITY LODGING TAX | $3.50 |
| 10/18/05 | 717261 | COUNTY LODGING TAX | $3.50 |
| 10/19/05 | 717491 | GUEST ROOM | $70.00 |
| 10/19/05 | 717491 | STATE SALES TAX | $6.48 |
| 10/19/05 | 717491 | CITY LODGING TAX | $3.50 |
| 10/19/05 | 717491 | COUNTY LODGING TAX | $3.50 |
| 10/20/05 | 717809 | GUEST ROOM | $70.00 |
| 10/20/05 | 717809 | STATE SALES TAX | $6.48 |
| 10/20/05 | 717809 | CITY LODGING TAX | $3.50 |
| 10/20/05 | 717809 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ***********5346 | $250.44 |

You have earned 2415 HHonors points and 210 miles with US AIRWAYS for this stay. Please visit hiltonhhonors.com to check your current account balance or make additional hotel reservations.

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call **1-800-hampton** or visit us online at **www.hamptoninn.com**

| | |
|---|---|
| account no. | date of charge |
| | folio/check no. |
| | 185637    A |
| card member name | authorization |
| | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services |
| | taxes |
| | tips & misc. |
| **signature** of card member | **total** amount |
| X | 0.00 |

     

**thanks.**

Bradley Airport Garage
Standard Parking
Windsor Locks CT

| | |
|---|---|
| Fee Computer Number: | 4 |
| Cashier | JUAN ID #80 |
| Transaction Number: | 79853 |
| Entered: | 10/21/2005  23:16 |
| Exited: | 10/21/2005  23:53 |
| Ticket #40513 | Dispenser #26 |
| Rate: | ST GARAGE |
| **Total Fee:** | **$4.50** |
| Cash: | $5.00 |
| Change | $0.50 |

Thank You

```
                 MEMPHIS INT'L A/P
RENTAL RECORD:            664928786
LYNN TRUESDALE
COMPLETED BY:                  2465
RENTED: MEMPHIS INT'L A/P
RENTAL:   10/18/05     20:51
RETURN:   10/21/05     16:12
MILES IN: 07903  OUT: 07657
MILES DRIVEN:   246
PLAN IN/OUT: 0502A  /0502A
CLS: F


   3 DAYS        69.50   208.50
PROMO 036713          -  69.50
DISCOUNT 20%             27.80
SUBTOTAL               111.20ff
CONCESSION FEE RECOVERY  11.12
FF SURCHARGE             1.50
TX 14.250% ON   123.82  17.64
NET DUE                141.46
PAID BY:  VISA
CREDIT CARD #: XXXXXXXXXXX5346
FF# US 9D662N4
FF MILES AWARDED   111

   Thank you for renting from
         Hertz
```

```
*** REPRINT *** REPRINT *** REPRINT ***

5190 POPLAR
MEMPHIS TN 38117

POPLAR   WHITE, 4718227
5190 Poplar
MEMPHIS , TN


10/21/2005 2:54:03 PM 7928

XXXXXXXXXXXXX5346     VISA
TRUESDALE/LYNN
INVOICE D8V5571
AUTH 061692

 PUMP#9
 Regular                    9.703G
 PRICE/GAL              $ 2.719
 FUEL TOTAL             $ 26.38
*** REPRINT *** REPRINT *** REPRINT ***


                       ----------
                  Total =$ 26.38

                         $ 26.38
 CRIND Credit
*** REPRINT *** REPRINT *** REPRINT ***


    Credit
```

**Erin Farstad**
**Research Assistant**
918 Randall Road
Niskayuna, NY 12309
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

EXPENSES 10/19/05 – 10/21/05

**PURPOSE:**

OCTOBER 19 – Travel to Memphis; Conduct Environmental Review of Open Arms ICF-MR home at Greendale and AB; Review materials for SRVS ICF-MR review at Linwood and DM.

OCTOBER 20 – Conduct Environmental Review of DM and the Linwood SRVS ICF-MR home; Review materials for SRVS ICF-MR review of AR and the Whitney home.

OCTOBER 21 – Conduct Environmental Review of AR and the SRVS ICF-MR home at Whitney Ave; Review Materials and begin to write up findings from the 2005 ICF-MR Review; Travel to Albany.

**EXPENSES:**

| | | |
|---|---|---|
| ❑ | US Airways [Albany-Memphis-Albany (10/19–21/05)] | $ 619.80 |
| ❑ | Hampton Inn & Suites, Bartlett (10/19 – 21/05) | $ 166.96 |
| ❑ | Per Diem (3 days @ $42/day) | $ 126.00 |
| | **TOTAL** | **$ 912.76** |

# YAHOO! MAIL

Print - Close Window

**Date:** Thu, 22 Sep 2005 11:05:45 -0700 (PDT)

**From:** tickets@usairways.com

**To:** EPRINCESA@YAHOO.COM

**Subject:** US Airways Ticket Confirmation

## US AIRWAYS                                                  usairways.com



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today.

## Your Confirmed US Airways Itinerary

### Confirmation Code: KTTQIE

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:10A Depart Albany, NY (ALB)<br>10:16A Arrive Charlotte, NC (CLT) | Oct 19 | US Airways **1145** | H | 20C |
| 11:00A Depart Charlotte, NC (CLT)<br>11:47A Arrive Memphis-Int'l, TN (MEM) | Oct 19 | US Airways Express **2601**<br>operated by MESA AIRLINES | H | 07C |
| 5:55P Depart Memphis-Int'l, TN (MEM)<br>8:30P Arrive Charlotte, NC (CLT) | Oct 21 | US Airways Express **2264**<br>operated by PSA AIRLINES | H | 05C |
| 9:30P Depart Charlotte, NC (CLT)<br>11:30P Arrive Albany, NY (ALB) | Oct 21 | US Airways **270** | H | 15C |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| FARSTAD, ERIN | US F847H56 | 0372179449637 | 546.98 | 72.82 | 619.80 |

### Payment Information

USD619.80 has been billed to:  xxxxxxxxxxxx6394 - Exp. 05/07

### Ticket Restrictions

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services









### Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans

- Ticket changes may be made online; penalties and/or additional charges may apply

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD.**
BARTLETT, TN 38133
TELEPHONE 901-382-2050          FAX 901-382-2523

official sponsor u.s. olympic team

| | |
|---|---|
| FARSTAD, ERIN<br>918 RANDALL RD<br><br>NISKAYUNA, NY 12309<br>US | room number: 407/KXTD<br>arrival date: 10/19/05 6:43PM<br>departure date: 10/21/05<br><br>adult/child: 1/0<br>room rate: $70.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    L-T3X
HH#  855549631 BLUE
AL:        US  #F847H56
BONUS AL          CAR

Confirmation:  81110261

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

10/21/05      PAGE      1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 10/19/05 | 717558 | GUEST ROOM | $70.00 |
| 10/19/05 | 717558 | STATE SALES TAX | $6.48 |
| 10/19/05 | 717558 | CITY LODGING TAX | $3.50 |
| 10/19/05 | 717558 | COUNTY LODGING TAX | $3.50 |
| 10/20/05 | 717876 | GUEST ROOM | $70.00 |
| 10/20/05 | 717876 | STATE SALES TAX | $6.48 |
| 10/20/05 | 717876 | CITY LODGING TAX | $3.50 |
| 10/20/05 | 717876 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO MC ************6394 | $166.96 |

You have earned 1400 HHonors points and 140 miles with US AIRWAYS for this stay. Please visit hiltonhhonors.com to check your current account balance or make additional hotel reservations.

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| account no. | date of charge | folio/check no. | |
|---|---|---|---|
| | | 185642   A | |
| card member name | authorization | | initial |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | | |
| | taxes | | |
| | tips & misc. | | |
| **signature** of card member<br><br>X | **total** amount | | 0.00 |

The Hilton Family          Hilton    CONRAD    DoubleTree    EMBASSY    Hampton    Hilton Garden Inn    HOMEWOOD SUITES          **thanks.**

**Kelly A. Morris**
**Research Associate**
**4 Farnsworth Dr., Apt. 4**
**Slingerlands, NY 12159**

**Expenses for 10/19/05 – 10/21/05**

**Purpose: To conduct reviews of the supports and services for Open Arms class members OB, NB, and JH.**

**Expenses:**

- US Airways Albany to Memphis (10/19/05) to Albany (10/21/05)          $619.80

- Lodging:  Hampton Inn & Suites, Bartlett (10/19 – 21/05)          $166.96

- Per Diem @ $42/day X 3 days          $126.00

**TOTAL**          $912.76

Yahoo! Mail - kellyam707@yahoo.com                                    Page 1 of 2

Case 2:92-cv-02062-JPM-tmp    Document 2057    Filed 12/09/05    Page 49 of 89    PageID
10116

# YAHOO! MAIL

Print - Close Window

| **Date:** | Thu, 22 Sep 2005 11:13:22 -0700 (PDT) |
|---|---|
| **From:** | tickets@usairways.com |
| **To:** | KELLYAM707@YAHOO.COM |
| **Subject:** | US Airways Ticket Confirmation |

