**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, and | ) | |
| | ) | |
| PEOPLE FIRST OF TENNESSEE, et al., | ) | |
| | ) | |
| Plaintiffs-Intervenors, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No. 92-2062 D/P |
| STATE OF TENNESSEE, et al., | ) | |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| PARENT-GUARDIAN ASSOCIATIONS | ) | |
| OF ARLINGTON DEVELOPMENTAL | ) | |
| CENTER, | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |
| | ) | |

_____

**ORDER APPROVING JOINT MOTION TO SET
AN INFORMAL STATUS CONFERENCE TO PLAN FOR THE HEARING;
TO SET AN EVIDENTIARY HEARING ON THIS MOTION; AND TO APPROVE
AGREEMENT RESOLVING VARIOUS PENDING MATTERS**

_____

COMES NOW intervenors/plaintiffs People First of Tennessee, Inc. ("People First"), plaintiff the United States ("United States"), and defendants the State of Tennessee, et al. ("State"), by and through counsel of record, to move jointly for entry of an order: (1) setting an informal status conference to establish the procedures for briefing, noticing, and hearing this motion; (2) setting an evidentiary hearing on this motion; and (3) approving an Agreement attached to their motion as Exhibit "A." In consideration of the motion submitted by the parties

and for such other good cause having been shown it is **ORDERED, ADJUDGED, AND DECREED** that:

1.     This Court shall conduct a status conference on **May 30, 2006 at 10:30 a.m.** concerning schedules and procedures for briefing, noticing, and hearing the joint motion for approval of the Agreement; and

2.     Following the status conference, this Court shall set a date(s) for an evidentiary hearing on the joint motion for approval of the Agreement.

IT IS SO ORDERED THIS 22nd  DAY OF MAY 2006.

s/Bernice B. Donald
JUDGE BERNICE B. DONALD
U.S. DISTRICT JUDGE