IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, and ) <br> ) <br> PEOPLE FIRST OF TENNESSEE, *et al.*, ) <br> ) <br> Plaintiffs-Intervenors, ) <br> ) <br> v. ) <br> ) <br> STATE OF TENNESSEE, *et al.*, ) <br> ) <br> Defendants, and ) <br> ) <br> PARENT-GUARDIAN ASSOCIATIONS ) <br>  OF ARLINGTON DEVELOPMENTAL ) <br>  CENTER, ) <br> ) <br> Defendants-Intervenors. ) | Civil Action: <br> No. 92-2062 JPM/dkv |

### REPORT AND RECOMMENDATION FOR ENTRY OF
### AN ORDER FINDING THAT DEFENDANTS HAVE COMPLETED
### CERTAIN MATERIAL PROVISIONS OF THE EXIT PLAN

Before the Court is the request of Defendants the State of Tennessee, *et al.*, made pursuant to paragraph 6 of the Agreed Order (Doc. No. 2942) and Rule 72 of the Federal Rules of Civil Procedure, for this Court to issue a Report and Recommendation that Defendants have completed certain material provisions of the Exit Plan (Doc. No. 2941). In particular, Defendants have requested that they be found to have completed the following provisions of the Exit Plan: Section I.E.2. and Section V.A.

Based upon the information provided by the State at the compliance meeting conducted by this Court on March 15, 2013, this Court finds, and hereby recommends, that good cause exist

to enter an Order holding that Defendants have complied with Section I.E.2. and Section V.A. of the Exit Plan.  Pursuant to paragraph 6 of the Agreed Order, People First and the United States have fourteen (14) days from the entry of this Report and Recommendation to file an objection to it.  If no such objection is filed within the prescribed period of time, the findings in this Report and Recommendation shall be final and binding on all parties.

Respectfully submitted, this 22nd day of March, 2013.

s/Diane K. Vescovo  
DIANE K. VESCOVO  
UNITED STATES MAGISTRATE JUDGE