# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, and ) | |
| ) | |
| PEOPLE FIRST OF TENNESSEE, et al., ) | |
| ) | |
|     Plaintiffs-Intervenors, ) | |
| ) | |
|     v. ) | Civil Action: |
| ) | No. 92-2062-JPM |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
|     Defendants, and ) | |
| ) | |
| PARENT-GUARDIAN ASSOCIATIONS ) | |
| OF ARLINGTON DEVELOPMENTAL ) | |
| CENTER, ) | |
| ) | |
|     Defendant-Intervenors. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo (ECF No. 2957), filed March 12, 2013, recommending that the Court find Defendants have completed certain material provisions of the Exit Plan (ECF No. 2941).

Specifically, the Report and Recommendation recommends the Court find Defendants have completed the following provisions of the Exit Plan:

- Section I.A;

- Section I.B ("except the last sentence, which the State will complete following dismissal of the this action, but does not set forth a material requirement that the State must satisfy in order to obtain vacatur of all outstanding injunctive relief and dismissal with prejudice");

- Section I.D;

- Section II.B.1;

- Section II.E.1; and

- Section VI.B.

(ECF No. 2957 at 1-2.) No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

On de novo review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. The Court finds Defendants have completed the provisions in Sections I.A, I.B (except the last sentence), I.D, II.B.1, II.E.1, and VI.B of the Exit Plan.

**IT IS SO ORDERED** this 1st day of April, 2013.

/s/ Jon P. McCalla
CHIEF U.S. DISTRICT JUDGE