# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, and ) <br> ) <br> PEOPLE FIRST OF TENNESSEE, et al., ) <br> ) <br>     Plaintiffs-Intervenors, ) <br> ) <br> v. ) <br> ) <br> STATE OF TENNESSEE, et al., ) <br> ) <br>     Defendants, and ) <br> ) <br> PARENT-GUARDIAN ASSOCIATIONS ) <br> OF ARLINGTON DEVELOPMENTAL ) <br> CENTER, ) <br> ) <br>     Defendant-Intervenors. ) | Civil Action: <br> No. 92-2062-JPM |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo (ECF No. 2978), filed July 1, 2013, recommending that the Court find Defendants have completed certain material provisions of the Exit Plan (ECF No. 2941).

Specifically, the Report and Recommendation recommends the Court find Defendants have completed the following provision of the Exit Plan:

- Section II.H

(ECF No. 2978 at 1.) No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

On de novo review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. The Court finds Defendants have completed the provisions in Section II.H of the Exit Plan.

**IT IS SO ORDERED** this 16th day of July, 2013.

/s/ Jon P. McCalla<br>
CHIEF U.S. DISTRICT JUDGE