```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>    Plaintiff, and                   )<br>                                      )<br>PEOPLE FIRST OF TENNESSEE, et al.,    )<br>                                      )<br>    Plaintiffs-Intervenors,           )<br>                                      )<br>    v.                                )<br>                                      )<br>STATE OF TENNESSEE, et al.,           )<br>                                      )<br>    Defendants, and                   )<br>                                      )<br>PARENT-GUARDIAN ASSOCIATIONS          )<br>OF ARLINGTON DEVELOPMENTAL            )<br>CENTER,                               )<br>                                      )<br>    Defendant-Intervenors.            ) | Civil Action:<br>No. 92-2062-JPM |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo (ECF No. 2988), filed September 6, 2013, recommending that the Court find Defendants have completed certain material provisions of the Exit Plan (ECF No. 2941).

Specifically, the Report and Recommendation recommends the Court find Defendants have completed the following provisions of the Exit Plan:

- Section II.A.4.a.;

- Section II.A.4.b.;
- Section II.A.4.c.;
- Section II.A.4.d.;
- Section II.A.4.e.;
- Section II.A.4.f.;
- Section II.A.4.g.;
- Section II.G.3.;
- Section II.G.4.;
- Section II.I.1.; and
- Section II.I.2.

(ECF No. 2988 at 1.) No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

On de novo review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. The Court finds Defendants have completed the provisions in Sections II.A.4.a., II.A.4.b., II.A.4.c., II.A.4.d., II.A.4.e., II.A.4.f., II.A.4.g., II.G.3., II.G.4., II.I.1, and II.I.2. of the Exit Plan.

**IT IS SO ORDERED**, this 8th day of November, 2013.

/s/ Jon P. McCalla  
U.S. DISTRICT JUDGE