## US AIRWAYS

usairways.com



This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: JOEDKA**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:10A Depart Albany, NY (ALB)<br>10:16A Arrive Charlotte, NC (CLT) | Oct 19 | US Airways **1145** | H | 20D |
| 11:00A Depart Charlotte, NC (CLT)<br>11:47A Arrive Memphis-Int'l, TN (MEM) | Oct 19 | US Airways Express **2601**<br>operated by MESA AIRLINES | H | 07D |
| 5:55P Depart Memphis-Int'l, TN (MEM)<br>8:30P Arrive Charlotte, NC (CLT) | Oct 21 | US Airways Express **2264**<br>operated by PSA AIRLINES | H | 05D |
| 9:30P Depart Charlotte, NC (CLT)<br>11:30P Arrive Albany, NY (ALB) | Oct 21 | US Airways **270** | H | 15D |

## Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| MORRIS, KELLY | US 4V442B4 | 0372179449775 | 546.98 | 72.82 | 619.80 |

## Payment Information

USD619.80 has been billed to:  xxxxxxxxxxxx3482 - Exp. 05/06

## Ticket Restrictions

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

## Travel Services









## Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

## Changes in Travel Plans

- Ticket changes may be made online; penalties and/or additional charges may apply

**HAMPTON INN & SUITES, 2935 N GERMANTOWN RD**
**BARTLETT, TN 38133**
TELEPHONE 901-382-2050                    FAX 901-382-2523

official sponsor u.s. olympic team

| | |
|---|---|
| MORRIS, KELLY<br>4 FARNSWORTH DR<br><br>SLINGERLANDS, NY 12159<br>US | room number:  308/KXTD<br>arrival date:  10/19/05 6:27PM<br>departure date:  10/21/05<br><br>adult/child:  1/0<br>room rate:  $70.00 |

name
address

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN        L-T3X
HH#  830937037 SILVER
AL
BONUS AL        CAR

Confirmation: 83468885

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. I have requested weekday delivery of USA TODAY. If refused, a credit of $.75 will be applied to my account. In the event of an emergency, I, or someone in my party, require special evacuation due to a physical disability. Please indicate yes by checking here: ☐

10/21/05       PAGE      1

**signature:**

| date | reference | description | amount |
|---|---|---|---|
| 10/19/05 | 717530 | GUEST ROOM | $70.00 |
| 10/19/05 | 717530 | STATE SALES TAX | $6.48 |
| 10/19/05 | 717530 | CITY LODGING TAX | $3.50 |
| 10/19/05 | 717530 | COUNTY LODGING TAX | $3.50 |
| 10/20/05 | 717848 | GUEST ROOM | $70.00 |
| 10/20/05 | 717848 | STATE SALES TAX | $6.48 |
| 10/20/05 | 717848 | CITY LODGING TAX | $3.50 |
| 10/20/05 | 717848 | COUNTY LODGING TAX | $3.50 |
| | | WILL BE SETTLED TO VS ***********3482 | $166.96 |

*You have earned 1610 HHonors points for this stay. Please visit hiltonhhonors.com to check your current account balance or make additional hotel reservations.*

*Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit hamptoninn.com or call 1-800-HAMPTON.*

for reservations call **1.800.hampton** or visit us online at **www.hamptoninn.com**

| account no. | date of charge | folio/check no. |
|---|---|---|
| | | 185640   A |
| card member name | authorization | initial |
| establishment no. and location    establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| **signature** of card member<br><br>X | **total** amount | 0.00 |

The Hilton Family    Hilton                                    Hampton

**thanks.**

**Darlene Langkau RN**
**9 Lawmar Lane**
**Burnt Hills, NY 12027**

**10/12/05**

PURPOSE: Completed Medical Record Summary Review with recommendations pertinent to Community Transition for:

☐  DH                                         $2,000.00

TOTAL          $2,000.00

SIGNATURE _Darlene Langkau RN_  DATE: _10/25/05_

BONITA A. MAXON
110 E. SHORE DR
PETERSBURG, NY 12138/518-658-2873

INVOICE FOR SERVICES OCTOBER 17-23, 2005

Person-Centered and Home Review for JT, <u>SRVS-ICF</u>                    2.5 days

●ISP and Other Document Pre-Site Visit Review (.5 day)
●On-Site Review *[October 17, 2005]* (1.0 day)
●Instrument Completion and Entry in Database (1.0 day)

Person-Centered and Home Review for JS, <u>SRVS-MR</u>                    2.5 days

●ISP and Other Document Pre-Site Visit Review (.5 day)
●On-Site Review *[October 18, 2005]* (1.0 day)
●Instrument Completion and Entry in Database (1.0 day)

Person-Centered and Home Review for KB, <u>SRVS-MR</u>                    2.5 days

●ISP and Other Document Pre-Site Visit Review (.5day)
●On-Site Review *[October 19, 2005]* (1.0 day)
●Instrument Completion and Entry in Database (1.0 day)

TOTAL (7.5 days @ $550.00 day)                                        $4125.00

Signature _Bonita A. Maxon_

**Darlene Langkau RN**
9 Lawmar Lane
Burnt Hills, NY 12027

10/19-21/05

PURPOSE:  ICF Survey and review of three class members:

❑  US Airways (Albany-Memphis-Albany) (10/19-21/05)          $ 619.80

❑  Hampton Inn & Suites, Bartlett (10/19-21/05) @ $80          $ 160.00

    Tax @ 19.25%          $   30.80

❑  Per Diem (3 days @ $42/day)          $ 126.00

**TOTAL**          **$ 936.60**

SIGNATURE _Darlene Langkau_          DATE: _10/24/05_

**MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat**    Sign Out.net   Web Search: ___ Go



 **Hotmail**          Today | Mail | Calendar | Contacts

dlangkau@hotmail.com

🖂 Reply | 🖂 Reply All | 🖂 Forward | ✖ Delete | 🖂 Junk | 🖂 Put in Folder ▾ | 🖨 Print View | 🖂 Save Address

| From : | <tickets@usairways.com> |
| Reply-To : | USAirways@usairways.com |
| Sent : | Thursday, September 22, 2005 2:00 PM |
| To : | DLANGKAU@HOTMAIL.COM |
| Subject : | US Airways Ticket **Confirmation** |

◢ | ◈ | ✖ | 🗀 In

**US AIRWAYS**                                    usairways.com


Get fare sale and weekend specials
delivered to your inbox.
Subscribe to E-Savers today.

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add tickets@usairways.com to your address book today.

**Your Confirmed US Airways Itinerary**

**Confirmation Code: IUFGIP**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| 8:10A Depart Albany, NY (ALB)<br>10:16A Arrive Charlotte, NC (CLT) | Oct 19 | US Airways **1145** | H | 19C |
| 11:00A Depart Charlotte, NC (CLT)<br>11:47A Arrive Memphis-Int'l, TN (MEM) | Oct 19 | US Airways Express **2601**<br>operated by MESA AIRLINES | H | 06C |
| 5:55P Depart Memphis-Int'l, TN (MEM)<br>8:30P Arrive Charlotte, NC (CLT) | Oct 21 | US Airways Express **2264**<br>operated by PSA AIRLINES | H | 04C |
| 9:30P Depart Charlotte, NC (CLT)<br>1  P Arrive Albany, NY (ALB) | Oct 21 | US Airways **270** | H | 10C |

**Ticket Information**

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| LANGKAU, DARLENE | US J647F04 | 0372179449514 | 546.98 | 72.82 | 619.80 |

**Payment Information**

USD619.80 has been billed to:  xxxxxxxxxxxx0847  -  Exp. 08/07

**Ticket Restrictions**

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

**Travel Services**

| 10/19/05 | 717562 | GUEST ROOM | $85.00 |
| 10/19/05 | 717562 | STATE SALES TAX | $7.86 |
| 10/19/05 | 717562 | CITY LODGING TAX | $4.25 |
| 10/19/05 | 717562 | COUNTY LODGING TAX | $4.25 |
| 10/20/05 | 717880 | GUEST ROOM | $85.00 |
| 10/20/05 | 717880 | STATE SALES TAX | $7.86 |
| 10/20/05 | 717880 | CITY LODGING TAX | $4.25 |
| 10/20/05 | 717880 | COUNTY LODGING TAX | $4.25 |

WILL BE SETTLED TO VS ************0847      $202.72

You have earned 1700 HHonors points for this stay. Please visit hiltonhonors.com to check your
current account balance or make additional hotel reservations.

Hit the road this weekend and take time out for you! Visit family, friends and just take time to play. Visit
hamptoninn.com or call 1-800-HAMPTON.

| account no. | | date of charge | folio/check no. |
| | | | 185644   A |
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member | | **total** amount | |
| X | | | 0.00 |

thanks

**Bonita Maxon**
**110 East Shore Dr.**
**Petersburg, NY 12138**


Expenses for Week of October 17 -19, 2005


**Purpose:**

•Community Status Review (ICF-MR) of three class members.

**Expenses:**

•US Airways: Albany – Memphis– Albany (10/17-10/19/0)          $ 619.80


•Lodging: Hilton -Memphis, TN (10/17-10/19/05)          $ 187.77



•Parking: Albany Park and Fly (10/17-10/19/05)          $ 26.88

•Per Diem @ ($42/day) X 3 days          $ 126.00

                    **TOTAL**          **$ 960.45**


Signature: _Bonita A. Maxon_          Date: 10/23/05

Subj: **US Airways Ticket Confirmation**
Date: 9/22/2005 2:27:25 P.M. Eastern Daylight Time
From: tickets@usairways.com
Reply-to: USAirways@usairways.com
To: BAMRDK@AOL.COM

**US AIRWAYS**  usairways.com

Get fare sale and weekend specials delivered to your inbox. **Subscribe** to E-Savers today.

This email was sent to you by **US Airways**. To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today.

## Your Confirmed US Airways Itinerary

**Confirmation Code: KUJDCU**

| Itinerary | Date | Flight | Fare Class | Seats |
|---|---|---|---|---|
| **8:10A** Depart Albany, NY (ALB) **10:16A** Arrive Charlotte, NC (CLT) | Oct 17 | US Airways **1145** | H | 06B |
| **11:00A** Depart Charlotte, NC (CLT) **11:47A** Arrive Memphis-Int'l, TN (MEM) | Oct 17 | US Airways Express **2601** operated by MESA AIRLINES | H | 20F |
| **5:55P** Depart Memphis-Int'l, TN (MEM) **8:30P** Arrive Charlotte, NC (CLT) | Oct 19 | US Airways Express **2264** operated by PSA AIRLINES | H | 03D |
| **9:30P** Depart Charlotte, NC (CLT) **11:30P** Arrive Albany, NY (ALB) | Oct 19 | US Airways **270** | H | 13C |

### Ticket Information

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | Ticket Total |
|---|---|---|---|---|---|
| MAXON, BONITA | US 68F1P68 | 0372179450059 | 546.98 | 72.82 | 619.80 |

### Payment Information

USD619.80 has been billed to: xxxxxxxxxxxx2321 - Exp. 09/05

### Ticket Restrictions

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT/AFT DPT CHG BY FLT DT

### Travel Services

 **Add a Car** Click Here

 **Add a Hertz Car** Click Here

 **Add a Hotel** Click Here

**Click here to claim your Special Reward to thank you for your reservation today!** Continue

### Important Travel Information

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight. **Save time and earn bonus miles every time.** Find out more at www.usairways.com/flightcheckin.
- View recommended check-in times for your departure at www.usairways.com/travel/airport

### Changes in Travel Plans

- Ticket changes may be made online; penalties and/or additional charges may apply
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

**Hilton**
Memphis

939 Ridge Lake Boulevard • Memphis, TN 38120
Phone (901) 684-6664 • Fax (901) 762-7496
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

MAXON, BONITA
110 E SHORE DR

PETERSBURG, NY 121381813
US

| | |
|---|---|
| Room | 1612/D2 |
| Arrival Date | 10/17/05 5:13PM |
| Departure Date | 10/19/05 |
| Adult/Child | 1/0 |
| Room Rate | 80.00 |

RATE PLAN     L-K4

HH# 220656217 SILVER
AL: US #68F1P68
ECNJS AL:                    CAR:

*Folio*

CONFIRMATION NUMBER : 3224975352

10/19/05     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/17/05 | EXT-#1612 L 374-9828 0043 19:41 | LINTR | 533501 | $0.75 | | |
| 10/17/05 | GUEST ROOM | AUDIT | 533774 | $80.00 | | |
| 10/17/05 | STATE TAX | AUDIT | 533774 | $7.40 | | |
| 10/17/05 | COUNTY TAX | AUDIT | 533774 | $4.00 | | |
| 10/17/05 | CITY TAX | AUDIT | 533774 | $1.36 | | |
| 10/18/05 | EXT-#1612 L 374-9828 0042 22:05 | LINTR | 534816 | $0.75 | | |
| 10/18/05 | GUEST ROOM | AUDIT | 534947 | $80.00 | | |
| 10/18/05 | STATE TAX | AUDIT | 534947 | $7.40 | | |
| 10/18/05 | COUNTY TAX | AUDIT | 534947 | $4.00 | | |
| 10/18/05 | CITY TAX | AUDIT | 534947 | $1.36 | | |
| 10/19/05 | EXT-#1612 L 374-9828 0140 06:26 | LINTR | 535497 | $0.75 | | |
| 10/19/05 | DS ***********2321 | SMS | 535508 | | $187.77 | |
| | BALANCE | | | | | $0.00 |

*You have earned 1857 HHonors points and 161 miles with US AIRWAYS for this stay. Please visit hiltonhhonors.com to check your current account balance or make additional hotel reservations.*

*Thank you for choosing Hilton! Please visit us at hilton.com to view our best available Net Direct rates, plan a special vacation getaway or select a convenient location for your next business trip.*

ACCOUNT NO.
DS ***********2321

| | |
|---|---|
| DATE OF CHARGE | 10/17/05 |
| FOLIO NO./CHECK NO. | 140066 A |

CARD MEMBER NAME
MAXON, BONITA

| AUTHORIZATION | INITIAL |
|---|---|
| 017832 | |

ESTABLISHMENT NO. & LOCATION     ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

The Hilton Family
Hilton
CONRAD
DoubleTree
EMBASSY SUITES HOTELS
Hampton
Hilton Garden Inn
Hilton Grand Vacations Club
HOMEWOOD SUITES
USA Official Sponsor

*Memphis   10/17-19/05*

*Bam*

*Park + Fly - Albany*

```
Summary of Services

APM, Inc.
Latham
264 Wolf Road
Latham, NY 12110
(518) 869-8200

Cashier: wc

10/17/2005    06:12
10/19/2005    23:48
Ticket Number: 0000081695
Name: MAXON

Parking/Shuttle:      25.79
- Discount:            2.62
+ Parking Tax:         0.46
+ Gas Surcharge:       1.00
+ Tran Surcharge:      2.25
        Total:        26.88

Tendered:     26.88

Change:        0.00

Payment Type: Discover

XXXXXXXXXXXX2321



          Signature


FOR OUR WEB SPECIALS
PLEASE VISIT US AT
WWW.ALBANYPARKANDFLY.COM
```

## TELEPHONE

| SERVICE | | BILLING DATE | AMOUNT |
|---|---|---|---|
| Verizon Wireless | Nancy K. Ray | October 12, 2005 | 94.64 |
| Verizon Wireless | Vickey Coleman | October 19, 2005 | 116.09 |
| AT&T | Family/Consumer Toll-Free | October 16, 2005 | 14.68 |
| | | **Total** | **$225.41** |

P.O. Box 7200
TUCSON, AZ 85731-7120

**October 12, 2005**

Page 1 of 18

| Account number | To Make A Payment | |
|---|---|---|
| **105409741** | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| **3147828367** | | from your wireless phone. Airtime free. |
| | Mail Payment: | Verizon Wireless |
| | | P.O. Box 15108 |
| | | Albany, NY  12212-5108 |

NANCY RAY
C/O NKR AND ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Contact Us**
Online:        verizonwireless.com
Phone:        *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
                    133 Calkins Road
                    Rochester, NY 14623-4297

## Verizon Wireless news

**Incoming Call Enhancement**
Starting in early October, the caller's phone number for incoming calls will be displayed in the Usage Detail (call details) section of the bill for customers with detailed billing, and will be available through My Account online at verizonwireless.com for all customers. If the caller's phone number is not available, or the caller used Caller ID block, then the word "Unavailable" will appear.

See details inside this bill

## Account summary

**Previous charges**

| | |
|---|---|
| Previous balance | $250.25 |
| Payment received 10/04 - Thank you | -250.25 |
| Balance forward | $.00 |

**Current charges**

| | |
|---|---|
| Monthly charges | 209.97 |
| Usage charges | 2.98 |
| Verizon Wireless surcharges and other charges and credits | 12.23 |
| Taxes, governmental surcharges and fees | 30.71 |
| **Total current charges** | **$255.89** |

**Total Amount Due by  November 07, 2005**            **$255.89**

*A late payment charge applies for unpaid balances.  The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

$ 94.64    Nancy K. Ray
Reimbursable by Court

**verizon**wireless

| | |
|---|---|
| Bill date | **October 12, 2005** |
| Account number | **105409741** |
| Invoice number | **3147828367** |

Page 3 of 18

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 518-265-3675  Nancy Ray | 3 | | 39.99 | .00 | .00 | 2.33 | 5.87 | 48.19 |
| 518-265-5392  Nancy Ray | 6 | | 20.00 | .00 | .00 | 1.40 | 3.54 | 24.94 |
| 518-265-9565  Nancy Ray | 7 | | 49.99 | .00 | .00 | 2.80 | 6.99 | 59.78 |
| 518-424-9335  Nancy Ray | 10 | | 20.00 | 2.98 | .00 | 1.49 | 3.87 | 28.34 |
| 518-441-5196  Nancy K. Ray | 15 | | 79.99 | .00 | .00 | 4.21 | 10.44 | 94.64 |
| **Total current charges** | | **$.00** | **$209.97** | **$2.98** | **$.00** | **$12.23** | **$30.71** | **$255.89** |

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-9565 Nancy Ray | P | 500 | 120 | 301 | 421 |
| 518-424-9335 Nancy Ray | S | | 40 | 357 | 397 |
| **Total usage** | | | **160** | **658** | **818** |

*The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Family SharePlan Summary of Usage

| Wireless # / User Name | Primary/ Secondary | SharePlan Allowance | *Shared Minutes Included | *Other Minutes | Total |
|---|---|---|---|---|---|
| 518-265-3675 Nancy Ray | P | 400 | 26 | 45 | 71 |
| 518-265-5392 Nancy Ray | S | | 206 | 633 | 839 |
| **Total usage** | | | **232** | **678** | **910** |

*The Shared Minutes Included column displays only those minutes covered by your monthly Family SharePlan(R) allowance. The Other Minutes column represents all other current home airtime minutes, such as Promotional, IN-Calling and minutes billed at your calling plan's per minute rate. For detailed information, see the Usage Summary section for each Mobile Number.

## Charges for 518-265-3675

Nancy Ray

### Monthly Charges

| | |
|---|---|
| Current calling plan 10/13/05 - 11/12/05 | $39.99 |
| **Total monthly charges** | **$39.99** |

### Your Service Profile

Current calling plan:
America's Choice Family Share Primary 400 Anytime $39.99 0504
Monthly charge  $39.99
Monthly allowance minutes 400 general
Additional per minute charge $.45 peak, $.45 off-peak

Promotional details
Current:
>Beginning on 12/14/04: Natl IN network shared;unlimited night & weekend minutes;

**verizon** wireless

| | |
|---|---|
| Bill date | October 12, 2005 |
| Account number | 105409741 |
| Invoice number | 3147828367 |

Page 4 of 18

Enhanced services:
Call Forwarding, Caller ID, Call Waiting, Message Waiting Indicator, No Answer Transfer, 3-Way Calling, Voice Mail Access Charge, Natl Enhanced Svc Access
Natl IN Shared Calling, Unlimited Nite & Wknds

Current feature(s):
Natl IN Shared Calling
Monthly allowance unlimited general minutes

Unlimited Nite & Wknds
Monthly allowance unlimited offpeak minutes

## Usage Summary 518-265-3675
Nancy Ray

| In Your Home Area | | Peak Included | Peak Billable | Off-Peak Included | Off-Peak Billable | Total |
|---|---|---|---|---|---|---|
| **Current Usage** | | | | | | |
| Monthly Minutes | 400 General | 26 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | Unlimited | 1 | 0 | 7 | 0 | Included |
| IN-Calling | Unlimited | 37 | 0 | 0 | 0 | Included |
| **Usage Totals** | | **64** | **0** | **7** | **0** | |
| **Total Current Airtime Usage** | | | 64 | | 7 | 71 |
| **Current Usage Charges** | | | $.00 | | $.00 | $.00 |
| Total usage charges in your home area | | | | | | $.00 |

## Total usage charges
$.00

## Usage detail  518-265-3675
Nancy Ray

### In Your Home Area

| | Date | Time | Rate | Minutes | Origination+ | Phone number | Destination | | Usage type | Call type | Airtime charges | Long distance and other charges | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/13 | 04:17P | P | 1 | Home Area | (518)265-5392 | Mobile | | MN | | Included | $.00 | $.00 |
| 2 | 09/13 | 06:43P | P | 1 | Home Area | (607)761-6101 | Binghamton | NY | MN | | Included | .00 | .00 |
| 3 | 09/15 | 12:03P | P | 2 | Plattsbu/B | NY | (518)669-2860 | Albany | NY MN | | Included | .00 | .00 |
| 4 | 09/15 | 12:05P | P | 1 | Plattsbu/B | NY | (518)928-3000 | Albany | NY MN | | included | .00 | .00 |
| 5 | 09/15 | 01:35P | P | 1 | Home Area | (518)446-0646 | Albany | NY | A | | Included | .00 | .00 |
| 6 | 09/15 | 02:25P | P | 2 | Home Area | (518)928-5983 | Mobile | | MN | | Included | .00 | .00 |
| 7 | 09/15 | 02:50P | P | 4 | Home Area | (518)446-0646 | Albany | NY | A | | Included | .00 | .00 |
| 8 | 09/15 | 03:03P | P | 3 | Home Area | (518)265-5392 | Mobile | | MN | | Included | .00 | .00 |
| 9 | 09/15 | 03:06P | P | 1 | Home Area | (518)446-0646 | Albany | NY | A | | Included | .00 | .00 |
| 10 | 09/16 | 05:24P | P | 7 | Home Area | (518)265-3675 | Incoming | | CL | MN | Included | .00 | .00 |
| 11 | 09/16 | 09:00P | P* | 2 | Home Area | (315)266-0923 | Utica | NY | W | | Included | .00 | .00 |
| 12 | 09/19 | 04:31P | P | 1 | Home Area | (000)000-0086 | Voice Mail | | CL | RA | Included | .00 | .00 |
| 13 | 09/19 | 04:32P | P | 1 | Home Area | (000)000-0086 | Voice Mail | | CL | RA | Included | .00 | .00 |
| 14 | 09/20 | 04:23P | P | 1 | Home Area | (518)478-0982 | Albany | NY | A | | Included | .00 | .00 |
| 15 | 09/23 | 09:08A | P | 2 | Home Area | (000)000-0086 | Voice Mail | | CL | RA | Included | .00 | .00 |
| 16 | 09/23 | 09:09A | P | 1 | Home Area | (518)265-5392 | Mobile | | MN | | Included | .00 | .00 |
| 17 | 09/28 | 06:44P | P | 1 | Home Area | (518)475-0139 | Albany | NY | A | | Included | .00 | .00 |
| 18 | 09/29 | 03:53P | P | 1 | Home Area | (518)265-3675 | Incoming | | CL | A | Included | .00 | .00 |
| 19 | 09/29 | 04:11P | P | 1 | Home Area | (518)265-5392 | Mobile | | MN | | Included | .00 | .00 |
| 20 | 09/30 | 04:29P | P | 1 | Home Area | (000)000-0086 | Voice Mail | | CL | RA | Included | .00 | .00 |

Control #: 20000147 00001059

PLEASE RECYCLE

**verizon**wireless

P O BOX 105378
ATLANTA, GA 30348

**October 19, 2005**

Page 1 of 8

| Account number | **To Make A Payment** | |
|---|---|---|
| 918934847-00001 | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| 1125545756 | | from your wireless phone. Airtime free. |

NSCR1903

NKR AND ASSOCIATES INC.
VICKEY COLEMAN
NKR AND ASSOCIATES INC.
318 DELAWARE AVE
DELMAR NY 12054-1911

Mail Payment: Verizon Wireless
PO Box 17464
Baltimore, MD 21297-1464

**Contact Us**
Online: verizonwireless.com
Phone: *611 or 1-800-922-0204 Airtime free.
Mail Letters: Verizon Wireless
P O Box 105378
Atlanta, GA 30348

## Verizon Wireless news

## Account summary
**Previous charges**

| | |
|---|---|
| Previous balance | $116.24 |
| Payment received 10/03 - Thank you | -116.24 |
| Balance forward | $.00 |

**Current charges**

| | |
|---|---|
| Monthly charges | 99.99 |
| Usage charges | .20 |
| Verizon Wireless surcharges and other charges and credits | 2.12 |
| Taxes, governmental surcharges and fees | 13.78 |
| Total current charges | $116.09 |

**Total Amount Due by November 14, 2005** $116.09

*A late payment charge applies for unpaid balances. The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*

**verizon**wireless

Bill date          October 19, 2005                    Page 3 of 8
Account number     916934847-00001
Invoice number     1125545756

# Charges for 731-234-2125

Vickey Coleman

| Monthly Charges | |
| --- | --- |
| Current calling plan 09/20/05 - 10/19/05 | $99.99 |
| **Total monthly charges** | **$99.99** |

## Your Service Profile

**Current calling plan:**
America's Choice 2000 Anytime Unlim N&W & Uni IN Call $99.99 1y 5/04
Monthly charge  $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Promotional details:**
Current:   > Beginning on 12/27/04: Unlimited night and weekend home airtime minutes per month

**Enhanced services:**
3-Way Calling, Busy Transfer, Call Forwarding, No Answer Transfer, Call Waiting, Call Delivery, Basic Voice Mail, TXT MSG W Per MSG Charges, Caller ID, Detail Billing, Natl Enhanced Svc Access, Natl IN Calling-unlim, Americas Choice LD

**Current feature(s):**
Natl IN Calling-unlim
Monthly allowance unlimited general

## Usage Summary 731-234-2125

Vickey Coleman

| In Your Home Area | Allowance | Peak Included | Peak Billable | Off Peak Included | Off Peak Billable | Total |
| --- | --- | --- | --- | --- | --- | --- |
| **Current Usage** | | | | | | |
| Promotional Minutes | | 0 | 0 | 112 | 0 | Included |
| Monthly Minutes | 2000 General | 426 | 0 | 0 | 0 | Included |
| IN-Calling (09/20-10/19) | Unlimited | 102 | 0 | 2 | 0 | Included |
| Usage Totals | | 528 | 0 | 114 | 0 | 642 |
| Total Current Airtime Usage | | | 528 | | 114 | |
| Current Usage Charges | | | $.00 | | $.00 | $.00 |
| Total usage charges in your home area | | | | | | $.00 |

| Your Data Products and Services | Messages | Total |
| --- | --- | --- |
| **Current Usage** | | |
| TXT Messaging - Received | 2 | $.20 |
| Total Current TXT Messaging Usage | 2 | $.20 |
| Total current data products and service usage charges | | $.20 |

**Total usage charges**                                                        **$.20**

**verizon**wireless

| | |
|---|---|
| Bill date | October 19, 2005 |
| Account number | 916934847-00001 |
| Invoice number | 1125545756 |

Page 4 of 8

## Usage detail  731-234-2125
Vickey Coleman

### In Your Home Area

| | Date | Time | Rate | Minutes | Origination+ | | Phone number | Destination | | Usage type | Call type | Airtime charges | Long distance and other charges | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/20 | 11:21A | P | 48 | Bolivar | TN | (731)234-2125 | Incoming | CL | A | | Included | $.00 | $.00 |
| 2 | 09/20 | 02:37P | P | 3 | Bolivar | TN | (731)234-2125 | Incoming | CL | MN | | Included | .00 | .00 |
| 3 | 09/20 | 02:49P | P | 2 | Bolivar | TN | (901)854-9119 | Colliervl | TN | A | | Included | .00 | .00 |
| 4 | 09/20 | 03:14P | P | 1 | Bolivar | TN | (731)433-8119 | Mobile | CL | MN | | Included | .00 | .00 |
| 5 | 09/21 | 01:35P | P | 1 | Bolivar | TN | (731)668-7061 | Jackson | TN | A | | Included | .00 | .00 |
| 6 | 09/21 | 01:36P | P | 3 | Bolivar | TN | (901)737-4600 | Memphis | TN | A | | Included | .00 | .00 |
| 7 | 09/21 | 01:38P | P | 20 | Bolivar | TN | (731)499-2469 | Mobile | CL | MN | | Included | .00 | .00 |
| 8 | 09/21 | 01:58P | P | 2 | Bolivar | TN | (731)668-7061 | Jackson | TN | A | | Included | .00 | .00 |
| 9 | 09/21 | 03:17P | P | 3 | Bolivar | TN | (000)000-0086 | Voice Mail | CL | AR | | Included | .00 | .00 |
| 10 | 09/21 | 04:45P | P | 3 | Bolivar | TN | (000)000-0086 | Voice Mail | CL | AR | | Included | .00 | .00 |
| 11 | 09/22 | 10:48A | P | 2 | Bolivar | TN | (731)668-7061 | Jackson | TN | A | | Included | .00 | .00 |
| 12 | 09/22 | 02:06P | P | 1 | Bolivar | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 13 | 09/22 | 03:45P | P | 4 | Whiteville | TN | (000)000-0086 | Voice Mail | CL | AR | | Included | .00 | .00 |
| 14 | 09/22 | 03:48P | P | 9 | Whiteville | TN | (731)609-0008 | Bolivar | TN | A | | Included | .00 | .00 |
| 15 | 09/22 | 04:34P | P | 10 | Memphis | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 16 | 09/22 | 05:01P | P | 5 | Cordova | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 17 | 09/22 | 05:11P | P | 1 | Memphis | TN | (731)658-6655 | Bolivar | TN | A | | Included | .00 | .00 |
| 18 | 09/22 | 05:12P | P | 11 | Memphis | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 19 | 09/22 | 08:46P | P | 1 | Memphis | TN | (731)658-7119 | Bolivar | TN | A | | Included | .00 | .00 |
| 20 | 09/22 | 08:58P | P | 1 | Eads | TN | (731)658-7119 | Bolivar | TN | A | | Included | .00 | .00 |
| 21 | 09/22 | 09:23P | O | 2 | Somerville | TN | (731)609-0008 | Bolivar | TN | Y | | Included | .00 | .00 |
| 22 | 09/22 | 09:25P | O | 1 | Somerville | TN | (731)609-3571 | Bolivar | TN | Y | | Included | .00 | .00 |
| 23 | 09/23 | 08:59A | P | 5 | Bolivar | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 24 | 09/24 | 07:17P | O | 1 | Whiteville | TN | (000)000-0086 | Voice Mail | CL | YR | | Included | .00 | .00 |
| 25 | 09/24 | 08:33P | O | 4 | Bolivar | TN | (000)000-0086 | Voice Mail | CL | YR | | Included | .00 | .00 |
| 26 | 09/25 | 07:40P | O | 1 | Bolivar | TN | (731)658-6655 | Bolivar | TN | Y | | Included | .00 | .00 |
| 27 | 09/26 | 04:04P | P | 2 | Bolivar | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 28 | 09/26 | 04:24P | P | 3 | Whiteville | TN | (731)254-9562 | Whiteville | TN | A | | Included | .00 | .00 |
| 29 | 09/26 | 04:27P | P | 2 | Whiteville | TN | (731)609-6037 | Bolivar | TN | A | | Included | .00 | .00 |
| 30 | 09/26 | 04:36P | P | 1 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 31 | 09/26 | 05:21P | P | 1 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 32 | 09/26 | 05:33P | P | 1 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 33 | 09/26 | 05:38P | P | 1 | Whiteville | TN | (731)658-7119 | Bolivar | TN | A | | Included | .00 | .00 |
| 34 | 09/26 | 07:34P | P | 2 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 35 | 09/27 | 08:33A | P | 2 | Bolivar | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 36 | 09/27 | 08:56A | P | 3 | Whiteville | TN | (000)000-0086 | Voice Mail | CL | AR | | Included | .00 | .00 |
| 37 | 09/27 | 10:16A | P | 5 | Memphis | TN | (731)234-2125 | Incoming | CL | MN | | Included | .00 | .00 |
| 38 | 09/27 | 10:32A | P | 1 | Memphis | TN | (731)254-9562 | Whiteville | TN | A | | Included | .00 | .00 |
| 39 | 09/27 | 10:33A | P | 2 | Memphis | TN | (731)431-1126 | Mobile | CL | MN | | Included | .00 | .00 |
| 40 | 09/27 | 11:02A | P | 2 | Memphis | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 41 | 09/27 | 12:37P | P | 2 | Memphis | TN | (731)234-2125 | Incoming | CL | MN | | Included | .00 | .00 |
| 42 | 09/27 | 12:46P | P | 1 | Memphis | TN | (731)234-2125 | Incoming | CL | MN | | Included | .00 | .00 |
| 43 | 09/27 | 02:52P | P | 1 | Memphis | TN | (518)441-5196 | Albany | NY | MN | | Included | .00 | .00 |
| 44 | 09/27 | 04:32P | P | 3 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 45 | 09/27 | 04:36P | P | 1 | Whiteville | TN | (731)234-2125 | Incoming | CL | A | | Included | .00 | .00 |
| 46 | 09/28 | 12:58P | P | 2 | Cordova | TN | (731)254-9562 | Whiteville | TN | A | | Included | .00 | .00 |
| 47 | 09/28 | 04:08P | P | 10 | Cordova | TN | (731)609-6037 | Bolivar | TN | A | | Included | .00 | .00 |
| 48 | 09/28 | 05:20P | P | 1 | Cordova | TN | (731)658-7119 | Bolivar | TN | A | | Included | .00 | .00 |
| 49 | 09/28 | 05:20P | P | 1 | Cordova | TN | (731)609-6037 | Bolivar | TN | A | | Included | .00 | .00 |

Order #: 2019E   Copy #: 03

Control #: 80038601 00104042

PLEASE RECYCLE



| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| 030 221 0469 001 | OCT 16, 2005 | NOV 11, 2005 |

Subaccount:  161 382 0145 111

## AT&T All in One Service

## Call Detail

For Customer Care:  1 877 325-0445

| ITEM | DATE | TIME (hh:mm:ss) | DAY OF WEEK | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

LONG DISTANCE SERVICE
BILLED NUMBER:  518 478-0982

TOLL-FREE NUMBER:     866 478-0982

STATE-TO-STATE CALLS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 9/19/05 | 1:10:53P | MON | MEMPHIS TN | 901 384-3668 | 1:00 | | 0.07 |
| 2 | 9/19/05 | 3:09:30P | MON | HUMBOLDT TN | 731 784-2575 | 1:00 | | 0.07 |
| 3 | 9/20/05 | 10:07:44A | TUE | MEMPHIS TN | 901 523-8301 | 2:00 | | 0.14 |
| 4 | 9/20/05 | 11:29:19A | TUE | MEMPHIS TN | 901 360-9085 | 2:00 | | 0.14 |
| 5 | 9/21/05 | 8:39:02A | WED | TRENTON TN | 731 855-1815 | 2:00 | | 0.14 |
| 6 | 9/21/05 | 10:34:09A | WED | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 7 | 9/22/05 | 11:49:19A | THU | PARIS TN | 731 642-1299 | 2:00 | | 0.14 |
| 8 | 9/22/05 | 3:01:14P | THU | MEMPHIS TN | 901 360-9085 | 10:00 | | 0.69 |
| 9 | 9/23/05 | 10:35:11A | FRI | MEMPHIS TN | 901 373-8726 | 2:00 | | 0.14 |
| 10 | 9/26/05 | 12:01:59P | MON | MEMPHIS TN | 901 384-3668 | 12:00 | | 0.83 |
| 11 | 9/26/05 | 1:03:36P | MON | COCOABEACH FL | 321 868-0829 | 1:00 | | 0.07 |
| 12 | 9/26/05 | 1:04:58P | MON | COCOABEACH FL | 321 868-0829 | 2:00 | | 0.14 |
| 13 | 9/27/05 | 9:10:15A | TUE | MEMPHIS TN | 901 859-5384 | 1:00 | | 0.07 |
| 14 | 9/27/05 | 3:57:12P | TUE | COCOABEACH FL | 321 868-0829 | 2:00 | | 0.14 |
| 15 | 9/28/05 | 12:31:27P | WED | MEMPHIS TN | 901 859-5384 | 2:00 | | 0.14 |
| 16 | 9/29/05 | 10:27:00A | THU | MEMPHIS TN | 901 757-8418 | 2:00 | | 0.14 |
| 17 | 9/29/05 | 12:51:48P | THU | MEMPHIS TN | 901 859-5384 | 1:00 | | 0.07 |
| 18 | 9/29/05 | 1:45:05P | THU | MEMPHIS TN | 901 682-0621 | 1:00 | | 0.07 |
| 19 | 9/30/05 | 1:21:52P | FRI | MEMPHIS TN | 901 757-8418 | 40:00 | | 2.76 |
| 20 | 9/30/05 | 1:43:04P | FRI | MEMPHIS TN | 901 859-5384 | 1:00 | | 0.07 |
| 21 | 9/30/05 | 2:34:38P | FRI | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 22 | 9/30/05 | 4:00:41P | FRI | MEMPHIS TN | 901 377-4871 | 1:00 | | 0.07 |
| 23 | 10/03/05 | 1:23:31P | MON | MEMPHIS TN | 901 859-5384 | 10:00 | | 0.69 |
| 24 | 10/06/05 | 10:22:11A | THU | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 25 | 10/06/05 | 12:22:56P | THU | CLEAR LAKE WI | 715 263-3667 | 1:00 | | 0.07 |
| 26 | 10/06/05 | 12:35:30P | THU | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 27 | 10/06/05 | 1:17:39P | THU | CLEAR LAKE WI | 715 263-3667 | 13:00 | | 0.90 |
| 28 | 10/07/05 | 11:08:02A | FRI | MEMPHIS TN | 901 752-5349 | 1:00 | | 0.07 |
| 29 | 10/07/05 | 11:39:33A | FRI | MEMPHIS TN | 901 384-3668 | 1:00 | | 0.07 |
| 30 | 10/07/05 | 11:43:28A | FRI | MEMPHIS TN | 901 859-5384 | 1:00 | | 0.07 |
| 31 | 10/07/05 | 11:52:46A | FRI | MEMPHIS TN | 901 859-5384 | 2:00 | | 0.14 |
| 32 | 10/07/05 | 12:22:42P | FRI | MEMPHIS TN | 901 859-5384 | 8:00 | | 0.55 |
| 33 | 10/07/05 | 5:00:38P | FRI | FREMNTNWRK CA | 510 226-0120 | 2:00 | | 0.14 |
| 34 | 10/10/05 | 11:02:25A | MON | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 35 | 10/10/05 | 11:23:56A | MON | MEMPHIS TN | 901 360-9085 | 10:00 | | 0.69 |
| 36 | 10/10/05 | 3:38:24P | MON | FREMNTNWRK CA | 510 226-0120 | 21:00 | | 1.45 |
| 37 | 10/11/05 | 10:52:45A | TUE | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 38 | 10/11/05 | 11:19:11A | TUE | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 39 | 10/11/05 | 11:49:16A | TUE | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 40 | 10/11/05 | 12:13:41P | TUE | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 41 | 10/11/05 | 12:57:00P | TUE | MEMPHIS TN | 901 360-9085 | 1:00 | | 0.07 |
| 42 | 10/11/05 | 1:46:44P | TUE | MEMPHIS TN | 901 360-9085 | 13:00 | | 0.90 |
| 43 | 10/12/05 | 12:20:52P | WED | MEMPHIS TN | 901 360-9085 | 5:00 | | 0.35 |
| 44 | 10/14/05 | 9:18:38A | FRI | MEMPHIS TN | 901 384-3668 | 20:00 | | 1.38 |
| 45 | 10/14/05 | 1:08:48P | FRI | MEMPHIS TN | 901 682-0621 | 6:00 | | 0.41 |

| SUBTOTAL | | | | | | 3:32:00 | | $14.68 |
|---|---|---|---|---|---|---|---|---|
| TOTALS FOR  866 478-0982 | | | | | | 3:32:00 | | $14.68 |

AT&T Call Type Information:
DD: Direct Dialed Call
CCS: Calling Card Station Call
CCO: Operator Handled Card Call
CCP: Calling Card Person Call
OHS: Operator Handled Station Call
ODR: Operator Handled Station Call Dial Rate
OOS: Operator Handled Person Call
OCP: Operator Handled Person Collect Call

| Account Number | Bill Date | Payment Due Date |
|---|---|---|
| 030 221 0469 001 | OCT 16, 2005 | NOV 11, 2005 |

NKB ASSOCS
318 DELAWARE AVE FL 2
DELMAR NY 12054-1911

**AT&T**

Subaccount: 161 382 0145 111

## AT&T All in One Service

## Call Detail

For Customer Care: 1 877 325-0445

| ITEM | DATE | TIME (hh:mm:ss) | DAY OF WEEK | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| BILLED NUMBER: | | 518 478-0982 | | | | | | |
| LONG DISTANCE SERVICE | | | | | | | | |
| TOTALS FOR 518 478-0982 | | | | | | 3:32:00 | | $14.68 |
| TOTALS FOR SUBACCOUNT 161 382 0145 111 | | | | | | 3:32:00 | | $14.68 |

# POSTAGE

FedEx 10/14/05 Invoice 3-134-34643                60.85

FedEx 10/21/05 Invoice 3-146-96757                95.07

FedEx 10/28/05 Invoice 3-159-03818                23.64

US Post Office 10/03/05                            7.15

US Post Office 10/11/05                           15.71

US Post Office 10/27/05                           74.00

**Total    $276.42**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-134-34643 | Oct 14, 2005 | 2294-7884-2 | 1 of 4 |

FedEx Tax ID: 71-0427007

**Billing Address:**

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Shipping Address:**

NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY 12054-1911

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:        (800) 548-3020
Internet:   www.fedex.com

**Invoice Summary   Oct 14, 2005**

**FedEx Express Services**

| | |
|---|---|
| Transportation Charges | 47.00 |
| Bonus Discounts | -4.70 |
| Special Handling Charges | 18.55 |
| | |
| Total Charges                  USD $ | 60.85 |
| **TOTAL THIS INVOICE      USD $** | **60.85** |

You saved $4.70 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

**FedEx News!**
Soon you will see exciting changes to the paper invoice.
Detailed information available for FedEx Ground shipments
will be consistent in content and layout with FedEx Express
shipment detail. There will be three reference fields for
both FedEx Express and FedEx Ground shipments.
Detailed descriptions for each charge will now be
available for FedEx Ground shipments.  Your invoice page
count could increase significantly.  You might want to try
one of our electronic billing solutions or if you prefer, you
can receive a paper summary and view your shipment
details online.  Go to newinvoice.fedex.com or call
1.800.622.1147 for complete information regarding the
upcoming changes.

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Oct 07, 2005**    **Cust. Ref: NO REFERENCE INFORMATION**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (Including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790671323690 | Colleen Dowd | Vickey Coleman | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | 835 Oak View Loop | |
| Package Type | Customer Packaging | 318 DELAWARE AVENUE | BOLIVAR TN 38008 US | |
| Zone | 6 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 15.80 |
| Delivered | Oct 10, 2005  15:53 | Automation Bonus Discount | | -1.58 |
| Svc Area | AA | Residential Delivery | | 2.00 |
| Signed By | 9999999999999 | Delivery Area Surcharge | | 2.00 |
| FedEx Use | 000000000/0006068/02 | Fuel Surcharge | | 2.20 |
| | | **Total Charge** | **USD** | **$20.42** |

**Dropped off: Oct 07, 2005**    **Cust. Ref: NO REFERENCE INFORMATION**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- The delivery commitment for FedEx 2day to homes or private residences (Including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, AM, PM, 01 and RM service areas.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791750237103 | Colleen Dowd | Lynn Truesdale | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | Perry Hill Estates | |
| Package Type | Customer Packaging | 318 DELAWARE AVENUE | ASHFORD CT 06278 US | |
| Zone | 2 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 8.60 |
| Delivered | Oct 11, 2005  14:00 | Automation Bonus Discount | | -0.86 |
| Svc Area | PM | Residential Delivery | | 2.00 |
| Signed By | 9999999999999 | Fuel Surcharge | | 1.20 |
| FedEx Use | 000000000/0005980/02 | Delivery Area Surcharge | | 2.00 |
| | | **Total Charge** | **USD** | **$12.94** |

**Dropped off: Oct 11, 2005**    **Cust. Ref: NO REFERENCE INFORMATION**    **Ref. #2:**
**Payor: Shipper**    **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 791751192442 | Colleen Dowd | Dianne Dycus |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | 425 Fifth Avenue, North |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | NASHVILLE TN 37243 US |
| Zone | 5 | DELMAR NY 12054 US | |

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice Number | | Invoice Date | Account Number | | Page |
| | | 3-134-34643 | | Oct 14, 2005 | 2294-7884-2 | | 4 of 4 |

Tracking ID 791751192442 continued

| | | | |
|---|---|---|---|
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | 10.10 |
| Delivered | Oct 12, 2005  10:28 | Automation Bonus Discount | -1.01 |
| Svc Area | A1 | Fuel Surcharge | 1.41 |
| Signed By | M.HOWARD | Direct Signature | 2.00 |
| FedEx Use | 000000000/0006046/_ | **Total Charge**                    USD | **$12.50** |

**Dropped off: Oct 11, 2005**                    **Cust. Ref: NO REFERENCE INFORMATION**    **Ref. #2:**
**Payor: Shipper**                                         **Ref. #3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
• Distance Based Pricing, Zone 6
• 1st attempt Oct 12, 2005 at 09:28 AM.
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | |
|---|---|---|---|---|
| INET | | Sender | Recipient | |
| Tracking ID | 792406403098 ✓ | Colleen Dowd | Hon. B. Donald c/o Alesia Blac | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US District Court, Federal Bld | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | 167 North Main Street | |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38103 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 12.50 |
| Delivered | Oct 12, 2005  11:01 | Direct Signature | | 2.00 |
| Svc Area | A1 | Automation Bonus Discount | | -1.25 |
| Signed By | A.BLACK | Fuel Surcharge | | 1.74 |
| FedEx Use | 000000000/0006068/_ | **Total Charge**          USD | | **$14.99** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$60.85** |
| **Total FedEx Express** | **USD** | **$60.85** |

DST V261-2 (12/04)

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-146-96757 10140 | Oct 21, 2005 | 2294-7884-2 | 1 of 4 |

FedEx Tax ID: 71-0427007

**Billing Address:**

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Shipping Address:**

NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY 12054-1911

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     (800) 622-1147 M-F 7-6 (CST)
Fax:        (800) 548-3020
Internet:   www.fedex.com

**Invoice Summary  Oct 21, 2005**

**FedEx Express Services**

| | | |
|---|---|---|
| Transportation Charges | | 78.00 |
| Bonus Discounts | | -7.81 |
| Special Handling Charges | | 24.88 |
| Total Charges | USD $ | 95.07 |
| **TOTAL THIS INVOICE** | **USD $** | **95.07** |

You saved $7.81 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-146-9675 | Oct 21, 2005 | 2294-7884-2 | 3 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Oct 13, 2005**  **Cust. Ref: NO REFERENCE INFORMATION**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791754591089 ✓ | Colleen Dowd | Bonnie Maxon | |
| Service Type | FedEx Priority Overnight | NKR & ASSOCIATES, INC | 110 East Shore Drive | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | PETERSBURG NY 12138 US | |
| Zone | 2 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 17.50 |
| Delivered | Oct 14, 2005 11:20 | Residential Delivery | | 2.00 |
| Svc Area | PM | Fuel Surcharge | | 2.44 |
| Signed By | 99999999999 | Delivery Area Surcharge | | 2.00 |
| FedEx Use | 000000000/0001486/02 | Automation Bonus Discount | | -1.75 |
| | | **Total Charge** | **USD** | **$22.19** |

**Dropped off: Oct 14, 2005**  **Cust. Ref: NO REFERENCE INFORMATION**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 6
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790678647679 ✓ | Colleen Dowd | Vickey Coleman | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | 835 Oak View Loop | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | BOLIVAR TN 38008 US | |
| Zone | 6 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 28.25 |
| Delivered | Oct 17, 2005 14:21 | Automation Bonus Discount | | -2.83 |
| Svc Area | AA | Delivery Area Surcharge | | 2.00 |
| Signed By | 9999999999999 | Fuel Surcharge | | 3.94 |
| FedEx Use | 000000000/0001371/02 | Residential Delivery | | 2.00 |
| | | **Total Charge** | **USD** | **$33.36** |

**Dropped off: Oct 14, 2005**  **Cust. Ref: NO REFERENCE INFORMATION**  **Ref. #2:**
**Payor: Shipper**  **Ref. #3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792411192458 ✓ | Colleen Dowd | Lynn Truesdale | |
| Service Type | FedEx Priority Overnight | NKR & ASSOCIATES, INC | Perry Hill Estates | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | ASHFORD CT 06278 US | |
| Zone | 2 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 17.50 |
| Delivered | Oct 17, 2005 13:58 | Delivery Area Surcharge | | 2.00 |
| Svc Area | PM | Fuel Surcharge | | 2.44 |
| Signed By | 9999999999999 | Residential Delivery | | 2.00 |
| FedEx Use | 000000000/0001486/02 | Automation Bonus Discount | | -1.75 |
| | | **Total Charge** | **USD** | **$22.19** |

**Dropped off:** Oct 14, 2005
**Payor: Shipper**

**Cust. Ref.:** NO REFERENCE INFORMATION    **Ref. #2:**
**Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized

| INET | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 792411271978 | Colleen Dowd | Darlene Langkau | |
| Service Type | FedEx Standard Overnight | NKR & ASSOCIATES, INC | 9 Lawmar Lane | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | BURNT HILLS NY 12027 US | |
| Zone | 2 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 14.75 |
| Delivered | Oct 17, 2005  11:26 | Fuel Surcharge | | 2.06 |
| Svc Area | AA | Automation Bonus Discount | | -1.48 |
| Signed By | 9999999999999 | Residential Delivery | | 2.00 |
| FedEx Use | 000000000/0001283/02 | **Total Charge** | **USD** | **$17.33** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$95.07** |
| **Total FedEx Express** | **USD** | **$95.07** |

6

OST V261-2 (12/04)

# FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 3-159-03818 | Oct 28, 2005 | 2294-7884-2 | 1 of 3 |

FedEx Tax ID:  71-0427007

**Billing Address:**

NKR & ASSOCIATES
318 DELAWARE AVE
DELMAR NY 12054-1911

**Shipping Address:**

NKR & ASSOCIATES INC
318 DELAWARE AVE
DELMAR NY 12054-1911

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    (800) 622-1147 M-F 7-6 (CST)
Fax:        (800) 548-3020
Internet:  www.fedex.com

## Invoice Summary  Oct 28, 2005

**FedEx Express Services**

| | |
|---|---|
| Transportation Charges | 20.10 |
| Bonus Discounts | -2.01 |
| Special Handling Charges | 5.55 |

| | | |
|---|---|---|
| Total Charges | USD $ | 23.64 |
| **TOTAL THIS INVOICE** | **USD $** | **23.64** |

You saved $2.01 in discounts this period!

Shipments included in this invoice received an earned discount. If you
would like to know how it was calculated, please go to the following
URL: https://www.fedex.com/EarnedDiscounts/.

**FedEx Express Shipment Detail By Payor Type (Original)**

• Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
• Distance Based Pricing, Zone 5
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791247413796 | Colleen Dowd | Dianne Dycus | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | 425 Fifth Avenue, North | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | NASHVILLE TN 37243 US | |
| Zone | 5 | DELMAR NY 12054 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Oct 25, 2005 10:38 | Transportation Charge | | 9.40 |
| Svc Area | A1 | Fuel Surcharge | | 1.31 |
| Signed By | M.HOWARD | Automation Bonus Discount | | -0.94 |
| FedEx Use | 000000000/0006046/_ | **Total Charge** | **USD** | **$9.77** |

• Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
• Distance Based Pricing, Zone 6
• 1st attempt Oct 25, 2005 at 09:27 AM.
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792418593839 | Colleen Dowd | Hon. B Donald c/o Alesia Black | |
| Service Type | FedEx 2Day | NKR & ASSOCIATES, INC | US District Court, Federal Bld | |
| Package Type | FedEx Pak | 318 DELAWARE AVENUE | 167 North Main Street | |
| Zone | 6 | DELMAR NY 12054 US | MEMPHIS TN 38103 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Oct 25, 2005 11:04 | Transportation Charge | | 10.70 |
| Svc Area | A1 | Automation Bonus Discount | | -1.07 |
| Signed By | G.SIMPSON | Fuel Surcharge | | 1.49 |
| FedEx Use | 000000000/0006068/_ | Adult Signature | | 2.75 |
| | | **Total Charge** | **USD** | **$13.87** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$23.64** |
| **Total FedEx Express** | **USD** | **$23.64** |

6

BOLIVAR MPO
BOLIVAR, Tennessee
380089998
4761480508-0097
(731)658-3231          03:21:32 PM

10/03/2005

——— Sales Receipt ———

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| DELMAR NY 12054 Priority Mail | | | $7.15 |
| | | | ======== |
| Issue PVI: | | | $7.15 |

Total:                                    $7.15

Paid by:
Cash                                     $10.15
Change Due:                              -$3.00

Bill#: 1000300505889
Clerk: 09

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

*receipt for postage to mail ADC review tools*

*Vicky*

*$7.15*

*Vicky Cohen*

*CSR 2005 reports*
*cm0*



***** WELCOME TO *****
GLENMONT MPO
GLENMONT, NY  12077-2923
10/11/05 11:46AM

Store   USPS          Trans   102
Wkstn  sys5002        Cashier KMBJHP
Cashier's Name        Margaret
Stock Unit Id         WINPEGGY
PO Phone Number       518-434-8358
USPS #                3500630077

 1. Media Mail                      2.68
      Destination:    38002
      Weight:         3 lb. 1.10 oz.
      Postage Type:   PVI
      Total Cost:     2.68
      Base Rate:      2.68
 2. Media Mail                      2.68
      Destination:    38133
      Weight:         3 lb. 1.80 oz.
      Postage Type:   PVI
      Total Cost:     2.68
      Base Rate:      2.68
 3. Priority Mail                  10.35
      Destination:    95124
      Weight:         3 lb. 1.60 oz.
      Postage Type:   PVI
      Total Cost:     10.35
      Base Rate:      10.35

Subtotal                           15.71
Total                              15.71


VISA                               15.71

          <23-902801786-98>
VISA
ACCT. NUMBER       EXP    CLERK ID
XXXX XXXX XXXX 9831  06/06   00
AUTH 081651   CREDIT TRANS # 720

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.


Number of Items Sold: 3

     PRIORITY FLAT RATE BOXES ARE A
      GREAT SHIPPING ALTERNATIVE!
                  THANK-YOU!





```
      ***** WELCOME TO *****
              DELMAR MPO
        DELMAR, NY  12054-1905
           10/27/05 03:24PM

   Store  USPS        Trans   152
   Wkstn  sys5003     Cashier X4MGYO
   Cashier's Name     MATTHEW
   Stock Unit Id      WINMATTHEW
   PO Phone Number    518-439-1933
   USPS #             3500630054

    1. 37c Flag PSA/100          37.00
    2. 37c Flag PSA/100          37.00

   Subtotal                     74.00
   Total                        74.00


   VISA                         74.00

         <23-902800077-97>
   VISA
   ACCT. NUMBER        EXP    CLERK ID
   XXXX XXXX XXXX 9831  06/06   00
   AUTH 057425  CREDIT TRANS # 662

   ALL SALES FINAL ON STAMPS AND POSTAGE.
   REFUNDS FOR GUARANTEED SERVICES ONLY.

   Order stamps at USPS.com/shop or call
   1-800-Stamp24.  Go to
   USPS.com/clicknship to print shipping
   labels with postage.  For other
   information call 1-800-ASK-USPS.


   Number of Items Sold: 2

      HELP "FUND THE FIGHT" AGAINST
      BREAST CANCER. FOR EVERY SHEET
      OF BREAST CANCER STAMPS YOU BY,
      $1.60 IS DONATED TO RESEARCH.
```

## PRINTING

IN-HOUSE PRINTING
5,957 copies @ .04 per copy

238.28

**Total**   **$238.28**



753-4496
Please send FAX from this edge

# C o u n t e r

## S e r i a l   No: H2400800970

| ■ T o t a l | 0 3 2 4 7 1 4 |
|---|---|

October 31, 2005        324714
September 30, 2005  —  318 757
                                   5 957
                                 × .04
                               238.28

## P l e a s e  FAX  to: 753-4496

# MISCELLANEOUS EXPENSES CHARGED TO NKR & ASSOCIATES

### 3N DOCUMENT DESTRUCTION, INC.

Shredding of 121 boxes in storage                    $ 675.22


                                                    **TOTAL      $ 675.22**

# 3N Document Destruction, Inc.

## Certificate of Destruction/Pick-up Order

**Order No.**
**33583**

Account Number — Tennesee Files

Account Name — NKR                    Destroy ✓    Recycle ____

Service Address — DELAWARE Ave Box#

Delmar                    A1—107   107

Phone Number — 121 Boxes          A110—A116   7

Shredding                    A125—A131   7

Customer Signature — X C Dowd       Date ____    (121)

Driver Signature — Daniel Twill    Date 10/7/05

3N Document Destruction, Inc. (518) 373-8130

# 3N Document Destruction, Inc.

## Certificate of Destruction/Pick-up Order

**Order No.**
**33583**

Account Number — Tennesee Files

Account Name — NKR                    Destroy ✓    Recycle ____

Service Address — DELAWARE Ave Box#

Delmar

Phone Number — 121 Boxes

Shredding — 3720   lbs.       Labor Charge  $30.00

Customer Signature — X C Dowd      Date ____

Driver Signature — Daniel Twill   Date 10/7/05

Shredder Signature _____    Date 10/4/05

THE ABOVE IS CERTIFIED THIS ____ DAY OF ____ Oct ____ 20 05

KEEP FOR YOUR RECORDS       Signed _____

3N Document Destruction, Inc.

3N Document Destruction, Inc.
P.O. Box 4044
Clifton Park, NY  12065

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2005 | 33583 |

| Bill To |
|---------|
| NKR & Associates<br>Attn:  Accounts Payable<br>318 Delaware Avenue<br>Delmar, NY  12054 |

| P.O. No. | Terms |
|----------|-------|
|  | Net 30 |

| Item | Order Number / Description | Serviced Date | Weight | Unit | Amount |
|------|---------------------------|---------------|--------|------|--------|
| Clean Out | 33583  Clean out of boxes-DESTROY | 10/7/2005 | 3,720 | 0.16 | 595.20T |
| Labor Charge | 33583  Clean out labor fee | 10/7/2005 | 1 | 30.00 | 30.00T |

Thank you for your business. Visit us @ www.3ndd.com

| Sales Tax  (8.0%) | $50.02 |
|-------------------|--------|
| **Total** | $675.22 |

Subj:     Fwd: Old Documents
Date:     8/17/2005 11:43:46 AM Eastern Standard Time
From:     NancyKRay
To:       Nkrassociates



----------------
Forwarded Message:

Subj:     **Old Documents**
Date:     8/17/2005 11:43:28 AM Eastern Standard Time
From:     NancyKRay
To:       Judygran, clsherman@aristotle.net, lbearman@bdbc.com, eschwarz@glankler.com, Dianne.Dycus@state.tn.us,
          Dave.Goetz@state.tn.us, Todd.J.Schneider@usdoj.gov, connette@lesesneconnette.com,
          Stephen.Norris@state.tn.us, jderrybe@wdtlaw.net, Jonas.Geissler@usdoj.gov, darcey.donehey@usdoj.gov,
          jlakey@pietrangelocook.com
CC:       bernice_donald@tnwd.uscourts.gov

August 17, 2005

To the Parties:

I am writing to request your permission to destroy approximately 100 boxes of documents. These boxes
contain "working papers" or pre-review document submittals (by the State) for ADC and community
reviews conducted by the former Monitor. These reviews were conducted between 1996 and 2000 and all
final reports have been issued and addressed by the Parties and usually the Court. In several instances
there were hearings on the reports. All of these official reports are available. Correspondence/hearings
etc. related to the reviews are also maintained.

I can see no value to maintaining these boxes of documents. The working papers (56 boxes) are generally
fairly disordered jumbles of papers "turned in" by the former Monitor's Consultants when they submitted
their actual final reports. The pre-review document submittals (57 boxes) are generally old Individual
Support Plans and clinical therapy assessments/plans of care for class members which have no particular
relevance at this time.

With your permission, I will send these 113 boxes of old to a professional shredder and they will be
disposed of properly in accordance with federal rules. Although there will be some disposal charge,
taking this step will enable me not to rent additional document storage space.

Thank you for your consideration of this request. Nancy

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2057 in case 2:92-CV-02062 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

William F. Sherman
LAW OFFICES OF WILLIAM F. SHERMAN
504 Pyramid Place
Little Rock, AR 72201

Thomas R. Prewitt
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Darcey Kathleen Donehey
950 Pennsylvania Ave. N.W.
Washington, DC 20530

R. Jonas Geissler
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Special Litigation Section
Washington, DC 20530

Edward G. Connette
LESESNE & CONNETTE
1001 Elizabeth Avenue
Ste. 1-D
Charlotte, NC 28204

Steven W. Likens
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dianne Stamey Dycus
ATTORNEY GENERAL AND REPORTER
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jack W. Derryberry
WARD DERRYBERRY & THOMPSON
404 James Robertson Parkway
Ste. 1720
Nashville, TN 37219

Earle J. Schwarz
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Nancy K. Ray
NKR & Associates, Inc
318 Delaware Ave., Ste. 2
Delmar, NY 12054

Judith A. Gran
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Todd Schneider
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Nicole Porter
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Special Litigation Section
Washington, DC 20530

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Frank J. Laski
PUBLIC INTEREST LAW CENTER OF PHILADELPHIA
125 S. 9th Street
Ste. 700
Philadelphia, PA 19107

Kimbrough Brown Mullins
WILLIAMS PROCHASKA P.C.
50 Front St
Ste 1075
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT